B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **TRADE UNION INTERNATIONAL INC., a Califonria corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **95-3907891** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **4651 State Street** <br> **Montclair, CA** <br> ZIP CODE **91763** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: **San Bernardino** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> ZIP CODE | |

| Type of Debtor (Form of Organization) (Check **one** box.) | Nature of Business (Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* <br> ☑ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☑ Other | ☐ Chapter 7 ☐ Chapter 15 Petition for <br> ☐ Chapter 9 Recognition of a Foreign <br> ☑ Chapter 11 Main Proceeding <br> ☐ Chapter 12 ☐ Chapter 15 Petition for <br> ☐ Chapter 13 Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity** (Check box, if applicable.) <br> ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box.) <br> ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose." ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached. <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:** <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br> **Check if:** <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*). <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> **Check all applicable boxes:** <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> **TRADE UNION INTERNATIONAL INC.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: <br> **See Attachment** | Case Number: | Date Filed: |
| District: <br> **CENTRAL DISTRICT OF CALIFORNIA** | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)  (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | **TRADE UNION INTERNATIONAL INC.** |

| **Signatures** | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>   _____<br>   Telephone Number (if not represented by attorney)<br><br>   _____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>   _____<br>   (Printed Name of Foreign Representative)<br><br>   _____<br>   Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X  **/s/ James C. Bastian, Jr.**<br>   Signature of Attorney for Debtor(s)<br>   **James C. Bastian, Jr. - Bar No. 175415**<br>   Printed Name of Attorney for Debtor(s)<br>   **Shulman Hodges & Bastian LLP**<br>   Firm Name<br>   **26632 Towne Centre Drive, Suite 300**<br>   **Foothill Ranch, CA 92610-2808**<br>   Address<br>   **949-340-3400**<br>   Telephone Number<br>   **01/27/2011**<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **/s/ Wen Pin Chang**<br>   Signature of Authorized Individual<br>   **Wen Pin Chang**<br>   Printed Name of Authorized Individual<br>   **President**<br>   Title of Authorized Individual<br>   **01/27/2011**<br>   Date | |

Along with the Debtor herein, Trade Union International Inc., a California corporation, the following related debtor contemporaneously is filing a Chapter 11 petition in the United States Bankruptcy Court for the Central District of California:

| Name of Related Debtor(s) | Date of Filing and Case Number | Relationship |
|---|---|---|
| **Duck House, Inc., a California corporation Taxpayer I.D. No.: 95-4066669** | **January 27 , 2011 Case No.: TBD** | **Affiliated entity** |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| James C. Bastian, Jr. - Bar No. 175415<br>Shulman Hodges & Bastian LLP<br>26632 Town Centre Drive, Suite 300, Foothill Ranch, CA 92610<br>Tel: 949-340-3400; Fax: 949-340-3000<br>☐ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re: TRADE UNION INTERNATIONAL INC.,<br>a California corporation, | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

**1/31/2011**

☒ Petition, statement of affairs, schedules or lists          Date Filed: _____

☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____

☐ Other: _____     Date Filed: _____

#### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

    I, the undersigned, hereby declare under penalty of perjury that:  (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     **1/31/2011**

Signature of Authorized Signatory of Filing Party      Date

**Wen Pin Chang**

Printed Name of Authorized Signatory of Filing Party

**President**

Title of Authorized Signatory of Filing Party

#### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

    I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

**1/31/2011**

_____     _____

Signature of Attorney for Filing Party      Date

**Shulman Hodges & Bastian LLP: James C. Bastian, Jr.**

Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

# EXHIBIT "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. |
| **TRADE UNION INTERNATIONAL INC.,**<br>**a California corporation,** | Chapter |
| Debtor. | |

## Exhibit "A" to Voluntary Petition - NOT APPLICABLE

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____

2.  The following financial data is the latest available information and refers to the debtor's condition on _____

a.    Total assets                                                        $_____

b.    Total debts (including debts listed in 2.c., below)    $_____

c.    Debt securities held by more than 500 holders.

