James C. Bastian, Jr. – Bar No. 175415
Mark Bradshaw – Bar No. 192540
**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive, Suite 300
Foothill Ranch, California 92610-2808
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email: jbastian@shbllp.com; mbradshaw@shbllp.com

Proposed Bankruptcy Counsel for
Trade Union International, Inc. and
Duck House, Inc.

**FILED & ENTERED**

**FEB 10 2011**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sapronet DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br>**TRADE UNION INTERNATIONAL, INC., a California corporation,**<br>Debtor. | Case No. 6:11-bk-13071-DS<br>Chapter 11<br>Jointly Administered With<br>Case No. 6:11-bk-13072-DS |
| In re<br>**DUCK HOUSE, INC.,**<br>**a California corporation,**<br>Debtor. | **ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**<br><br>Date:   February 3, 2011<br>Time:   2:30 P.M.<br>Place:  Courtroom 304<br>        3420 Twelfth Street<br>        Riverside, California |

The Emergency Motion for Order Directing Joint Administration of Related Chapter 11 Cases (docket number 6) ("Motion") filed jointly by Trade Union International, Inc., a California corporation ("Trade Union") and Duck House, Inc., a California corporation ("Duck House"), each a debtor and debtor-in-possession (collectively the "Debtors"), came for hearing on an emergency basis on February 3, 2011, the Honorable Deborah J. Saltzman, United States Bankruptcy Judge presiding.

The Debtors appeared through Shulman Hodges & Bastian LLP by James C. Bastian, Jr. Cathay Bank, a California corporation ("Cathay Bank") appeared through Frandzel Robins

**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

G:\Wp\Cases\S-T\Trade Union International\Pld\Joint Administration Order.doc
4265-000

1

1  Bloom & Csato, L.C. by Michael Gerard Fletcher. Other appearances were made as reflected on
2  the Court's record.

3       The Court having reviewed the pleadings filed in support of Motion including the
4  Declaration of Wen Pin Chang ("Chang Declaration"), the Court having considered the
5  arguments and representations of counsel, and the record in this case; the Court having found
6  that proper notice has been given under the circumstances of this case, and it appearing that the
7  relief requested by the Motion is in the best interests of the Debtors' respective bankruptcy
8  estates ("Estates") and their creditors and good cause appearing, it is hereby,

9       **ORDERED** that the Motion is approved. The bankruptcy case of Trade Union, Case No.
10 6:11-bk-13071-DS shall be jointly administered with the bankruptcy case of Duck House, Case
11 No. 6:11-bk-13072-DS pursuant to Federal Rule of Bankruptcy Procedure 1015(b). The Debtors'
12 bankruptcy cases shall be administered under a consolidated caption substantially as follows and
13 all pleadings shall be filed and maintained under the existing docket for Trade Union:

| | |
|---|---|
| In re<br>**TRADE UNION INTERNATIONAL, INC., a California corporation,**<br>Debtor. | Case No. 6:11-bk-13071-DS<br>Chapter 11<br>Jointly Administered with<br>Case No. 6:11-bk-13072-DS |
| In re<br>**DUCK HOUSE, INC.,**<br>**a California corporation,**<br>Debtor. | **TITLE OF DOCUMENT**<br>Date:  To Be Set<br>Time:  To Be Set<br>Place: Courtroom 304<br>       3420 Twelfth Street<br>       Riverside, California |

24      **IT IS FURTHER ORDERED** that an entry shall be made on the docket of Duck House
25 that is substantially similar to the following:

26     An order has been entered in accordance with Rule 1015(b) of the Federal
27 Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1015-1(b) directing joint administration of the Chapter 11 cases of Trade Union
28 International, Inc. and Duck House, Inc. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 6:11-bk-13071-DS.

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2

G:\Wp\Cases\S-T\Trade Union International\Pld\Joint Administration Order.doc
4265-000

**IT IS FURTHER ORDERED** that the Debtors are authorized to sign such documents and carry out such actions as are consistent with the purpose of the Motion and this Order.

Respectfully submitted by:

**SHULMAN HODGES & BASTIAN LLP**

/s/ James C. Bastian, Jr.
_____

James C. Bastian, Jr.
Proposed Bankruptcy Counsel for
Trade Union International, Inc. and
Duck House, Inc.

**NO OBJECTION.**

**FRANDZEL ROBINS BLOOM & CSATO LC**

/s/ Michael G. Fletcher
_____

Attorneys for Cathay Bank

# # #

DATED: February 10, 2011

_____
United States Bankruptcy Judge

**SHULMAN HODGES &
BASTIAN LLP**
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3

G:\Wp\Cases\S-T\Trade Union International\Pld\Joint Administration Order.doc
4265-000

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **26632 Towne Centre Drive, Suite 300, Foothill Ranch, California 92610**.

A true and correct copy of the foregoing document described as **ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **Not Applicable,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) - On **Not Applicable**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on **February 4, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| **Judge's Copy - Via Messenger**<br>U.S. Bankruptcy Court<br>Hon. Deborah J. Saltzman, Bankruptcy Judge<br>Bin Outside Courtroom 304<br>3420 Twelfth Street<br>Riverside, CA 92501 | **Attorneys for Chinatrust Bank**<br>**Via Email**<br>Barry Freeman, Esq.<br>Jeffer Mangels Butler & Mitchell LLP<br>bfreeman@jmbm.com<br><br>**Interested Party**<br>**Via Email**<br>Office of the United States Trustee (RS)<br>Elizabeth Lossing, Esq.<br>elizabeth.lossing@usdoj.gov | **Attorneys for Cathay Bank**<br>**Via Email**<br>Michael G. Fletcher, Esq.<br>Nicholas A. Merkin, Esq.<br>Frandzel Robins Bloom & Csato LC<br>mfletcher@frandzel.com<br>nmerkin@frandzel.com |

■ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February 7, 2011** | **Lorre Clapp** | **/s/ Lorre Clapp** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                            F 9013-3.1.PROOF.SERVICE

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 7, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **James C Bastian**    jbastian@shbllp.com
- **Michael G Fletcher**    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- **Barry V Freeman**    bvf@jmbm.com, bvf@jmbm.com
- **Elizabeth A Lossing**    elizabeth.lossing@usdoj.gov
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtors –Via U.S. Mail**
**Trade Union International, Inc.**
**4651 State Street**
**Montclair, CA 91763**

**Duck House, Inc.**
**4651 State Street**
**Montclair, CA 91763**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**