1  James C. Bastian, Jr. - Bar No. 175415
   Mark Bradshaw – Bar No. 192540
2  **SHULMAN HODGES & BASTIAN LLP**
   26632 Towne Centre Drive, Suite 300
3  Foothill Ranch, California 92610-2808
   Telephone:    (949) 340-3400
4  Facsimile:    (949) 340-3000
   Email: jbastian@shbllp.com
5          mbradshaw@shbllp.com

6  Proposed Attorneys for
   Trade Union International, Inc.  and
7  Duck House, Inc., the Debtors and Debtors in Possession

8

9              **UNITED STATES BANKRUPTCY COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

11

| | |
|---|---|
| 12  In re | Case No.  6:11-bk-13071-DS |
| 13  **TRADE UNION INTERNATIONAL, INC., a California corporation,** | Chapter  11 |
| 14 | Jointly Administered With |
|     Debtor. | Case No.  6:11-bk-13072-DS |
| 15 | |
| 16  In re | **DEBTORS' CASE STATUS REPORT** |
| 17  **DUCK HOUSE, INC., a California corporation,** | **Chapter 11 Status Conference** |
|     | Date:   March 29, 2011 |
| 18 | Time:   11:00 A.M. |
|     Debtor. | Place:  Courtroom 304 |
| 19 |          3420 Twelfth Street |
|     |          Riverside, California |
| 20 | |
| 21 | |

22

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

1

4265-000
\G:\Wp\Cases\S-T\Trade Union International\Pld\Status Report - March 29 2011.doc

# TABLE OF CONTENTS

Page

A.   Description of Debtors' Business Affairs .................................................................. 3

    1.   The Debtors' Businesses .................................................................... 3

    2.   Trade Union's Principal Assets .......................................................... 4

    3.   Summary of Trade Union's Liabilities ............................................... 5

    4.   Duck House's Principal Assets ........................................................... 5

    5.   Summary of Duck House's Liabilities ................................................ 5

B.   Events Leading to the Chapter 11 Filing and Principal Financial Problems .......... 5

C.   Principal Disputes and Problems to be Encountered in the Case and
Proposed Resolution and What the Debtors Hope to Accomplish in the
Chapter 11 Cases ..................................................................................................... 7

D.   Compliance with Duties Under Bankruptcy Code Sections 521, 1006 and
1007 and the Requirements of the Office of the United States Trustee ................... 8

E.   Do Any Parties Claim an Interest in Cash Collateral of the Debtors and
Have the Debtors Used Such Cash Collateral? ........................................................ 9

F.   Employment of Professionals .................................................................................. 9

G.   Evidence Regarding Projected Income and Expenses for the First Six
Months of the Case .................................................................................................. 9

H.   Claims Bar Date ..................................................................................................... 10

I.   Deadline for Filing of a Plan and Disclosure Statement ....................................... 10

J.   Discussion of Significant Unexpired Leases and Executory Contracts to
Which the Debtor is Party ...................................................................................... 10

    1.   Real Property Lease for the Debtors' Business Premises .......................... 10

    2.   Trade Union Executory Contracts/Leases ................................................. 10

    3.   Duck House Executory Contracts/Leases ................................................. 11

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

4265-000
\G:\Wp\Cases\S-T\Trade Union International\Pld\Status Report - March 29 2011.doc

TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY
JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES-
IN-INTEREST:

Trade Union International, Inc., a California corporation ("Trade Union") and Duck
House, Inc., a California corporation ("Duck House"), each a debtor and debtor-in-possession
(collectively the "Debtors") jointly submit this Chapter 11 Status Conference Report in
compliance with the Order Scheduling Chapter 11 Status Conference entered on January 31,
2011.  The Debtors respectfully represent as follows:

A.      **Description of Debtors' Business Affairs**

1.      **The Debtors' Businesses**

The Debtors are each California corporations. Trade Union and Duck House are each
owned one-half by Wen Pin Chang and one-half by Mei Lien Chang (the "Changs").   Mr.
Chang is the president of both corporate Debtors.  Mrs. Chang is the vice president of both
corporate Debtors.

Other insiders of the corporate Debtors are Gary Chang, the Marketing Manager for
Trade Union and Howard Chang, Sales Executive for Trade Union.  Gary Chang and Howard
Chang are the sons of the Changs.

Mr. Chang formed Trade Union in 1981 and officially incorporated it in 1984 in order to
supply top quality aftermarket aluminum alloy wheels and wheel and truck accessories.  Trade
Union's products are manufactured in Taiwan and China and are shipped to the United States for
distribution to wholesalers and retailers.  Trade Union is known for product lines which include
Verde Custom Wheels, Black Ice Alloys, and Topline Products.

Duck House was established in 1981 and officially incorporated in 1986.  Duck House
specializes in designing products for sports enthusiasts.  In order to offer the most competitive
prices, the products are manufactured in factories in China and in Taiwan and then distributed by
Duck House in the United States.

The Debtors' corporate office is located in Montclair and this facility includes more than

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3

4265-000
\\G:\Wp\Cases\S-T\Trade Union International\Pld\Status Report - March 29 2011.doc

100,000 square feet of warehouse space.  The workers of both Trade Union and Duck House are employed and paid by Trade Union.  Duck House reimburses Trade Union for payments allocated to Duck House.

The Debtors' assets are encumbered by liens in favor of a bank group consisting of Cathay Bank and China Trust Bank ("Bank Group").

The Debtors are not small business debtors as defined in the Bankruptcy Code and neither of the cases are single asset real estate cases.

## 2.      Trade Union's Principal Assets

Trade Union does not own any real property.  The principal assets of Trade Union as listed on its Bankruptcy Schedules and the amendment thereto consist of the following:

| Description | Scheduled Amount |
|---|---|
| Cash on hand and on deposit | $494,588.21 |
| Accounts receivable | $4,714,737.21 |
| Promissory Note due from Wheel Specialties LTD dba Custom Wheels Unlimited | $297,826.14 |
| Product brands including Verde Custom Wheels, Black Ice Alloys, Vrock and Topline products.  Value of the branding is estimated at $100,000 to $250,000 per brand. | $500,000 |
| Office equipment, furnishings, and supplies. | $1,017,853.19 |
| Machinery, fixtures, equipment and supplies used in business. | $473,340 |
| Inventory | $3,851,576.28 |
| Accounts Receivable owed by Debtor's officers and shareholders, Wen Pin Chang and Mei Lien Chang which are described on the Combined Balance Sheet for Trade Union International, Inc., and Duck House Inc., as follows:<br><br>Other Receivable        $5,619,095.04<br>Short term investment   $2,039,660.60<br>Long term investment   $2,860,360.06 | $10,519,115.70 |

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

4265-000
\G:\Wp\Cases\S-T\Trade Union International\Pld\Status Report - March 29 2011.doc

3.      **Summary of Trade Union's Liabilities**

As set forth on its Bankruptcy Schedules, Trade Union has secured claims totaling $11,500,000 (the Bank Group's claim); no priority claims and general unsecured claims totaling $8,326,869.61.

4.      **Duck House's Principal Assets**

Duck House does not own any real property.  The principal assets of Duck House as listed on its Bankruptcy Schedules and the amendment thereto consist of the following:

| Description | Scheduled Amount |
|---|---|
| Cash on hand and on deposit | $177,501.76 |
| Accounts receivable | $665,010.65 |
| License Agreements with the following:<br>• Major League Baseball<br>• NBA Properties, Inc.<br>• NFL Properties LLC<br>• The Collegiate License Company | Unknown |
| Inventory | $1,096,540.28 |
| Accounts Receivable owed by Debtor's officers and shareholders, Wen Pin Chang and Mei Lien Chang which are described on the Combined Balance Sheet for Trade Union International, Inc., and Duck House Inc., as follows:<br><br>Other Receivable        $244,783 | $244,783 |

5.      **Summary of Duck House's Liabilities**

As set forth on its Bankruptcy Schedules and the amendment thereto, Duck House has secured claims totaling $11,500,000 (the Bank Group's claim); no priority claims and general unsecured claims totaling $223,113.06.

B.      **Events Leading to the Chapter 11 Filing and Principal Financial Problems**

Cathay Bank is the agent for the Bank Group.  The Bank Group has a secured loan balance in the amount of approximately $11.5 million and asserts a security interest over all the assets of the Debtors.  The loan is personally guaranteed by the Changs, the principals of the Debtors.  To preserve its collateral, the Bank Group maintained a lockbox account into which all

**SHULMAN HODGES &
BASTIAN LLP**
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

5

4265-000
\G:\Wp\Cases\S-T\Trade Union International\Pld\Status Report - March 29 2011.doc

1   of the Debtors' receivables were placed.

2       In May 2010, the Debtors began discussions with the Bank Group relating to a

3   forbearance agreement and restructuring of the loan.  Through this period up until December

4   2010, the Debtors paid more than $3.5 million of principal on the loan while also keeping current

5   on the interest payments.  This enabled the reduction of the outstanding loan balance from $16.5

6   million to $11.5 million.

7       On October 27, 2010, in consideration of assurances by the Bank Group that it would

8   agree to a restructuring of the Bank Group loan, the Changs granted the Bank Group a deed of

9   trust on a previously unencumbered unimproved parcel zoned for residential real estate located at

10   22840 Ridgeline Road, Diamond Bar, CA ("Ridgeline Property").  Rather than agree to any

11   restructure, the Bank Group only extended the forbearance agreement four days (from October

12   27, 2010 to October 31, 2010).  A sale of the Ridgeline Property closed on January 28, 2011 at

13   which time the Bank Group was paid in excess of $1.1 million which was applied toward the

14   principal balance of the outstanding loan balance.

