James C. Bastian, Jr. – Bar No. 175415
Mark Bradshaw – Bar No. 192540
**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Center Drive, Suite 600
Irvine, California 92618
Telephone:     (949) 340-3400
Facsimile:      (949) 340-3000
Email: jbastian@shbllp.com; mbradshaw@shbllp.com

Bankruptcy Counsel for
Trade Union International, Inc.  and
Duck House, Inc.

FILED & ENTERED

APR 14 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sapronet DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br>**TRADE UNION INTERNATIONAL, INC., a California corporation,**<br>Debtor. | Case No.  6:11-bk-13071-DS<br>Chapter  11<br>Jointly Administered With<br>Case No.  6:11-bk-13072-DS |
| In re<br>**DUCK HOUSE, INC.,**<br>**a California corporation,**<br>Debtor. | **ORDER DENYING CATHAY BANK'S EMERGENCY APPLICATION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE**<br><br>Date:    March 29, 2011<br>Time:   11:00 A.M.<br>Place:   Courtroom 304<br>            3420 Twelfth Street<br>            Riverside, California |

The Emergency Application for Appointment of Chapter 11 Trustee filed by Cathay Bank (docket number 29) ("Emergency Application"), came for hearing on March 29, 2011, the Honorable Deborah J. Saltzman, United States Bankruptcy Judge presiding.

Trade Union International, Inc., a California corporation and Duck House, Inc., a California corporation each a debtor and debtor-in-possession (collectively the "Debtors") appeared through Shulman Hodges & Bastian LLP by James C. Bastian, Jr.  Cathay Bank, a

**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

G:\Wp\Cases\S-T\Trade Union International\Pld\Order Denying Trustee Motion.doc
4265-000

1

1  California corporation ("Cathay Bank") appeared through Frandzel Robins Bloom & Csato,
2  L.C. by Michael G. Fletcher. Other appearances were made as reflected on the Court's record.
3      The Court having reviewed the Emergency Application and the Declarations of Michael
4  Gerard Fletcher, Nicholas A. Merkin, James Crossland in support of the Emergency Application,
5  the Debtors' opposition to the Emergency Application and the Declarations of Wen Pin Chang
6  and James C. Bastian, Jr. in support of the Debtors' opposition (docket number 38), and the
7  Debtors' Evidentiary Objections to the Declaration of James Crossland (docket number 39); and
8  the Court having considered the arguments and representations of counsel, and the record in this
9  case; and good cause appearing, it is hereby,
10      **ORDERED** that the Emergency Application is denied without prejudice.

# # #

DATED: April 14, 2011

_____
United States Bankruptcy Judge

**SHULMAN HODGES &
BASTIAN LLP**
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

G:\Wp\Cases\S-T\Trade Union International\Pld\Order Denying Trustee Motion.doc
4265-000

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **8105 Irvine Center Drive, Suite 600, Irvine, CA 92618**.

A true and correct copy of the foregoing document described as **ORDER DENYING CATHAY BANK'S EMERGENCY APPLICATION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **Not Applicable,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) - On **Not Applicable**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on **April 7, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| **Judge's Copy - Via Messenger**<br>U.S. Bankruptcy Court<br>Hon. Deborah J. Saltzman<br>Bin Outside Courtroom 304<br>3420 Twelfth Street<br>Riverside, CA 92501 | **Attorneys for Chinatrust Bank**<br>**Via Email**<br>Barry Freeman, Esq.<br>Jeffer Mangels Butler & Mitchell LLP<br>bfreeman@jmbm.com<br><br>**Interested Party**<br>**Via Email**<br>Office of the United States Trustee (RS)<br>Elizabeth Lossing, Esq.<br>elizabeth.lossing@usdoj.gov | **Attorneys for Cathay Bank**<br>**Via Email**<br>Michael G. Fletcher, Esq.<br>Nicholas A. Merkin, Esq.<br>Bernard R. Given, Esq.<br>Frandzel Robins Bloom & Csato LC<br>mfletcher@frandzel.com<br>nmerkin@frandzel.com<br>bgiven@frandzel.com |

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 7, 2011** | **Lorre Clapp** | **/s/ Lorre Clapp** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING CATHAY BANK'S EMERGENCY APPLICATION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **April 7, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **James C Bastian    jbastian@shbllp.com**
- **Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com**
- **Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com**
- **Allan P Leguay    leguay@pacbell.net**
- **Elizabeth A Lossing    elizabeth.lossing@usdoj.gov**
- **James M Sullivan    jsullivan@mosessinger.com, ccaruso@mosessinger.com;dkick@mosessinger.com**
- **United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtors –Via U.S. Mail**
**Trade Union International, Inc.**
**4651 State Street**
**Montclair, CA 91763**

**Duck House, Inc.**
**4651 State Street**
**Montclair, CA 91763**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

802902.2   This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                             **F 9021-1.1.NOTICE.ENTERED.ORDER**