James C. Bastian, Jr. - Bar No. 175415
**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:   (949) 340-3000
Email: jbastian@shbllp.com

Insolvency Counsel for the Debtors and Debtors in Possession
Trade Union International, Inc. and
Duck House, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**TRADE UNION INTERNATIONAL, INC., a California corporation,**<br><br>Debtor.<br><br>─────────────────────────<br><br>In re<br><br>**DUCK HOUSE, INC.,**<br>**a California corporation,**<br><br>Debtor. | Case No.  6:11-bk-13071-DS<br><br>Chapter  11<br><br>Jointly Administered With<br>Case No.  6:11-bk-13072-DS<br><br>**NOTICE OF CONTINUED HEARING REGARDING APPROVAL OF DEBTORS' DISCLOSURE STATEMENT DESCRIBING DEBTORS' CHAPTER 11 REORGANIZATION PLAN**<br><br>**Old Hearing Date**<br>Date:  June 7, 2011<br>Time:  11:00 A.M.<br>Place:  Courtroom 304<br>          United States Bankruptcy Court<br>          3420 Twelfth Street<br>          Riverside, CA 92501<br><br>**New Hearing Date**<br>Date:  July 12, 2011<br>Time:  11:00 A.M.<br>Place:  Courtroom 304<br>          United States Bankruptcy Court<br>          3420 Twelfth Street<br>          Riverside, CA 92501 |

1

**NOTICE IS HEREBY GIVEN** that the hearing on approval of the Debtors' Disclosure Statement Describing Debtors' Chapter 11 Reorganization Plan for June 7, 2011 at 11:00 A.M., has been continued and is currently scheduled to be held on **July 12, 2011 at 11:00 A.M., in Courtroom 304 of the above-entitled Court located at 3420 Twelfth Street, Riverside, California 92501**.

Dated: May 25, 2011             **SHULMAN HODGES & BASTIAN LLP**

/s/ James C. Bastian, Jr.

James C. Bastian, Jr.
Insolvency Counsel for
Trade Union International, Inc., and
Duck House, Inc.,
the Debtors and Debtors in Possession

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **8105 Irvine Center Drive, Suite 600, Irvine, CA 92618**.

A true and correct copy of the foregoing document described as **NOTICE OF CONTINUED HEARING REGARDING APPROVAL OF DEBTORS' DISCLOSURE STATEMENT DESCRIBING DEBTORS' CHAPTER 11 REORGANIZATION PLAN** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 25, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **James C Bastian    jbastian@shbllp.com**
- **Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com**
- **Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com**
- **Allan P Leguay    leguay@pacbell.net**
- **Elizabeth A Lossing    elizabeth.lossing@usdoj.gov**
- **Ramesh Singh    claims@recoverycorp.com**
- **James M Sullivan    jsullivan@mosessinger.com, ccaruso@mosessinger.com;dkick@mosessinger.com**
- **United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov**
- **Andrew F Whatnall    awhatnall@daca4.com**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) - On **May 25, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

■ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on **May 25, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy - Via Messenger**
**U.S. Bankruptcy Court**
**Hon. Deborah J. Saltzman**
**Bin Outside Courtroom 304**
**3420 Twelfth Street**
**Riverside, CA 92501**    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 25, 2011** | **Lorre Clapp** | **/s/ Lorre Clapp** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

## U.S. MAIL SERVICE LIST - TRADE UNION INTERNATIONAL, INC.

**INTERESTED PARTY**
OFFICE OF UNITED STATES TRUSTEE (RS)
3685 MAIN STREET SUITE 300
RIVERSIDE, CA 92501

**ATTORNEYS FOR CATHAY BANK**
MICHAEL G FLETCHER ESQ
NICHOLAS A. MERKIN ESQ
FRANDZEL ROBINS BLOOM & CSATO LC
6500 WILSHIRE BLVD
SEVENTEENTH FLOOR
LOS ANGELES, CA 90048-4920

**ATTORNEYS FOR CHINATRUST BANK**
BARRY FREEMAN ESQ
JEFFER MANGELS BUTLER & MITCHEL LLP
1900 AVE OF THE STARS 7TH FLOOR
LOS ANGELES, CA 90067

**SCHEDULE E, NOTICE PURPOSES**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**SCHEDULE E, NOTICE PURPOSES**
FRANCHISE TAX BOARD
ATTN BANKRUPTCY UNIT
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

**SCHEDULE E, NOTICE PURPOSES**
CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT
ATTN BANKRUPTCY UNIT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 94280-0001

**SCHEDULE E, NOTICE PURPOSES**
STATE BOARD OF EQUALIZATION
ATTN BANKRUPTCY
ENVIRONMENTAL FEES DIVISION PO BOX 942879
SACRAMENTO, CA 94279-6001

**SCHEDULE E, NOTICE PURPOSES**
SAN BERNARDINO COUNTY TREASURER-TAX COLLECTOR
ATTN BANKRUPTCY
172 WEST THIRD STREET
SAN BERNARDINO, CA 92415

**SCHEDULE D, NOTICE PURPOSES**
WELLS FARGO FINANCIAL LEASING MANUFACTURER SERVICES GROUP
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 7777
SAN FRANCISCO, CA 94120-7777

**SCHEDULE D, NOTICE PURPOSES**
WELLS FARGO BANK NA
ATTN PRESIDENT OR MANAGING AGENT
300 TRI STATE INTL SUITE 400
LINCOLNSHIRE, IL 60069-4417

