James C. Bastian, Jr. – Bar No. 175415
Mark Bradshaw – Bar No. 192540
**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email: jbastian@shbllp.com; mbradshaw@shbllp.com

Bankruptcy Counsel for
Trade Union International, Inc. and
Duck House, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**TRADE UNION INTERNATIONAL, INC.,**<br>**a California corporation,**<br><br>Debtor.<br>_____<br>In re<br><br>**DUCK HOUSE, INC.,**<br>**a California corporation,**<br><br>Debtor. | Case No.  6:11-bk-13071-DS<br><br>Chapter  11<br><br>Jointly Administered With<br>Case No.  6:11-bk-13072-DS<br><br>**UNITED STATES TRUSTEE**<br>**OPERATING REPORT NO. 3 FOR THE**<br>**MONTH ENDING APRIL 30, 2011**<br>**[Duck House, Inc.]**<br><br>[Local Bankruptcy Rule 2015-2(c)] |

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

1

4265-000\EXP. 99

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>DUCK HOUSE, INC.<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (BUSINESS)<br><br>Case Number:　　　　　　　6:11-bk-13072-DS<br>Operating Report Number:　　　　　　　3<br>For the Month Ending:　　　　　　　Apr-11 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS ........ 800,670.05

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS ........ 412,526.95

3.  BEGINNING BALANCE: ........ 388,143.10

4.  RECEIPTS DURING CURRENT PERIOD:

| | |
| --- | --- |
| Accounts Receivable - Post-filing | 243,903.25 |
| Accounts Receivable - Pre-filing | 61,270.77 |
| General Sales | |
| Other (Specify) | |
| **Other (Specify) | |

TOTAL RECEIPTS THIS PERIOD: ........ 305,174.02

5.  BALANCE: ........ 693,317.12

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
| --- | --- |
| Transfers to Other DIP Accounts (from page 2) | 800.00 |
| Disbursements (from page 2) | 430,232.71 |

TOTAL DISBURSEMENTS THIS PERIOD:*** ........ 431,032.71

7.  ENDING BALANCE: ........ 262,284.41

8.  General Account Number(s):　　　XXXXXX2313

Depository Name & Location:　　　U.S. BANK NA
　　　　　　　　　　　　　　　　550 INDIAN HILL BLVD.
　　　　　　　　　　　　　　　　POMONA, CA  91767-5378

*　 All receipts must be deposited into the general account.

