**PETER C. ANDERSON**
UNITED STATES TRUSTEE
**ABRAM S. FEUERSTEIN,** State Bar No. 133775
ASSISTANT UNITED STATES TRUSTEE
**ELIZABETH A. LOSSING,** State Bar No. 144100
TRIAL ATTORNEY
**United States Department Of Justice**
**United States Trustee**
3685 Main Street, Suite 300
Riverside, California  92501-3839
Telephone (951) 276-6990
Facsimile (951) 276-6973
Elizabeth.Lossing@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:11-bk-13071 DS |
| TRADE UNION INTERNATIONAL INC. | Chapter 11 |
| Debtor. | Jointly Administered with Case No. 6:11-bk-13072 DS |
| DUCK HOUSE, INC. | NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| Debtor. | |

TO THE UNITED STATES BANKRUPTCY COURT AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that pursuant to 11 U.S.C. § 1102(a), the Office of the United States Trustee hereby amends and appoints the following persons to serve on the Committee of Creditors Holding Unsecured Claims:

Representative: Norm Meidl
Mackie & Associates
2100 N. Sepulveda Blvd. #18
Manhattan Beach, CA 90266
Telephone: (310) 545-5373
Email: mackieassoc@aol.com

| | |
|---|---|
| 1 | Representative: Terry Handeland |
|   | Bullet Transportation Services |
| 2 | 4900 S. Pennsylvania Avenue |
|   | Cuddhy, WI 53110 |
| 3 | Telephone: (414) 615-1536 |
|   | Email: thandeland@rrts.com |
| 4 | |
|   | Representative: Clark Longhurst |
| 5 | Monterey Lighting Solutions, Inc |
|   | 2148 Pomona Blvd |
| 6 | Pomona, CA 91768 |
|   | Telephone: (909) 397-8000 |
| 7 | Email: clonghurst@montereycorp.com |

8  PLEASE TAKE FURTHER NOTICE that the name and address of Debtor and the

9  Debtor's Attorney are as follows:

10  Trade Union International Inc.
    4651 State Street
11  Montclair, CA 91763

12  James C. Bastian, Jr.
    Shulman Hodges & Bastian LLP
13  26632 Towne Centre Drive
    Suite 300
14  Foothill Ranch, CA 92610-2808

15

16
                              Respectfully submitted,
17
    Dated:  June 21, 2011     PETER C. ANDERSON
18                            United States Trustee

19

20                             /s/ Elizabeth A. Lossing
                              ELIZABETH A. LOSSING
21                            Trial Attorney

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Office of the U. S. Trustee
    3685 Main Street, Suite 300
    Riverside, CA 92501-2804

A true and correct copy of the foregoing document described as: AMENDED NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  June 21, 2011,  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the following:
jbastian@shbllp.com
mbradshaw@shbllp.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On  June 21, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

X Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on June 21, 2011 , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
Honorable Deborah Saltzman, bin outside Courtroom 304

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 21, 2011 | Pat Pezoldt | /s/ Pat Pezoldt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

SERVICE LIST

Representative: Norm Meidl
Mackie & Associates
2100 N. Sepulveda Blvd. #18
Manhattan Beach, CA 90266

Representative: Terry Handeland
Bullet Transportation Services
4900 S. Pennsylvania Avenue
Cuddhy, WI 53110

Representative: Clark Longhurst
Monterey Lighting Solutions, Inc
2148 Pomona Blvd
Pomona, CA 91768

Trade Union International Inc.
4651 State Street
Montclair, CA 91763

James C. Bastian, Jr.
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610-2808

| | | |
|---|---|---|
| Mercury Marine<br>PO Box 96964<br>Chicago, IL 60693 | Performance Boats Magazine<br>3620 N. Rancho Dr. Suite 105<br>Las Vega, NV 89130 | Poker Runs America<br>14100 Oakland Ave.<br>Highland Park, MI 48203 |
| Premium Financial<br>P.O. Box 10010<br>Pasadena, CA 91189 | Southern California Edison<br>PO Box 600<br>Rosemead, CA 91771 | Tom Gonzales<br>512 Seven Isles<br>Ft. Lauderdale, FL 33301 |
| UPAC<br>PO Box 212516<br>Kansas City, MO 64121 | Wells Fargo-Bid Loan Acct.<br>MAC U1851-014<br>P.O. Box 7666<br>Boise, ID 83707 | |