1  James C. Bastian, Jr. – Bar No. 175415
   Mark Bradshaw – Bar No. 192540
2  **SHULMAN HODGES & BASTIAN LLP**
   8105 Irvine Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:    (949) 340-3400
4  Facsimile:    (949) 340-3000
   Email: jbastian@shbllp.com; mbradshaw@shbllp.com
5
   Bankruptcy Counsel for
6  Trade Union International, Inc. and
   Duck House, Inc.
7

8

9              **UNITED STATES BANKRUPTCY COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

11

12  In re                                  | Case No.  6:11-bk-13071-DS

13  **TRADE UNION INTERNATIONAL, INC.,**   | Chapter  11
    **a California corporation,**

14                                          | Jointly Administered With
    Debtor.                                 | Case No.  6:11-bk-13072-DS
15
    _____    | **UNITED STATES TRUSTEE
16                                          | OPERATING REPORT NO. 4 FOR THE
    In re                                   | MONTH ENDING MAY 31, 2011**
17                                          | **[Trade Union International, Inc.]**
    **DUCK HOUSE, INC.,**
18  **a California corporation,**           | [Local Bankruptcy Rule 2015-2(c)]

19  Debtor.

20

21

22

23

24

25

26

27

28

**SHULMAN HODGES &
BASTIAN LLP**
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

                            1

4265-000\EXP. 99                                    **Page 1**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>TRADE UNION INTERNATIONAL, INC.<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (BUSINESS)<br><br>Case Number: 6:11-bk-13071-DS<br>Operating Report Number: 4<br>For the Month Ending: 5/31/2011 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     4,951,456.67

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     2,465,700.61

3. BEGINNING BALANCE:     2,485,756.06

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing     842,859.99
   Accounts Receivable - Pre-filing     845,074.21
   General Sales
   Other (Specify)
   **Other (Specify)

   TOTAL RECEIPTS THIS PERIOD:     1,687,934.20

5. BALANCE:     4,173,690.26

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)     69,313.51
   Disbursements (from page 2)     1,472,234.95

   TOTAL DISBURSEMENTS THIS PERIOD:***     1,541,548.46

7. ENDING BALANCE:     2,632,141.80

8. General Account Number(s):     XXXXX2289

   Depository Name & Location:     U.S. BANK NA
       550 INDIAN HILL BLVD.
       POMONA, CA 91767-5378

