James C. Bastian, Jr. - Bar No. 175415
**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email: jbastian@shbllp.com

Insolvency Counsel for the Debtors and
Debtors in Possession, Trade Union International, Inc. and
Duck House, Inc.

FILED & ENTERED

JUL 05 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sapronet DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br>**TRADE UNION INTERNATIONAL, INC., a California corporation,**<br>Debtor. | Case No.  6:11-bk-13071-DS<br>Chapter 11<br>Jointly Administered With<br>Case No.  6:11-bk-13072-DS |
| In re<br>**DUCK HOUSE, INC.,**<br>**a California corporation,**<br>Debtor. | **ORDER APPROVING STIPULATION TO:**<br><br>**(1)  EXTEND THE DEADLINE FOR BANK GROUP TO OBJECT TO APPROVAL OF DEBTORS' DISCLOSURE STATEMENT DESCRIBING DEBTORS' CHAPTER 11 REORGANIZATION PLAN AND SETTING RELATED PROCEDURES; AND**<br><br>**(2) EXTENDING THE PERIOD FOR THE DEBTORS' AUTHORIZATION TO USE CASH COLLATERAL**<br><br>Date:   July 12, 2011<br>Time:   11:00 A.M.<br>Place:  Courtroom 304<br>           United States Bankruptcy Court<br>           3420 Twelfth Street<br>           Riverside, CA 92501 |

**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

1

Z:\S-T\Trade Union International\Plan and DS\Objections Deadline Order v1.doc
4265-000

1  The Court having read and considered the Stipulation to: (1) Extend the Deadline for Bank Group to Object to Approval of Debtors' Disclosure Statement Describing Debtors' Chapter 11 Reorganization Plan and Setting Related Procedures; and (2) Extending the Period for the Debtors' Authorization to Use Cash Collateral ("Stipulation") (docket number 138), and the Court finding no objection thereto, and good cause has been shown, it is hereby

**ORDERED** as follows:

1. The Stipulation is approved. Unless otherwise noted, capitalized terms in this Order shall have the meaning as set forth in the Stipulation.

2. The deadline for the Bank Group as the agent for the Bank Group to file any objections to the Disclosure Statement and any replies thereto, shall be extended based on the procedures described in the Stipulation.

3. All terms and conditions for the Debtors' use of cash collateral of the Bank Group under the Prior Orders and the Final Order shall remain in full force and effect for the time periods covered by the Prior Orders and the Final Order and such authorization to use cash collateral and time periods under the Prior Orders and Final Order shall be extended through and including August 1, 2011.

# # #

DATED: July 5, 2011

United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

Z:\S-T\Trade Union International\Plan and DS\Objections Deadline Order v1.doc
4265-000

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **8105 Irvine Center Drive, Suite 600, Irvine, CA 92618**.

A true and correct copy of the foregoing document described as **ORDER APPROVING STIPULATION TO: (1) EXTEND THE DEADLINE FOR CATHAY BANK TO OBJECT TO APPROVAL OF DEBTORS' DISCLOSURE STATEMENT DESCRIBING DEBTORS' CHAPTER 11 REORGANIZATION PLAN AND SETTING RELATED PROCEDURES; AND (2) EXTENDING THE PERIOD FOR THE DEBTORS' AUTHORIZATION TO USE CASH COLLATERAL** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **Not Applicable,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

❑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) - On **Not Applicable**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

❑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on **June 28, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy - Via Messenger**
U.S. Bankruptcy Court
Hon. Deborah J. Saltzman
Bin Outside Courtroom 304
3420 Twelfth Street
Riverside, CA 92501

**Interested Party - Via Email**
Office of the United States Trustee (RS)
Elizabeth Lossing, Esq.
elizabeth.lossing@usdoj.gov

**Attorneys for Cathay Bank - Via Email**
Michael G. Fletcher, Esq.
Frandzel Robins Bloom & Csato LC
mfletcher@frandzel.com

**Attorneys for Cathay Bank - Via Email**
Gary Owen Caris Esq
Mckenna Long & Aldrige LLP
gcaris@mckennalong.com

**Attorneys for China Trust Bank – Via Email**
Barry Freeman, Esq.
Jeffer Mangels Butler & Mitchell LLP
bfreeman@jmbm.com

❑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **June 28, 2011** | **Lorre Clapp** | **/s/ Lorre Clapp** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                   **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION TO: (1) EXTEND THE DEADLINE FOR CATHAY BANK TO OBJECT TO APPROVAL OF DEBTORS' DISCLOSURE STATEMENT DESCRIBING DEBTORS' CHAPTER 11 REORGANIZATION PLAN AND SETTING RELATED PROCEDURES; AND (2) EXTENDING THE PERIOD FOR THE DEBTORS' AUTHORIZATION TO USE CASH COLLATERAL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 28, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **James C Bastian**    jbastian@shbllp.com
- **Michael G Fletcher**    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- **Barry V Freeman**    bvf@jmbm.com, bvf@jmbm.com
- **Allan P Leguay**    leguay@pacbell.net
- **Elizabeth A Lossing**    elizabeth.lossing@usdoj.gov
- **Nicholas A Merkin**    nmerkin@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com
- **Ramesh Singh**    claims@recoverycorp.com
- **James M Sullivan**    jsullivan@mosessinger.com, ccaruso@mosessinger.com;dkick@mosessinger.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Andrew F Whatnall**    awhatnall@daca4.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtors –Via U.S. Mail**
**Trade Union International, Inc.**
**4651 State Street**
**Montclair, CA 91763**

**Duck House, Inc.**
**4651 State Street**
**Montclair, CA 91763**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**