<table>
<tr><td></td><td></td><td></td><td></td><td>Approximate<br>Number of<br>Holders</td></tr>
<tr><td>❑ secured</td><td>❑ unsecured</td><td>❑ subordinated</td><td>$</td><td></td></tr>
<tr><td>❑ secured</td><td>❑ unsecured</td><td>❑ subordinated</td><td>$</td><td></td></tr>
<tr><td>❑ secured</td><td>❑ unsecured</td><td>❑ subordinated</td><td>$</td><td></td></tr>
<tr><td>❑ secured</td><td>❑ unsecured</td><td>❑ subordinated</td><td>$</td><td></td></tr>
</table>

d.    Number of shares of preferred stock

e.    Number of shares common stock

Comments, if any:

_____

_____

3.   Brief description of debtor's business:

_____

_____

4.   List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

_____

# EXHIBIT "C"

[If, to the best of the Debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit C to the petition]

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. |
| **TRADE UNION INTERNATIONAL INC.,**<br>**a California corporation,** | Chapter  11 |
| Debtor. | |

## Exhibit "C" to Voluntary Petition - NOT APPLICABLE

1.  Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary:

_____

_____

_____

_____

2.  With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_____

_____

_____

_____

**TRADE UNION INTERNATIONAL INC.**
A California corporation

**CORPORATE RESOLUTION**

This is to certify that at a meeting of the Board of Directors of **TRADE UNION INTERNATIONAL INC.**, a **California corporation**, held on **January 27, 2011**, the following resolution was duly adopted:

"**WHEREAS**, this Corporation is unable to pay its debts as said debts mature;

"**NOW, THEREFORE, BE IT RESOLVED**, that the officers of this Corporation be, and they hereby are authorized and directed on behalf of this Corporation to prepare, file and execute the Corporation's Petition for Bankruptcy provided in **Chapter 11** of the Bankruptcy Code and all of the necessary papers in connection therewith, in the United States Bankruptcy Court, Central District of California, **Riverside** Division, and further to such end, to do any other acts, execute all necessary documents, and take any other steps in the name and in behalf of the Corporation necessary or appropriate to obtaining such relief; and the officers are further authorized to retain as counsel for the Corporation in said proceeding, the law firm of Shulman Hodges & Bastian LLP."

**SAID RESOLUTION** is still in full force and effect.

Dated:  January 27, 2011

**TRADE UNION INTERNATIONAL INC.**,
a California corporation

By:   **Wen Pin Chang, President**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In re | Case No. |
|---|---|
| **TRADE UNION INTERNATIONAL INC.,** <br> **a California corporation,** | Chapter 11 |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT
### Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1)

The following is a (are) corporation(s), other than a governmental unit, that directly or indirectly own(s) ten percent or more of any class of the Debtor corporation's equity interests:  **None**

I declare under the penalty of perjury under the laws of the State of California that the foregoing list is true and correct to the best of my knowledge, information and belief.

Executed on **January 27, 2011**, at **Montclair**, California.

> **TRADE UNION INTERNATIONAL INC.,**
> **a California corporation**
>
>
> **/s/ Wen Pin Chang**
> _____
> By: **Wen Pin Chang, President**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re | Case No. |
|---|---|
| **TRADE UNION INTERNATIONAL INC.,** **a California corporation,** | Chapter 11 |
| Debtor. | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m)..