15       Negotiations between the Debtors and the Bank Group broke down in early January.  On

16   January 4, 2011, the Bank Group terminated all discussions and terminated all Debtors' access to

17   their cash, yet made it clear to the Debtors that they were not enforcing its legal remedies.  As a

18   direct result of the Bank Group's actions, the Debtors were unable to operate.  The Debtors had

19   no access to funds with which to pay necessary operating expenses, including payroll.  In

20   addition, the Debtors had almost $300,000 in outstanding checks that bounced because of the

21   Bank Group's actions.

22       As a result of the Bank Group's actions, Debtors had no choice but to open a new bank

23   account and direct their customers to make payments to that bank account to try and cover issued

24   checks, payroll and other necessary expenses of the business.  As such, on January 10, 2011, the

25   Debtors contacted their customers and directed them to forward any payments to a new account

26   at U.S. Bank. The Bank Group asserted that these actions were improper.

27       On January 10, 2011, the Bank Group notified the Debtors that the Bank Group applied

28   $463,271 from the accounts maintained at Cathay Bank toward the Debtors' outstanding

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

6

4265-000
\G:\Wp\Cases\S-T\Trade Union International\Pld\Status Report - March 29 2011.doc

1    revolving loans.  This action caused forty-five checks to bounce for non-sufficient funds.  The

2    Bank Group also shut down all on-line banking for both Trade Union and Duck House.  The

3    Debtors were unable to access funds in their checking accounts and the lock box accounts and

4    there was no visibility regarding banking activities in the Debtors' accounts held at the Bank

5    Group.    The Debtors are advised that the Bank Group has continued to sweep the Debtors'

6    lockbox accounts and applied the additional cash towards the principal of the Debtors'

7    outstanding loan balance.  At this time, the Debtors have not received an updated accounting and

8    do not know the total amount by which the principal loan balance has been reduced on account

9    of the Bank Group's sweeping of the Debtors' accounts.

10            On January 12, 2011, the Bank Group and the Debtors, along with their counsel, met to

11   discuss a possible resolution.  The Bank Group informed the Debtors that it would be seeking the

12   appointment of a receiver to liquidate the Debtors.  After further negotiations did not result in a

13   resolution, the Bank Group provided ex parte notice of its motion to have a receiver appointed

14   and scheduled a hearing in state court for the morning of January 28, 2011, which was continued

15   to January 31, 2011.  The Debtors' believed that the appointment of a receiver would be to the

16   detriment of the unsecured creditors and equity holders, and result in a possibly huge deficiency

17   claim to the Bank Group.

18   **C.    Principal Disputes and Problems to be Encountered in the Case and Proposed**

19   **Resolution and What the Debtors Hope to Accomplish in the Chapter 11 Cases**

20            The Debtors intend to work closely with creditors and hopes to develop a consensual plan

21   of reorganization to reorganize its affairs and address all debts due and owing.  At all possible

22   times, creditors and parties in interest will be provided with all information regarding the

23   Debtor's reorganization efforts.

24            The Debtors' filed their chapter 11 cases to control the orderly sale of their assets and

25   possibly preserve a going concern through a Bankruptcy Code Section 363 sale or a plan of

26   reorganization.  Each of the Debtors have an excellent reputation and product and intend to

27   maintain operations pending a Bankruptcy Code Section 363 sale or a plan of reorganization.

28            Immediately prior to the commencement of the bankruptcy cases, the Debtors reduced

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

7

4265-000
\G:\Wp\Cases\S-T\Trade Union International\Pld\Status Report - March 29 2011.doc

1    their work force in order to cut operating costs.

2          In addition, the State Street Property is listed for sale and is believed to be priced to sell

3    quickly for a value that will provide $2 to $3 million additional pay down to the Bank Group.

4          The Debtors have obtained court approval on an interim basis to use cash collateral of

5    the Bank Group.  The Debtors intend to open negotiations with the Bank Group for consensual

6    use of cash collateral but if no stipulation is reached, the Debtors will continue to seek court

7    approval  for such use over the Bank Group's objections.

8          The Debtors have been advised that a number of competitors with the Duck House

9    business may be interested in presenting offers to purchase the Duck House assets.  If this

10   interest results in an offer, the Debtors may bring a motion to sell such assets pursuant to

11   Bankruptcy Code Section 363.

12         The Debtors have also been contacted by representatives of a group of investors from

13   China who are interested in either investing in or acquiring the Trade Union business.

14   Representatives are expected to conduct due diligence beginning on or after February 15, 2011,

15   following Chinese New Year festivities.  Depending on the level of interest from this party and

16   the deal structure they propose, the Debtors may file a plan of reorganization or a 363 motion to

17   obtain court approval of any proposed transaction.

18         While these options are being pursued, the Debtors are continuing to review their

19   business model based on the latest overhead, payroll and other cost reductions to determine if a

20   more conventional reorganization is possible.   If so, the Debtors may file an earn-out plan of

21   reorganization if feasible.

22         The Debtors will review and explore all options consistent with the above for the first

23   thirty to sixty days of the case

24   **D.    Compliance with Duties Under Bankruptcy Code Sections 521, 1006 and 1007 and**

25         **the Requirements of the Office of the United States Trustee**

26         On February 23, 2011, the Debtors filed their respective Schedules of Assets and

27   Liabilities and Statement of Financial Affairs.  The Schedules for each of the Debtors were

28   amended on March 4, 2011.

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

8

4265-000
\G:\Wp\Cases\S-T\Trade Union International\Pld\Status Report - March 29 2011.doc

1    The Debtors submitted their initial 7-Day Package of required documents to the Office of

2  the United States Trustee on February 9, 2011.

3    The Debtor will be preparing and filing their monthly operating reports and will timely

4  pay their quarterly fees as required by the guidelines of the Office of the United States Trustee

5  for Chapter 11 debtors.

6    The Debtors attended the meeting of creditors pursuant to Bankruptcy Code Section

7  341(a), held on March 4, 2011.

8    The Debtors have performed their duties and responsibilities under the Bankruptcy Code

9  and the requirements of the Office of the United States Trustee.

10  **E.    Do Any Parties Claim an Interest in Cash Collateral of the Debtors and Have the**

11      **Debtors Used Such Cash Collateral?**

12    The Bank Group asserts a cash collateral interest in the Debtors' cash.  At an emergency

13  hearing held on February 3, 2011 and pursuant to Court order entered on February 10, 2011, the

14  Debtors were authorized to use Bank Group's cash collateral consistent with the Debtors' budget

15  through February 24, 2011.  At a hearing held on February 24, 2011 and pursuant to Court order

16  entered on March 3, 2011, the Debtors have been authorized to continue to use the Bank Group's

17  cash collateral through March 29, 2011.  A further hearing cash collateral issues is scheduled for

18  March 29, 2011.

19  **F.    Employment of Professionals**

20    The Debtor has filed/will be filing motions for orders authorizing employment of the

21  following professionals:

22    •    Shulman Hodges & Bastian LLP as general counsel (filed).

23    •    Lan Liu & Company as the Debtors' tax preparer and accountant (being

24  prepared).

25  **G.    Evidence Regarding Projected Income and Expenses for the First Six Months of the**

26      **Case**

27    A projected operating statement for the first six months of the Debtors' case and a

28  comparison to actual results for the twelve months preceding the filing of the cases is being

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

9

4265-000
\G:\Wp\Cases\S-T\Trade Union International\Pld\Status Report - March 29 2011.doc

1    prepared and will be filed with the Court prior to the Chapter 11 Status Conference hearing.

2    Attached hereto as **Exhibit 1** is copy of the Debtors' Extended Budget submitted in connection

3    with their most recent Supplement to their Cash Collateral Motion.

4    **H.       Claims Bar Date**

5            The Debtors request that they be authorized to serve upon all creditors and parties

6    requesting special notice a Notice of Claims Deadline ("Notice") that conforms to the Notice

7    attached hereto as **Exhibit 2**. The Notice shall specify a day that is the last date for the filing of

8    proofs of claims and interests ("Claims Deadline") which shall be no sooner than sixty calendar

9    days after the service of the Notice.

10   **I.       Deadline for Filing of a Plan and Disclosure Statement**

11           It is anticipated that Debtor's disclosure statement and plan of reorganization will be filed

12   within the next ninety days.

13   **J.       Discussion of Significant Unexpired Leases and Executory Contracts to Which the**

14          **Debtor is Party**

15          **1.       Real Property Lease for the Debtors' Business Premises**

16           The Debtors are the joint tenants under the lease for their business premises located at

17   4651 State Street, Montclair, California.  The lease is for a five year period ending January 31,

18   2013.  The landlord for the business premises is the Debtors' principals and sole shareholders,

19   Wen Pin Chang and Mei Lien Chang.   The Debtors intend to enter into a stipulation with the

20   landlords to assume this lease.  The Debtors are current on their payments under this lease.

21          **2.       Trade Union Executory Contracts/Leases**

22           The following chart sets forth Trade Union's contracts in effect as of the Petition Date:

23

24

25

26

27

28

**SHULMAN HODGES &**
**BASTIAN LLP**
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

10

4265-000
\G:\Wp\Cases\S-T\Trade Union International\Pld\Status Report - March 29 2011.doc

| Wells Fargo Financial Leasing Manufacturer Services Group | Fililng No. 107220526732, on 1/21/2010 |
|---|---|
| | 3 - Crown Forklifts Rc5535-35  S/N-S 1a354979, 1a354978, 1a354977; 3 - Douglas 36 Volt Batteries 18-125-15  S/N-S 090000815, 090000814, 080019392; 3 - Crown Chargers 390865-336-01  S/N-S 183086508102207, 183086508102222, 183086508081405
Lease Expires on 1/21/2013 |
| | Filing No. 097215401312 on 11/27/2009 |
| | 3 - Crown Reach Trucks Rd5725-30 With Batteries And Chargers  S/N-S 1A353697, 1A353696, 1A353740
Lease expires on 11/27/2012 |
| Key Equipment Finance | 2005 Caterpillar NRR30P Forklift S/N# 2GL07481, 2004 Caterpillar NPV60 Forklift S/N# 2HL11503 |

Trade Union is current on its payments to each of the parties to the foregoing contracts and is confident that it will continue with timely payments to each of the parties.  Although the Debtors are continuing to evaluate each of the foregoing contracts, at this time the Debtor intends to assume the each of the contracts to the extent that they are executory.