**SCHEDULE D, NOTICE PURPOSES**
MICHELIN NORTH AMERICA INC
ATTN PRESIDENT OR MANAGING AGENT
1 PARKWAY S
GREENVILLE, SC 29615-5022

**SCHEDULE D, NOTICE PURPOSES**
USBANCORP
ATTN PRESIDENT OR MANAGING AGENT
1310 MADRID ST SUITE 104
MARSHALL, MN 56258-4006

**SCHEDULE D, NOTICE PURPOSES**
KEY EQUIPMENT FINANCE
ATTN PRESIDENT OR MANAGING AGENT
PAYMENT PROCESSING
CLEVELAND, OH 44194-0796

**SCHEDULE D, NOTICE PURPOSES**
KEY EQUIPMENT FINANCE
ATTN PRESIDENT OR MANAGING AGENT
601 OAKMONT LN SUITE 110
WESTMONT, IL 60559-5557

**SCHEDULE D**
CATHAY BANK
ATTN DAVID L PRICE, VICE PRESIDENT
LOAN SYNDICATIONS
777 N BROADWAY
LOS ANGELES, CA 90012

**SCHEDULE D, ADDITIONAL NOTICE**
CATHAY BANK
ATTN GREGORY BADURA
ATTN SANDRA SHA KENYON, FIRST VICE PRESIDENT
9650 FLAIR DR, 3RD FLOOR
EL MONTE, CA 91731

**SCHEDULE D, NOTICE PURPOSES**
CHINATRUST BANK
ATTN MELVIN O.REDFORD, EXECUTIVE VICE PRESIDENT
22939 HAWTHORNE BLVD
TORRANCE, CA 90505

**SCHEDULE F**
A-CO TEMPORARY POWER
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 16843
NO.HOLLYWOOD, CA 91615-6843

**SCHEDULE F**
ACCELLOS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 673922
DETROIT, MI 48267-3922

**SCHEDULE F**
ADP, INC.
ATTN PRESIDENT OR MANAGING AGENT
PHOENIX, AZ 85062-8415

**SCHEDULE F**
ADP, INC.
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 0500
CAROL STREAM, IL 60132-0500

**SCHEDULE F**
AFFORDABLE INTERNET SERVICES
ATTN PRESIDENT OR MANAGING AGENT
25655 LOUISA LANE
ROMOLAND, CA 92585

**SCHEDULE F**
AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096-0001

**PROOF OF CLAIM ADDRESS**
AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LP
POB 3001
MALVERN, PA 19355-0701

**SCHEDULE F**
ANDERSON AIR CONDITIONING
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 95000-2330
PHILADELPHIA, PA 19195-2330

**SCHEDULE F**
 **PROOF OF CLAIM ADDRESS**
ANDERSON AIR CONDITIONING, LP C/O AMS
ATTN TODD A. BECK, VP AND GENERAL COUNSEL
13300 MID ATLANTIC BLVD
LAUREL, MD 20708-1432

**SCHEDULE F**
AT&T MOBILITY
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 60017
LOS ANGELES, CA 90060-0017

**SCHEDULE F**
AUTOWARE TECHNOLOGIES, LLC
ATTN PRESIDENT OR MANAGING AGENT
103 AMAR PL.
PANAMA CITY BEACH, FL 32413

**SCHEDULE F/20 LARGEST**
BROTHER MEZA'S PALLETS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 310506
FONTANA, CA 92331

**SCHEDULE F/20 LARGEST**
BULLET TRANSPORTATION SERVICES
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 809066
CHICAGO, IL 60680-9066

**SCHEDULE F**
BURRTEC WASTE INDUSTRIES INC.
ATTN PRESIDENT OR MANAGING AGENT
PAYMENT PROCESSING CENTER
BUENA PARK, CA 90622-6520

**SCHEDULE F**
CA STATE DISBURSEMENT UNIT
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 989067
WEST SACRAMENTO, CA 95798-9067

**SCHEDULE F**
CENTURY COPY TECHNOLOGY
ATTN PRESIDENT OR MANAGING AGENT
18301 E. VALLEY BLVD.
CITY OF INDUSTY, CA 91744

**SCHEDULE F**
CF MANUFACTURING, INC.
ATTN PRESIDENT OR MANAGING AGENT
11867 SHELDON STREET
SUN VALLEY, CA 91352

**SCHEDULE F**
CITY OF MONTCLAIR
ATTN PRESIDENT OR MANAGING AGENT
5111 BENITO ST./P.O. BOX 2308
MONTCLAIR, CA 91763

**SCHEDULE F/20 LARGEST**
CLARK DISTRIBUTION SYSTEMS, INC
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 85095
CHICAGO, IL 60680-0851

**SCHEDULE F**
CON-WAY FREIGHT
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 5160
PORTLAND, OR 97208-5160

**SCHEDULE F/20 LARGEST**
CONTINENTAL AGENCY
ATTN PRESIDENT OR MANAGING AGENT
1400 MONTEFINO AVE. SUITE 200
DIAMOND BAR, CA 91765

**SCHEDULE F**
COVERALL NORTH AMERICA, INC.
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 802825
CHICAGO, IL 60680