**　Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
　　 to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/1/2011 | 30046 | CONTINENTAL AGENCY | FREIGHT | | 205.00 | 205.00 |
| 4/1/2011 | 30047 | U.S. CUSTOMS AND BORDER PROTECTION | DUTY | | 1,099.69 | 1,099.69 |
| 4/5/2011 | | FIRST NATIONAL PROCESSING | C.C. PROCESSING FEE | | 486.40 | 486.40 |
| 4/5/2011 | 30048 | QUARTZ LOGISTICS INC. | FREIGHT | | 2,425.00 | 2,425.00 |
| 4/6/2011 | 30054 | DIRECT EDI, INC. | DUES & SUBSCRIPTION | | 124.29 | 124.29 |
| 4/6/2011 | 30056 | POSTMASTER | POSTAGE | | 185.00 | 185.00 |
| 4/6/2011 | 30049 | CONTINENTAL AGENCY | FREIGHT | | 205.00 | 205.00 |
| 4/6/2011 | 30053 | THE JG SALES GROUP | COMMISSION | | 517.00 | 517.00 |
| 4/6/2011 | 30051 | SPORTING GOODS MANUFACTURERS ASSOCIA | DUES & SUBSCRIPTION | | 1,000.00 | 1,000.00 |
| 4/6/2011 | 30055 | UPS | FREIGHT | | 1,507.02 | 1,507.02 |
| 4/6/2011 | 30050 | U.S. CUSTOMS AND BORDER PROTECTION | DUTY | | 2,340.69 | 2,340.69 |
| 4/6/2011 | 30052 | TECHNICAL ADVANCEMENT, INC. | PROFESSIONAL | | 2,400.00 | 2,400.00 |
| 4/8/2011 | 30065 | SOUTH DAKOTA STATE UNIVERSITY | ROYALTY | | 2.55 | 2.55 |
| 4/8/2011 | 30069 | THE CUSTOM COMPANIES, INC. | FREIGHT | | 168.48 | 168.48 |
| 4/8/2011 | 30066 | INDIANA UNIVERSITY | ROYALTY | | 295.58 | 295.58 |
| 4/8/2011 | 30064 | MICHIGAN STATE UNIVERSITY | ROYALTY | | 661.86 | 661.86 |
| 4/8/2011 | 30068 | UNIVERSITY OF OREGON | ROYALTY | | 808.70 | 808.70 |
| 4/8/2011 | 30067 | UNIVERSITY OF IOWA | ROYALTY | | 930.52 | 930.52 |
| 4/8/2011 | 30062 | LICENSING RESOURCE GROUP | ROYALTY | | 1,876.93 | 1,876.93 |
| 4/8/2011 | 30059 | NBA PROPERTIES, INC. | ROYALTY | | 2,101.78 | 2,101.78 |
| 4/8/2011 | 30057 | THE COLLEGIATE LICENSING CO | ROYALTY | | 2,324.73 | 2,324.73 |
| 4/8/2011 | 30063 | OHIO STATE UNIVERSITY | ROYALTY | | 3,744.56 | 3,744.56 |
| 4/8/2011 | 30060 | MAJOR LEAGUE BASEBALL PROPERTIES | ROYALTY | | 7,037.72 | 7,037.72 |
| 4/8/2011 | 30058 | THE COLLEGIATE LICENSING CO | ROYALTY | | 7,868.92 | 7,868.92 |
| 4/8/2011 | | TRADE UNION INTERNATIONAL, TAIWAN | PURCHASES | | 44,778.60 | 44,778.60 |
| 4/8/2011 | 30061 | NFL PROPERTIES LLC-LICENSING GPO | ROYALTY | | 50,000.00 | 50,000.00 |
| 4/11/2011 | 30070 | MARIA RUIZ | OUTSIDE LABOR | | 559.20 | 559.20 |
| 4/13/2011 | 30094 | NATIONAL SPORTS ASSOCIATES | COMMISSION | | 5.62 | 5.62 |
| 4/13/2011 | 30078 | GARY GENE INGOLDSBY | COMMISSION | | 23.81 | 23.81 |
| 4/13/2011 | 30083 | LONG SALES GROUP | COMMISSION | | 24.00 | 24.00 |
| 4/13/2011 | 30089 | MERRIL H. MORRISON | COMMISSION | | 24.60 | 24.60 |
| 4/13/2011 | 30092 | SDJ, LLC | COMMISSION | | 28.71 | 28.71 |
| 4/13/2011 | 30095 | SPLASH | COMMISSION | | 32.21 | 32.21 |
| 4/13/2011 | 30090 | NANCY ANDERSEN | COMMISSION | | 41.83 | 41.83 |
| 4/13/2011 | 30099 | RON GRUBBS | COMMISSION | | 43.13 | 43.13 |
| 4/13/2011 | 30100 | DAVE MACMILLAN | COMMISSION | | 43.75 | 43.75 |
| 4/13/2011 | 30080 | Jim & Candy David | COMMISSION | | 45.41 | 45.41 |
| 4/13/2011 | 30096 | CORLISS ARMSTRONG | COMMISSION | | 48.60 | 48.60 |
| 4/13/2011 | 30091 | P.T.L. SALES | COMMISSION | | 56.51 | 56.51 |
| 4/13/2011 | 30093 | SUPERMARKET REPRESENTATIVES | COMMISSION | | 58.80 | 58.80 |
| 4/13/2011 | 30085 | MACKIE & ASSOCIATES | COMMISSION | | 71.34 | 71.34 |
| 4/13/2011 | 30072 | JOSEPH K. CLARK DBA ALL SEASONS MARKE | COMMISSION | | 72.85 | 72.85 |
| 4/13/2011 | 30098 | RICK SALESE | COMMISSION | | 72.94 | 72.94 |
| 4/13/2011 | 30087 | MARK WILLIAMS AND COMPANY | COMMISSION | | 73.05 | 73.05 |
| 4/13/2011 | 30088 | MAJIC TOUCH | COMMISSION | | 77.66 | 77.66 |
| 4/13/2011 | 30097 | SHANE HOLLEY | COMMISSION | | 77.81 | 77.81 |
| 4/13/2011 | 30077 | GIFT SOURCE, LLC | COMMISSION | | 84.60 | 84.60 |
| 4/13/2011 | 30084 | L & S Sports, Inc. | COMMISSION | | 87.90 | 87.90 |
| 4/13/2011 | 30076 | FLORIDA SPORTS NETWORK | COMMISSION | | 145.66 | 145.66 |
| 4/13/2011 | 30074 | DOUG STEWART | COMMISSION | | 156.00 | 156.00 |
| 4/13/2011 | 30075 | E.I.S. GROUP | COMMISSION | | 171.30 | 171.30 |
| 4/13/2011 | 30079 | JEANNE D. ROSEN | COMMISSION | | 187.68 | 187.68 |
| 4/13/2011 | 30086 | MARKET PLACE GIFTS INC. | COMMISSION | | 239.67 | 239.67 |
| 4/13/2011 | 30082 | LOGO AMERICA, LLC | COMMISSION | | 566.94 | 566.94 |
| 4/13/2011 | 30071 | A TO Z MARKETING VENTURES, LLC. | COMMISSION | | 681.59 | 681.59 |
| 4/13/2011 | 30073 | BOB KUNICK ASSOC. INC. | COMMISSION | | 745.64 | 745.64 |
| 4/13/2011 | 30081 | L.B. WOOD MARKETING, INC. | COMMISSION | | 1,142.74 | 1,142.74 |
| 4/13/2011 | 30104 | NBA PROPERTIES, INC. | ROYALTY | | 1,169.03 | 1,169.03 |
| 4/13/2011 | 30102 | THE COLLEGIATE LICENSING CO | ROYALTY | | 2,639.99 | 2,639.99 |
| 4/13/2011 | 30103 | MAJOR LEAGUE BASEBALL PROPERTIES | ROYALTY | | 8,333.60 | 8,333.60 |
| 4/13/2011 | 30101 | NFL PROPERTIES LLC-LICENSING GPO | ROYALTY | | 50,000.00 | 50,000.00 |
| 4/14/2011 | 30105 | UPS SUPPLY CHAIN SOLUTIONS, INC | FREIGHT | | 95.54 | 95.54 |
| 4/14/2011 | | U.S. BANK | BANK FEE | | 262.78 | 262.78 |
| 4/15/2011 | 30112 | UNIVERSITY OF OREGON | ROYALTY | | 195.12 | 195.12 |
| 4/15/2011 | 30110 | INDIANA UNIVERSITY | ROYALTY | | 362.78 | 362.78 |
| 4/15/2011 | 30111 | UNIVERSITY OF IOWA | ROYALTY | | 512.95 | 512.95 |
| 4/15/2011 | 30109 | MICHIGAN STATE UNIVERSITY | ROYALTY | | 1,103.74 | 1,103.74 |
| 4/15/2011 | 30107 | LICENSING RESOURCE GROUP | ROYALTY | | 1,225.70 | 1,225.70 |
| 4/15/2011 | 30106 | UPS | FREIGHT | | 1,266.90 | 1,266.90 |
| 4/15/2011 | 30108 | OHIO STATE UNIVERSITY | ROYALTY | | 2,746.23 | 2,746.23 |
| 4/18/2011 | | TRADE UNION INTERNATIONAL, TAIWAN | PURCHASES | | 67,200.00 | 67,200.00 |
| 4/19/2011 | 30113 | QUARTZ LOGISTICS INC. | FREIGHT | | 2,635.00 | 2,635.00 |
| 4/19/2011 | | TRADE UNION INTERNATIONAL, TAIWAN | PURCHASES | | 46,539.49 | 46,539.49 |
| 4/20/2011 | 30114 | UPS SUPPLY CHAIN SOLUTIONS, INC | FREIGHT | | 112.17 | 112.17 |
| 4/21/2011 | 30118 | THE CUSTOM COMPANIES, INC. | FREIGHT | | 130.19 | 130.19 |