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 5/2/2011 | 30195 | GLOBE GAS CORPORATION | AUTO AND GAS | | 83.22 | 83.22 |
| 5/2/2011 | 30196 | GREENLAND LANDSCAPE & MAINTENANCE, INC. | REPAIR & MAINTENANCE | | 475.00 | 475.00 |
| 5/2/2011 | 30197 | HAWTHORNE LIFT SYSTEMS | REPAIR & MAINTENANCE | | 597.43 | 597.43 |
| 5/2/2011 | 30198 | MARIA VARGAS | REPAIR & MAINTENANCE | | 300.00 | 300.00 |
| 5/2/2011 | 30199 | VISION EXPRESS | FREIGHT OUT | | 636.16 | 636.16 |
| 5/2/2011 | 30200 | MITCHELLS | REPAIR & MAINTENANCE | | 210.00 | 210.00 |
| 5/2/2011 | 30201 | TELEPACIFIC COMMUNICATIONS | TELECOMMUNICATIONS | | 376.66 | 376.66 |
| 5/2/2011 | 30202 | JOE INTERRANTE | COMMISSION-WHEEL | | 1,250.00 | 1,250.00 |
| 5/2/2011 | 30203 | PACIFICARE OF CALIFORNIA | INSURANCE EXP. | | 4,439.51 | 4,439.51 |
| 5/2/2011 | 30204 | PACIFIC INDUSTRIAL SUPPLY CO. | REPAIR & MAINTENANCE | | 122.60 | 122.60 |
| 5/2/2011 | 30205 | PACIFIC BARCODE, INC | WAREHOUSE EXP | | 371.72 | 371.72 |
| 5/2/2011 | 30206 | U.S. TRUSTEE | PROFESSIONAL FEE | | 6,500.00 | 6,500.00 |
| 5/2/2011 | 30207 | QUARTZ LOGISTICS INC. | INBOUND FREIGHT-WHEEL | | 2,535.00 | 2,535.00 |
| 5/2/2011 | 30208 | KODAI (U.S.A.) INC. | INBOUND FREIGHT | | 285.00 | 285.00 |
| 5/2/2011 | 30209 | HAWTHORNE LIFT SYSTEMS | REPAIR & MAINTENANCE | | 293.78 | 293.78 |
| 5/2/2011 | | SHANGHAI BON VOYAGE INT'L TRADING CO.LTD. | PURCHASES | | 70,299.08 | 70,299.08 |
| 5/2/2011 | | TRADE UNION INTERNATIONAL, INC. | PURCHASES | | 41,348.62 | 41,348.62 |
| 5/3/2011 | 30210 | THE CUSTOM COMPANIES, INC. | FREIGHT OUT | | 6,782.26 | 6,782.26 |
| 5/3/2011 | 30213 | THE CHANG REVOCABLE TRUST c/o Mei Lien Chang, T | LICENSES & PERMIT & SUBSCRIPTION | | 41.00 | 41.00 |
| 5/3/2011 | | TRUE COMMERCE | PROFESSIONAL FEE | | 184.43 | 184.43 |
| 5/4/2011 | 30214 | UPS | FREIGHT | | 3,287.87 | 3,287.87 |
| 5/4/2011 | 30215 | RODOLFO RODRIGUEZ AGUILAR | FREIGHT OUT | | 264.00 | 264.00 |
| 5/4/2011 | 30216 | UPS SUPPLY CHAIN SOLUTIONS, INC. | FREIGHT OUT | | 220.26 | 220.26 |
| 5/4/2011 | 30217 | SPRINT | TELECOMMUNICATIONS | | 601.95 | 601.95 |
| 5/4/2011 | 30218 | AUTOWARE TECHNOLOGIES, LLC | PROFESSIONAL FEE (WHEEL) | | 147.00 | 147.00 |
| 5/4/2011 | 30219 | FEDEX | FREIGHT OUT | | 240.38 | 240.38 |
| 5/4/2011 | 30220 | CONTINENTAL AGENCY | CUSTOMS DUTY AND SERVICES | | 155.00 | 155.00 |
| 5/4/2011 | 30221 | U.S. CUSTOMS AND BORDER PROTECTION | CUSTOMS DUTY | | 2,477.90 | 2,477.90 |
| 5/4/2011 | | FIRST NATIONAL PROCESSING | C.C. PROCESSING FEE | | 3,526.32 | 3,526.32 |
| 5/6/2011 | 30222 | SOUTHERN CALIFORNIA EDISON | UTILITY | | 2,187.10 | 2,187.10 |
| 5/6/2011 | | NANTONG TRADE UNION ALUMINIUM ALLOY CO | PURCHASES | | 106,188.56 | 106,188.56 |
| 5/10/2011 | 30193 | U.S. CUSTOMS AND BORDER PROTECTION | CUSTOMS DUTY (VOID CHECK) | | (3,070.27) | (3,070.27) |
| 5/10/2011 | 30223 | MOUNTAIN VIEW PACKAGING, INC. | PACKAGING SUPPLIES | | 1,062.00 | 1,062.00 |
| 5/10/2011 | 30224 | CONTINENTAL AGENCY | CUSTOMS DUTY AND SERVICES | | 3,070.27 | 3,070.27 |
| 5/10/2011 | 30225 | KODAI (U.S.A.) INC. | INBOUND FREIGHT | | 2,508.00 | 2,508.00 |
| 5/11/2011 | 30226 | OSCAR GONZALEZ | OUTSIDE LABOR | | 1,044.88 | 1,044.88 |
| 5/11/2011 | 30227 | BOLIVAR GONZALEZ | OUTSIDE LABOR | | 936.37 | 936.37 |
| 5/11/2011 | 30228 | JOSE VAZQUEZ | OUTSIDE LABOR | | 984.60 | 984.60 |
| 5/11/2011 | 30229 | CATHAY BANK | INTEREST EXP. | | 52,792.78 | 52,792.78 |
| 5/11/2011 | 30230 | CA STATE DISBURSEMENT UNIT | EMPLOYEE ADVANCE | | 280.96 | 280.96 |
| 5/11/2011 | 30231 | CA STATE DISBURSEMENT UNIT | EMPLOYEE ADVANCE | | 231.92 | 231.92 |
| 5/11/2011 | 30232 | QW EXPRESS | FREIGHT OUT | | 10,914.86 | 10,914.86 |
| 5/11/2011 | 30235 | CENTRAL TRANSPORT | FREIGHT OUT | | 780.94 | 780.94 |
| 5/11/2011 | 30236 | CROWN LIFT TRUCKS | EQUIPMENT LEASE | | 95.00 | 95.00 |
| 5/11/2011 | 30237 | KEY EQUIPMENT FINANCE | EQUIPMENT LEASE | | 877.91 | 877.91 |
| 5/11/2011 | 30238 | ADP, INC. | PAYROLL SERVICES | | 152.94 | 152.94 |
| 5/11/2011 | 30239 | THE CUSTOM COMPANIES, INC. | FREIGHT OUT | | 1,057.15 | 1,057.15 |
| 5/11/2011 | 30240 | UPS | FREIGHT | | 2,947.51 | 2,947.51 |
| 5/11/2011 | 30241 | WEST | PURCHASES | | 742.62 | 742.62 |
| 5/11/2011 | 30242 | MONTE VISTA WATER DISTRICT | UTILITIES | | 828.78 | 828.78 |
| 5/11/2011 | 30243 | MAILFINANCE | POSTAGE AND CURRIER SERVICES | | 85.55 | 85.55 |
| 5/11/2011 | 30244 | FEDEX | FREIGHT OUT | | 445.87 | 445.87 |
| 5/11/2011 | 30245 | BURRTEC WASTE INDUSTRIES INC. | UTILITIES | | 578.10 | 578.10 |
| 5/11/2011 | 30246 | VERIZON CALIFORNIA | TELECOMMUNICATIONS | | 151.68 | 151.68 |
| 5/11/2011 | 30247 | MARK BERGER SALES INC. | COMMISSION | | 1,800.00 | 1,800.00 |
| 5/11/2011 | 30249 | QUARTZ LOGISTICS INC. | INBOUND FREIGHT-WHEEL | | 24,260.13 | 24,260.13 |
| 5/11/2011 | | NANTONG TRADE UNION ALUMINIUM ALLOY CO | PURCHASES | | 208,524.01 | 208,524.01 |
| 5/12/2011 | 30250 | ENVIROKLEEN | WAREHOUSE EXP | | 461.28 | 461.28 |
| 5/12/2011 | 30251 | CONTINENTAL AGENCY | CUSTOMS DUTY AND SERVICES | | 208.00 | 208.00 |
| 5/12/2011 | 30252 | U.S. CUSTOMS AND BORDER PROTECTION | CUSTOMS DUTY | | 1,122.25 | 1,122.25 |
| 5/12/2011 | 30253 | CATHAY BANK | RENT | | 18,611.91 | 18,611.91 |
| 5/12/2011 | 30254 | CATHAY BANK | RENT | | 13,039.87 | 13,039.87 |
| 5/13/2011 | | U.S. BANK | BANK FEE | | 607.84 | 607.84 |
| 5/16/2011 | 30255 | CONTINENTAL AGENCY | CUSTOMS DUTY AND SERVICES | | 205.00 | 205.00 |
| 5/16/2011 | 30256 | U.S. CUSTOMS AND BORDER PROTECTION | CUSTOMS DUTY | | 217.57 | 217.57 |
| 5/16/2011 | 30257 | VISION EXPRESS | FREIGHT OUT | | 901.69 | 901.69 |
| 5/16/2011 | 30258 | CROWN LIFT TRUCKS | EQUIPMENT LEASE | | 3,000.00 | 3,000.00 |
| 5/16/2011 | 30259 | UPS SUPPLY CHAIN SOLUTIONS, INC. | FREIGHT OUT | | 13.21 | 13.21 |
| 5/16/2011 | 30260 | ESTES EXPRESS LINES | FREIGHT OUT | | 391.51 | 391.51 |
| 5/16/2011 | 30261 | STAPLES ADVANTAGE | OFFICE EXPENSES | | 984.18 | 984.18 |
| 5/16/2011 | 30262 | KODAI (U.S.A.) INC. | INBOUND FREIGHT | | 2,508.00 | 2,508.00 |
| 5/16/2011 | 30263 | EVERARDO M. SANCHEZ | FREIGHT OUT | | 260.00 | 260.00 |
| 5/16/2011 | 30264 | UPS | FREIGHT | | 3,672.61 | 3,672.61 |
| 5/16/2011 | 30265 | PALLETS UNLIMITED | PACKAGING SUPPLIES | | 600.00 | 600.00 |
| 5/16/2011 | 30266 | TATUM | PROFESSIONAL FEE | | 17,500.00 | 17,500.00 |
| 5/16/2011 | 30267 | ADP, INC. | PAYROLL SERVICES | | 124.20 | 124.20 |
| 5/16/2011 | 30268 | ADP, INC. | PAYROLL SERVICES | | 163.14 | 163.14 |