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| SHANGHAI BON VOYAGE INTERNATIONAL TRADING CO., LTD. ATTN PRESIDENT OR MANAGING AGENT 2F, NO.110, YAN'AN RD.(E) SHANGHAI, 200002 CHINA | SHANGHAI BON VOYAGE INTERNATIONAL TRADING CO., LTD. ATTN PRESIDENT OR MANAGING AGENT 2F, NO.110, YAN'AN RD.(E) SHANGHAI, 200002 CHINA  Tel: 86-21-63215216 | | | $215,468.42 |
| CONTINENTAL AGENCY ATTN PRESIDENT OR MANAGING AGENT 1400 MONTEFINO AVE. SUITE 200 DIAMOND BAR, CA 91765 | CONTINENTAL AGENCY ATTN PRESIDENT OR MANAGING AGENT 1400 MONTEFINO AVE. SUITE 200 DIAMOND BAR, CA 91765  Tel: 909-595-8884 | | | $111,122.52 |
| QUARTZ LOGISTICS INC. ATTN PRESIDENT OR MANAGING AGENT 731 S. GARFIELD AVE. ALHAMBRA, CA 91801 | QUARTZ LOGISTICS INC. ATTN PRESIDENT OR MANAGING AGENT 731 S. GARFIELD AVE. ALHAMBRA, CA 91801  Tel: 626-281-9666 | | | $75,590.00 |
| SUMMIT LOGISTICS INT'L ATTN PRESIDENT OR MANAGING AGENT 780 NOGALES STREET, BUILDING D CITY OF INDUSTRY, CA 91748 | SUMMIT LOGISTICS INT'L ATTN PRESIDENT OR MANAGING AGENT 780 NOGALES STREET, BUILDING D CITY OF INDUSTRY, CA 91748  Tel: 626-363-2400 | | | $60,573.20 |
| BULLET TRANSPORTATION SERVICES ATTN PRESIDENT OR MANAGING AGENT P.O. BOX 809066 CHICAGO, IL 60680-9066 | BULLET TRANSPORTATION SERVICES ATTN PRESIDENT OR MANAGING AGENT P.O. BOX 809066 CHICAGO, IL 60680-9066  Tel: 323-981-4600 | | | $23,686.93 |
| TRAVELERS ATTN PRESIDENT OR MANAGING AGENT CL REMITTANCE CTR HARTFORD, CT 06183-1008 | TRAVELERS ATTN PRESIDENT OR MANAGING AGENT CL REMITTANCE CTR HARTFORD, CT 06183-1008  Tel: | | | $17,334.93 |

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| MARK BERGER SALES INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>1631 ROCK RIVER<br>PLACENTIA, CA 92870 | MARK BERGER SALES INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>1631 ROCK RIVER<br>PLACENTIA, CA 92870<br><br>Tel: 714-223-0500 | | | $17,091.67 |
| PACIFICARE OF CALIFORNIA<br>ATTN PRESIDENT OR MANAGING AGENT<br>DEPT NO. 1346<br>LOS ANGELES, CA 90088-1346 | PACIFICARE OF CALIFORNIA<br>ATTN PRESIDENT OR MANAGING AGENT<br>DEPT NO. 1346<br>LOS ANGELES, CA 90088-1346<br><br>Tel: 800-624-8822 | | | $8,195.62 |
| MONTEREY LIGHTING SOLUTIONS, INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>2148 POMONA BLVD.<br>POMONA, CA 91768 | MONTEREY LIGHTING SOLUTIONS, INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>2148 POMONA BLVD.<br>POMONA, CA 91768<br><br>Tel: 909-397-8000 | | | $7,772.79 |
| BROTHER MEZA'S PALLETS<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 310506<br>FONTANA, CA 92331 | BROTHER MEZA'S PALLETS<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 310506<br>FONTANA, CA 92331<br><br>Tel: 909-428-5627 | | | $7,360.00 |
| JOE INTERRANTE<br>185 PROVIDENCE PLANTATION DR.<br>ALPHARETTA, GA 30004 | JOE INTERRANTE<br>185 PROVIDENCE PLANTATION DR.<br>ALPHARETTA, GA 30004<br><br>Tel: 678-867-9173 | | | $7,219.91 |
| KAISER FOUNDATION HEALTH PLAN<br>ATTN PRESIDENT OR MANAGING AGENT<br>FILE 5915<br>LOS ANGELES, CA 90074-5915 | KAISER FOUNDATION HEALTH PLAN<br>ATTN PRESIDENT OR MANAGING AGENT<br>FILE 5915<br>LOS ANGELES, CA 90074-5915<br><br>Tel: 800-731-4661 | | | $7,162.00 |
| CLARK DISTRIBUTION SYSTEMS, INC<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 85095<br>CHICAGO, IL 60680-0851 | CLARK DISTRIBUTION SYSTEMS, INC<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 85095<br>CHICAGO, IL 60680-0851<br><br>Tel: 877-522-5275 | | | $6,025.41 |
| KDA PRODUCTS INC<br>ATTN PRESIDENT OR MANAGING AGENT<br>15325 BLACKBURN AVENUE<br>NORWALK, CA 90650 | KDA PRODUCTS INC<br>ATTN PRESIDENT OR MANAGING AGENT<br>15325 BLACKBURN AVENUE<br>NORWALK, CA 90650<br><br>Tel: 562-483-5217 | | | $5,775.00 |
| KODAI (U.S.A.) INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>2440 S. HACIENDA BLVD<br>HACIENDA HEIGHT, CA 91745 | KODAI (U.S.A.) INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>2440 S. HACIENDA BLVD<br>HACIENDA HEIGHT, CA 91745<br><br>Tel: 626-961-8729 | | | $5,450.00 |
| JOSEPH C. HIGDON<br>18814 GREENWAY<br>OLATHE, KS 66062 | JOSEPH C. HIGDON<br>18814 GREENWAY<br>OLATHE, KS 66062<br><br>Tel: 913-226-7235 | | | $5,000.00 |