**3.    Duck House Executory Contracts/Leases**

The Duck House debtor is a party to the following prepetition license agreements:

•    Duck House is a party to a prepetition license agreement between Duck House and NFL Properties, LLC, dated April 1, 2009 ("NFL License Agreement").  The NFL License Agreement to be assumed involves the relationship between Duck House and NFL Properties, LLC ("NFL") whereby Duck House was licensed to sell in the United States NFL team identified products, paperweights, illuminating pens, disposable napkins, disposable plates, disposable cups, disposable flatware, melamine children's dinner sets, melamine plate sets, refreezable mugs, lighted mugs, party packs, placemats, frosted tumblers, flaired pilsners, and coaster sets (the "NFL Licensed Products").  Duck House owes approximately $150,000 in connection with the NFL License Agreement.  The NFL License Agreement is set to expire on its own terms on March 31, 2011.  Duck House and the NFL have agreed to an extension and

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

11

4265-000
\G:\Wp\Cases\S-T\Trade Union International\Pld\Status Report - March 29 2011.doc

1 modification of the terms of the NFL License Agreement as described in the Motion and which

2 will be incorporated in to the order approving the Motion.

3 • Duck House is a party to a prepetition license agreement with Major League

4 Baseball Properties, Inc. dated January 1, 2009 ("MLB License Agreement"). The MLB License

5 Agreement to be assumed involves the relationship between Duck House and Major League

6 Baseball Properties, Inc. ("MLB") whereby Duck House was granted a non-exclusive license to

7 utilize certain specified names, trademarks, service marks, trade dress and copyrights, including

8 word marks, logos, uniform designs, mascots, images, colors and color combinations, characters,

9 symbols designs, likenesses and visual representations associated with and/or related to the

10 various Major League Baseball-affiliated entities and their products and services ("MLB

11 License"). Duck House owes approximately $7,037.31 in connection with the MLB License

12 Agreement. The MLB License Agreement is set to expire on December 31, 2011.

13 • Duck House is a party to a prepetition license agreement with the Collegiate

14 Licensing Company dated March 9, 2009 (the "CLC License Agreement"). Duck House owes

15 approximately $10,179.62 in connection with the CLC License Agreement. The CLC License

16 Agreement is set to expire on its own terms on March 31, 2011. Duck House and CLC have

17 agreed to an extension of the terms of the CLC License Agreement provided that Duck House

18 pay the arrearage and a $2,100 audit fee.

19 • Duck House is a party to a prepetition license agreement with the NBA Properties

20 Inc. dated October 23, 2007 (the "NBA License Agreement"). Duck House owes approximately

21 $2,101.78 in connection with the NBA License Agreement. The NBA License Agreement is set

22 to expire on its own terms on September 30, 2011.

23 • Duck House is a party to various miscellaneous prepetition license agreements

24 with additional colleges and universities including an entity known as the License Resource

25 Group (the "LRG and Miscellaneous License Agreements"). Duck House owes approximately

26 $8,320.70 in connection with the LRG and Miscellaneous License Agreements. Between the

27 CLC License Agreement and the LRG and Miscellaneous License Agreements Duck House has

28 a relationship with essentially every major university in the United States.

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

12

4265-000
\\G:\Wp\Cases\S-T\Trade Union International\Pld\Status Report - March 29 2011.doc

1    The NFL License Agreement, the MLB License Agreement, the CLC License

2 Agreement, the NBA License Agreement, and the LRG and Miscellaneous License Agreements

3 are referred to collectively as the "License Agreements".

4    The License Agreements benefit the bankruptcy estate in that they have generated

5 consistent revenue for Duck House at substantial profit margins.   On March 8, 2011, Duck

6 House filed its Motion for Order Approving Assumption of Certain License Agreements and

7 Granting Related Relief which is set for hearing on March 29, 2011.   This motion will allow

8 Duck House to generate significant monthly operating income and is a part of the Debtors'

9 overall reorganization strategy.

10

11

12 Dated: March 14, 2011

13                        **TRADE UNION INTERNATIONAL, INC.**
                         **a California corporation**

14                       **DUCK HOUSE, INC.,**
                         **a California corporation**

15

16

17                       Wen Pin Chang, President

18 Prepared by:

19 **SHULMAN HODGES & BASTIAN LLP**

20 /s/ James C. Bastian, Jr.

21 James C. Bastian, Jr.
   Mark Bradshaw
22 Proposed Attorneys for
   Trade Union International, Inc. and
23 Duck House, Inc., the Debtors and Debtors in
   Possession

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

13

4265-000
\G:\Wp\Cases\S-T\Trade Union International\Pld\Status Report - March 29 2011.doc

# Exhibit 1

# Extended Budget

**TUI + DH  COMBINED**

| 4 WEEK CASH FLOW PROJECTION | 2/18/2011 | 2/25/2011 | 3/4/2011 | 3/11/2011 | 3/18/2011 | 3/25/2011 | 4/1/2011 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| BEGINNING BANK BALANCE | $ 1,251,940 | $ 1,842,707 | $ 2,365,261 | $ 2,235,461 | $ 2,236,332 | $ 2,372,497 | $ 2,570,540 | $ 1,251,940 |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| ADJUSTED BEGINNING CASH BANK BALANCE | 1,251,940 | 1,842,707 | 2,365,261 | 2,235,461 | 2,236,332 | 2,372,497 | 2,570,540 | 1,251,940 |
| | - | - | - | - | - | - | - | - |
| NON-AR RECEIPTS | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| CASH COLLECTIONS | | | | | | | | |
| Accounts Receivables | 611,496 | 464,590 | 231,525 | 401,204 | 458,700 | 385,875 | 366,195 | 2,919,586 |
| Accounts Receivables Debtor, Cathay Lockbox | - | - | - | - | - | - | - | - |
| Sub-Total Accounts Receivable Collection | 611,496 | 464,590 | 231,525 | 401,204 | 458,700 | 385,875 | 366,195 | 2,919,586 |
| On-water Shipment Sales | 68,005 | 65,918 | - | - | - | - | - | 133,923 |
| Inventory | 60,496 | 60,496 | - | - | - | - | - | 120,992 |
| Others | - | - | - | - | - | - | - | - |
| Total Estimated Cash Collections | 739,997 | 591,004 | 231,525 | 401,204 | 458,700 | 385,875 | 366,195 | 3,174,501 |
| TOTAL CASH COLLECTION & CASH BEG BAL | 1,991,937 | 2,433,711 | 2,596,786 | 2,636,665 | 2,695,032 | 2,758,372 | 2,936,735 | 4,426,441 |
| | - | - | - | - | - | - | - | - |
| TRADE DISBURSEMENTS | - | - | - | - | - | - | - | - |
| VENDOR DISBURSEMENTS | 48,591 | - | 243,000 | 273,000 | 225,000 | 160,000 | 165,000 | 1,114,591 |
| | - | - | - | - | - | - | - | - |
| SELLING EXPENSE | - | - | - | - | - | - | - | - |
| COMMISSION | - | - | - | 20,000 | - | - | - | 20,000 |
| ROYALTY | - | - | - | 70,315 | 16,993 | - | - | 87,308 |
| ADV & PROM | - | - | - | - | - | - | - | - |
| OTHERS (show expense; collateral material) | - | - | 3,500 | - | - | - | - | 3,500 |
| | - | - | - | - | - | - | - | - |
| SUBTOTAL SELLING EXPENSE | - | - | 3,500 | 90,315 | 16,993 | - | - | 110,808 |
| | - | - | - | - | - | - | - | - |
| INBOUND & OUTBOUND FRT. DUTY | - | - | - | - | - | - | - | - |
| INBOUND FRT, DUTY, OTHERS | 2,000 | - | - | 20,392 | - | 2,620 | - | 25,012 |
| OUTBOUND FRT | 18,900 | 25,200 | 11,195 | 8,326 | 17,039 | 16,092 | 12,150 | 108,902 |
| PACKAGING SUPPLY | - | - | 2,000 | - | - | 1,000 | - | 3,000 |
| OTHERS | - | - | - | - | - | - | - | - |
| SUBTOTAL SELLING EXPENSE | 20,900 | 25,200 | 13,195 | 28,718 | 17,039 | 19,712 | 12,150 | 136,914 |
| | - | - | - | - | - | - | - | - |
| PAYROLL | - | - | - | - | - | - | - | - |
| SALARY, WAGES, PAYROLL TAX RELATED | 41,129 | - | 41,129 | - | 41,129 | - | 41,129 | 164,516 |
| EMPLOYEE STAY INCENTIVE ( pay at the last week) | - | - | - | - | - | - | - | - |
| NON-RECURRING SEVERANCE | - | - | - | - | - | - | - | - |
| PAYROLL TAX / 401K /GARNISHMENT /PR SERVICE | 6,169 | - | 9,980 | - | 10,880 | - | 9,980 | 37,008 |
| SUBTOTAL PAYROLL | 47,298 | - | 51,109 | - | 52,009 | - | 51,109 | 201,525 |
| | - | - | - | - | - | - | - | - |
| INSURANCE    (General Liablty; Credit Ins; skeleton team;) | 26,191 | - | 26,720 | - | - | - | - | 52,911 |
| | - | - | - | - | - | - | - | - |
| AUTO LOAN & TRAVEL RELATED | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |

**EXHIBIT 1**

22

| 4 WEEK CASH FLOW PROJECTION | 2/18/2011 | 2/25/2011 | 3/4/2011 | 3/11/2011 | 3/18/2011 | 3/25/2011 | 4/1/2011 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| RENT | 37,000 | - | - | - | - | - | - | 37,000 |
| | - | - | - | - | - | - | - | - |
| OFFICE | | | | | | | | |
| UTILITIES | - | - | 3,000 | - | - | - | - | 3,000 |
| TELEPHONE | - | - | 1,840 | - | - | - | - | 1,840 |
| PROFESSIONAL - LEGAL | - | - | - | - | - | - | - | - |
| PROFESSIONAL - ACCOUNTING | - | - | - | - | - | - | - | - |
| PROFESSIONAL - WHEEL DESIGN & OTHERS | - | - | - | - | - | - | - | - |
| OFFICE SUPPLY | - | - | - | - | - | - | - | - |
| OTHERS (wast dipose /postage / dues / subscriptiion) | - | - | 600 | 250 | - | - | - | 850 |
| BUSINESS LICENSE | - | - | 220 | - | - | 220 | 220 | 660 |
| SUBTOTAL OFFICE EXPENSE | - | - | 5,660 | 250 | - | 220 | 220 | 6,350 |
| | - | - | - | - | - | - | - | - |
| EQUIPMENT | - | - | - | - | - | - | - | - |
| SUBTOTAL EQUIPMENT EXPENSE | - | - | 11,892 | 1,800 | 1,644 | 1,650 | - | 16,986 |
| | - | - | - | - | - | - | - | - |
| DEBT SERVICE | | | | | | | | |
| PRINCIPAL | - | - | - | - | - | - | - | - |
| INTEREST | - | - | - | - | - | - | - | - |
| OTHERS | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| SUBTOTAL DEBT SERVICE | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| LEGAL & CONSULTANT FEE | | | | | | | | |
| XROSS ROADS | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | - | 15,000 |
| SHULMAN HODGES & BASTIAN LLP | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | - | 22,500 |
| LEGAL | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| SUBTOTAL RE-ORGANIZATION EXPENSE | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | - | 37,500 |
| | - | - | - | - | - | - | - | - |
| TEMP LABOR SERVICE | - | - | - | - | 3,600 | - | 3,600 | 7,200 |
| | - | - | - | - | - | - | - | - |
| OTHERS     CREDIT CARD PROCESSING FEE | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| SUB-TOTAL OF TOTAL DISBURSEMENT | 149,230 | 68,450 | 361,325 | 400,333 | 322,535 | 187,832 | 232,079 | 1,721,784 |
| | - | - | - | - | - | - | - | - |
| SUB-TOTAL OF EXPENSE | 100,639 | 68,450 | 118,325 | 127,333 | 97,535 | 27,832 | 67,079 | 607,193 |
| SUB-TOTAL OF TRADE PAYABLE DISBURSEMENT | 48,591 | - | 243,000 | 273,000 | 225,000 | 160,000 | 165,000 | 1,114,591 |
| | - | - | - | - | - | - | - | - |
| ENDING CASH BANK BALANCE (Before R/E Sales) | $ 1,842,707 | $ 2,365,261 | $ 2,235,461 | $ 2,236,332 | $ 2,372,497 | $ 2,570,540 | $ 2,704,657 | $ 2,704,657 |

# EXHIBIT 1

**PROJECTION 0131**

### Sales through 2/28/11

| Sales | Ref to | Due Week 2/4/2011 | Due Week 2/11/2011 | Due Week 2/18/2011 | Due Week 2/28/2011 | Total |
|---|---|---|---|---|---|---|
| Sales | | | | | | |
| TUI | | 91,000 | 182,000 | 273,000 | 364,000 | 910,000 |
| DH | | 35,000 | 70,000 | 105,000 | 140,000 | 350,000 |
| Total: | | 126,000 | 252,000 | 378,000 | 504,000 | **1,260,000** |

### Inventory through 2/28/11

| TUI | Ref to | Due Week 2/4/2011 | Due Week 2/11/2011 | Due Week 2/18/2011 | Due Week 2/28/2011 | Total |
|---|---|---|---|---|---|---|
| Inventory Bal. | | | | | | |
| Beginning Bal | 31-Jan | $ 4,141,583 | $ 4,077,883 | $ 4,065,827 | $ 3,874,727 | $ 4,141,583 |
| Sales (Cogs) | | (63,700) | (127,400) | (191,100) | (254,800) | (637,000) |
| Purchase | | | 115,344 | | | 115,344 |
| Ending Bal | | $ 4,077,883 | $ 4,065,827 | $ 3,874,727 | $ 3,619,927 | $ 3,619,927 |

| DH | Ref to | Due Week 2/4/2011 | Due Week 2/11/2011 | Due Week 2/18/2011 | Due Week 2/28/2011 | Total |
|---|---|---|---|---|---|---|
| Inventory Bal. | | | | | | |
| Beginning Bal | 31-Jan | $ 1,089,613 | $ 1,074,213 | $ 1,095,465 | $ 1,097,856 | $ 1,089,613 |
| Sales (Cogs) | | (15,400) | (30,800) | (46,200) | (61,600) | (154,000) |
| Purchase | | | 52,052 | 48,591 | | 100,643 |
| Ending Bal | | $ 1,074,213 | $ 1,095,465 | $ 1,097,856 | $ 1,036,256 | $ 1,036,256 |

| Total Inventory End Bal. | $ 5,152,096 | $ 5,161,292 | $ 4,972,583 | $ 4,656,183 | $ 4,656,183 |
|---|---|---|---|---|---|

**PROJECTION 0217**

### Sales through 2/28/11

| Sales | Ref to | Due Week 3/4/2011 | Due Week 3/11/2011 | Due Week 3/18/2011 | Due Week 3/25/2011 | Due Week 4/1/2011 | Total |
|---|---|---|---|---|---|---|---|
| Sales | | | | | | | |
| TUI | | 90,000 | 80,000 | 211,000 | 190,000 | 140,000 | 711,000 |
| DH | | 65,000 | 42,000 | 63,000 | 64,000 | 50,000 | 284,000 |
| Total: | | 155,000 | 122,000 | 274,000 | 254,000 | 190,000 | **995,000** |

### Inventory through 2/28/11

| TUI | Ref to | Due Week 3/4/2011 | Due Week 3/11/2011 | Due Week 3/18/2011 | Due Week 3/25/2011 | Due Week 4/1/2011 | Total |
|---|---|---|---|---|---|---|---|
| Inventory Bal. | | | | | | | |
| Beginning Bal | | $ 3,841,279 | $ 3,966,279 | $ 4,128,279 | $ 4,151,579 | $ 4,178,579 | $ 3,841,279 |
| Sales (Cogs) | | (63,000) | (56,000) | (147,700) | (133,000) | (98,000) | (497,700) |
| Purchase | | 188,000 | 218,000 | 171,000 | 160,000 | 165,000 | 902,000 |
| Ending Bal | | $ 3,966,279 | $ 4,128,279 | $ 4,151,579 | $ 4,178,579 | $ 4,245,579 | $ 4,245,579 |

| DH | Ref to | Due Week 3/4/2011 | Due Week 3/11/2011 | Due Week 3/18/2011 | Due Week 3/25/2011 | Due Week 4/1/2011 | Total |
|---|---|---|---|---|---|---|---|
| Inventory Bal. | | | | | | | |
| Beginning Bal | | $ 1,045,941 | $ 1,072,341 | $ 1,108,861 | $ 1,135,141 | $ 1,106,981 | $ 1,045,941 |
| Sales (Cogs) | | (28,600) | (18,480) | (27,720) | (28,160) | (22,000) | (124,960) |
| Purchase | | 55,000 | 55,000 | 54,000 | | | 164,000 |
| Ending Bal | | $ 1,072,341 | $ 1,108,861 | $ 1,135,141 | $ 1,106,981 | $ 1,084,981 | $ 1,084,981 |

| Total Inventory End Bal. | $ 5,038,620 | $ 5,237,140 | $ 5,286,720 | $ 5,285,560 | $ 5,330,560 | $ 5,330,560 |
|---|---|---|---|---|---|---|

**ACTUAL 0217**

### Sales through 2/28/11

| Sales | Ref to | Due Week 2/4/2011 | Due Week 2/11/2011 | Due Week 2/18/2011 | Due Week 2/28/2011 | Total |
|---|---|---|---|---|---|---|
| Sales | | | | | | |
| TUI | | 72,422 | 146,722 | 249,000 | 164,000 | 632,144 |
| DH | | 44,794 | 117,954 | 112,000 | 30,000 | 304,748 |
| Total: | | 117,216 | 264,676 | 361,000 | 194,000 | **936,892** |
| | | OK | OK | OK | OK | |

### Inventory through 2/28/11

| TUI | Ref to | Due Week 2/4/2011 | Due Week 2/11/2011 | Due Week 2/18/2011 | Due Week 2/28/2011 | Total |
|---|---|---|---|---|---|---|
| Inventory Bal. | | | | | | |
| Beginning Bal | 31-Jan | $ 4,141,583 | $ 4,101,398 | $ 4,015,035 | $ 3,956,079 | $ 4,141,583 |
| Sales (Cogs) | | $ (40,185) | (86,363) | (174,300) | (114,800) | (415,648) |
| Purchase | | | - | 115,344 | - | 115,344 |
| Ending Bal | | $ 4,101,398 | $ 4,015,035 | $ 3,956,079 | $ 3,841,279 | $ 3,841,279 |
| | | OK | OK | OK | OK | |

| DH | Ref to | Due Week 2/4/2011 | Due Week 2/11/2011 | Due Week 2/18/2011 | Due Week 2/28/2011 | Total |
|---|---|---|---|---|---|---|
| Inventory Bal. | | | | | | |
| Beginning Bal | 31-Jan | $ 1,089,613 | $ 1,069,234 | $ 1,059,830 | $ 1,059,141 | $ 1,089,613 |
| Sales (Cogs) | | $ (20,379) | (61,456) | (49,280) | (13,200) | (144,315) |
| Purchase | | | 52,052 | 48,591 | - | 100,643 |
| Ending Bal | | $ 1,069,234 | $ 1,059,830 | $ 1,059,141 | $ 1,045,941 | $ 1,045,941 |
| | | OK | OK | OK | OK | |

| Total Inventory End Bal. | $ 5,170,632 | $ 5,074,865 | $ 5,015,220 | $ 4,887,220 | $ 4,887,220 |
|---|---|---|---|---|---|