**SCHEDULE F**
CREATIVE DOCUMENT SOLUTIONS
ATTN PRESIDENT OR MANAGING AGENT
1629 MARION-WALDO ROAD
MARION, OH 43302

**SCHEDULE F**
CROWN LIFT TRUCKS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 641173
CINCINNATI, OH 45264-1173

**SCHEDULE F**
DMV RENEWAL
ATTN ACCOUNTS RECEIVABLE
P.O. BOX 942897
SACRAMENTO, CA 94297-0897

**SCHEDULE F/20 LARGEST**
DUB PUBLISHING INC.
ATTN PRESIDENT OR MANAGING AGENT
16815 JOHNSON DRIVE
CITY OF INDUSTRY, CA 91745-1819

**SCHEDULE F**
ENVIROKLEEN
ATTN PRESIDENT OR MANAGING AGENT
5420 W. MISSION BLVD
ONTARIO, CA 91762

| | | |
|---|---|---|
| **SCHEDULE F**<br>EULER HERMES ACI<br>ATTN PRESIDENT OR MANAGING AGENT<br>800 RED BROOK BLVD.<br>OWINGS MILLS, MD 21117 | **SCHEDULE F**<br>GLOBE GAS CORPORATION<br>ATTN PRESIDENT OR MANAGING AGENT<br>5843 PARAMOUNT BLVD.<br>LONG BEACH, CA 90805 | **SCHEDULE F**<br>GREENLAND LANDSCAPE & MAINTENANCE, INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 693<br>CHINO, CA 91708 |
| **SCHEDULE F**<br>HOME DEPOT<br>ATTN BANKRUPTCY UNIT<br>5450 WALNUT AVE.<br>CHINO, CA 91710 | **SCHEDULE F**<br>IMAGE DESIGN INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>6141 CLOVER COURT<br>CHINO, CA 91710 | **SCHEDULE F/20 LARGEST**<br>JOE INTERRANTE<br>185 PROVIDENCE PLANTATION DR.<br>ALPHARETTA, GA 30004 |
| **SCHEDULE F/20 LARGEST**<br>JOSEPH C. HIGDON<br>18814 GREENWAY<br>OLATHE, KS 66062 | **SCHEDULE F/20 LARGEST**<br>KAISER FOUNDATION HEALTH PLAN<br>ATTN PRESIDENT OR MANAGING AGENT<br>FILE 5915<br>LOS ANGELES, CA 90074-5915 | **SCHEDULE F/20 LARGEST**<br>KDA PRODUCTS INC<br>ATTN PRESIDENT OR MANAGING AGENT<br>15325 BLACKBURN AVENUE<br>NORWALK, CA 90650 |
| **SCHEDULE F/20 LARGEST**<br>KODAI (U.S.A.) INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>2440 S. HACIENDA BLVD<br>HACIENDA HEIGHT, CA 91745 | **SCHEDULE F**<br>L.A. MACHINERY MOVING INC<br>ATTN PRESIDENT OR MANAGING AGENT<br>14901 DON JULIAN RD<br>CITY INDUSTRY, CA 91746 | **SCHEDULE F/20 LARGEST**<br>LSY TRUCKING<br>ATTN PRESIDENT OR MANAGING AGENT<br>9420 MAPLE ST.<br>BELLFLOWER, CA 90706 |
| **SCHEDULE F**<br>MAILFINANCE<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 45840<br>SAN FRANCISCO, CA 94145-0840 | MARIA VARGAS<br>1416 VIRGINIA AVENUE<br>ONTARIO, CA 91764 | **SCHEDULE F/20 LARGEST**<br>MARK BERGER SALES INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>1631 ROCK RIVER<br>PLACENTIA, CA 92870 |
| **SCHEDULE F**<br>MEYERS PUBLISHING<br>ATTN PRESIDENT OR MANAGING AGENT<br>799 CAMARILLO SPRINGS ROAD<br>CAMARILLO, CA 93012-8111 | **SCHEDULE F**<br>MONTE VISTA WATER DISTRICT<br>ATTN PRESIDENT OR MANAGING AGENT<br>10575 CENTRAL AVENUE<br>MONTCLAIR, CA 91763 | **SCHEDULE F/20 LARGEST**<br>MONTEREY LIGHTING SOLUTIONS, INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>2148 POMONA BLVD.<br>POMONA, CA 91768 |
| **SCHEDULE F/20 LARGEST**<br>MOUNTAIN VIEW PACKAGING, INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>4773 BROOKS STREET UNIT G<br>MONTCLAIR, CA 91763 | **SCHEDULE F**<br>NANTONG TRADE UNION ALUMINIUM<br>ATTN PRESIDENT OR MANAGING AGENT<br>ALLOY CO. LTD. WEIER ROAD<br>QIDONG CITY, 226200  CHINA | **SCHEDULE F**<br>NEXEN TIRE<br>ATTN PRESIDENT OR MANAGING AGENT<br>21073 PATHFINDER<br>DIAMOND BAR, CA 91765 |
| **SCHEDULE F**<br>OLD DOMINION FREIGHT LINE INC<br>ATTN PRESIDENT OR MANAGING AGENT<br>500 OLD DOMINION WAY<br>THOMASVILLE, NC 27360 | **SCHEDULE F**<br>ONTRAC<br>ATTN PRESIDENT OR MANAGING AGENT<br>274 WATTIS WAY<br>S. SAN FRANCISCO, CA 94080 | **SCHEDULE F/20 LARGEST**<br>PACIFICARE OF CALIFORNIA<br>ATTN PRESIDENT OR MANAGING AGENT<br>DEPT NO. 1346<br>LOS ANGELES, CA 90088-1346 |
| **SCHEDULE F**<br>PARTNER'S DELIVERY INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>1927 A HARBOR BLVD<br>COSTA MESA, CA 92627 | **SCHEDULE F**<br>PERSONNEL CONCEPTS<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 5750<br>CAROL STREAM, IL 60197-5750 | **SCHEDULE F**<br>PRINCIPAL FINANCIAL GROUP<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 10372<br>DES MOINES, IA 50306-0372 |