CASH DISBURSEMENTS FROM DIP ACCOUNT (NON-PAYROLL)

| Date mm/dd/yyyy | Check Number | Payee or  DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/21/2011 | 30115 | CONTINENTAL AGENCY | FREIGHT | | 205.00 | 205.00 |
| 4/21/2011 | 30117 | UPS | FREIGHT | | 1,534.86 | 1,534.86 |
| 4/21/2011 | 30116 | U.S. CUSTOMS AND BORDER PROTECTION | DUTY | | 2,312.61 | 2,312.61 |
| 4/25/2011 | | TRADE UNION INTERNATIONAL, TAIWAN | PURCHASES | | 88,538.35 | 88,538.35 |
| 4/26/2011 | 30122 | DIRECT EDI, INC. | DUES & SUBSCRIPTION | | 49.00 | 49.00 |
| 4/26/2011 | 30124 | RODOLFO RODRIGUEZ AGUILAR | FREIGHT | | 165.00 | 165.00 |
| 4/26/2011 | 30120 | MARIA RUIZ | OUTSIDE LABOR | | 372.80 | 372.80 |
| 4/26/2011 | 30123 | MARKET PLACE GIFTS INC. | COMMISSION | | 400.00 | 400.00 |
| 4/26/2011 | 30121 | ERIKA RAMIREZ | OUTSIDE LABOR | | 913.25 | 913.25 |
| 4/26/2011 | 30119 | VISION EXPRESS | FREIGHT | | 949.22 | 949.22 |
| 4/26/2011 | 30125 | QUARTZ LOGISTICS INC. | FREIGHT | | 2,180.10 | 2,180.10 |
| 4/26/2011 | | FRANCHISE TAX BOARD | STATE INCOME TAX | 800.00 | | 800.00 |
| 4/27/2011 | 30127 | QW EXPRESS | FREIGHT | | 123.70 | 123.70 |
| 4/27/2011 | 30128 | CONTINENTAL AGENCY | FREIGHT | | 155.00 | 155.00 |
| 4/27/2011 | 30129 | U.S. CUSTOMS AND BORDER PROTECTION | DUTY | | 1,809.62 | 1,809.62 |
| 4/27/2011 | 30126 | UPS | FREIGHT | | 2,733.83 | 2,733.83 |
| 4/29/2011 | | SAFEGUARD BUSINESS SYSTEM | OFFICE SUPPLY | | 471.59 | 471.59 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD | | 800.00 | 430,232.71 | $431,032.71 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT