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 5/16/2011 | 30269 | FEDEX | FREIGHT OUT | | 857.70 | 857.70 |
| 5/17/2011 | 30270 | GRACE ROOTER & PLUMBING | REPAIR & MAINTENANCE | | 195.00 | 195.00 |
| 5/17/2011 | 30271 | THE 3 AMIGOS | PURCHASES | | 400.00 | 400.00 |
| 5/17/2011 | 30272 | QUARTZ LOGISTICS INC. | INBOUNT FREIGHT-WHEEL | | 4,457.21 | 4,457.21 |
| 5/18/2011 | 30273 | HSBC CARD SERVICES | PROFESSIONAL FEE | | 135.60 | 135.60 |
| 5/18/2011 | 30274 | CONTINENTAL AGENCY | CUSTOMS DUTY AND SERVICES | | 413.00 | 413.00 |
| 5/18/2011 | 30275 | U.S. CUSTOMS AND BORDER PROTECTION | CUSTOMS DUTY | | 1,395.66 | 1,395.66 |
| 5/18/2011 | 30276 | U.S. CUSTOMS AND BORDER PROTECTION | CUSTOMS DUTY | | 976.89 | 976.89 |
| 5/18/2011 | 30277 | KDA PRODUCTS INC | PURCHASES | | 2,006.21 | 2,006.21 |
| 5/18/2011 | 30278 | KDA PRODUCTS INC | PURCHASES | | 3,000.00 | 3,000.00 |
| 5/19/2011 | 30279 | QW EXPRESS | FREIGHT OUT | | 2,982.59 | 2,982.59 |
| 5/19/2011 | 30281 | ACCELLOS | DUES & SUBSCRIPTION | | 9,782.18 | 9,782.18 |
| 5/19/2011 | 30282 | SHULMAN HODGES & BASTIAN LLP | PROFESSIONAL-LEGAL | | 15,000.00 | 15,000.00 |
| 5/19/2011 | | NANTONG TRADE UNION ALUMINIUM ALLOY CO | PURCHASES | | 209,708.00 | 209,708.00 |
| 5/20/2011 | 30283 | THE 3 AMIGOS | PURCHASES | | 72.00 | 72.00 |
| 5/23/2011 | 30284 | ACE IRON WORKS | REPAIR & MAINTENANCE | | 1,600.00 | 1,600.00 |
| 5/23/2011 | 30285 | VISION EXPRESS | FREIGHT OUT | | 3,475.37 | 3,475.37 |
| 5/24/2011 | 30286 | BOLIVAR GONZALEZ | OUTSIDE LABOR | | 966.96 | 966.96 |
| 5/24/2011 | 30287 | JOSE VAZQUEZ | OUTSIDE LABOR | | 976.94 | 976.94 |
| 5/24/2011 | 30288 | HUGO A. PEREZ | OUTSIDE LABOR | | 474.00 | 474.00 |
| 5/24/2011 | 30289 | MARIA TEMORES | OUTSIDE LABOR | | 330.00 | 330.00 |
| 5/24/2011 | 30290 | JOE INTERRANTE | COMMISSION-WHEEL | | 1,250.00 | 1,250.00 |
| 5/24/2011 | 30291 | KAISER FOUNDATION HEALTH PLAN | INSURANCE EXP. | | 4,470.00 | 4,470.00 |
| 5/24/2011 | 30292 | UPS | FREIGHT | | 2,811.91 | 2,811.91 |
| 5/24/2011 | 30293 | THE CUSTOM COMPANIES, INC. | FREIGHT OUT | | 392.58 | 392.58 |
| 5/24/2011 | 30294 | MARK BERGER SALES INC. | COMMISSION | | 1,800.00 | 1,800.00 |
| 5/24/2011 | 30295 | AUTOWARE TECHNOLOGIES, LLC | PROFESSIONAL FEE (WHEEL) | | 147.00 | 147.00 |
| 5/24/2011 | 30296 | WELLS FARGO FINANCIAL LEASING MANUFACTUR | EQUIPMENT LEASE | | 4,825.53 | 4,825.53 |
| 5/24/2011 | 30297 | FEDEX | FREIGHT OUT | | 80.19 | 80.19 |
| 5/24/2011 | 30298 | 1ST NATIONAL PROCESSING | OFFICE EXPENSES | | 323.76 | 323.76 |
| 5/24/2011 | 30299 | ADP, INC. | PAYROLL SERVICES | | 283.67 | 283.67 |
| 5/24/2011 | 30300 | CA STATE DISBURSEMENT UNIT | EMPLOYEE ADVANCE | | 280.96 | 280.96 |
| 5/24/2011 | 30301 | CA STATE DISBURSEMENT UNIT | EMPLOYEE ADVANCE | | 231.92 | 231.92 |
| 5/24/2011 | 30302 | SPARKLETTS | OFFICE EXPENSES | | 72.36 | 72.36 |
| 5/24/2011 | | SHANGHAI BON VOYAGE INT'L TRADING CO.LTD. | PURCHASES | | 86,660.17 | 86,660.17 |
| 5/25/2011 | 30303 | CON-WAY FREIGHT | FREIGHT OUT | | 2,351.46 | 2,351.46 |
| 5/25/2011 | 30304 | ACE IRON WORKS | REPAIR & MAINTENANCE | | 1,700.00 | 1,700.00 |
| 5/25/2011 | 30305 | THE 3 AMIGOS | PURCHASES | | 88.00 | 88.00 |
| 5/25/2011 | 30307 | U.S. CUSTOMS AND BORDER PROTECTION | CUSTOMS DUTY | | 878.94 | 878.94 |
| 5/25/2011 | 30309 | CONTINENTAL AGENCY | CUSTOMS DUTY AND SERVICES | | 205.00 | 205.00 |
| 5/25/2011 | 30310 | QUARTZ LOGISTICS INC. | INBOUND FREIGHT-WHEEL | | 10,803.42 | 10,803.42 |
| 5/25/2011 | 30311 | ALLIANT INSURANCE SERVICES | INSURANCE EXP. | | 29,147.00 | 29,147.00 |
| 5/25/2011 | | TRADE UNION INTERNATIONAL, INC. | PURCHASES | | 30,126.50 | 30,126.50 |
| 5/26/2011 | | NANTONG TRADE UNION ALUMINIUM ALLOY CO | PURCHASES | | 390,793.00 | 390,793.00 |
| 5/27/2011 | 30312 | UPS | FREIGHT | | 86.78 | 86.78 |
| 5/31/2011 | 30313 | LANDSBERG | PACKAGING SUPPLIES | | 7,606.90 | 7,606.90 |
| VARIOUS | | ADP, INC. | PAYROLL & PAYROLL TAX & 401K | 62,973.10 | | 62,973.10 |
| VARIOUS | | JOHN HANCOCK USA | DEFERRED 401K | 6,340.41 | | 6,340.41 |
| VARIOUS | | AMERICAN EXPRESS | C.C. PROCESSING FEE | | 507.96 | 507.96 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | TOTAL DISBURSEMENTS THIS PERIOD | 69,313.51 | 1,472,234.95 | $1,541,548.46 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT

BANK RECONCILIATION

| Bank statement Date: | 5/31/2011 | Balance on Statement: | $2,668,600.73 |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 5/27/2011 | $60.00 |
| 5/31/2011 | 17,524.98 |
| | |
| | |
| | |
| | |

| TOTAL DEPOSITS IN TRANSIT | | 17,584.98 |
|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 30218 | 5/4/2011 | 147.00 |
| 30252 | 5/12/2011 | 1,122.25 |
| 30275 | 5/18/2011 | 1,395.66 |
| 30276 | 5/18/2011 | 976.89 |
| 30285 | 5/23/2011 | 3,475.37 |
| 30290 | 5/24/2011 | 1,250.00 |
| 30293 | 5/24/2011 | 392.58 |
| 30295 | 5/24/2011 | 147.00 |
| 30296 | 5/24/2011 | 4,825.53 |
| 30297 | 5/24/2011 | 80.19 |
| 30302 | 5/24/2011 | 72.36 |
| 30303 | 5/25/2011 | 2,351.46 |
| 30305 | 5/25/2011 | 88.00 |
| 30307 | 5/25/2011 | 878.94 |
| 30311 | 5/25/2011 | 29,147.00 |
| 30312 | 5/27/2011 | 86.78 |
| 30313 | 5/31/2011 | 7,606.90 |

| TOTAL OUTSTANDING CHECKS: | 54,043.91 |
|---|---|

Bank statement Adjustments:

Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | $2,632,141.80 |
|---|---|

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                    250,344.62