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| LSY TRUCKING<br>ATTN PRESIDENT OR MANAGING AGENT<br>9420 MAPLE ST.<br>BELLFLOWER, CA 90706 | LSY TRUCKING<br>ATTN PRESIDENT OR MANAGING AGENT<br>9420 MAPLE ST.<br>BELLFLOWER, CA 90706<br><br>Tel: 562.619.9514 | | | $4,500.00 |
| MOUNTAIN VIEW PACKAGING, INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>4773 BROOKS STREET UNIT G<br>MONTCLAIR, CA 91763 | MOUNTAIN VIEW PACKAGING, INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>4773 BROOKS STREET UNIT G<br>MONTCLAIR, CA 91763<br><br>Tel: 909-482-4687 | | | $3,567.60 |
| UPS FREIGHT<br>ATTN PRESIDENT OR MANAGING AGENT<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280 | UPS FREIGHT<br>ATTN PRESIDENT OR MANAGING AGENT<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280<br><br>Tel: 18003337400 | | | $3,056.47 |
| DUB PUBLISHING INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>16815 JOHNSON DRIVE<br>CITY OF INDUSTRY, CA 91745-1819 | DUB PUBLISHING INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>16815 JOHNSON DRIVE<br>CITY OF INDUSTRY, CA 91745-1819<br><br>Tel: 626-336-3821 | | | $2,625.00 |

I, **Wen Pin Chang, president of the corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of 20 largest unsecured creditors and that it is true and correct to the best of my information and belief.

Dated: **January 27, 2011**                    **TRADE UNION INTERNATIONAL INC.,**
**a California corporation**

**/s/ Wen Pin Chang**

_____
By: **Wen Pin Chang, President**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No. |
|---|---|
| **TRADE UNION INTERNATIONAL INC.,**<br>**a California corporation,** | Chapter 11 |
| Debtor. | |

## LIST OF ALL EQUITY HOLDERS

| | |
|---|---|
| **Wen Pin Chang**<br>**4651 State Street**<br>**Montclair, CA 91763** | **50%** |
| **Mei Lien Chang**<br>**4651 State Street**<br>**Montclair, CA 91763** | **50%** |

I declare under the penalty of perjury under the laws of the State of California that the foregoing list is true and correct to the best of my knowledge, information and belief.

Executed on **January 27, 2011**, at **Montclair,** California.

**TRADE UNION INTERNATIONAL INC.,**
**a California corporation**


**/s/ Wen Pin Chang**
_____

By: **Wen Pin Chang, President**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re | Case No. |
|---|---|
| **TRADE UNION INTERNATIONAL INC.,** <br> **a California corporation,** | Chapter  11 |
| Debtor. | |

# VENUE DISCLOSURE FORM FOR CORPORATIONS FILING CHAPTER 11
## (Required By General Order 97-02)

1.　Specify the address of the principal offices of the Debtor currently on file with the California Secretary State (from S0100, S0200 OR S0300):

**4651 State Street, Montclair, CA 91763**

2.　Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

**4651 State Street, Montclair, CA 91763**

3.　Disclose the current business address(es) for all corporate officers:

**4651 State Street, Montclair, CA 91763**

4.　Disclose the current business address(es) where the Debtor's books and records are located:

**4651 State Street, Montclair, CA 91763**

5.　List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

**4651 State Street, Montclair, CA 91763**

6.　Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.　State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):