24

# EXHIBIT 1

**PROJECTION 0131**

A/R Due through 2/28/11

| Collection | Ref to | Due Week 2/4/2011 | Due Week 2/11/2011 | Due Week 2/18/2011 | Due Week 2/28/2011 | Total |
|---|---|---|---|---|---|---|
| TUI | Tui AR | 326,322 | 326,663 | 516,534 | 350,638 | 1,520,156 |
| DH | Dh AR | 75,968 | 94,961 | 94,962 | 113,953 | 379,844 |
| Total: | | 402,290 | 421,623 | 611,496 | 464,590 | **1,900,000** |

| TUI | | Due Week 2/4/2011 | Due Week 2/11/2011 | Due Week 2/18/2011 | Due Week 2/28/2011 | Total |
|---|---|---|---|---|---|---|
| AR Balance Est. | | | | | | |
| Beginning Bal | 31-Jan $ | 4,264,691 $ | 4,029,369 $ | 3,884,706 $ | 3,641,172 $ | 4,264,691 |
| Cash Receipts | | (326,322) | (326,663) | (516,534) | (350,638) | (1,520,156) |
| Sales Est. | | 91,000 | 182,000 | 273,000 | 364,000 | 910,000 |
| Ending Bal | | $ 4,029,369 $ | 3,884,706 $ | 3,641,172 $ | 3,654,535 $ | 3,654,535 |

| DH | | Due Week 2/4/2011 | Due Week 2/11/2011 | Due Week 2/18/2011 | Due Week 2/28/2011 | Total |
|---|---|---|---|---|---|---|
| AR Balance Est. | | | | | | |
| Beginning Bal | 31-Jan $ | 630,310 $ | 589,342 $ | 564,381 $ | 574,418 $ | 630,310 |
| Cash Receipts | | (75,968) | (94,961) | (94,962) | (113,953) | (379,844) |
| Sales Est. | | 35,000 | 70,000 | 105,000 | 140,000 | 350,000 |
| Ending Bal | | $ 589,342 $ | 564,381 $ | 574,418 $ | 600,466 $ | 600,466 |

| Total AR End Bal. | | $ 4,618,711 $ | 4,449,087 $ | 4,215,591 $ | 4,255,001 $ | 4,255,001 |
|---|---|---|---|---|---|---|

---

**PROJECTION 0217**

A/R Due through 2/28/11

| Collection | Ref to | Due Week 3/4/2011 | Due Week 3/11/2011 | Due Week 3/18/2011 | Due Week 3/25/2011 | Due Week 4/1/2011 | Total |
|---|---|---|---|---|---|---|---|
| TUI | Tui AR | 172,486 | 322,486 | 379,982 | 287,477 | 287,477 | 1,449,909 |
| DH | Dh AR | 59,039 | 78,718 | 78,718 | 98,398 | 78,718 | 393,590 |
| Total: | | OK | OK | OK | OK | OK | **1,843,499** |

| TUI | | Due Week 3/4/2011 | Due Week 3/11/2011 | Due Week 3/18/2011 | Due Week 3/25/2011 | Due Week 4/1/2011 | Total |
|---|---|---|---|---|---|---|---|
| AR Balance Est. | | | | | | | |
| Beginning Bal | $ | 3,289,309 $ | 3,206,822 $ | 2,964,336 $ | 2,795,354 $ | 2,697,877 $ | 3,289,309 |
| Cash Receipts | | (172,486) | (322,486) | (379,982) | (287,477) | (287,477) | (1,449,909) |
| Sales Est. | | 90,000 | 80,000 | 211,000 | 190,000 | 140,000 | 711,000 |
| Ending Bal | | $ 3,206,822 $ | 2,964,336 $ | 2,795,354 $ | 2,697,877 $ | 2,550,400 $ | 2,550,400 |
| | | OK | OK | OK | OK | OK | |

| DH | | Due Week 3/4/2011 | Due Week 3/11/2011 | Due Week 3/18/2011 | Due Week 3/25/2011 | Due Week 4/1/2011 | Total |
|---|---|---|---|---|---|---|---|
| AR Balance Est. | | | | | | | |
| Beginning Bal | $ | 491,988 $ | 497,949 $ | 461,231 $ | 445,513 $ | 411,116 $ | 491,988 |
| Cash Receipts | | (59,039) | (78,718) | (78,718) | (98,398) | (78,718) | (393,590) |
| Sales Est. | | 65,000 | 42,000 | 63,000 | 64,000 | 50,000 | 284,000 |
| Ending Bal | | $ 497,949 $ | 461,231 $ | 445,513 $ | 411,116 $ | 382,398 $ | 382,398 |
| | | OK | OK | OK | OK | OK | |

| Total AR End Bal. | | $ 3,704,772 $ | 3,425,567 $ | 3,240,867 $ | 3,108,993 $ | 2,932,797 $ | 2,932,797 |
|---|---|---|---|---|---|---|---|

---

**ACTUAL 0217**

A/R Due through 2/28/11

| Collection | Ref to | Actual Due Week 2/4/2011 | Actual Due Week 2/11/2011 | Fcst Due Week 2/18/2011 | Fcst Due Week 2/28/2011 | Total |
|---|---|---|---|---|---|---|
| TUI | Tui AR | 235,252 | 505,103 | 516,534 | 350,638 | 1,607,526 |
| DH | Dh AR | 97,328 | 136,827 | 94,962 | 113,953 | 443,070 |
| Total: | | 332,580 | 641,930 | 611,496 | 464,590 | **2,050,597** |

| TUI | | Actual Due Week 2/4/2011 | Actual Due Week 2/11/2011 | Fcst Due Week 2/18/2011 | Fcst Due Week 2/28/2011 | Total |
|---|---|---|---|---|---|---|
| AR Balance Est. | | | | | | |
| Beginning Bal | 31-Jan $ | 4,264,691 $ | 4,101,861 $ | 3,743,480 $ | 3,475,946 $ | 4,264,691 |
| Cash Receipts | | (235,252) | (505,103) | (516,534) | (350,638) | (1,607,526) |
| Sales Est. | | 72,422 | 146,722 | 249,000 | 164,000 | 632,144 |
| Ending Bal | | $ 4,101,861 $ | 3,743,480 $ | 3,475,946 $ | 3,289,309 $ | 3,289,309 |

| DH | | Actual Due Week 2/4/2011 | Actual Due Week 2/11/2011 | Fcst Due Week 2/18/2011 | Fcst Due Week 2/28/2011 | Total |
|---|---|---|---|---|---|---|
| AR Balance Est. | | | | | | |
| Beginning Bal | 31-Jan $ | 630,310 $ | 577,776 $ | 558,903 $ | 575,940 $ | 630,310 |
| Cash Receipts | | (97,328) | (136,827) | (94,962) | (113,953) | (443,070) |
| Sales Est. | | 44,794 | 117,954 | 112,000 | 30,000 | 304,748 |
| Ending Bal | | $ 577,776 $ | 558,903 $ | 575,940 $ | 491,988 $ | 491,988 |

| Total AR End Bal. | | $ 4,679,637 $ | 4,302,383 $ | 4,051,887 $ | 3,781,296 $ | 3,781,296 |
|---|---|---|---|---|---|---|

ok        ok        ok        ok        ok

# EXHIBIT 1

**Exhibit 2**

**Proposed Notice of Claims Bar Date**

James C. Bastian, Jr. - Bar No. 175415
Mark Bradshaw - Bar No. 192540
**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email: jbastian@shbllp.com
        mbradshaw@shbllp.com

Proposed Attorneys for
Trade Union International, Inc.  and
Duck House, Inc., the Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**TRADE UNION INTERNATIONAL, INC., a California corporation,**<br><br>Debtor. | Case No.  6:11-bk-13071-DS<br><br>Chapter  11<br><br>Jointly Administered With<br>Case No.  6:11-bk-13072-DS |
| In re<br><br>**DUCK HOUSE, INC.,**<br>**a California corporation,**<br><br>Debtor. | |

## NOTICE OF CLAIMS DEADLINE

The Bankruptcy Court has set a deadline of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, for creditors of Trade Union International, Inc., a California corporation ("Trade Union") and Duck House, Inc., a California corporation ("Duck House"), each a debtor and debtor-in-possession (collectively the "Debtors") to file proofs of claim or interest against the Debtors' respective bankruptcy estates.  THE ADDRESS FOR FILING PROOFS OF CLAIM OR INTEREST IS: UNITED STATES BANKRUPTCY COURT, ATTENTION INTAKE, 3420 TWELFTH STREET, RIVERSIDE, CALIFORNIA 92501.

The exceptions to this deadline for filing proofs of claim or interest are (1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of governmental units, and (3) claims arising as the result of transfer avoidance pursuant to Chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. Section 365, the last day to file a proof of claim is (a) 30 days after the date of entry of the order authorizing the rejection, or  (b) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, whichever is later.

1

# EXHIBIT 2

For claims of "governmental units", as that terms is defined in 11 U.S.C. Section 101(27), proofs of claim are timely filed if filed: (a) before 180 days after the date of the Order for Relief in this case, or (b) by ████████████████, whichever is later.

For claims arising from the avoidance of a transfer under Chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is (a) 30 days after the entry of judgment avoiding the transfer, or (b) ████████████████, whichever is later.

If you are listed on the Schedules of Assets and Liabilities of the Debtors and your claim or interest is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the schedules, and the filing of a proof of claim or interest is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim is scheduled (secured, unsecured, etc.) is correct. 11 U.S.C. Section 1111(a).

If your claim or interest is not listed on the schedules or is scheduled as disputed, contingent, unliquidated or unknown, or you disagree with the amount or description scheduled for your claim or interest, you must file a proof of claim or interest.