**SCHEDULE F/20 LARGEST**
QUARTZ LOGISTICS INC.
ATTN PRESIDENT OR MANAGING AGENT
731 S. GARFIELD AVE.
ALHAMBRA, CA 91801

**SCHEDULE F**
RODOLFO RODRIGUEZ AGUILAR
8430 MISSION BLVD.
RIVERSIDE, CA 92509

**SCHEDULE F/20 LARGEST**
SHANGHAI BON VOYAGE INTERNATIONAL
TRADING CO., LTD.
ATTN PRESIDENT OR MANAGING AGENT
2F, NO.110, YAN'AN RD.(E)
SHANGHAI, 200002 CHINA

**SCHEDULE F**
SHERIFF'S COURT SERVICES CENTRAL
157 W. 5TH STREET
SAN BERNARDINO, CA 92415

**SCHEDULE F**
SOUTHERN CALIFORNIA EDISON
ATTN BANKRUPTCY UNIT
P.O. BOX 600
ROSEMEAD, CA 91771-0001

**SCHEDULE F**
SOUTHERN CALIFORNIA EDISON
ATTN BANKRUPTCY UNIT
P.O. BOX 300
ROSEMEAD, CA 91772-0001

**SCHEDULE F**
SPRINT
ATTN BANKRUPTCY UNIT
P.O. BOX 219100
KANSAS CITY, MO 64121-9100

**SCHEDULE F/20 LARGEST**
SUMMIT LOGISTICS INT'L
ATTN PRESIDENT OR MANAGING AGENT
780 NOGALES STREET, BUILDING D
CITY OF INDUSTRY, CA 91748

**PROOF OF CLAIM ADDRESS**
SUMMIT LOGISTICS INT'L
ATTN PRESIDENT OR MANAGING AGENT
800 FEDERAL BLVD
CARTERET, NJ 07008

**SCHEDULE F**
TDW
1714 ANDERSON AVE.
COMPTON, CA 90220

**SCHEDULE F**
TELEPACIFIC COMMUNICATIONS
P.O. BOX 526015
SACRAMENTO, CA 95852-6015

**SCHEDULE F**
THE 3 AMIGOS
ATTN PRESIDENT OR MANAGING AGENT
15406 E. ARROW HIGHWAY
BALDWIN PARK, CA 91706

**SCHEDULE F**
THE CHANG REVOCABLE TRUST C/O MEI
LIEN CHANG, TRUSTEE
2819 CRYSTAL RIDGE ROAD
DIAMOND BAR, CA 91765

**SCHEDULE F**
THE CHANG REVOCABLE TRUST C/O WEN
PIN CHANG, TRUSTEE
2819 CRYSTAL RIDGE ROAD
DIAMOND BAR, CA 91765

**SCHEDULE F**
THE GAS COMPANY
ATTN BANKRUPTCY UNIT
P.O. BOX C
MONTEREY PARK, CA 91756

**SCHEDULE F**
TIRE RACK WHOLESALE
ATTN PRESIDENT OR MANAGING AGENT
7101 VORDEN PARKWAY
SOUTH BEND, IN 46628-8422

**SCHEDULE F**
TRADE UNION INT L (TAIWAN) LTD
ATTN PRESIDENT OR MANAGING AGENT
5F-5, NO.58, SHING SHAN RD. NEI HU DIST.
TAIPEI, TAIWAN

**SCHEDULE F/20 LARGEST**
TRAVELERS
ATTN PRESIDENT OR MANAGING AGENT
CL REMITTANCE CTR
HARTFORD, CT 06183-1008

**SCHEDULE F**
TRIPLE A POOL SERVICE
ATTN PRESIDENT OR MANAGING AGENT
1819 TINTAH DR.
DIAMOND BAR, CA 91765

**SCHEDULE F**
ULINE
ATTN PRESIDENT OR MANAGING AGENT
ATTN: ACCOUNTS RECEIVABLE
WAUKEGAN, IL 60085

**SCHEDULE F**
UNITED SECURITY SYSTEMS INC
ATTN PRESIDENT OR MANAGING AGENT
8757 LANYARD COURT, SUITE 100
RANCHO CUCAMONGA, CA 91730

**SCHEDULE F/20 LARGEST**
UPS FREIGHT
ATTN PRESIDENT OR MANAGING AGENT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

**PROOF OF CLAIM ADDRESS**
UNITED PARCEL SERVICE (FREIGHT)
C/O RECEIVABLE MANAGEMENT SERVICES
PO BOX 4396
TIMONIUM, MD 21094