BANK RECONCILIATION

| Bank statement Date: | 4/30/2011 | Balance on Statement: | $269,938.60 |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 4/27/2011 | $1,366.13 |
| 4/29/2011 | 3,760.18 |
| | |
| | |
| | |
| | |

| TOTAL DEPOSITS IN TRANSIT | | 5,126.31 |
|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 30051 | 4/6/2011 | 1,000.00 |
| 30072 | 4/13/2011 | 72.85 |
| 30079 | 4/13/2011 | 187.68 |
| 30082 | 4/13/2011 | 566.94 |
| 30090 | 4/13/2011 | 41.83 |
| 30097 | 4/13/2011 | 77.81 |
| 30099 | 4/13/2011 | 43.13 |
| 30109 | 4/15/2011 | 1,103.74 |
| 30119 | 4/26/2011 | 949.22 |
| 30120 | 4/26/2011 | 372.80 |
| 30121 | 4/26/2011 | 913.25 |
| 30122 | 4/26/2011 | 49.00 |
| 30123 | 4/26/2011 | 400.00 |
| 30125 | 4/26/2011 | 2,180.10 |
| 30126 | 4/27/2011 | 2,733.83 |
| 30127 | 4/27/2011 | 123.70 |
| 30128 | 4/27/2011 | 155.00 |
| 30129 | 4/27/2011 | 1,809.62 |
| | | |
| | | |
| | | |
| | | |

| TOTAL OUTSTANDING CHECKS: | | 12,780.50 |
|---|---|---|

Bank statement Adjustments:

Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | | $262,284.41 |
|---|---|---|

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS          1,000.00

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS                                                      0.00

3. BEGINNING BALANCE:                                           1,000.00

4. RECEIPTS DURING CURRENT PERIOD:                                  0.00
   (Transferred from General Account)

5. BALANCE:                                                     1,000.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***                              0.00

7. ENDING BALANCE:                                              1,000.00

8. PAYROLL Account Number(s):              XXXX2339

   Depository Name & Location:             U.S. BANK NA
                                           550 INDIAN HILL BLVD.
                                           POMONA, CA  91767-5378

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

PAYROPL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____4/30/2011_____    Balance on Statement: _____$1,000.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                        | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                        | 0.00 |

Bank statement Adjustments:                                      _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                           | $1,000.00 |

I.  CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                          1,000.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX                                 0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                        1,000.00

4.  RECEIPTS DURING CURRENT PERIOD:                                             800.00
    (Transferred from General Account)

5.  BALANCE:                                                                  1,800.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                         800.00

7.  ENDING BALANCE:                                                           1,000.00

8.  TAX Account Number(s):                    XXXX2321

    Depository Name & Location:               U.S. BANK NA
                                              550 INDIAN HILL BLVD.
                                              POMONA, CA  91767-5378

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/8/2011 | 500 | FRANCHISE TAX BOARD | STATE INCOME TAX | 800.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 800.00 |

TASB ACCOUNT

BANK RECONCILIATION

Bank statement Date: ___4/30/2011___    Balance on Statement: ___$1,000.00___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | 0.00 |

Bank statement Adjustments:                                        _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                             | $1,000.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D8 SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 269,938.60 |
| Payroll Account: | 1,000.00 |
| Tax Account: | 1,000.00 |

*Other Accounts: _____  _____
_____  _____

*Other Monies: _____  _____

**Petty Cash (from below): | 3,122.67 |

### TOTAL CASH AVAILABLE:                            275,061.27

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### TOTAL PETTY CASH TRANSACTIONS:                    0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | (189,663.40) |  | 178,897.78 |
| 31 - 60 days | (42,846.28) |  | 83,688.54 |
| 61 - 90 days | 216.03 |  | 44,673.22 |
| 91 - 120 days |  | 32,867.17 |  |
| Over 120 days |  | 57,564.74 |  |
| TOTAL: | (232,293.65) | 90,431.91 | 307,259.54 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability |  |  |  |  |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: _____ |  |  |  |  |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2011 | 412,526.95 | 4,875.00 | 2-May-2011 | 4,875.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 4,875.00 |  | 4,875.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page 13 of 16

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | | |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | | |
| | | |
| **Gross Profit** | | |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | | |
| Net Gain/(Loss) from Operations | | |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | | |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | | |
| | | |
| **NET INCOME/(LOSS)** | | |

(Attach exhibit listing all itemizations required above)