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL                        232,875.06
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                       17,469.56

4.  RECEIPTS DURING CURRENT PERIOD:                                          69,313.51
    (Transferred from General Account)

5.  BALANCE:                                                                 86,783.07

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                      85,783.07

7.  ENDING BALANCE:                                                           1,000.00

8.  PAYROLL Account Number(s):              XXXXX2297

    Depository Name & Location:             U.S. BANK NA
                                            550 INDIAN HILL BLVD.
                                            POMONA, CA  91767-5378

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5/9/2011 | 702 | MIKHAEL MARANTO | PAYROLL | 1,243.05 |
| 5/11/2011 | | ADP | PAYROLL FULL SERVICE DIRECT DEPOSIT | 25,108.48 |
| 5/11/2011 | | ADP | PAYROLL TAX | 10,739.59 |
| 5/12/2011 | 92032 | GUSTAVO DOMINGUEZ | PAYROLL | 1,022.50 |
| 5/12/2011 | 92033 | PAUL ESCOBAR | PAYROLL | 1,488.80 |
| 5/12/2011 | 92034 | ANOTONIO CERVANTES | PAYROLL | 598.20 |
| 5/12/2011 | 92035 | ARTEMIO NEGRETE | PAYROLL | 813.83 |
| 5/13/2011 | | JOHN HANCOCK USA | 401K PENSION, EMPLOYEE CONTRIBUTION | 2,936.23 |
| 5/19/2011 | | JOHN HANCOCK USA | 401K PENSION, EMPLOYEE EARNINGS | 562.03 |
| 5/24/2011 | | ADP | PAYROLL FULL SERVICE DIRECT DEPOSIT | 24,648.30 |
| 5/25/2011 | | ADP | PAYROLL TAX | 9,809.32 |
| 5/26/2011 | | JOHN HANCOCK USA | 401K PENSION, EMPLOYEE CONTRIBUTION | 2,842.15 |
| 5/26/2011 | 92027 | GUSTAVO DOMINGUEZ | PAYROLL | 1,038.78 |
| 5/26/2011 | 92028 | PAUL ESCOBAR | PAYROLL | 1,488.79 |
| 5/26/2011 | 92030 | ANOTONIO CERVANTES | PAYROLL | 600.85 |
| 5/26/2011 | 92031 | ARTEMIO NEGRETE | PAYROLL | 842.17 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 85,783.07 |

PAYROLL ACCOUNT

## BANK RECONCILIATION

Bank statement Date:  <u>5/31/2011</u>  Balance on Statement:  $1,000.00

Plus deposits in transit (a):

| <u>Deposit Date</u> | <u>Deposit Amount</u> |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          0.00

Less Outstanding Checks (a):

| <u>Check Number</u> | <u>Check Date</u> | <u>Check Amount</u> |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          0.00

Bank statement Adjustments:                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                          $1,000.00

I.  CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                 1,000.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX                        800.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                   200.00

4.  RECEIPTS DURING CURRENT PERIOD:                                     800.00
    (Transferred from General Account)

5.  BALANCE:                                                           1,000.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***                                        0.00

7.  ENDING BALANCE:                                                    1,000.00

8.  TAX Account Number(s):              XXXXX2305

    Depository Name & Location:         U.S. BANK NA
                                        550 INDIAN HILL BLVD.
                                        POMONA, CA  91767-5378

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

THE ACCOUNT

BANK RECONCILIATION

Bank statement Date: _____5/31/2011_____    Balance on Statement: _____$1,000.00_____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____

Explanation of Adjustments-

┌──────────────────────────────────────────────────────────────────┐
│                                                                    │
└──────────────────────────────────────────────────────────────────┘

ADJUSTED BANK BALANCE:                                       | $1,000.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 2,668,600.73 |
| Payroll Account: | 1,000.00 |
| Tax Account: | 1,000.00 |

*Other Accounts:

*Other Monies:

|  |  |
|---|---|
| **Petty Cash (from below): | 1,736.41 |

**TOTAL CASH AVAILABLE:** 2,672,337.14

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| 5/4/2011 | PURCHASES | 204.00 |
| 5/6/2011 | AUTO & GAS | 27.54 |
| 5/6/2011 | LICENSE & PERMIT | 83.00 |
| 5/10/2011 | AUTO & GAS | 302.99 |
| 5/18/2011 | OFFICE SUPPLIES | 30.00 |
| 5/27/2011 | EMPLOYEE ADVANCE | 820.00 |

**TOTAL PETTY CASH TRANSACTIONS:** 1467.53

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:                    5/31/2011

Gross Sales Subject to Sales Tax:    0.00

Total Wages Paid:    81,878.29

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 7,279.64 | | |
| State Withholding | 2,613.68 | | |
| FICA- Employer's Share | 6,128.58 | | |
| FICA- Employee's Share | 4,526.33 | | |
| Federal Unemployment | 0.68 | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 20,548.91 | 0.00 | |

IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable | Accounts Receivable | |
|---|---|---|---|
|  | Post-Petition | Pre-Petition | Post-Petition |
| 30 days or less | (269,943.05) |  | 753,882.99 |
| 31 - 60 days | (481,993.29) |  | 270,535.17 |
| 61 - 90 days | (156,781.00) |  | 84,438.74 |
| 91 - 120 days | (4,232.05) |  | 94,373.74 |
| Over 120 days |  | 942,440.52 |  |
| TOTAL: | (912,949.39) | 942,440.52 | 1,203,230.64 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Travelers |  | 6/1/2011 | 6/1/2011 |
| Worker's Compensation | Travelers |  | 6/1/2011 | 6/1/2011 |
| Casualty |  |  |  |  |
| Vehicle | Travelers |  | 6/1/2011 | 6/1/2011 |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2011 | 1,182,612.00 | 6,500.00 | 2-May-2011 | 6,500.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 6,500.00 |  | 6,500.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| GARY CHANG | 2/8/11, 4/20/11 insider comp notice served (no objs) | $2,000 bi-wkly, w/ $4,000 May accrual | 4,000.00 |
| HOWARD CHANG | 2/8/11, 4/20/11 insider comp notice served (no objs) | $1,200 bi-wkly, w/ $2,400 May accrual | 2,400.00 |
| MEILIEN CHANG | 2/8/11, 4/20/11 insider comp notice served (no objs) | $1,872.31 bi-wkly, w/ $3,744.62 May acc | 3,744.62 |
| WEN PIN CHANG | 2/8/11, 4/20/11 insider comp notice served (no objs) | $4,294.62 bi-wkly, w/ $8,589.62 May acc | 8,589.62 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| | | |
| **Gross Profit** | 0.00 | 0.00 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| | | |
| **NET INCOME/(LOSS)** | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | | Current Month End |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| | Total Current Assets | 0.00 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| | Net Property, Plant, and Equipment | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| | Total Other Assets | 0.00 |
| | | |
| **TOTAL ASSETS** | | 0.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| | Total Post-petition Liabilities | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities | | |
| Other (Itemize) | | |
| | Total Pre-petition Liabilities | 0.00 |
| **TOTAL LIABILITIES** | | 0.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | | |
| Post-petition Profit/(Loss) | | |
| Direct Charges to Equity | | |
| **TOTAL EQUITY** | | 0.00 |
| | | |
| **TOTAL LIABILITIES & EQUITY** | | 0.00 |