**Wen Pin Chang**
**4651 State Street, Montclair, CA 91763**

8.　Total number of attached pages of supporting documentation:

9.　I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: **January 27, 2011**

**TRADE UNION INTERNATIONAL INC.,**
**a California corporation**

**/s/ Wen Pin Chang**
_____

By: **Wen Pin Chang, President**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re | Case No. |
|---|---|
| **TRADE UNION INTERNATIONAL INC.,**<br>**a California corporation,** | Chapter 11 |
| Debtor. | |

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL RULE 1015-2**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **See Attachment**

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.   Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **See Attachment**

4.  (If petitioner is an individual)  A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.  Executed  on **January 27, 2011**, at **Montclair**, California.

**TRADE UNION INTERNATIONAL INC.,**
**a California corporation**

**/s/ Wen Pin Chang**
_____

By:  **Wen Pin Chang, President**

**Attachment to Statement of Related Cases**

Along with the Debtor herein, Trade Union International Inc., a California corporation, the following related debtor contemporaneously is filing a Chapter 11 petition in the United States Bankruptcy Court for the Central District of California:

| Name of Related Debtor(s) | Date of Filing and Case Number | Relationship |
|---|---|---|
| **Duck House, Inc., a California corporation Taxpayer I.D. No.:  95-4066669** | **January 27 , 2011 Case No.: TBD** | **Affiliated entity** |

## MASTER MAILING LIST

### VERIFICATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2(d)

**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre, Suite 300
Foothill Ranch, California 92610-2808
Telephone:     (949) 340-3400
Facsimile:     (949) 340-3000

■    Attorney for Debtor
❏    Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years: **TRADE UNION INTERNATIONAL INC., a California corporation** | Case No. Chapter 11 |

### VERIFICATION OF CREDITOR MAILING LIST

The above named Debtor(s), or Debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **14** sheet(s) is complete, correct and consistent with the Debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Dated: **January 27, 2011**                    **TRADE UNION INTERNATIONAL INC., a California corporation**

**/s/ Wen Pin Chang**
_____
By: **Wen Pin Chang, President**

**SHULMAN HODGES & BASTIAN LLP**

**/s/ James C. Bastian, Jr.**
_____
**James C. Bastian, Jr.**

TRADE UNION INTERNATIONAL INC
4651 STATE STREET
MONTCLAIR, CA 92763


JAMES C. BASTIAN, JR.
SHULMAN HODGES & BASTIAN LLP
26632 TOWNE CENTER DRIVE SUITE 300
FOOTHILL RANCH, CA 92610


OFFICE OF THE UNITED STATES TRUSTEE (RS)
3685 MAIN STREET SUITE 300
RIVERSIDE, CA 92501

ACCELLOS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 673922
DETROIT, MI 48267-3922

A-CO TEMPORARY POWER
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 16843
NO.HOLLYWOOD, CA 91615-6843

ADP, INC.
ATTN PRESIDENT OR MANAGING AGENT
PHOENIX, AZ 85062-8415

ADP, INC.
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 0500
CAROL STREAM, IL 60132-0500

AFFORDABLE INTERNET SERVICES
ATTN PRESIDENT OR MANAGING AGENT
25655 LOUISA LANE
ROMOLAND, CA 92585

ANDERSON AIR CONDITIONING
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 95000-2330
PHILADELPHIA, PA 19195-2330

AT&T MOBILITY
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 60017
LOS ANGELES, CA 90060-0017

AUTOWARE TECHNOLOGIES, LLC
ATTN PRESIDENT OR MANAGING AGENT
103 AMAR PL.
PANAMA CITY BEACH, FL 32413


BARRY FREEMAN ESQ
JEFFER MANGELS BUTLER & MITCHEL LLP
1900 AVE OF THE STARS 7TH FLOOR
LOS ANGELES, CA 90067


BROTHER MEZA'S PALLETS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 310506
FONTANA, CA 92331


BULLET TRANSPORTATION SERVICES
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 809066
CHICAGO, IL 60680-9066


BURRTEC WASTE INDUSTRIES INC.
ATTN PRESIDENT OR MANAGING AGENT
PAYMENT PROCESSING CENTER
BUENA PARK, CA 90622-6520


CA STATE DISBURSEMENT UNIT
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 989067
WEST SACRAMENTO, CA 95798-9067


CALIFORNIA EMPLOYMENT DEVELOPMENT
DEPARTMENT
ATTN BANKRUPTCY UNIT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 94280-0001