Failure of a creditor to file timely a proof of claim or interest on or before the deadline may result in disallowance of the claim or subordination under the terms of a plan of reorganization without further notice or hearing. 11 U.S.C. Section 502(b)(9). Furthermore, any creditor who, by the terms of the Notice, is required to file a proof of claim and fails to file a proof of claim or interest on or before the Claims Deadline, shall be forever barred from (a) participating in this proceeding, (b) asserting claims against the Debtors and their respective Estates, (c) voting with respect to any plan of reorganization filed in this proceeding, and (d) receiving any distribution through or under any plan of reorganization confirmed by the Court, and any plan of reorganization confirmed by the Court shall be binding on such creditor(s). Creditors may wish to consult an attorney to protect their rights.

A copy of a Proof of Claim form has been sent to you previously (on the back of the Notice of Commencement of Case Under Chapter 11 of the Bankruptcy Code). Additional copies of the Proof of Claims forms or if you did not receive a copy of the form, may be obtained from the Office of the Clerk of the Bankruptcy Court for the Central District of California and also may be downloaded from the Court's website at http://www.cacb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that if your claim is based upon any writing, you must attach copies of any and all such writings to the proof of claim or interest or provide an adequate explanation of your inability to do so. Failure to do so may render your claim or interest incomplete and invalid and subject to objection and disallowance.

Dated: ████████████████          **SHULMAN HODGES & BASTIAN LLP**

/s/ James C. Bastian, Jr.
_____
James. C. Bastian, Jr.
Mark Bradshaw
Proposed Attorneys for Trade Union International, Inc., and
Duck House, Inc.

2

# EXHIBIT 2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **26632 Towne Centre Drive, Suite 300, Foothill Ranch, California 92610**.

A true and correct copy of the foregoing document described as **DEBTORS' CASE STATUS REPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 15, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- James C Bastian    jbastian@shbllp.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Allan P Leguay    leguay@pacbell.net
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- James M Sullivan    jsullivan@mosessinger.com, ccaruso@mosessinger.com;dkick@mosessinger.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

        ❑  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) - On **March 15, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

        ■  Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on **March 15, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy - Via Messenger**
**U.S. Bankruptcy Court**
**Hon. Deborah J. Saltzman**
**Bin Outside Courtroom 304**
**3420 Twelfth Street**
**Riverside, CA 92501**

        ❑  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **March 15, 2011** | **Lorre Clapp** | **/s/ Lorre Clapp** |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                          **F 9013-3.1.PROOF.SERVICE**

## U.S. MAIL SERVICE LIST - TRADE UNION INTERNATIONAL, INC.

**INTERESTED PARTY**
OFFICE OF UNITED STATES TRUSTEE (RS)
3685 MAIN STREET SUITE 300
RIVERSIDE, CA 92501

**ATTORNEYS FOR CATHAY BANK**
MICHAEL G FLETCHER ESQ
NICHOLAS A. MERKIN ESQ
FRANDZEL ROBINS BLOOM & CSATO LC
6500 WILSHIRE BLVD
SEVENTEENTH FLOOR
LOS ANGELES, CA 90048-4920

**ATTORNEYS FOR CATHAY BANK**
PAULINE M STEVENS ESQ
MARC B LEH ESQ
MORRISON & FOERSTER LLP
555 W FIFTH ST
LOS ANGELES, CA 90013-1024

**ATTORNEYS FOR CHINATRUST BANK**
BARRY FREEMAN ESQ
JEFFER MANGELS BUTLER & MITCHEL LLP
1900 AVE OF THE STARS 7TH FLOOR
LOS ANGELES, CA 90067

**SCHEDULE E, NOTICE PURPOSES**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**SCHEDULE E, NOTICE PURPOSES**
FRANCHISE TAX BOARD
ATTN BANKRUPTCY UNIT
PO BOX 2952
SACRAMENTO, CA 95812-2952

**SCHEDULE E, NOTICE PURPOSES**
CALIFORNIA EMPLOYMENT DEVELOPMENT
DEPARTMENT
ATTN BANKRUPTCY UNIT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 94280-0001

**SCHEDULE E, NOTICE PURPOSES**
STATE BOARD OF EQUALIZATION
ATTN BANKRUPTCY
ENVIRONMENTAL FEES DIVISION PO BOX
942879
SACRAMENTO, CA 94279-6001

**SCHEDULE E, NOTICE PURPOSES**
SAN BERNARDINO COUNTY
TREASURER-TAX COLLECTOR
ATTN BANKRUPTCY
172 WEST THIRD STREET
SAN BERNARDINO, CA 92415

**SCHEDULE D, NOTICE PURPOSES**
WELLS FARGO FINANCIAL LEASING
MANUFACTURER SERVICES GROUP
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 7777
SAN FRANCISCO, CA 94120-7777

**SCHEDULE D, NOTICE PURPOSES**
WELLS FARGO BANK NA
ATTN PRESIDENT OR MANAGING AGENT
300 TRI STATE INTL SUITE 400
LINCOLNSHIRE, IL 60069-4417

**SCHEDULE D, NOTICE PURPOSES**
MICHELIN NORTH AMERICA INC
ATTN PRESIDENT OR MANAGING AGENT
1 PARKWAY S
GREENVILLE, SC 29615-5022

**SCHEDULE D, NOTICE PURPOSES**
USBANCORP
ATTN PRESIDENT OR MANAGING AGENT
1310 MADRID ST SUITE 104
MARSHALL, MN 56258-4006

**SCHEDULE D, NOTICE PURPOSES**
KEY EQUIPMENT FINANCE
ATTN PRESIDENT OR MANAGING AGENT
PAYMENT PROCESSING
CLEVELAND, OH 44194-0796

**SCHEDULE D, NOTICE PURPOSES**
KEY EQUIPMENT FINANCE
ATTN PRESIDENT OR MANAGING AGENT
3075 HIGHLAND PKWY FL UCC DEPT
DOWNERS GROVE, IL 60515-1288

**SCHEDULE D**
CATHAY BANK
ATTN DAVID L PRICE, VICE PRESIDENT
LOAN SYNDICATIONS
777 N BROADWAY
LOS ANGELES, CA 90012

**SCHEDULE D, ADDITIONAL NOTICE**
CATHAY BANK
ATTN GREGORY BADURA
ATTN SANDRA SHA KENYON, FIRST VICE
PRESIDENT
9650 FLAIR  DR, 3RD FLOOR
EL MONTE, CA 91731

**SCHEDULE D, NOTICE PURPOSES**
CHINATRUST BANK
ATTN MELVIN O.REDFORD, EXECUTIVE
VICE PRESIDENT
22939 HAWTHORNE BLVD
TORRANCE, CA 90505

**SCHEDULE F**
A-CO TEMPORARY POWER
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 16843
NO.HOLLYWOOD, CA 91615-6843

**SCHEDULE F**
ACCELLOS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 673922
DETROIT, MI 48267-3922

**SCHEDULE F**
ADP, INC.
ATTN PRESIDENT OR MANAGING AGENT
PHOENIX, AZ 85062-8415

**SCHEDULE F**
ADP, INC.
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 0500
CAROL STREAM, IL 60132-0500

**SCHEDULE F**
AFFORDABLE INTERNET SERVICES
ATTN PRESIDENT OR MANAGING AGENT
25655 LOUISA LANE
ROMOLAND, CA 92585

**SCHEDULE F**
AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096-0001

**SCHEDULE F**
ANDERSON AIR CONDITIONING
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 95000-2330
PHILADELPHIA, PA 19195-2330

**SCHEDULE F**
 **PROOF OF CLAIM ADDRESS**
ANDERSON AIR CONDITIONING, LP C/O AMS
ATTN TODD A. BECK, VP AND GENERAL
COUNSEL

**SCHEDULE F**
AT&T MOBILITY
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 60017
LOS ANGELES, CA 90060-0017

**SCHEDULE F**
AUTOWARE TECHNOLOGIES, LLC
ATTN PRESIDENT OR MANAGING AGENT
103 AMAR PL.
PANAMA CITY BEACH, FL 32413

**SCHEDULE F/20 LARGEST**
BROTHER MEZA'S PALLETS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 310506
FONTANA, CA 92331

**SCHEDULE F/20 LARGEST**
BULLET TRANSPORTATION SERVICES
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 809066
CHICAGO, IL 60680-9066

**SCHEDULE F**
BURRTEC WASTE INDUSTRIES INC.
ATTN PRESIDENT OR MANAGING AGENT
PAYMENT PROCESSING CENTER
BUENA PARK, CA 90622-6520

**SCHEDULE F**
CA STATE DISBURSEMENT UNIT
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 989067
WEST SACRAMENTO, CA 95798-9067

**SCHEDULE F**
CENTURY COPY TECHNOLOGY
ATTN PRESIDENT OR MANAGING AGENT
18301 E. VALLEY BLVD.
CITY OF INDUSTY, CA 91744

**SCHEDULE F**
CF MANUFACTURING, INC.
ATTN PRESIDENT OR MANAGING AGENT
11867 SHELDON STREET
SUN VALLEY, CA 91352

**SCHEDULE F**
CITY OF MONTCLAIR
ATTN PRESIDENT OR MANAGING AGENT
5111 BENITO ST./P.O. BOX 2308
MONTCLAIR, CA 91763

**SCHEDULE F/20 LARGEST**
CLARK DISTRIBUTION SYSTEMS, INC
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 85095
CHICAGO, IL 60680-0851

**SCHEDULE F**
CON-WAY FREIGHT
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 5160
PORTLAND, OR 97208-5160

**SCHEDULE F/20 LARGEST**
CONTINENTAL AGENCY
ATTN PRESIDENT OR MANAGING AGENT
1400 MONTEFINO AVE. SUITE 200
DIAMOND BAR, CA 91765

**SCHEDULE F**
COVERALL NORTH AMERICA, INC.
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 802825
CHICAGO, IL 60680

**SCHEDULE F**
CREATIVE DOCUMENT SOLUTIONS
ATTN PRESIDENT OR MANAGING AGENT
1629 MARION-WALDO ROAD
MARION, OH 43302

**SCHEDULE F**
CROWN LIFT TRUCKS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 641173
CINCINNATI, OH 45264-1173

**SCHEDULE F**
DMV RENEWAL
ATTN ACCOUNTS RECEIVABLE
P.O. BOX 942897
SACRAMENTO, CA 94297-0897

**SCHEDULE F/20 LARGEST**
DUB PUBLISHING INC.
ATTN PRESIDENT OR MANAGING AGENT
16815 JOHNSON DRIVE
CITY OF INDUSTRY, CA 91745-1819