**PROOF OF CLAIM ADDRESS**
UNITED PARCEL SERVICE
C/O RECEIVABLE MANAGEMENT SERVICES
PO BOX 4396
TIMONIUM, MD 21094

**SCHEDULE F**
VERIZON CALIFORNIA
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 920041
DALLAS, TX 75392-0041

**PROOF OF CLAIM ADDRESS**
VERIZON
ATTN BANKRUPTCY UNIT
404 BROCK DRIVE
BLOOMINGTON, IL 61701

**SCHEDULE F**
VIDAL LANDA
ATTN PRESIDENT OR MANAGING AGENT
12581 JANET LANE
GARDEN GROVE, CA 92840

| | | |
|---|---|---|
| **SCHEDULE F**<br>WALNUT VALLEY WATER DISTRICT<br>ATTN PRESIDENT OR MANAGING AGENT<br>271 S. BREA CANYON ROAD<br>WALNUT, CA 91788-0508 | RETURNED MAIL | **SEE PROOF OF CLAIM ADDRESS**<br>**SCHEDULE F**<br>OLD DOMINION FREIGHT LINE INC<br>ATTN PRESIDENT OR MANAGING AGENT<br>FILE 030989<br>SAN FRANCISCO, CA 94160 |
| **RETURNED 2/22/11 AND 3/2/11, UNDELIVERABLE**<br>**SCHEDULE F**<br>VERIZON CALIFORNIA<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 30001<br>INGLEWOOD, CA 90313-0001 | **RETURNED 3/2/11, UNDELIVERABLE**<br>**SCHEDULE D, NOTICE PURPOSES**<br>CITICORP LEASING INC<br>ATTN PRESIDENT OR MANAGING AGENT<br>450 MAMARONECK AVE<br>HARRISON, NY 10528-2400 | **RETURNED 4/21/2011,SEE NEW ADDRESS**<br>**SCHEDULE F**<br>VERIZON CALIFORNIA<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 9688<br>MISSION HILLS, CA 91346 9688 |
| **RETURNED 5/16/2011, SEE NEW ADDRESS**<br>**SCHEDULE D, NOTICE PURPOSES**<br>KEY EQUIPMENT FINANCE<br>ATTN PRESIDENT OR MANAGING AGENT<br>3075 HIGHLAND PKWY FL UCC DEPT<br>DOWNERS GROVE, IL 60515-1288 | **EMAIL RECEIVED 5/22/2011 REQUESTING TO BE REMOVED FROM THE SERVICE LIST**<br>**ATTORNEYS FOR CATHAY BANK**<br>PAULINE M STEVENS ESQ<br>MARC B LEH ESQ<br>MORRISON & FOERSTER LLP<br>555 W FIFTH ST<br>LOS ANGELES, CA 90013-1024 | |

## U.S. MAIL SERVICE LIST – DUCK HOUSE, INC.

| | | |
|---|---|---|
| | **INTERESTED PARTY**<br>OFFICE OF UNITED STATES TRUSTEE (RS)<br>3685 MAIN STREET SUITE 300<br>RIVERSIDE, CA 92501 | **RFSN - ATTORNEYS FOR CATHAY BANK**<br>MICHAEL G. FLETCHER, ESQ.<br>NICHOLAS A. MERKIN, ESQ.<br>FRANDZEL ROBINS BLOOM & CSATO LC<br>6500 WILSHIRE BLVD<br>SEVENTEENTH FLOOR<br>LOS ANGELES, CA 90048-4920 |
| **ATTORNEYS FOR CATHAY BANK**<br>PAULINE M. STEVENS, ESQ.<br>MARC B. LEH, ESQ.<br>MORRISON & FOERSTER LLP<br>555 W FIFTH ST<br>LOS ANGELES, CA 90013-1024 | **ATTORNEYS FOR CHINATRUST BANK**<br>BARRY FREEMAN, ESQ.<br>JEFFER MANGELS BUTLER & MITCHEL LLP<br>1900 AVE OF THE STARS 7TH FLOOR<br>LOS ANGELES, CA 90067 | **RFSN**<br>JAMES D. ARONOWITZ, ASSOCIATE GENERAL COUNSEL<br>IMG COLLEGE/THE COLLEGIATE LICENSING COMPANY<br>290 INTERSTATE NORTH CIRCLE, SUITE 200<br>ATLANTA, GA 30339 |
| **RFSN**<br>NFL PROPERTIES LLC<br>ATTN MATTHEW MORGADO<br>280 PARK AVENUE<br>NEW YORK, NY 10017 | **SCHEDULE E, NOTICE PURPOSES**<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **SCHEDULE E, NOTICE PURPOSES**<br>FRANCHISE TAX BOARD<br>ATTN BANKRUPTCY UNIT<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 |

**SCHEDULE E, NOTICE PURPOSES**
CALIFORNIA EMPLOYMENT
DEVELOPMENT DEPARTMENT
ATTN BANKRUPTCY UNIT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 94280-0001

**SCHEDULE E, NOTICE PURPOSES**
STATE BOARD OF EQUALIZATION
ATTN BANKRUPTCY
P.O. BOX 942879
SACRAMENTO, CA 94279-6001

**SCHEDULE E, NOTICE PURPOSES**
SAN BERNARDINO COUNTY TREASURER-
TAX COLLECTOR
ATTN BANKRUPTCY
172 WEST THIRD STREET
SAN BERNARDINO, CA 92415

**SCHEDULE D**
CATHAY BANK
ATTN DAVID L PRICE, VICE PRESIDENT
LOAN SYNDICATIONS
777 N BROADWAY
LOS ANGELES, CA 90012

**RFSN - SCHEDULE D, ADDITIONAL NOTICE**
CATHAY BANK
ATTN GREGORY BADURA
ATTN SANDRA SHA KENYON, FIRST VICE
PRESIDENT
9650 FLAIR DR
EL MONTE, CA 91731