X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

| | Current Month End |
|---|---|
| **ASSETS** | |
| Current Assets: | |
| Unrestricted Cash | _____ |
| Restricted Cash | _____ |
| Accounts Receivable | _____ |
| Inventory | _____ |
| Notes Receivable | _____ |
| Prepaid Expenses | _____ |
| Other (Itemize) | _____ |
| Total Current Assets | [_____] |
| | |
| Property, Plant, and Equipment | _____ |
| Accumulated Depreciation/Depletion | _____ |
| Net Property, Plant, and Equipment | [_____] |
| | |
| Other Assets (Net of Amortization): | |
| Due from Insiders | _____ |
| Other (Itemize) | _____ |
| Total Other Assets | [_____] |
| | |
| **TOTAL ASSETS** | [_____] |
| | |
| **LIABILITIES** | |
| Post-petition Liabilities: | |
| Accounts Payable | _____ |
| Taxes Payable | _____ |
| Notes Payable | _____ |
| Professional fees | _____ |
| Secured Debt | _____ |
| Other (Itemize) | _____ |
| Total Post-petition Liabilities | [_____] |
| | |
| Pre-petition Liabilities: | |
| Secured Liabilities | _____ |
| Priority Liabilities | _____ |
| Unsecured Liabilities | _____ |
| Other (Itemize) | _____ |
| Total Pre-petition Liabilities | [_____] |
| | |
| **TOTAL LIABILITIES** | [_____] |
| | |
| **EQUITY:** | |
| Pre-petition Owners' Equity | _____ |
| Post-petition Profit/(Loss) | _____ |
| Direct Charges to Equity | _____ |
| **TOTAL EQUITY** | [_____] |
| | |
| **TOTAL LIABILITIES & EQUITY** | [_____] |

Penhouse, IP
Balance Sheet
April 30, 2011

| Account Name | Balance | Relative Percentage |
|---|---:|---:|
| Assets | 2,364,785.23 | 100% |
| | | |
| Current Assets - Current Assets | 2,364,785.23 | 100% |
| | | |
| Cash - Cash and Equivalents | 267,407.08 | 11% |
| | | |
| 101000-000-000-000 - PETTY CASH | 3,122.67 | 0% |
| 101500-000-000-000 - U.S. BANK N.A.-GENERAL (6:11-bk-13072-DS) | 262,284.41 | 11% |
| 101600-000-000-000 - U.S. BANK N.A.-PAYROLL (6:11-bk-13072-DS) | 1,000.00 | 0% |
| 101700-000-000-000 - U.S. BANK N.A.-TAX (6:11-bk-13072-DS) | 1,000.00 | 0% |
| | | |
| Total Cash - Cash and Equivalents | 267,407.08 | 11% |
| | | |
| Receivable - Receivable | 392,766.69 | 17% |
| | | |
| 102000-000-000-000 - ACCOUNTS RECEIVABLE | 397,444.62 | 17% |
| 102005-000-000-000 - ALLOWANCE FOR BAD DEBTS | (4,677.93) | 0% |
| | | |
| Total Receivable - Receivable | 392,766.69 | 17% |
| | | |
| Inventory - Inventory | 1,434,910.89 | 61% |
| | | |
| 103000-100-000-000 - INVENTORY (D) | 21,936.39 | 1% |
| 103000-200-000-000 - INVENTORY (L) | 1,309,214.50 | 55% |
| 103000-900-000-000 - INVENTORY-OTHERS | 7,476.00 | 0% |
| 103200-000-000-000 - INVENTORY OVERHEAD | 96,284.00 | 4% |
| | | |
| Total Inventory - Inventory | 1,434,910.89 | 61% |
| | | |
| Other C/Assets - Other Current Assets | 269,700.57 | 11% |
| | | |
| 104020-000-000-800 - PREPAID ROYALTY | 25,917.57 | 1% |
| 104310-700-000-000 - OFFICERS ADVANCE | 243,783.00 | 10% |
| | | |
| Total Other C/Assets - Other Current Assets | 269,700.57 | 11% |
| | | |
| Total Current Assets - Current Assets | 2,364,785.23 | 100% |
| | | |
| Fixed Assets - Fixed Assets | | 0% |
| | | |
| PP&E - PP&E | 79,368.53 | 3% |
| | | |
| 106000-000-000-000 - MACHINERY & EQUIPMENT | 36,131.65 | 2% |
| 106010-000-000-000 - FURNITURE & FIXTURE | 32,948.58 | 1% |
| 106030-000-000-000 - COMPUTER | 10,288.30 | 0% |
| | | |
| Total PP&E - PP&E | 79,368.53 | 3% |
| | | |
| Accu Depn - Accumulated Depreciation | (79,368.53) | -3% |
| | | |
| 105000-000-000-000 - ACCUMULATED DEPR-MACHINERY & EQUIPMENT | (36,131.65) | -2% |
| 105010-000-000-000 - ACCUMULATED DEPR-FURNITURE & FIXTURES | (32,948.58) | -1% |
| 105030-000-000-000 - ACCUMULATED DEPR-COMPUTER | (10,288.30) | 0% |
| | | |
| Total Accu Depn - Accumulated Depreciation | (79,368.53) | -3% |
| | | |
| Total Fixed Assets - Fixed Assets | | 0% |
| | | |
| L/Term Assets - Long Term Assets | | 0% |
| | | |
| Total L/Term Assets - Long Term Assets | | 0% |
| | | |
| Total Assets | 2,364,785.23 | 100% |
| | | |
| | 2,364,785.23 | 100% |