Trade Union International, Inc.
Balance Sheet
May 31, 2011

| Account Name | Balance | Relative Percentage |
|---|---|---|
| Assets | 19,599,302.14 | 100% |
| | | |
| Current Assets - Current Assets | 13,471,466.06 | 69% |
| | | |
| Cash - Cash and Equivalents | 2,635,878.21 | 13% |
| | | |
| 101100-000-000-000 - PETTY CASH | 1,736.41 | 0% |
| 101500-000-000-000 - U.S. BANK N.A.-GENERAL CHECKING (6:11-bk-13071-DS) | 2,632,141.80 | 13% |
| 101600-000-000-000 - U.S. BANK N.A.-PAYROLL CHECKING (6:11-bk-13071-DS) | 1,000.00 | 0% |
| 101700-000-000-000 - U.S. BANK N.A.-TAX CHECKING (6:11-bk-13071-DS) | 1,000.00 | 0% |
| | | |
| Total Cash - Cash and Equivalents | 2,635,878.21 | 13% |
| | - - - - - - - - - - - - - - | - - - - - - - - - - - - - - |
| | | |
| Receivable - Receivable | 2,221,711.86 | 11% |
| | | |
| 102000-000-000-000 - ACCOUNTS RECEIVABLE | 2,145,671.16 | 11% |
| 102010-000-000-000 - NOTES RECEIVABLE (CURRENT) | 76,040.70 | 0% |
| | | |
| Total Receivable - Receivable | 2,221,711.86 | 11% |
| | - - - - - - - - - - - - - - | - - - - - - - - - - - - - - |
| | | |
| Inventory - Inventory | 3,947,568.43 | 20% |
| | | |
| 103000-100-000-000 - INVENTORY -(WHEEL) | 2,866,938.71 | 15% |
| 103000-120-000-000 - INVENTORY -(CONTRACT WHEEL) | 44,155.00 | 0% |
| 103000-200-000-000 - INVENTORY-WHEEL ACCESSORIES (C) | 616,079.96 | 3% |
| 103000-300-000-000 - INVENTORY-TRUCK ACCESSORIES (G) | 412,743.50 | 2% |
| 103000-500-000-000 - INVENTORY - TIRES | 9,568.31 | 0% |
| 103200-000-000-000 - INVENTORY OVERHEAD | 220,357.64 | 1% |
| 103500-120-000-000 - INVENTORY PROVISION (N) | (44,155.00) | 0% |
| 103500-200-000-000 - INVENTORY PROVISION (C) | (70,000.00) | 0% |
| 103500-300-000-000 - INVENTORY PROVISION (G) | (108,119.69) | -1% |
| | | |
| Total Inventory - Inventory | 3,947,568.43 | 20% |
| | - - - - - - - - - - - - - - | - - - - - - - - - - - - - - |
| | | |
| Other C/Assets - Other Current Assets | 4,666,307.56 | 24% |
| | | |
| 104020-000-000-800 - PREPAID ROYALTY | 20,000.00 | 0% |
| 104050-000-000-810 - PREPAID-WORKER COMP INS. | 5,962.35 | 0% |
| 104060-000-000-810 - PREPAID-BPP & TRANSP. INS. | 2,513.61 | 0% |
| 104070-000-000-810 - PREPAID-GEN. & PROD. INS. | 14,028.63 | 0% |
| 104200-000-000-800 - DEPOSIT-SECURITY | 5,000.00 | 0% |
| 104310-000-000-000 - EMPLOYEE ADVANCE | 820.00 | 0% |
| 104310-700-000-000 - OFFICERS ADVANCE | 4,226,572.67 | 22% |
| 104310-990-000-000 - OFFICERS ADVANCE (RESTRUCTURED) | 391,410.30 | 2% |
| | | |
| Total Other C/Assets - Other Current Assets | 4,666,307.56 | 24% |
| | - - - - - - - - - - - - - - | - - - - - - - - - - - - - - |
| | | |
| Total Current Assets - Current Assets | 13,471,466.06 | 69% |
| | - - - - - - - - - - - - - - | - - - - - - - - - - - - - - |
| | | |
| Fixed Assets - Fixed Assets | 825,499.84 | 4% |
| | | |
| Cost - Cost | 2,178,811.54 | 11% |
| | | |
| 106000-000-000-000 - MACHINERY & EQUIPMENT | 466,840.85 | 2% |
| 106000-100-000-000 - MACHINERY & EQUIPMENT (WHEEL) | 216,059.47 | 1% |
| 106010-000-000-000 - FURNITURE & FIXTURE | 218,339.01 | 1% |
| 106030-000-000-000 - COMPUTER | 842,952.74 | 4% |
| 106060-000-000-000 - LEASEHOLD RIGHT | 325,355.18 | 2% |
| 106070-000-000-000 - LEASEHOLD IMPROVEMENTS | 109,264.29 | 1% |
| | | |
| Total Cost - Cost | 2,178,811.54 | 11% |
| | - - - - - - - - - - - - - - | - - - - - - - - - - - - - - |
| | | |
| Accu Depn - Accumulated Depreciation | (1,353,311.70) | -7% |

Trade Union International, Inc.
Balance Sheet
May 31, 2011

| Account Name | Balance | Relative Percentage |
|---|---|---|
| 105000-000-000-000 - ACCUMULATED DEPR.-MACHINERY & EQUIPMENT | (264,512.00) | -1% |
| 105000-100-000-000 - ACCMULATED DEPR.-MACHINERY & EQUIPMENT (WHEEL) | (100,650.29) | -1% |
| 105010-000-000-000 - ACCUMULATED DEPR.-FURNITURE & FIXTURES | (197,026.00) | -1% |
| 105030-000-000-000 - ACCUMULATED DEPR-COMPUTER | (486,859.12) | -2% |
| 105060-000-000-000 - ACCUMULATED DEPR-LEASEHOLD RIGHT | (195,000.00) | -1% |
| 105070-000-000-000 - ACCUMULATED DEPR-LEASEHOLD IMPROVEMENTS | (109,264.29) | -1% |
| Total Accu Depn - Accumulated Depreciation | (1,353,311.70) | -7% |
| Total Fixed Assets - Fixed Assets | 825,499.84 | 4% |
| S/Term Assets - Short Term Assets | 2,239,200.30 | 11% |
| S/T Investment - Short Term Investment | 2,039,660.60 | 10% |
| 106130-600-000-000 - PROJECT-IN-PROGRESS (RANCHO CUCAMONGA) | 1,236,659.33 | 6% |
| 106140-600-500-000 - PROJECT IN PROGRESS (TONGHUA) | 128,907.03 | 1% |
| 106150-600-000-000 - PROJECT IN PROGRESS (WILSHIRE) | 674,094.24 | 3% |
| Total S/T Investment - Short Term Investment | 2,039,660.60 | 10% |
| S/T Financing - Short Term Financing | 199,539.70 | 1% |
| 102050-000-000-000 - LOAN TO AFFILIATES | 199,539.70 | 1% |
| Total S/T Financing - Short Term Financing | 199,539.70 | 1% |
| Total S/Term Assets - Short Term Assets | 2,239,200.30 | 11% |
| L/Term Assets - Long Term Assets | 3,063,135.94 | 16% |
| Investment - Investment | 2,860,360.66 | 15% |
| 107010-000-100-000 - LONG TERM INVESTMENT-HIGHGATE | 758,570.84 | 4% |
| 107010-000-500-000 - LONG TERM INVESTMENT-CHINA | 2,101,789.82 | 11% |
| Total Investment - Investment | 2,860,360.66 | 15% |
| Other L/T Asset - Other Long Term Asset | 202,775.28 | 1% |
| 108010-000-000-000 - NOTES RECEIVABLE (NON CURRENT) | 202,775.28 | 1% |
| Total Other L/T Asset - Other Long Term Asset | 202,775.28 | 1% |
| Total L/Term Assets - Long Term Assets | 3,063,135.94 | 16% |
| Tax - Income Tax | | 0% |
| Total Assets | 19,599,302.14 | 100% |
| | 19,599,302.14 | 100% |