CATHAY BANK
ATTN DAVID L PRICE, VICE PRESIDENT LOAN
SYNDICATIONS
777 N BROADWAY
LOS ANGELES, CA 90012


CATHAY BANK
ATTN SANDRA SHA KENYON, FIRST VICE PRESIDENT
9650 FLAIR  DR
EL MONTE, CA 91731


CENTURY COPY TECHNOLOGY
ATTN PRESIDENT OR MANAGING AGENT
18301 E. VALLEY BLVD.
CITY OF INDUSTY, CA 91744


CF MANUFACTURING, INC.
ATTN PRESIDENT OR MANAGING AGENT
11867 SHELDON STREET
SUN VALLEY, CA 91352


CHINATRUST BANK
ATTN MELVIN O.REDFORD, EXECUTIVE VICE
PRESIDENT
22939 HAWTHORNE BLVD
TORRANCE, CA 90505


CITICORP LEASING INC
ATTN PRESIDENT OR MANAGING AGENT
450 MAMARONECK AVE
HARRISON, NY 10528-2400


CITY OF MONTCLAIR
ATTN PRESIDENT OR MANAGING AGENT
5111 BENITO ST./P.O. BOX 2308
MONTCLAIR, CA 91763

CLARK DISTRIBUTION SYSTEMS, INC
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 85095
CHICAGO, IL 60680-0851


CONTINENTAL AGENCY
ATTN PRESIDENT OR MANAGING AGENT
1400 MONTEFINO AVE. SUITE 200
DIAMOND BAR, CA 91765


CON-WAY FREIGHT
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 5160
PORTLAND, OR 97208-5160


COVERALL NORTH AMERICA, INC.
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 802825
CHICAGO, IL 60680


CREATIVE DOCUMENT SOLUTIONS
ATTN PRESIDENT OR MANAGING AGENT
1629 MARION-WALDO ROAD
MARION, OH 43302


CROWN LIFT TRUCKS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 641173
CINCINNATI, OH 45264-1173