**SCHEDULE F**
ENVIROKLEEN
ATTN PRESIDENT OR MANAGING AGENT
5420 W. MISSION BLVD
ONTARIO, CA 91762

**SCHEDULE F**
EULER HERMES ACI
ATTN PRESIDENT OR MANAGING AGENT
800 RED BROOK BLVD.
OWINGS MILLS, MD 21117

**SCHEDULE F**
GLOBE GAS CORPORATION
ATTN PRESIDENT OR MANAGING AGENT
5843 PARAMOUNT BLVD.
LONG BEACH, CA 90805

**SCHEDULE F**
GREENLAND LANDSCAPE & MAINTENANCE,
INC.
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 693
CHINO, CA 91708

**SCHEDULE F**

HOME DEPOT
ATTN BANKRUPTCY UNIT
5450 WALNUT AVE.
CHINO, CA 91710

**SCHEDULE F**

IMAGE DESIGN INC.
ATTN PRESIDENT OR MANAGING AGENT
6141 CLOVER COURT
CHINO, CA 91710

**SCHEDULE F/20 LARGEST**

JOE INTERRANTE
185 PROVIDENCE PLANTATION DR.
ALPHARETTA, GA 30004

**SCHEDULE F/20 LARGEST**

JOSEPH C. HIGDON
18814 GREENWAY
OLATHE, KS 66062

**SCHEDULE F/20 LARGEST**

KAISER FOUNDATION HEALTH PLAN
ATTN PRESIDENT OR MANAGING AGENT
FILE 5915
LOS ANGELES, CA 90074-5915

**SCHEDULE F/20 LARGEST**

KDA PRODUCTS INC
ATTN PRESIDENT OR MANAGING AGENT
15325 BLACKBURN AVENUE
NORWALK, CA 90650

**SCHEDULE F/20 LARGEST**

KODAI (U.S.A.) INC.
ATTN PRESIDENT OR MANAGING AGENT
2440 S. HACIENDA BLVD
HACIENDA HEIGHT, CA 91745

**SCHEDULE F**

L.A. MACHINERY MOVING INC
ATTN PRESIDENT OR MANAGING AGENT
14901 DON JULIAN RD
CITY INDUSTRY, CA 91746

**SCHEDULE F/20 LARGEST**

LSY TRUCKING
ATTN PRESIDENT OR MANAGING AGENT
9420 MAPLE ST.
BELLFLOWER, CA 90706

**SCHEDULE F**

MAILFINANCE
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 45840
SAN FRANCISCO, CA 94145-0840

MARIA VARGAS
1416 VIRGINIA AVENUE
ONTARIO, CA 91764

**SCHEDULE F/20 LARGEST**

MARK BERGER SALES INC.
ATTN PRESIDENT OR MANAGING AGENT
1631 ROCK RIVER
PLACENTIA, CA 92870

**SCHEDULE F**

MEYERS PUBLISHING
ATTN PRESIDENT OR MANAGING AGENT
799 CAMARILLO SPRINGS ROAD
CAMARILLO, CA 93012-8111

**SCHEDULE F**

MONTE VISTA WATER DISTRICT
ATTN PRESIDENT OR MANAGING AGENT
10575 CENTRAL AVENUE
MONTCLAIR, CA 91763

**SCHEDULE F/20 LARGEST**

MONTEREY LIGHTING SOLUTIONS, INC.
ATTN PRESIDENT OR MANAGING AGENT
2148 POMONA BLVD.
POMONA, CA 91768

**SCHEDULE F/20 LARGEST**

MOUNTAIN VIEW PACKAGING, INC.
ATTN PRESIDENT OR MANAGING AGENT
4773 BROOKS STREET UNIT G
MONTCLAIR, CA 91763

**SCHEDULE F**

NANTONG TRADE UNION ALUMINIUM
ATTN PRESIDENT OR MANAGING AGENT
ALLOY CO. LTD. WEIER ROAD
QIDONG CITY, 226200  CHINA

**SCHEDULE F**

NEXEN TIRE
ATTN PRESIDENT OR MANAGING AGENT
21073 PATHFINDER
DIAMOND BAR, CA 91765

**SCHEDULE F**

OLD DOMINION FREIGHT LINE INC
ATTN PRESIDENT OR MANAGING AGENT
500 OLD DOMINION WAY
THOMASVILLE, NC 27360

**SCHEDULE F**

ONTRAC
ATTN PRESIDENT OR MANAGING AGENT
274 WATTIS WAY
S. SAN FRANCISCO, CA 94080

**SCHEDULE F/20 LARGEST**

PACIFICARE OF CALIFORNIA
ATTN PRESIDENT OR MANAGING AGENT
DEPT NO. 1346
LOS ANGELES, CA 90088-1346

**SCHEDULE F**

PARTNER'S DELIVERY INC.
ATTN PRESIDENT OR MANAGING AGENT
1927 A HARBOR BLVD
COSTA MESA, CA 92627

**SCHEDULE F**

PERSONNEL CONCEPTS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 5750
CAROL STREAM, IL 60197-5750

**SCHEDULE F**

PRINCIPAL FINANCIAL GROUP
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 10372
DES MOINES, IA 50306-0372

**SCHEDULE F/20 LARGEST**

QUARTZ LOGISTICS INC.
ATTN PRESIDENT OR MANAGING AGENT
731 S. GARFIELD AVE.
ALHAMBRA, CA 91801

**SCHEDULE F**

RODOLFO RODRIGUEZ AGUILAR
8430 MISSION BLVD.
RIVERSIDE, CA 92509

**SCHEDULE F/20 LARGEST**

SHANGHAI BON VOYAGE INTERNATIONAL
TRADING CO., LTD.
ATTN PRESIDENT OR MANAGING AGENT
2F, NO.110, YAN'AN RD.(E)
SHANGHAI, 200002 CHINA

SCHEDULE F
SHERIFF'S COURT SERVICES CENTRAL
157 W. 5TH STREET
SAN BERNARDINO, CA 92415

SCHEDULE F
SOUTHERN CALIFORNIA EDISON
ATTN BANKRUPTCY UNIT
P.O. BOX 600
ROSEMEAD, CA 91771-0001

SCHEDULE F
SOUTHERN CALIFORNIA EDISON
ATTN BANKRUPTCY UNIT
P.O. BOX 300
ROSEMEAD, CA 91772-0001

SCHEDULE F
SPRINT
ATTN BANKRUPTCY UNIT
P.O. BOX 219100
KANSAS CITY, MO 64121-9100

SCHEDULE F/20 LARGEST
SUMMIT LOGISTICS INT'L
ATTN PRESIDENT OR MANAGING AGENT
780 NOGALES STREET, BUILDING D
CITY OF INDUSTRY, CA 91748

SCHEDULE F
TDW
1714 ANDERSON AVE.
COMPTON, CA 90220

SCHEDULE F
TELEPACIFIC COMMUNICATIONS
P.O. BOX 526015
SACRAMENTO, CA 95852-6015

SCHEDULE F
THE 3 AMIGOS
ATTN PRESIDENT OR MANAGING AGENT
15406 E. ARROW HIGHWAY
BALDWIN PARK, CA 91706

SCHEDULE F
THE CHANG REVOCABLE TRUST C/O MEI
LIEN CHANG, TRUSTEE
2819 CRYSTAL RIDGE ROAD
DIAMOND BAR, CA 91765

SCHEDULE F
THE CHANG REVOCABLE TRUST C/O
WEN PIN CHANG, TRUSTEE
2819 CRYSTAL RIDGE ROAD
DIAMOND BAR, CA 91765

SCHEDULE F
THE GAS COMPANY
ATTN BANKRUPTCY UNIT
P.O. BOX C
MONTEREY PARK, CA 91756

SCHEDULE F
TIRE RACK WHOLESALE
ATTN PRESIDENT OR MANAGING AGENT
7101 VORDEN PARKWAY
SOUTH BEND, IN 46628-8422

SCHEDULE F
TRADE UNION INT L (TAIWAN) LTD
ATTN PRESIDENT OR MANAGING AGENT
5F-5, NO.58, SHING SHAN RD. NEI HU
DIST.
TAIPEI, TAIWAN

SCHEDULE F/20 LARGEST
TRAVELERS
ATTN PRESIDENT OR MANAGING AGENT
CL REMITTANCE CTR
HARTFORD, CT 06183-1008

SCHEDULE F
TRIPLE A POOL SERVICE
ATTN PRESIDENT OR MANAGING AGENT
1819 TINTAH DR.
DIAMOND BAR, CA 91765

SCHEDULE F
ULINE
ATTN PRESIDENT OR MANAGING AGENT
ATTN: ACCOUNTS RECEIVABLE
WAUKEGAN, IL 60085

SCHEDULE F
UNITED SECURITY SYSTEMS INC
ATTN PRESIDENT OR MANAGING AGENT
8757 LANYARD COURT, SUITE 100
RANCHO CUCAMONGA, CA 91730

SCHEDULE F/20 LARGEST
UPS FREIGHT
ATTN PRESIDENT OR MANAGING AGENT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

SCHEDULE F
VERIZON CALIFORNIA
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 9688
MISSION HILLS, CA 91346 9688

SCHEDULE F
VIDAL LANDA
ATTN PRESIDENT OR MANAGING AGENT
12581 JANET LANE
GARDEN GROVE, CA 92840

SCHEDULE F
WALNUT VALLEY WATER DISTRICT
ATTN PRESIDENT OR MANAGING AGENT
271 S. BREA CANYON ROAD
WALNUT, CA 91788-0508

RETURNED MAIL

SEE PROOF OF CLAIM ADDRESS
SCHEDULE F
OLD DOMINION FREIGHT LINE INC
ATTN PRESIDENT OR MANAGING AGENT
FILE 030989
SAN FRANCISCO, CA 94160

RETURNED 2/22/11 AND 3/2/11,
UNDELIVERABLE
SCHEDULE F
VERIZON CALIFORNIA
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 30001
INGLEWOOD, CA 90313-0001

**RETURNED 3/2/11, UNDELIVERABLE**

**SCHEDULE D, NOTICE PURPOSES**

CITICORP LEASING INC

ATTN PRESIDENT OR MANAGING AGENT

450 MAMARONECK AVE

HARRISON, NY 10528-2400

## U.S. MAIL SERVICE LIST – DUCK HOUSE, INC.

**INTERESTED PARTY**

OFFICE OF UNITED STATES TRUSTEE (RS)

3685 MAIN STREET SUITE 300

RIVERSIDE, CA 92501

**RFSN - ATTORNEYS FOR CATHAY BANK**

MICHAEL G. FLETCHER, ESQ.