**SCHEDULE D, NOTICE PURPOSES**
CHINATRUST BANK
ATTN MELVIN O. REDFORD, EXECUTIVE
VICE PRESIDENT
22939 HAWTHORNE BLVD
TORRANCE, CA 90505

**PROOF OF CLAIM**
FRIESING INVESTMENTS, INC., DBA
GULF COAST SALES AND MARKETING
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 2767
ADDISON, TX 75001

**RFSN - ATTORNEYS FOR WILLIAM S. KAY, THE LIQUIDATING TRUSTEE FOR BFW LIQUIDATION LLC (FKA BRUNO'S SUPERMARKETS LLC)**
JOHN D. ELROD, ESQ.
GREENBERG TRAURIG LLP
ATTORNEYS FOR WILLIAM S. KAY, THE
LIQUIDATING TRUSTEE FOR BFW
LIQUIDATION LLC (FKA BRUNO'S
SUPERMARKETS LLC)
3290 NORTHSIDE PARKWAY SUITE 400
ATLANTA, GA 30327

**PROOF OF CLAIM**
FANZZ
(JAZZ BASKETBALL INVESTORS, INC., DBA
FANZZ)
ATTN ROBERT D.TINGAY,GENERAL
COUNSEL
301 WEST SOUTH TEMPLE
SALT LAKE CITY, UT 84101

**SCHEDULE F/20 LARGEST**
A TO Z MARKETING VENTURES, LLC.
ATTN ANTHONY ZIENO
17 SIVER STREET
SIDNEY, NY 13838

**SCHEDULE F**
AL ARRANTS
116 COUNTRY OAKS DRIVE
BRISTOL, TN 37620

**SCHEDULE F/20 LARGEST**
BOB KUNICK ASSOC. INC.
ATTN BOB KUNICK
12223 LEE HIGHWAY
FAIRFAX, VA 22030-6341

**SCHEDULE F**
BOTTOMLINE SALES
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 74506
SAN CLEMENTE, CA 92673

**SCHEDULE F/20 LARGEST**
BULLET TRANSPORTATION SERVICES
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 809066
CHICAGO, IL 60680-9066

**ADDITIONAL NOTICE - PROOF OF CLAIM ADDRESS**
BULLET TRANSPORTATION SERVICES
ATTN TERRY HANDELAND, COLLECTIONS
MANAGER
4900 S PENNSYLVANIA AVE
CUDAHY, WI 53110

**CLAIM FILED**
CADY'S HALLMARK SHOP
220 LIBERTY STREET
WARREN, PA 16365

**SCHEDULE F**
CALIFORNIA CLUB
ATTN DARLENE VOGELS
606 BLUE OAK COURT
EL DORADO HILLS, CA 95762

**SCHEDULE F/20 LARGEST**
CONTINENTAL AGENCY
ATTN PRESIDENT OR MANAGING AGENT
1400 MONTEFINO AVE. SUITE 200
DIAMOND BAR, CA 91765

**SCHEDULE F/20 LARGEST**
CREATIVE DOCUMENT SOLUTIONS
ATTN PRESIDENT OR MANAGING AGENT
1629 MARION-WALDO ROAD
MARION, OH 43302