Warehouse, Inc.
Balance Sheet
April 30, 2011

| Account Name | Balance | Relative Percentage |
|---|---|---|
| Liabilities | 2,006,614.77 | 100% |
| Current Liabs - Current Liabilities | 2,006,614.77 | 100% |
| Accts Payable - Accounts Payable | 529,952.29 | 26% |
| 201000-000-000-000 - ACCOUNTS PAYABLE | 512,537.48 | 26% |
| 201100-000-000-000 - Credit Cards Payable | 17,414.81 | 1% |
| Total Accts Payable - Accounts Payable | 529,952.29 | 26% |
| | -------------- | -------------- |
| Other C/Liabs - Other Current Liabilities | 1,476,662.48 | 74% |
| 202000-000-000-000 - LOAN PAYABLE-CATHAY BANK | 1,039,714.41 | 52% |
| 202040-000-000-000 - LOAN PAYABLE-AFFILIATES | 118,507.83 | 6% |
| 202100-200-000-000 - INVENTORY RECEIVED NOT BILLED | 246,612.12 | 12% |
| 202230-000-000-000 - ACCRUED COMMISSION | 62,253.12 | 3% |
| 202290-200-000-000 - ACCRUED FREIGHT -(L) | 9,575.00 | 0% |
| Total Other C/Liabs - Other Current Liabilities | 1,476,662.48 | 74% |
| | -------------- | -------------- |
| Total Current Liabs - Current Liabilities | 2,006,614.77 | 100% |
| | -------------- | -------------- |
| L/Term Liabs - Long Term Liabilities | | 0% |
| Total L/Term Liabs - Long Term Liabilities | | 0% |
| | -------------- | -------------- |
| Total Liabilities | 2,006,614.77 | 100% |
| Equity | 358,170.46 | 100% |
| Stock Equity - Stockholders Equity | 358,170.46 | 100% |
| Common Stock - Common Stock | 404,776.07 | 113% |
| 301200-000-000-000 - COMMON STOCK | 250,000.00 | 70% |
| 301300-000-000-000 - RETAINED EARNINGS | 154,776.07 | 43% |
| Total Common Stock - Common Stock | 404,776.07 | 113% |
| | -------------- | -------------- |
| Total Stock Equity - Stockholders Equity | 404,776.07 | 113% |
| | -------------- | -------------- |
| Profit Period | (46,605.61) | -13% |
| Total Equity | 358,170.46 | 100% |
| | 2,364,785.23 | 100% |
| | ============ | ============ |