Trade Union International, Inc.
Balance Sheet
May 31, 2011

| Account Name | Balance | Relative Percentage |
|---|---|---|
| Liabilities | 19,080,677.31 | 100% |
| Current Liabs - Current Liabilities | 19,080,677.31 | 100% |
| Accts Payable - Accounts Payable | 7,387,243.43 | 39% |
| 201000-000-000-000 - ACCOUNTS PAYABLE | 7,349,698.98 | 39% |
| 201100-000-000-000 - Credit Cards Payable | 37,544.45 | 0% |
| Total Accts Payable - Accounts Payable | 7,387,243.43 | 39% |
| Other C/Liabs - Other Current Liabilities | 11,691,528.24 | 61% |
| 202000-000-000-000 - LOAN PAYABLE-CATHAY BANK | 10,478,710.96 | 55% |
| 202200-000-000-000 - ACCRUED G&A EXPENSES | 121,305.13 | 1% |
| 202200-100-000-000 - ACCRUED G&A EXPENSES (WHEEL) | 10,000.00 | 0% |
| 202210-000-000-000 - ACCRUED P/R | 9,500.00 | 0% |
| 202220-000-000-000 - ACCRUED OFFICER COMPENSATION | 12,334.24 | 0% |
| 202290-000-000-000 - ACCRUED FRIEGHT | 3,404.00 | 0% |
| 202290-100-000-000 - ACCRUED FREIGHT (WHEEL) | 6,000.00 | 0% |
| 202100-100-000-000 - INVENTORY RECEIVED NOT BILLED (WHEEL) | 847,200.93 | 4% |
| 202100-200-000-000 - INVENTORY RECEIVED NOT BILLED (C) | 17,482.58 | 0% |
| 202100-300-000-000 - INVENTORY RECEIVED NOT BILLED (G) | 185,590.40 | 1% |
| Total Other C/Liabs - Other Current Liabilities | 11,691,528.24 | 61% |
| Tax Payable - Tax Payable | 1,905.64 | 0% |
| 203000-000-000-000 - ACCRUED P/R TAX | 1,905.64 | 0% |
| Total Tax Payable - Tax Payable | 1,905.64 | 0% |
| Total Current Liabs - Current Liabilities | 19,080,677.31 | 100% |
| L/Term Liabs - Long Term Liabilities | | 0% |
| Total L/Term Liabs - Long Term Liabilities | | 0% |
| Total Liabilities | 19,080,677.31 | 100% |
| Equity | 518,624.83 | 100% |
| Stock Equity - Stockholders Equity | 270,515.40 | 52% |
| Common Stock - Common Stock | 270,515.40 | 52% |
| 301200-000-000-000 - COMMON STOCK | 3,839,200.00 | 740% |
| 301300-000-000-000 - RETAINED EARNINGS | (3,568,684.60) | -688% |
| Total Common Stock - Common Stock | 270,515.40 | 52% |
| Total Stock Equity - Stockholders Equity | 270,515.40 | 52% |
| Profit Period | 248,109.43 | 48% |
| Total Equity | 518,624.83 | 100% |
| | 19,599,302.14 | 100% |

International
Profit and Loss Statement
May 1, 2011 - May 31, 2011

| Account Name | Balance | 1/31/11 - 5/31/11 | |
|---|---|---|---|
| Revenues | 994,212.35 | 4,069,077.32 | 100.00% |
| Income - Income | 994,212.35 | 4,069,077.32 | 100.00% |
| Sales Revenue - Sales Revenue | 994,212.35 | 4,069,077.32 | 100.00% |
| 400000-100-000-000 - SALES-(WHEEL) | 550,129.74 | 2,584,392.25 | 63.51% |
| 400000-120-000-000 - SALES - (CONTRACT WHEELS) | 94,076.00 | 82,665.00 | 2.03% |
| 400000-200-000-000 - SALES-WHEEL ACCESSORIES (C) | 122,145.91 | 674,302.96 | 16.57% |
| 400000-300-000-000 - SALES-TRUCK ACCESSORIES (G) | 254,910.07 | 752,847.46 | 18.50% |
| 400000-500-000-000 - SALES - TIRES | | 724.00 | 0.02% |
| 400000-990-000-000 - SALES-OTHERS | 1,495.53 | 124,505.19 | 3.06% |
| 401100-000-000-000 - SALES-SERVICES | 6,625.78 | 6,925.82 | 0.17% |
| 401200-000-000-000 - SALES DISCOUNTS | (12,637.65) | (37,041.00) | -0.91% |
| 401200-100-000-000 - SALES DISCOUNTS (WHEEL) | (22,528.68) | (118,481.89) | -2.91% |
| 401300-000-000-000 - SALES RETURN | (4.35) | (1,762.47) | -0.04% |
| 401300-120-000-000 - SALES RETURN (CONTRACT WHEELS) | | | |
| Total Sales Revenue - Sales Revenue | 994,212.35 | 4,069,077.32 | 100.00% |
| Total Income - Income | 994,212.35 | 4,069,077.32 | 100.00% |
| Total Revenues | 994,212.35 | 4,069,077.32 | 100.00% |
| Cost of Sales | (662,957.69) | (2,774,616.50) | -68.19% |
| Cost of Goods - Cost of Goods Sold | (662,957.69) | (2,774,616.50) | -68.19% |
| COGS - Cost of Goods Sold | (754,838.00) | (2,866,496.81) | -70.45% |
| 500000-100-000-000 - COGS-WHEEL | (353,913.82) | (1,639,569.18) | -40.29% |
| 500000-120-000-000 - COGS-WHEEL (CONTRACT) | (74,833.00) | (55,770.31) | -1.37% |
| 500000-200-000-000 - COGS-WHEEL ACCESSORIES | (81,380.87) | (441,606.78) | -10.85% |
| 500000-300-000-000 - COGS-TRUCK ACCESSORIES | (188,054.01) | (603,820.17) | -14.84% |
| 500000-500-000-000 - COGS - TIRES | | (1,155.92) | -0.03% |
| 500000-990-000-000 - COGS-OTHERS | (170.82) | (624.93) | -0.02% |
| 601000-100-000-000 - PURCHASE DISCOUNT-WHEEL | | | |
| 601000-200-000-000 - PURCHASE DISCOUNT-WHEEL ACCESSORIES | | 80.00 | 0.00% |
| 601000-500-000-000 - PURCHASE DISCOUNT-TIRES | | | |
| 601020-000-000-000 - INBOUND FREIGHT | (111.72) | (111.72) | 0.00% |
| 601020-100-000-000 - INBOUNT FREIGHT-WHEEL | (17,730.00) | (33,215.00) | -0.82% |
| 601020-120-000-000 - INBOUND FREIGHT-CONTRACT WHEEL | | | |
| 601020-200-000-000 - INBOUND FREIGHT-WHEEL ACCESSORIES | (4,541.10) | (14,637.39) | -0.36% |
| 601020-300-000-000 - INBOUND FREIGHT-TRUCK ACCESSORIES | (7,674.30) | (22,279.16) | -0.55% |
| 601030-000-000-000 - DRAYAGE & DUMMURRAGE | | (360.00) | -0.01% |
| 601030-100-000-000 - DRAYAGE & DEMURRAGE-WHEEL | | | |
| 601050-100-000-000 - CUSTOMS SERVICES-(WHEEL) | (820.00) | (1,230.00) | -0.03% |
| 601050-120-000-000 - CUSTOMS SERVICES-CONTRACT WHEEL | | | |
| 601050-200-000-000 - CUSTOMS SERVICES-WHEEL ACCESSORIES | (465.35) | (1,172.20) | -0.03% |
| 601050-300-000-000 - CUSTOMS SERVICES-TRUCK ACCESSORIES | (720.65) | (1,883.80) | -0.05% |
| 601060-100-000-000 - CUSTOMS DUTIES-(WHEEL) | (14,384.15) | (23,136.89) | -0.57% |
| 601060-120-000-000 - CUSTOMS DUTIES-CONTRACT WHEEL | | | |
| 601060-200-000-000 - CUSTOMS DUTIES-WHEEL ACCESSORIES | (1,064.50) | (5,630.25) | -0.14% |
| 601060-300-000-000 - CUSTOMS DUTIES-TRUCK ACCESSORIES | (6,004.71) | (17,404.11) | -0.43% |
| 601070-120-000-000 - MISC. IMPORT COSTS-CONTRACT WHEEL | | | |
| 601070-200-000-000 - MISC. IMPORT COSTS-WHEEL ACCESSORIES | (1,492.50) | (1,492.50) | -0.04% |
| 601070-300-000-000 - MISC. IMPORT COSTS-TRUCK ACCESSORIES | (1,476.50) | (1,476.50) | -0.04% |
| Total COGS - Cost of Goods Sold | (754,838.00) | (2,866,496.81) | -70.45% |
| Cost Variance - Cost Variance | 91,880.31 | 91,880.31 | 2.26% |
| 502200-000-000-000 - LANDING COST VARIANCE | | | |
| 601080-300-000-000 - PROVISION FOR INVENTORY E&O (G) | 91,880.31 | 91,880.31 | 2.26% |
| Total Cost Variance - Cost Variance | 91,880.31 | 91,880.31 | 2.26% |
| Total Cost of Goods - Cost of Goods Sold | (662,957.69) | (2,774,616.50) | -68.19% |
| Total Cost of Sales | (662,957.69) | (2,774,616.50) | -68.19% |
| Gross Profit | 331,254.66 | 1,294,460.82 | 31.81% |