DMV RENEWAL
ATTN ACCOUNTS RECEIVABLE
P.O. BOX 942897
SACRAMENTO, CA 94297-0897

DUB PUBLISHING INC.
ATTN PRESIDENT OR MANAGING AGENT
16815 JOHNSON DRIVE
CITY OF INDUSTRY, CA 91745-1819


ENVIROKLEEN
ATTN PRESIDENT OR MANAGING AGENT
5420 W. MISSION BLVD
ONTARIO, CA 91762


EULER HERMES ACI
ATTN PRESIDENT OR MANAGING AGENT
800 RED BROOK BLVD.
OWINGS MILLS, MD 21117


FRANCHISE TAX BOARD
ATTN BANKRUPTCY UNIT
PO BOX 2952
SACRAMENTO, CA 95812-2952


GLOBE GAS CORPORATION
ATTN PRESIDENT OR MANAGING AGENT
5843 PARAMOUNT BLVD.
LONG BEACH, CA 90805


GREENLAND LANDSCAPE & MAINTENANCE, INC.
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 693
CHINO, CA 91708


HOME DEPOT
ATTN BANKRUPTCY UNIT
5450 WALNUT AVE.
CHINO, CA 91710

IMAGE DESIGN INC.
ATTN PRESIDENT OR MANAGING AGENT
6141 CLOVER COURT
CHINO, CA 91710


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JOE INTERRANTE
185 PROVIDENCE PLANTATION DR.
ALPHARETTA, GA 30004


JOSEPH C. HIGDON
18814 GREENWAY
OLATHE, KS 66062


KAISER FOUNDATION HEALTH PLAN
ATTN PRESIDENT OR MANAGING AGENT
FILE 5915
LOS ANGELES, CA 90074-5915


KDA PRODUCTS INC
ATTN PRESIDENT OR MANAGING AGENT
15325 BLACKBURN AVENUE
NORWALK, CA 90650


KEY EQUIPMENT FINANCE
ATTN PRESIDENT OR MANAGING AGENT
PAYMENT PROCESSING
CLEVELAND, OH 44194-0796

KEY EQUIPMENT FINANCE
ATTN PRESIDENT OR MANAGING AGENT
3075 HIGHLAND PKWY FL UCC DEPT
DOWNERS GROVE, IL 60515-1288


KODAI (U.S.A.) INC.
ATTN PRESIDENT OR MANAGING AGENT
2440 S. HACIENDA BLVD
HACIENDA HEIGHT, CA 91745


L.A. MACHINERY MOVING INC
ATTN PRESIDENT OR MANAGING AGENT
14901 DON JULIAN RD
CITY INDUSTRY, CA 91746


LSY TRUCKING
ATTN PRESIDENT OR MANAGING AGENT
9420 MAPLE ST.
BELLFLOWER, CA 90706


MAILFINANCE
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 45840
SAN FRANCISCO, CA 94145-0840


MARIA VARGAS
1416 VIRGINIA AVENUE
ONTARIO, CA 91764


MARK BERGER SALES INC.
ATTN PRESIDENT OR MANAGING AGENT
1631 ROCK RIVER
PLACENTIA, CA 92870

MEYERS PUBLISHING
ATTN PRESIDENT OR MANAGING AGENT
799 CAMARILLO SPRINGS ROAD
CAMARILLO, CA 93012-8111

MICHAEL G FLETCHER ESQ
FRANDZEL ROBINS BLOOM & CSATO LC
6500 WILSHIRE BLVD
SEVENTEENTH FLOOR
LOS ANGELES, CA 90048-4920

MICHELIN NORTH AMERICA INC
ATTN PRESIDENT OR MANAGING AGENT
1 PARKWAY S
GREENVILLE, SC 29615-5022

MONTE VISTA WATER DISTRICT
ATTN PRESIDENT OR MANAGING AGENT
10575 CENTRAL AVENUE
MONTCLAIR, CA 91763

MONTEREY LIGHTING SOLUTIONS, INC.
ATTN PRESIDENT OR MANAGING AGENT
2148 POMONA BLVD.
POMONA, CA 91768

MOUNTAIN VIEW PACKAGING, INC.
ATTN PRESIDENT OR MANAGING AGENT
4773 BROOKS STREET UNIT G
MONTCLAIR, CA 91763

NANTONG TRADE UNION ALUMINIUM
ATTN PRESIDENT OR MANAGING AGENT
ALLOY CO. LTD. WEIER ROAD
QIDONG CITY, 226200  CHINA

NEXEN TIRE
ATTN PRESIDENT OR MANAGING AGENT
21073 PATHFINDER
DIAMOND BAR, CA 91765


OLD DOMINION FREIGHT LINE INC
ATTN PRESIDENT OR MANAGING AGENT
FILE 030989
SAN FRANCISCO, CA 94160


ONTRAC
ATTN PRESIDENT OR MANAGING AGENT
274 WATTIS WAY
S. SAN FRANCISCO, CA 94080


PACIFICARE OF CALIFORNIA
ATTN PRESIDENT OR MANAGING AGENT
DEPT NO. 1346
LOS ANGELES, CA 90088-1346


PARTNER'S DELIVERY INC.
ATTN PRESIDENT OR MANAGING AGENT
1927 A HARBOR BLVD
COSTA MESA, CA 92627


PAULINE M STEVENS ESQ
MARC B LEH ESQ
MORRISON & FOERSTER LLP
555 W FIFTH ST
LOS ANGELES, CA 90013-1024


PERSONNEL CONCEPTS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 5750
CAROL STREAM, IL 60197-5750

PRINCIPAL FINANCIAL GROUP
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 10372
DES MOINES, IA 50306-0372

QUARTZ LOGISTICS INC.
ATTN PRESIDENT OR MANAGING AGENT
731 S. GARFIELD AVE.
ALHAMBRA, CA 91801

RODOLFO RODRIGUEZ AGUILAR
8430 MISSION BLVD.
RIVERSIDE, CA 92509

SAN BERNARDINO COUNTY TREASURER-TAX
COLLECTOR
ATTN BANKRUPTCY
172 WEST THIRD STREET
SAN BERNARDINO, CA 92415

SHANGHAI BON VOYAGE INTERNATIONAL TRADING
CO., LTD.
ATTN PRESIDENT OR MANAGING AGENT
2F, NO.110, YAN'AN RD.(E)
SHANGHAI, 200002 CHINA