NICHOLAS A. MERKIN, ESQ.

FRANDZEL ROBINS BLOOM & CSATO LC

6500 WILSHIRE BLVD

SEVENTEENTH FLOOR

LOS ANGELES, CA 90048-4920

**ATTORNEYS FOR CATHAY BANK**

PAULINE M. STEVENS, ESQ.

MARC B. LEH, ESQ.

MORRISON & FOERSTER LLP

555 W FIFTH ST

LOS ANGELES, CA 90013-1024

**ATTORNEYS FOR CHINATRUST BANK**

BARRY FREEMAN, ESQ.

JEFFER MANGELS BUTLER & MITCHEL LLP

1900 AVE OF THE STARS 7TH FLOOR

LOS ANGELES, CA 90067

**RFSN**

JAMES D. ARONOWITZ, ASSOCIATE

GENERAL COUNSEL

IMG COLLEGE/THE COLLEGIATE LICENSING

COMPANY

290 INTERSTATE NORTH CIRCLE, SUITE 200

ATLANTA, GA 30339

**RFSN**

NFL PROPERTIES LLC

ATTN MATTHEW MORGADO

280 PARK AVENUE

NEW YORK, NY 10017

**SCHEDULE D**

CATHAY BANK

ATTN DAVID L PRICE, VICE PRESIDENT

LOAN SYNDICATIONS

777 N BROADWAY

LOS ANGELES, CA 90012

**RFSN - SCHEDULE D, ADDITIONAL NOTICE**

CATHAY BANK

ATTN GREGORY BADURA

ATTN SANDRA SHA KENYON, FIRST VICE

PRESIDENT

9650 FLAIR  DR

EL MONTE, CA 91731

**SCHEDULE D, NOTICE PURPOSES**

CHINATRUST BANK

ATTN MELVIN O. REDFORD, EXECUTIVE

VICE PRESIDENT

22939 HAWTHORNE BLVD

TORRANCE, CA 90505

**PROOF OF CLAIM**

FRIESING INVESTMENTS, INC., DBA

GULF COAST SALES AND MARKETING

ATTN PRESIDENT OR MANAGING AGENT

PO BOX 2767

ADDISON, TX 75001

**SCHEDULE F/20 LARGEST**

A TO Z MARKETING VENTURES, LLC.

ATTN ANTHONY ZIENO

17 SIVER STREET

SIDNEY, NY 13838

**SCHEDULE F/20 LARGEST**

BOB KUNICK ASSOC. INC.

ATTN BOB KUNICK

12223 LEE HIGHWAY

FAIRFAX, VA 22030-6341

**SCHEDULE F/20 LARGEST**

BULLET TRANSPORTATION SERVICES

ATTN PRESIDENT OR MANAGING AGENT

P.O. BOX 809066

CHICAGO, IL 60680-9066

**ADDITIONAL NOTICE - PROOF OF CLAIM**

**ADDRESS**

BULLET TRANSPORTATION SERVICES

ATTN TERRY HANDELAND, COLLECTIONS

MANAGER

4900 S PENNSYLVANIA AVE

CUDAHY, WI 53110

| | | |
|---|---|---|
| **SCHEDULE F/20 LARGEST**<br>CONTINENTAL AGENCY<br>ATTN PRESIDENT OR MANAGING AGENT<br>1400 MONTEFINO AVE. SUITE 200<br>DIAMOND BAR, CA 91765 | **SCHEDULE F/20 LARGEST**<br>CREATIVE DOCUMENT SOLUTIONS<br>ATTN PRESIDENT OR MANAGING AGENT<br>1629 MARION-WALDO ROAD<br>MARION, OH 43302 | **SCHEDULE F/20 LARGEST**<br>DOUG STEWART<br>P.O. BOX 5016<br>ANDERSON, SC 29623 |
| **SCHEDULE F/20 LARGEST**<br>FLORIDA SPORTS NETWORK<br>ATTN PRESIDENT OR MANAGING AGENT<br>221 BLUE JUNIPER BLVD.<br>VENICE, FL 34292 | **SCHEDULE F/20 LARGEST**<br>HOLLEY SALES<br>ATTN SHANE HOLLEY<br>12205 KIMBERLYN ROAD<br>OKLAHOMA CITY, OK 73162 | **SCHEDULE F/20 LARGEST**<br>JOSEPH K. CLARK DBA ALL SEASONS<br>MARKETING<br>237 SOUTH CURTIS RD SUITE 100<br>WEST ALLIS, WI 53214-1030 |
| **SCHEDULE F/20 LARGEST**<br>L.B. WOOD MARKETING, INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>7121 FISH POND ROAD<br>WACO, TX 76710 | **SCHEDULE F/20 LARGEST**<br>LICENSING RESOURCE GROUP LLC<br>ATTN BETSY FLAMBOE<br>442 CENTURY LANE, SUITE 100<br>HOLLAND, MI 49423 | **SCHEDULE F/20 LARGEST**<br>LIUZHOU WANTEX TRADING CO., LTD.<br>ATTN PRESIDENT OR MANAGING AGENT<br>NO.3, THE SECOND YANGHE INDUSTRIAL<br>PARK<br>LIUZHOU, GX |
| **SCHEDULE F/20 LARGEST**<br>LOGO AMERICA, LLC<br>ATTN PRESIDENT OR MANAGING AGENT<br>22123 W. 83RD STREET.<br>SHAWNEE, KS 66227 | **SCHEDULE F/20 LARGEST**<br>LONG SALES GROUP<br>ATTN PRESIDENT OR MANAGING AGENT<br>451 E. 58TH AVENUE #1669<br>DENVER, CO 80216 | **SCHEDULE F/20 LARGEST**<br>MARK WILLIAMS AND COMPANY<br>ATTN MARK WILLIAMS<br>4940 BROOKSVIEW CIRCLE<br>NEW ALBANY, OH 43054 |
| **SCHEDULE F/20 LARGEST**<br>MORRISON SALES<br>MERRIL H. MORRISON<br>9 MONTROSE LANE<br>MANCHESTER TOWNSHIP, NJ 8759 | **SCHEDULE F/20 LARGEST**<br>NANCY ANDERSEN<br>37 PATRIOT WAY<br>PEMBROKE, MA 2359 | **SCHEDULE F/20 LARGEST**<br>NFL PROPERTIES LLC-LICENSING GPO<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 27278<br>NEW YORK, NY 10087-7278 |
| **SCHEDULE F/20 LARGEST**<br>OHIO STATE UNIVERSITY<br>ATTN UNIVERSITY LICENSING<br>PROGRAM<br>DEPT. 1760<br>COLUMBUS, OH 43271-1760 | **SCHEDULE F/20 LARGEST**<br>P.T.L. SALES<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 6120<br>STUART, FL 34997 | **SCHEDULE F/20 LARGEST**<br>PARTNER'S DELIVERY, INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>1927 A HARBOR BLVD, #151<br>COSTA MESA, CA 92627 |
| **SCHEDULE F/20 LARGEST**<br>QUARTZ LOGISTICS INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>731 S. GARFIELD AVE<br>ALHAMBRA, CA 91801 | **SCHEDULE F/20 LARGEST**<br>RODOLFO RODRIGUEZ AGUILAR<br>8430 MISSION BLVD.<br>RIVERSIDE, CA 92509 | **SCHEDULE F/20 LARGEST**<br>SDJ, LLC<br>ATTN PRESIDENT OR MANAGING AGENT<br>14176 HWY 87 N.<br>EDEN, NC 27288 |
| **SCHEDULE F/20 LARGEST**<br>SPRINT<br>ATTN PRESIDENT OR MANAGING AGENT<br>P O BOX 219100<br>KANSAS CITY, MO 64121-9100 | **SCHEDULE F/20 LARGEST**<br>SUMMIT LOGISTICS INT'L<br>ATTN PRESIDENT OR MANAGING AGENT<br>780 NOGALES STREET, BUILDING D<br>CITY OF INDUSTRY, CA 91748 | **SCHEDULE F/20 LARGEST**<br>TREASURES<br>ATTN DAVE MACMILLAN<br>7014 59TH ST, CT. W<br>UNIV PLACE, WA 98467 |

**SCHEDULE F/20 LARGEST**
UPS FREIGHT
ATTN PRESIDENT OR MANAGING AGENT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

RETURNED MAIL

**2/4/11; PER MARY JANE EVANS AT
MINNEAPOLIS MART - CREDITOR HAS
NOT BEEN AT ADDRESS FOR 3+ YEARS
SCHEDULE F/20 LARGEST**
OSTROM'S & ASSOCIATES
ATTN PRESIDENT OR MANAGING AGENT
10301 BREN ROAD WEST, SUITE 340
MINNETONKA, MN 55343

**2/23/11; NOT DELIVERABLE AS
ADDRESSED; INSUFFICIENT ADDRESS
SCHEDULE F/20 LARGEST**
TRANSWORLD SYSTEMS, INC.
ATTN PRESIDENT OR MANAGING AGENT
ATTN: TSI COMMERCIAL DIVISION
CHICAGO, IL 60673-1248