**SCHEDULE F/20 LARGEST**
DOUG STEWART
P.O. BOX 5016
ANDERSON, SC 29623

**SCHEDULE F**
E.I.S. GROUP
ATTN TIM DEATON
614 ROGERS ROAD
VILLA HILLS, KY 41017

| | | |
|---|---|---|
| **ASSIGNEE OF SCHEDULE F CLAIM OF E.I.S. GROUP**<br>DACA 2010L LP<br>ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH SUITE 310<br>SAN DIEGO, CA 92108 | **PROOF OF CLAIM FILED**<br>FEDEX NATIONAL LTL<br>PO BOX 840<br>HARRISON, AR 72602-0840 | **SCHEDULE F/20 LARGEST**<br>FLORIDA SPORTS NETWORK<br>ATTN PRESIDENT OR MANAGING AGENT<br>221 BLUE JUNIPER BLVD.<br>VENICE, FL 34292 |
| **SCHEDULE F**<br>FM TURNER<br>6325 COCHRAN ROAD, UNIT 5<br>SOLON, OH 44139 | **SCHEDULE F**<br>FOGLEMAN BROS., INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 457<br>BURLINGTON, NC 27216 | **SCHEDULE F**<br>GARY GENE INGOLDSBY<br>342 REVOLUTION DRIVE<br>ST. PETERS, MO 63376 |
| **SCHEDULE F**<br>GIFT SOURCE, LLC<br>ATTN LORI J. THOMSEN<br>14040 HAYES STREET<br>OVERLAND PARK, KS 66221 | **SCHEDULE F/20 LARGEST**<br>HOLLEY SALES<br>ATTN SHANE HOLLEY<br>12205 KIMBERLYN ROAD<br>OKLAHOMA CITY, OK 73162 | **SCHEDULE F**<br>INDIANA UNIVERSITY<br>IU LICENSING & TRADMARKS<br>P.O. BOX 6268<br>INDIANAPOLIS, IN 46206 |
| INDIANA UNIVERSITY<br>IU LICENSING & TRADMARKS<br>400 EAST SEVENTH STREET<br>PO BOX 4040<br>BLOOMINGTON, IN 47402 | **SCHEDULE F**<br>JEANNE D. ROSEN AKA JDR SALES<br>422 KINGS HIGHWAY<br>CARNEGIE, PA 15106 | **SCHEDULE F**<br>JERRY ELY SALES<br>5952 ROYAL LANE, SUITE 218A<br>DALLAS, TX 75230-9950 |
| **SCHEDULE F**<br>JIM & CANDY DAVID<br>P.O. BOX 548<br>ZIONSVILLE, IN 46077-0548 | **SCHEDULE F**<br>JOHN COACH NADELL<br>2521 REDSTART LANE<br>BIRMINGHAM, AL 35226 | **SCHEDULE F/20 LARGEST**<br>JOSEPH K. CLARK DBA ALL SEASONS MARKETING<br>237 SOUTH CURTIS RD SUITE 100<br>WEST ALLIS, WI 53214-1030 |
| **SCHEDULE F**<br>K.O. SALES, LLC<br>ATTN SCOTT CONIGLIO<br>7521 NW 131ST<br>OKLAHOMA CITY, OK 73142 | **SCHEDULE F**<br>L & S SPORTS, INC.<br>ATTN LARRY ZIENTARSKI<br>P.O. BOX 530056<br>LIVONIA, MI 48153 | **ASSIGNEE OF SCHEDULE F CLAIM OF L & S SPORTS, INC.**<br>DACA 2010L LP<br>ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH SUITE 310<br>SAN DIEGO, CA 92108 |
| **SCHEDULE F/20 LARGEST**<br>L.B. WOOD MARKETING, INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>7121 FISH POND ROAD<br>WACO, TX 76710 | **SCHEDULE F/20 LARGEST**<br>LICENSING RESOURCE GROUP LLC<br>ATTN BETSY FLAMBOE<br>442 CENTURY LANE, SUITE 100<br>HOLLAND, MI 49423 | **SCHEDULE F/20 LARGEST**<br>LIUZHOU WANTEX TRADING CO., LTD.<br>ATTN PRESIDENT OR MANAGING AGENT<br>NO.3, THE SECOND YANGHE INDUSTRIAL PARK<br>LIUZHOU, GX |
| **SCHEDULE F/20 LARGEST**<br>LOGO AMERICA, LLC<br>ATTN PRESIDENT OR MANAGING AGENT<br>22123 W. 83RD STREET.<br>SHAWNEE, KS 66227 | **SCHEDULE F/20 LARGEST**<br>LONG SALES GROUP<br>ATTN PRESIDENT OR MANAGING AGENT<br>451 E. 58TH AVENUE #1669<br>DENVER, CO 80216 | **SCHEDULE F**<br>LOUD & ASSOCIATES, LLC<br>ATTN DAVID LOUD<br>1319 SWAN DRIVE<br>ANNAPOLIS, MD 21409 |

**SCHEDULE F**
MACKIE & ASSOCIATES
ATTN PRESIDENT OR MANAGING AGENT
2100 NO. SEPULVEDA BLVD, SUITE 18
MANHATTAN BEACH, CA 90266

**SCHEDULE F/20 LARGEST**
MARK WILLIAMS AND COMPANY
ATTN MARK WILLIAMS
4940 BROOKSVIEW CIRCLE
NEW ALBANY, OH 43054

**SCHEDULE F/20 LARGEST**
MORRISON SALES
MERRIL H. MORRISON
9 MONTROSE LANE
MANCHESTER TOWNSHIP, NJ 8759

**SCHEDULE F**
NATIONAL SPORTS ASSOCIATES
ATTN PRESIDENT OR MANAGING AGENT
9150 KILDARE
SKOKIE, IL 60076

**SCHEDULE F/20 LARGEST**
NFL PROPERTIES LLC-LICENSING GPO
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 27278
NEW YORK, NY 10087-7278

**ADDITIONAL NOTICE**
OHIO STATE UNIVERSITY
ATTN UNIVERSITY LICENSING PROGRAM
1100 KINNEAR ROAD SUITE 210
COLUMBUS, OH 43212-1152

**SCHEDULE F**
PARTY COUNSEL-DAVID TUROCK
ATTN DAVID TUROCK
5 THORNBROOK LANE
SUFFERN, NY 10901

**SCHEDULE F/20 LARGEST**
RODOLFO RODRIGUEZ AGUILAR
8430 MISSION BLVD.
RIVERSIDE, CA 92509

**SCHEDULE F**
MAJIC TOUCH
ATTN PRESIDENT OR MANAGING AGENT
230 SPRING STREET STE 1421
ATLANTA, GA 30303

**SCHEDULE F**
MARKET PLACE GIFTS INC.
ATTN PRESIDENT OR MANAGING AGENT
3710 COMMERCIAL AVENUE STE 7
NORTH BROOK, IL 60062

**SCHEDULE F**
MICHIGAN STATE UNIVERSITY
ATTN UNIVERSITY LICENSING PROGRAMS
216 MSU UNION
MICHIGAN STATE UNIVERSITY
EAST LANSING, MI 48824-1029

**SCHEDULE G, NOTICE PURPOSES**
NBA PROPERTIES, INC.
ATTN SALVATORE LAROCCA, EXECUTIVE V.P.
P.O. BOX 10602
NEWARK, NJ 07193