Warehouse, Inc.
Profit and Loss Statement
April 1, 2011 - April 30, 2011

| Account Name | Balance | 1/31/11 TO 4/30/11 | |
|---|---:|---:|---:|
| Revenues | $ 243,457.05 | $ 702,873.72 | 100.00% |
| Income - Income | 243,457.05 | 702,873.72 | 100.00% |
| Sales Revenue - Sales Revenue | 243,457.05 | 702,873.72 | 100.00% |
| 400000-200-000-000 - SALES-LICENSED PRODUCTS | 247,323.54 | 713,690.62 | 101.54% |
| 400000-900-000-000 - SALES-OTHERS | 238.62 | 555.45 | 0.08% |
| 401000-200-000-000 - SALES SERVICES (L) | | (83.57) | -0.01% |
| 402000-000-000-000 - SALES DISCOUNTS | 421.20 | 463.20 | 0.07% |
| 402000-100-000-000 - SALES DISCOUNTS (D) | | (0.03) | 0.00% |
| 402000-200-000-000 - SALES DISCOUNTS (L) | (4,526.31) | (11,751.95) | -1.67% |
| Total Sales Revenue - Sales Revenue | 243,457.05 | 702,873.72 | 100.00% |
| Total Income - Income | 243,457.05 | 702,873.72 | 100.00% |
| Total Revenues | 243,457.05 | 702,873.72 | 100.00% |
| Cost of Sales | (134,472.14) | (384,144.38) | -54.65% |
| Cost of Goods - Cost of Goods Sold | (134,472.14) | (384,144.38) | -54.65% |
| COGS - Cost of Goods Sold | (134,472.14) | (384,144.38) | -54.65% |
| 500000-200-000-000 - COGS (L) | (113,629.21) | (345,783.45) | -49.20% |
| 500000-900-000-000 - COGS-OTHERS | (100.87) | (250.40) | -0.04% |
| 601000-200-000-000 - PURCHASE DISCOUNT (L) | 178.00 | 178.00 | 0.03% |
| 601020-200-000-000 - INBOUND FREIGHT (L) | (12,587.45) | (22,646.60) | -3.22% |
| 601030-200-000-000 - DRAYAGE & DUMURRAGE (L) | | (675.00) | -0.10% |
| 601050-200-000-000 - CUSTOMS SERVICES (L) | (770.00) | (1,180.00) | -0.17% |
| 601060-200-000-000 - CUSTOMS DUTIES (L) | (7,562.61) | (13,319.89) | -1.90% |
| 601070-200-000-000 - MISC. IMPORT COSTS (L) | | (467.04) | -0.07% |
| Total COGS - Cost of Goods Sold | (134,472.14) | (384,144.38) | -54.65% |
| Cost Variance - Cost Variance | | | |
| 502200-200-000-000 - LANDING COST VARIANCE (L) | | | |
| Total Cost Variance - Cost Variance | | | |
| Total Cost of Goods - Cost of Goods Sold | (134,472.14) | (384,144.38) | -54.65% |
| Total Cost of Sales | (134,472.14) | (384,144.38) | -54.65% |
| Gross Profit | 108,984.91 | 318,729.34 | 45.35% |
| Expenses | (118,383.05) | (323,415.43) | -46.01% |
| SG & A - SG & A | (118,383.05) | (323,415.43) | -46.01% |
| Selling - Selling Cost | (58,097.74) | (136,843.34) | -19.47% |
| 603000-200-000-000 - COMMISSION (L) | (6,724.35) | (24,606.01) | -3.50% |
| 603200-200-000-000 - ROYALTY EXP (L) | (53,289.14) | (114,153.08) | -16.24% |
| 603300-200-000-000 - SHOW EXP (L) | (917.00) | (917.00) | -0.13% |
| 603500-200-000-000 - COLLATERAL & MATERIALS (L) | 2,832.75 | 2,832.75 | 0.40% |
| Total Selling - Selling Cost | (58,097.74) | (136,843.34) | -19.47% |
| Shipping - Shipping Cost | (3,959.00) | (13,256.07) | -1.89% |
| 602000-200-000-000 - FREIGHT OUT (L) | (8,549.26) | (27,448.75) | -3.91% |
| 602400-200-000-000 - FREIGHT CLAIMED (L) | | 105.13 | 0.01% |
| 602200-200-000-000 - FREIGHT BILLED (L) | 10,291.65 | 25,182.13 | 3.58% |
| 601090-200-000-000 - PACKAGING SUPPLIES (L) | (3,732.24) | (4,395.04) | -0.63% |
| 601120-200-000-000 - WAREHOUSE EXP (L) | (123.90) | (283.39) | -0.04% |
| 601200-200-000-000 - OUTSIDE LABOR (TEMP HELP) (L) | (1,845.25) | (6,416.15) | -0.91% |
| Total Shipping - Shipping Cost | (3,959.00) | (13,256.07) | -1.89% |
| General Expense - General Expense | (56,326.31) | (173,316.02) | -24.66% |
| 604100-200-000-000 - SALARIES WAGES & BONUS (L) | (24,907.95) | (70,591.46) | -10.04% |
| 604110-200-000-000 - SALARIES-OFFICERS (L) | | | |
| 604200-200-000-000 - PAYROLL TAXES (L) | (934.16) | (4,816.94) | -0.69% |