TUI International, Inc.
Profit and Loss Statement
May 1, 2011 - May 31, 2011

| Account Name | Balance | 1/31/11 - 5/31/11 | |
|---|---|---|---|
| Expenses | (233,036.86) | (891,924.21) | -21.92% |
| | | | |
| SG & A - SG & A | (233,036.86) | (891,924.21) | -21.92% |
| | | | |
| Selling - Selling Cost | (6,114.57) | (19,200.03) | -0.47% |
| | | | |
| 603000-000-000-000 - COMMISSION | (3,600.00) | (14,400.00) | -0.35% |
| 603000-100-000-000 - COMMISSION-WHEEL | (2,500.00) | (10,629.93) | -0.26% |
| 603100-000-000-000 - SAMPLE COST | (3.90) | (3.90) | 0.00% |
| 603400-000-000-000 - ADVERTISING & PROMOTION | | | |
| 603400-100-000-000 - ADVERTISING & PROMOTION-WHEEL | | (10,000.00) | -0.25% |
| 603400-700-000-000 - ADVERTISING & PROMOTION - OTHERS | | | |
| 603500-100-000-000 - COLLATERAL & MATERIAL (WHEEL) | (10.67) | 15,833.80 | 0.39% |
| | | | |
| Total Selling - Selling Cost | (6,114.57) | (19,200.03) | -0.47% |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - | |
| | | | |
| Shipping - Shipping Costs | (47,445.01) | (135,083.82) | -3.32% |
| | | | |
| 602000-100-000-000 - FREIGHT OUT - WHEEL | (32,314.60) | (115,775.45) | -2.85% |
| 602000-200-000-000 - FREIGHT OUT (C) | (13,541.65) | (44,219.04) | -1.09% |
| 602000-300-000-000 - FREIGHT OUT (G) | | (177.68) | 0.00% |
| 602200-100-000-000 - FREIGHT BILLED-WHEEL | 11,571.78 | 56,476.67 | 1.39% |
| 601090-000-000-000 - PACKAGING SUPPLIES | (7,139.27) | (11,837.72) | -0.29% |
| 601120-000-000-000 - WAREHOUSE EXP | (307.52) | (1,193.32) | -0.03% |
| 601200-000-000-000 - OUTSIDE LABOR (TEMP HELP) | (5,713.75) | (18,357.28) | -0.45% |
| | | | |
| Total Shipping - Shipping Costs | (47,445.01) | (135,083.82) | -3.32% |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - | |
| | | | |
| General Expense - General Expense | (179,477.28) | (737,640.36) | -18.13% |
| | | | |
| 604100-000-000-000 - SALARIES WAGES & BONUS | (46,362.70) | (197,045.63) | -4.84% |
| 604110-000-000-000 - SALARIES-OFFICERS | (12,334.24) | (52,301.20) | -1.29% |
| 604200-000-000-000 - PAYROLL TAXES | (4,907.72) | (22,847.14) | -0.56% |
| 604300-000-000-000 - EMPLOYEE BENEFIT | | | |
| 604400-000-000-000 - PENSION BENEFIT | (562.03) | (562.03) | -0.01% |
| 604500-100-000-000 - INSURANCE EXP (WHEEL) | | (8,839.50) | -0.22% |
| 604500-700-000-000 - INSURANCE EXP (OTHERS) | | | |
| 604520-000-000-000 - INSURANCE EXP-HEALTH & DENTAL | (4,743.29) | (16,205.99) | -0.40% |
| 604530-000-000-000 - INSURANCE EXP-GENERAL LIABILITY | | | |
| 604540-000-000-000 - INSURANCE EXP-PRODUCTS LIABILITY | (9,352.63) | (28,966.96) | -0.71% |
| 604550-000-000-000 - INSURANCE EXP-MARINE & TRANSPORTATION | (1,675.60) | (3,300.40) | -0.08% |
| 604550-100-000-000 - INSURANCE EXP-MARINE & TRANSPORTATION  (WHEEL) | (212.21) | (212.21) | -0.01% |
| 604570-000-000-000 - INSURANCE - WORKERS COMP | (3,974.90) | (12,592.77) | -0.31% |
| 605000-000-000-000 - AUTO AND GAS | (110.76) | (630.05) | -0.02% |
| 605000-700-000-000 - AUTO AND GAS (OTHERS) | | | |
| 605100-000-000-000 - TRAVEL EXPENSES | | | |
| 605110-100-000-000 - TRAVEL EXPENSES  (WHEEL) | | (666.85) | -0.02% |
| 605110-100-100-000 - TRAVEL EXPENSES  (WHEEL) (INTL) | | | |
| 605410-000-000-000 - BANK FEE | (4,667.22) | (21,369.92) | -0.53% |
| 605410-100-000-000 - BANK FEE (WHEEL) | | | |
| 605500-000-000-000 - RENT EXPENSE | (20,350.00) | (81,400.00) | -2.00% |
| 605600-000-000-000 - EQUIPMENT LEASE | (4,128.58) | (16,773.03) | -0.41% |
| 605700-000-000-000 - UTILITIES | (3,100.56) | (8,558.36) | -0.21% |
| 605700-700-000-000 - UTILITIES (OTHERS) | | | |
| 605800-000-000-000 - TELECOMMUNICATIONS | (2,143.43) | (6,237.50) | -0.15% |
| 605800-700-000-000 - TELECOMMUNICATIONS (OTHERS) | | | |
| 605900-000-000-000 - OFFICE EXPENSES | (940.20) | (3,673.64) | -0.09% |
| 606000-000-000-000 - ALARM MONITORING SERVICE | | (605.29) | -0.01% |
| 606000-700-000-000 - ALARM MONITORING SERVICE (OTHERS) | | | |
| 606100-000-000-000 - POSTAGE AND CURRIER SERVICES | (57.03) | (1,692.27) | -0.04% |
| 606200-000-000-000 - DUES & SUBSCRIPTION | (9,782.18) | (9,798.18) | -0.24% |
| 606200-100-000-000 - DUES & SUBSCRIPTION  (WHEEL) | | | |
| 606200-700-000-000 - DUES & SUBSCRIPTION (OTHERS) | | | |
| 606300-000-000-000 - REPAIR & MAINTENANCE | (5,359.97) | (11,451.48) | -0.28% |
| 606300-100-000-000 - REPAIR & MAINTENANCE (WHEEL) | | (122.60) | 0.00% |
| 606300-700-000-000 - REPAIR & MAINTENANCE (OTHERS) | | | |
| 606400-000-000-000 - ACCOUNTING FEE | | (10,000.00) | -0.25% |
| 606500-000-000-000 - PROFESSIONAL FEE | (10,320.03) | (41,069.64) | -1.01% |
| 606500-100-000-000 - PROFESSIONAL FEE (WHEEL) | (294.00) | (588.00) | -0.01% |
| 606500-700-000-000 - PROFESSIONAL FEE (OTHERS) | | | |
| 606510-000-000-000 - PENSION MANAGEMENT FEE | (1,700.00) | (1,700.00) | -0.04% |
| 606550-000-000-000 - PROFESSIONAL FEE-COLLECTION | | (138.75) | 0.00% |
| 606550-100-000-000 - PROFESSIONAL FEE-COLLECTION (WHEEL) | | | |
| 606800-000-000-000 - PROFESSIONAL-LEGAL | (21,500.00) | (134,662.41) | -3.31% |
| 606900-100-000-000 - PROFESSIONAL FEE-DESIGN (WHEEL) | | | |
| 607000-000-000-000 - PAYROLL SERVICES | (482.63) | (2,191.08) | -0.05% |