SHERIFF'S COURT SERVICES CENTRAL
157 W. 5TH STREET
SAN BERNARDINO, CA 92415

SOUTHERN CALIFORNIA EDISON
ATTN BANKRUPTCY UNIT
P.O. BOX 600
ROSEMEAD, CA 91771-0001

SOUTHERN CALIFORNIA EDISON
ATTN BANKRUPTCY UNIT
P.O. BOX 300
ROSEMEAD, CA 91772-0001


SPRINT
ATTN BANKRUPTCY UNIT
P.O. BOX 219100
KANSAS CITY, MO 64121-9100


STATE BOARD OF EQUALIZATION
ATTN BANKRUPTCY
ENVIRONMENTAL FEES DIVISION PO BOX 942879
SACRAMENTO, CA 94279-6001


SUMMIT LOGISTICS INT'L
ATTN PRESIDENT OR MANAGING AGENT
780 NOGALES STREET, BUILDING D
CITY OF INDUSTRY, CA 91748


TDW
1714 ANDERSON AVE.
COMPTON, CA 90220


THE 3 AMIGOS
ATTN PRESIDENT OR MANAGING AGENT
15406 E. ARROW HIGHWAY
BALDWIN PARK, CA 91706


THE CHANG REVOCABLE TRUST C/O MEI LIEN CHANG,
TRUSTEE
2819 CRYSTAL RIDGE ROAD
DIAMOND BAR, CA 91765

THE CHANG REVOCABLE TRUST C/O WEN PIN CHANG,
TRUSTEE
2819 CRYSTAL RIDGE ROAD
DIAMOND BAR, CA 91765

THE GAS COMPANY
ATTN BANKRUPTCY UNIT
P.O. BOX C
MONTEREY PARK, CA 91756

TIRE RACK WHOLESALE
ATTN PRESIDENT OR MANAGING AGENT
7101 VORDEN PARKWAY
SOUTH BEND, IN 46628-8422

TRADE UNION INT L (TAIWAN) LTD
ATTN PRESIDENT OR MANAGING AGENT
5F-5, NO.58, SHING SHAN RD. NEI HU DIST.
TAIPEI, TAIWAN

TRAVELERS
ATTN PRESIDENT OR MANAGING AGENT
CL REMITTANCE CTR
HARTFORD, CT 06183-1008

TRIPLE A POOL SERVICE
ATTN PRESIDENT OR MANAGING AGENT
1819 TINTAH DR.
DIAMOND BAR, CA 91765

ULINE
ATTN PRESIDENT OR MANAGING AGENT
ATTN: ACCOUNTS RECEIVABLE
WAUKEGAN, IL 60085

UNITED SECURITY SYSTEMS INC
ATTN PRESIDENT OR MANAGING AGENT
8757 LANYARD COURT, SUITE 100
RANCHO CUCAMONGA, CA 91730


UPS FREIGHT
ATTN PRESIDENT OR MANAGING AGENT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280


USBANCORP
ATTN PRESIDENT OR MANAGING AGENT
1310 MADRID ST SUITE 104
MARSHALL, MN 56258-4006


VERIZON CALIFORNIA
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 9688
MISSION HILLS, CA 91346 9688


VERIZON CALIFORNIA
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 30001
INGLEWOOD, CA 90313-0001


VIDAL LANDA
ATTN PRESIDENT OR MANAGING AGENT
12581 JANET LANE
GARDEN GROVE, CA 92840


WALNUT VALLEY WATER DISTRICT
ATTN PRESIDENT OR MANAGING AGENT
271 S. BREA CANYON ROAD
WALNUT, CA 91788-0508

WELLS FARGO BANK NA
ATTN PRESIDENT OR MANAGING AGENT
300 TRI STATE INTL SUITE 400
LINCOLNSHIRE, IL 60069-4417


WELLS FARGO FINANCIAL LEASING MANUFACTURER
SERVICES GROUP
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 7777
SAN FRANCISCO, CA 94120-7777