**SCHEDULE F**
NORTHWEST REPS, INC.
ATTN PRESIDENT OR MANAGING AGENT
10 VAN BUREN, SUITE C
EUGENE, OR 97402

**SCHEDULE F/20 LARGEST**
P.T.L. SALES
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 6120
STUART, FL 34997

**SCHEDULE F/20 LARGEST**
QUARTZ LOGISTICS INC.
ATTN PRESIDENT OR MANAGING AGENT
731 S. GARFIELD AVE
ALHAMBRA, CA 91801

**SCHEDULE F**
RON GRUBBS
112 WONDER VALLEY ROAD
BRISTOL, TN 37620

**SCHEDULE G, NOTICE PURPOSES**
MAJOR LEAGUE BASEBALL PROPERTIES
DAVE WEINBERG
245 PARK AVENUE
NEW YORK, NY 10167

**SCHEDULE F**
MEI LIEN CHANG
2819 CRYSTAL RIDGE ROAD
DIAMOND BAR, CA 91765

**SCHEDULE F/20 LARGEST**
NANCY ANDERSEN
37 PATRIOT WAY
PEMBROKE, MA 2359

**ADDITIONAL NOTICE**
NBA PROPERTIES, INC.
ATTN SALVATORE LAROCCA, EXECUTIVE V.P.
645 PARK AVENUE
NEW YORK, NY 10017

**SCHEDULE F/20 LARGEST**
OHIO STATE UNIVERSITY
ATTN UNIVERSITY LICENSING PROGRAM
DEPT. 1760
COLUMBUS, OH 43271-1760

**SCHEDULE F/20 LARGEST**
PARTNER'S DELIVERY, INC.
ATTN PRESIDENT OR MANAGING AGENT
1927 A HARBOR BLVD, #151
COSTA MESA, CA 92627

**SCHEDULE F**
RICK SALESE
535 WOOD VALLEY TRACE
ROSWELL, GA 30076

**SCHEDULE F/20 LARGEST**
SDJ, LLC
ATTN PRESIDENT OR MANAGING AGENT
14176 HWY 87 N.
EDEN, NC 27288

SOUTH DAKOTA STATE UNIVERSITY
OFFICEOF LICENSING PROGRAMS
ADMINISTRATION BLDG. 0234
BOX 2201
BROOKINGS, SD 57007-2398

**SCHEDULE F**
SPLASH
ATTN KIM RYON
P.O. BOX 247
FACTORYVILLE,, PA 18419

**SCHEDULE F/20 LARGEST**
SPRINT
ATTN PRESIDENT OR MANAGING AGENT
P O BOX 219100
KANSAS CITY, MO 64121-9100

**CLAIM FILED - RELATED TO SPRINT COMMERCIAL (XXX 8357)**
DILIGENTSIA CAPITAL GROUP LLC
C/O RECOVERY MANAGEMENT SYSTEMS CORPORATION
RAMESH SINGH
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL 33131-1605

**SCHEDULE F/20 LARGEST**
SUMMIT LOGISTICS INT'L
ATTN PRESIDENT OR MANAGING AGENT
780 NOGALES STREET, BUILDING D
CITY OF INDUSTRY, CA 91748

**SCHEDULE F**
SUPERMARKET REPRESENTATIVES
ATTN PRESIDENT OR MANAGING AGENT
20 E. SUNRISE HIGHWAY, STE 300
VALLEY STREAM, NY 11581

**SCHEDULE F**
TEAM COLORS SPORTS MARKETING & SALES
SCOTT DEROY
P.O. BOX 93850
PASADENA, CA 91109

THE COLLEGIATE LICENSING CO
DAVE KIRKPATRICK
290 INTERSTATE NORTH, SUITE 200
ATLANTA, GA 30339

**SCHEDULE F**
TRADE UNION INT'L (TAIWAN) LTD
ATTN PRESIDENT OR MANAGING AGENT
5F-F, NO.58, SHING SHAN RD
TAIPEI,

**SCHEDULE F/20 LARGEST**
TREASURES
ATTN DAVE MACMILLAN
7014 59TH ST, CT. W
UNIVERSITY PLACE, WA 98467

**SCHEDULE F**
UNIVERSITY OF IOWA
TRADEMARK LICENSING PROGRAM
210 KHF BLDG. 446
IOWA CITY, IA 52242

**SCHEDULE F**
UNIVERSITY OF OREGON
OFFICE OF MARKETING AND BRAND MANAGEMENT
720 E 13TH SUITE 303
5286 UNIVERSITY OF OREGON
EUGENE, OR 97403-5286

**SCHEDULE F/20 LARGEST**
UPS FREIGHT
ATTN PRESIDENT OR MANAGING AGENT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

**PROOF OF CLAIM ADDRESS**
UNITED PARCEL SERVICE (FREIGHT)
C/O RECEIVABLE MANAGEMENT SERVICES
PO BOX 4396
TIMONIUM, MD 21094

RETURNED MAIL

**2/4/11; PER MARY JANE EVANS AT MINNEAPOLIS MART - CREDITOR HAS NOT BEEN AT ADDRESS FOR 3+ YEARS SCHEDULE F/20 LARGEST**
OSTROM'S & ASSOCIATES
ATTN PRESIDENT OR MANAGING AGENT
10301 BREN ROAD WEST, SUITE 340
MINNETONKA, MN 55343

**2/23/11; NOT DELIVERABLE AS ADDRESSED; INSUFFICIENT ADDRESS SCHEDULE F/20 LARGEST**
TRANSWORLD SYSTEMS, INC.
ATTN PRESIDENT OR MANAGING AGENT
ATTN: TSI COMMERCIAL DIVISION
CHICAGO, IL 60673-1248

**SEE PROOF OF CLAIM ADDRESS**
FEDEX NATIONAL LTL
P.O. BOX 95001
LAKELAND, FL 33804-5001

.