Penthouse, Inc.
Profit and Loss Statement
April 1, 2011 - April 30, 2011

| Account Name | Balance | 1/31/11 TO 4/30/11 | |
|---|---|---|---|
| 604400-200-000-000 - PENSION BENEFIT (L) | | | |
| 604520-200-000-000 - INSURANCE EXP - HEALTH & DENTAL (L) | (2,307.15) | (5,731.35) | -0.82% |
| 604540-200-000-000 - INSURANCE EXP - PRODUCTS LIABILITY (L) | (3,449.76) | (7,737.31) | -1.10% |
| 604550-200-000-000 - INSURANCE EXP - MARINE & TRANSPORTATION (L) | (187.73) | (520.72) | -0.07% |
| 604570-200-000-000 - INSURANCE - WORKERS COMP. (L) | (1,558.30) | (4,309.04) | -0.61% |
| 605100-200-000-000 - TRAVEL EXPENSES-DOMESTICS (L) | | | |
| 605410-000-000-000 - BANK FINANCE CHARGE | (749.18) | (9,344.56) | -1.33% |
| 605410-200-000-000 - BANK FEE (L) | | (1,567.79) | -0.22% |
| 605500-200-000-000 - RENT EXPENSE (L) | (16,650.00) | (49,950.00) | -7.11% |
| 605600-200-000-000 - EQUIPMENT LEASE (L) | (1,997.09) | (5,119.26) | -0.73% |
| 605700-200-000-000 - UTILITIES (L) | (468.63) | (2,728.40) | -0.39% |
| 605800-200-000-000 - TELECOMMUNICATIONS (L) | (101.55) | (1,580.95) | -0.22% |
| 605800-700-000-000 - TELECOMMUNICATIONS (C) | | (61.62) | -0.01% |
| 605900-200-000-000 - OFFICE EXPENSES (L) | (1,116.67) | (1,957.89) | -0.28% |
| 606100-200-000-000 - POSTAGE & CURRIER SERVICES (L) | (270.62) | (643.60) | -0.09% |
| 606200-200-000-000 - DUES & SUBSCRIPTION (L) | (173.29) | (1,173.29) | -0.17% |
| 606300-200-000-000 - REPAIR & MAINTENANCE (L) | (1,223.67) | (2,227.63) | -0.32% |
| 606500-200-000-000 - PROFESSIONAL FEE (L) | | (2,400.00) | -0.34% |
| 606550-200-000-000 - PROFESSIONAL FEE-COLLECTION (L) | | | |
| 607000-200-000-000 - PAYROLL SERVICES (L) | (230.56) | (854.21) | -0.12% |
| 607300-200-000-000 - LICENSES & PERMITS (L) | | | |
| 607600-200-000-000 - BAD DEBT EXP (L) | | | |
| | | | |
| Total General Expense - General Expense | (56,326.31) | (173,316.02) | -24.66% |
| | -------------- | -------------- | |
| Total SG & A - SG & A | (118,383.05) | (323,415.43) | -46.01% |
| | -------------- | -------------- | |
| Total Expenses | (118,383.05) | (323,415.43) | -46.01% |
| | | | |
| Operating Profit | (9,398.14) | (4,686.09) | -0.67% |
| Financing | (13,198.00) | (41,119.52) | -5.85% |
| Finance Inc/Exp - Finance Income and Expenses | (13,198.00) | (41,119.52) | -5.85% |
| 605300-200-000-000 - INTEREST EXPENSE | (13,198.00) | (41,119.52) | -5.85% |
| Total Finance Inc/Exp - Finance Income and Expenses | (13,198.00) | (41,119.52) | -5.85% |
| | -------------- | -------------- | |
| Total Financing | (13,198.00) | (41,119.52) | -5.85% |
| | | | |
| Profit After Financing Expenses | (22,596.14) | (45,805.61) | -6.52% |
| Other Revenues and Expenses | (800.00) | (800.00) | -0.11% |
| Other Revenue - Other Revenue | | | |
| Total Other Revenue - Other Revenue | -------------- | -------------- | |
| Other Expenses - Other Expenses | | | |
| Total Other Expenses - Other Expenses | -------------- | -------------- | |
| Taxes - Taxes | (800.00) | (800.00) | -0.11% |
| 801500-200-000-000 - STATE INCOME TAXES | (800.00) | (800.00) | -0.11% |
| Total Taxes - Taxes | (800.00) | (800.00) | -0.11% |
| | -------------- | -------------- | |
| Rounding - Rounding Accounts | | | |
| Total Rounding - Rounding Accounts | -------------- | -------------- | |
| Total Other Revenues and Expenses | (800.00) | (800.00) | -0.11% |
| | | | |
| Profit Period | (23,396.14) | (46,605.61) | -6.63% |
| | ============= | ============= | |

QUESTIONNAIRE

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession during this reporting period made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | |

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization

   **A hearing on approval of the Debtor's Disclsoure Statement is scheduled for June 7, 2011.**

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | |

I, **Wen Pin Chang,**
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

5-24-11

Date

Principal for debtor-in-possession

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **8105 Irvine Center Drive, Suite 600, Irvine, CA 92618**.

A true and correct copy of the document described as **UNITED STATES TRUSTEE OPERATING REPORT NO. 3 FOR THE MONTH ENDING APRIL 30, 2011 [Duck House, Inc.]**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 24, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- James C Bastian    jbastian@shbllp.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Allan P Leguay    leguay@pacbell.net
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Ramesh Singh    claims@recoverycorp.com
- James M Sullivan    jsullivan@mosessinger.com, ccaruso@mosessinger.com;dkick@mosessinger.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Andrew F Whatnall    awhatnall@daca4.com

❑  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) - On **Not Applicable**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

❑  Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on **Not Applicable** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

❑  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **May 24, 2011** | **Lorre Clapp** | **/s/ Lorre Clapp** |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                           **F 9013-3.1.PROOF.SERVICE**