**Page 22**

International Auto
Profit and Loss Statement
May 1, 2011 - May 31, 2011

| Account Name | Balance | 1/31/11 - 5/31/11 | |
|---|---|---|---|
| 607100-000-000-000 - DEPRECIATION EXPENSE | (10,000.00) | (40,000.00) | -0.98% |
| 607100-100-000-000 - DEPRECIATION EXPENSE (WHEEL) | (332.37) | (1,329.48) | -0.03% |
| 607300-000-000-000 - LICENSES & PERMITS | (83.00) | (108.00) | 0.00% |
| 607300-100-000-000 - LICENSES & PERMITS (WHEEL) | | | |
| Total General Expense - General Expense | (179,477.28) | (737,640.36) | -18.13% |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - | |
| Total SG & A - SG & A | (233,036.86) | (891,924.21) | -21.92% |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - | |
| Total Expenses | (233,036.86) | (891,924.21) | -21.92% |
| Operating Profit | 98,217.80 | 402,536.61 | 9.89% |
| Financing | (36,368.36) | (153,627.18) | -3.78% |
| Finance Inc/Exp - Finance Income and Expenses | (36,368.36) | (153,627.18) | -3.78% |
| Financing - FINANCE INCOME & EXP. | (36,368.36) | (153,627.18) | -3.78% |
| 605300-000-000-000 - INTEREST EXPENSE | (36,368.36) | (138,267.92) | -3.40% |
| 605300-100-000-000 - INTEREST EXPENSE (WHEEL) | | (15,359.26) | -0.38% |
| Total Financing - FINANCE INCOME & EXP. | (36,368.36) | (153,627.18) | -3.78% |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - | |
| Total Finance Inc/Exp - Finance Income and Expenses | (36,368.36) | (153,627.18) | -3.78% |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - | |
| Total Financing | (36,368.36) | (153,627.18) | -3.78% |
| Profit After Financing Expenses | 61,849.44 | 248,909.43 | 6.12% |
| Other Revenues and Expenses | | (800.00) | -0.02% |
| Others - Others | | (800.00) | -0.02% |
| Taxes - Income Tax | | (800.00) | -0.02% |
| 801500-000-000-000 - STATE INCOME TAXES | | (400.00) | -0.01% |
| 801500-100-000-000 - STATE INCOME TAX (WHEEL) | | (400.00) | -0.01% |
| Total Taxes - Income Tax | | (800.00) | -0.02% |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - | |
| Total Others - Others | | (800.00) | -0.02% |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - | |
| Total Other Revenues and Expenses | | (800.00) | -0.02% |
| Profit Period | 61,849.44 | 248,109.43 | 6.10% |
| | ============= | ============= | |

XI. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession during this reporting period made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | |

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization
**A hearing approval of the Debtor's Disclsoure Statement is scheduled for July 12, 2011.**

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | |

I,  **Wen Pin Chang, President,**
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

6-22-11
Date

Page 16 of 16

Principal for debtor-in-possession

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **8105 Irvine Center Drive, Suite 600, Irvine, CA 92618**.

A true and correct copy of the document described as **UNITED STATES TRUSTEE OPERATING REPORT NO. 4 FOR THE MONTH ENDING MAY 31, 2011 [Trade Union International, Inc.]**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 23, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **James C Bastian    jbastian@shbllp.com**
- **Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com**
- **Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com**
- **Allan P Leguay    leguay@pacbell.net**
- **Elizabeth A Lossing    elizabeth.lossing@usdoj.gov**
- **Nicholas A Merkin    nmerkin@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com**
- **Ramesh Singh    claims@recoverycorp.com**
- **James M Sullivan    jsullivan@mosessinger.com, ccaruso@mosessinger.com;dkick@mosessinger.com**
- **United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov**
- **Andrew F Whatnall    awhatnall@daca4.com**

❑  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) - On **June 23, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Interested Party**
**Office of the United States Trustee**
**3685 Main Street, Suite 300**
**Riverside, CA 92501**

❑  Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on **Not Applicable** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

❑  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 23, 2011 | Lorre Clapp | /s/ Lorre Clapp |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

**Page 25**