1  James C. Bastian, Jr. - Bar No. 175415
   **SHULMAN HODGES & BASTIAN LLP**
2  8105 Irvine Center Drive, Suite 600
   Irvine, California 92618
3  Telephone:    (949) 340-3400
   Facsimile:    (949) 340-3000
4  Email: jbastian@shbllp.com

5

   Insolvency Counsel for the Debtors and
6  Debtors in Possession, Trade Union International, Inc. and
   Duck House, Inc.

7

8

9

10              **UNITED STATES BANKRUPTCY COURT**

11      **CENTRAL DISTRICT OF CALIFORNIA,  RIVERSIDE DIVISION**

12

13
   In re                          Case No.  6:11-bk-13071-DS
14
   **TRADE UNION INTERNATIONAL,**   Chapter  11
15 **INC., a California corporation,**
                                   Jointly Administered With
16 Debtor.                         Case No.  6:11-bk-13072-DS

17 _____ **EXHIBIT 1 TO REDLINE VERSION OF
                                   DEBTORS' FIRST AMENDED DISCLOSURE
18 In re                           STATEMENT DESCRIBING DEBTORS'
                                   FIRST AMENDED CHAPTER 11
19 **DUCK HOUSE, INC.,**            REORGANIZATION PLAN**
   **a California corporation,**
20                                 **Disclosure Statement Hearing Date**
   Debtor.                         Date:   August 2, 2011
21                                 Time:   11:00 A.M.
                                   Place:  Courtroom 304
22                                         United States Bankruptcy Court
                                           3420 Twelfth Street
23                                         Riverside, CA 92501

24                                 **Plan Confirmation Hearing Date**
                                   Date:   To Be Set
25                                 Time:   To Be Set
                                   Place:  Courtroom 304
26                                         United States Bankruptcy Court
                                           3420 Twelfth Street
27                                         Riverside, CA 92501

28

                                   1

4265-000\91

Z:\S-T\Trade Union International\Plan and DS\Exhibit 1 to Red Version First Amended DS.doc

1        Attached hereto is Exhibit 1 to the Redline Version of Debtors' First Amended

2   Disclosure Statement Describing Debtors' First Amended Chapter 11 Reorganization Plan

3   attached to the Notice filed as Document No. 142 and inadvertently omitted therefrom.

4   Dated: July 21, 2011                     **SHULMAN HODGES & BASTIAN LLP**

5

6                                            /s/ James C. Bastian, Jr.
                                             _____
7                                            James C. Bastian, Jr.
                                             Insolvency Counsel for
                                             Trade Union International, Inc., and
8                                            Duck House, Inc.,
                                             the Debtors and Debtors in Possession
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

2

4265-000\91

Z:\S-T\Trade Union International\Plan and DS\Exhibit 1 to Red Version First Amended DS.doc

# EXHIBIT 1

# Financial Projections

# Exhibit 1

## Trade Union Group

## 5-Year Business Plan B

# Restructured Bank Debt Plan

## 2011 – 2016

July 19, 2011

# Plan B Contents

Sales and cost projections remain consistent to the initial 5-Year Business Plan ("Plan A"). Year-to-date post-petition sales and bottom line profitability are very consistent to that plan. Therefore the following topics covered in that plan are not repeated, but referred to by reference:

- 5 Year Plan Summary
- 5 Year Growth Feasibility
- 2010 to 2011 Bridge
- 2011 Feasibility vs. 2003
- Month-by-month highlights of operating profit and loss projections

The following alternative 5-Year Business Plan ("Plan B") represents a new financial arrangement with the Bank Group, which is under discussions. While the operating plan remains consistent, there are changes to the debt structure, debt levels, interest, timing, balance sheet and cash.

A.  2011 to 2016  Plan B 5-Year Monthly P&L Projections

B.  Summary of Plan B Debt Restructuring

C.  Plan B 2011 to 2016 5-Year Monthly Debt and Revolver Roll-Forward

# A1. Plan B 2011 P&L Projections

| Same P&L Forecast Operating P&L In $000s | Actual January | Actual February | Actual March | Fcst April | Fcst May | Fcst June | Fcst July | Fcst Aug | Fcst Sept | Fcst Oct | Fcst Nov | Fcst Dec | Fcst 12 Months | Post-Pet. Feb - Dec 11 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Fcst | 1,922 | 1,360 | 1,017 | 1,200 | 1,505 | 1,545 | 1,730 | 1,430 | 1,511 | 1,269 | 1,255 | 1,307 | 17,051 | 15,129 |
| Total COGs | (1,327) | (891) | (671) | (817) | (1,049) | (1,030) | (1,127) | (900) | (948) | (792) | (807) | (857) | (11,216) | (9,889) |
| GP B4 Selling & Shipping | 595 | 469 | 346 | 383 | 456 | 515 | 603 | 530 | 563 | 477 | 448 | 450 | 5,835 | 5,240 |
| Gross Profit % | 31% | 34% | 34% | 32% | 30% | 33% | 35% | 37% | 37% | 38% | 36% | 34% | 34.2% | 34.6% |
| Selling - Royalty, Com | 284 | 53 | 38 | 80 | 80 | 126 | 161 | 161 | 172 | 149 | 126 | 115 | 1,547 | 1,263 |
| Shipping | 97 | 21 | 32 | 52 | 66 | 55 | 70 | 57 | 60 | 48 | 50 | 51 | 660 | 562 |
| Profit after selling/shipping | 213 | 394 | 276 | 251 | 310 | 334 | 372 | 312 | 331 | 279 | 272 | 283 | 3,628 | 3,415 |
| General and Adm. Exp. | 424 | 133 | 241 | 228 | 228 | 228 | 228 | 228 | 253 | 228 | 228 | 228 | 2,872 | 2,448 |
| **Ongoing EBIT** | **(211)** | **261** | **35** | **23** | **82** | **106** | **145** | **85** | **79** | **51** | **45** | **56** | **757** | **968** |
| Legal, Consult, Trustee | - | 25 | 31 | 40 | 30 | 52 | 55 | 48 | 3 | - | - | 3 | 287 | 287 |
| Restructuring/One-time | 269 | - | - | - | - | - | - | - | - | - | - | - | 269 | - |
| Interest Service Est | 41 | 51 | 55 | 51 | 51 | 51 | 40 | 39 | 39 | 40 | 38 | 38 | 534 | 493 |
| Earnings Before Taxes | (521) | 185 | (51) | (68) | 1 | 3 | 50 | (2) | 37 | 11 | 6 | 15 | (333) | 188 |

- Ongoing post-petition sales and EBIT projections of $15,129K and $968K respectively remain consistent with Plan A.
- Month-by-month operating commentary can be found in plan A.
- Plan B with the banks calls for a greater debt pay down and therefore has lower interest payments in 2011.

# A2. Plan B 2012 P&L Projections

| Operating P&L In $000s | Fcst Jan | Fcst Feb | Fcst Mar | Fcst April | Fcst May | Fcst June | Fcst July | Fcst Aug | Fcst Sept | Fcst Oct | Fcst Nov | Fcst Dec | Fcst 12 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Fcst | 1,720 | 1,420 | 1,400 | 1,450 | 1,450 | 1,720 | 1,830 | 1,740 | 1,715 | 1,555 | 1,485 | 1,495 | 18,980 |
| Total COGs | (1,185) | (986) | (983) | (1,007) | (1,007) | (1,144) | (1,185) | (1,118) | (1,086) | (996) | (962) | (990) | (12,651) |
| GP B4 Selling & Shipping | 535 | 434 | 417 | 443 | 443 | 576 | 645 | 622 | 629 | 559 | 523 | 505 | 6,329 |
| Gross Profit % | 31% | 31% | 30% | 31% | 31% | 33% | 35% | 36% | 37% | 36% | 35% | 34% | 33.3% |
| Selling - Royalty, Com | 121 | 98 | 87 | 98 | 98 | 156 | 193 | 193 | 204 | 179 | 163 | 144 | 1,734 |
| Shipping | 65 | 54 | 53 | 55 | 55 | 65 | 70 | 66 | 65 | 59 | 56 | 57 | 721 |
| Profit after selling/shipping | 348 | 281 | 277 | 289 | 289 | 354 | 383 | 364 | 360 | 321 | 304 | 304 | 3,874 |
| General and Adm. Exp. | 248 | 248 | 248 | 248 | 248 | 248 | 248 | 248 | 248 | 248 | 248 | 248 | 2,980 |
| **Ongoing EBIT** | **100** | **33** | **29** | **41** | **41** | **106** | **134** | **115** | **111** | **73** | **56** | **55** | **894** |
| Legal, Consult, Trustee | - | - | 3 | - | - | 3 | - | - | 3 | - | - | 3 | 12 |
| Restructuring/One-time | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Service Est | 38 | 39 | 33 | 34 | 33 | 31 | 32 | 32 | 32 | 32 | 32 | 31 | 399 |
| Earnings Before Taxes | 62 | (6) | (7) | 7 | 8 | 72 | 102 | 83 | 76 | 41 | 24 | 21 | 483 |

- Ongoing post-petition sales and EBIT projections remain consistent with Plan A.
- Month-by-month operating commentary can be found in plan A.
- Plan B with the banks calls for a greater debt pay down and therefore has lower interest.

# A3. Plan B 2013 P&L Projections

| Operating P&L In $000s | Fcst Jan | Fcst Feb | Fcst Mar | Fcst April | Fcst May | Fcst June | Fcst July | Fcst Aug | Fcst Sept | Fcst Oct | Fcst Nov | Fcst Dec | Fcst 12 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Fcst | 1,992 | 1,644 | 1,621 | 1,679 | 1,679 | 1,992 | 2,119 | 2,015 | 1,986 | 1,801 | 1,719 | 1,731 | 21,977 |
| Total COGs | (1,366) | (1,136) | (1,136) | (1,162) | (1,160) | (1,318) | (1,368) | (1,289) | (1,255) | (1,152) | (1,111) | (1,139) | (14,594) |
| GP B4 Selling & Shipping | 625 | 508 | 485 | 517 | 519 | 673 | 751 | 725 | 731 | 648 | 609 | 592 | 7,383 |
| Gross Profit % | 31% | 31% | 30% | 31% | 31% | 34% | 35% | 36% | 37% | 36% | 35% | 34% | 33.6% |
| Selling - Royalty, Com | 141 | 114 | 101 | 114 | 114 | 180 | 223 | 223 | 236 | 207 | 188 | 167 | 2,008 |
| Shipping | 78 | 64 | 63 | 65 | 65 | 78 | 83 | 79 | 77 | 70 | 67 | 68 | 857 |
| Profit after selling/shipping | 407 | 330 | 321 | 338 | 339 | 415 | 446 | 424 | 417 | 371 | 353 | 357 | 4,518 |
| General and Adm. Exp. | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 3,190 |
| Ongoing EBIT | 141 | 64 | 55 | 72 | 74 | 149 | 180 | 158 | 151 | 105 | 87 | 92 | 1,328 |
| Legal, Consult, Trustee | - | - | 3 | - | - | 3 | - | - | 3 | - | - | 3 | 12 |
| Restructuring/One-time | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Service Est | 30 | 31 | 32 | 32 | 31 | 30 | 30 | 32 | 31 | 30 | 30 | 30 | 368 |
| Earnings Before Taxes | 111 | 33 | 20 | 40 | 42 | 116 | 149 | 126 | 118 | 75 | 58 | 59 | 948 |

- Ongoing post-petition sales and EBIT projections remain consistent with Plan A.
- Month-by-month operating commentary can be found in plan A.
- Plan B with the banks calls for a greater debt pay down and therefore has lower interest.

# A4. Plan B 2014 P&L Projections

| Operating P&L In $000s | Fcst Jan | Fcst Feb | Fcst Mar | Fcst April | Fcst May | Fcst June | Fcst July | Fcst Aug | Fcst Sept | Fcst Oct | Fcst Nov | Fcst Dec | Fcst 12 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Fcst | 2,173 | 1,794 | 1,768 | 1,832 | 1,832 | 2,173 | 2,312 | 2,198 | 2,166 | 1,964 | 1,876 | 1,888 | 23,975 |
| Total COGs | (1,477) | (1,236) | (1,236) | (1,264) | (1,266) | (1,434) | (1,486) | (1,407) | (1,369) | (1,257) | (1,212) | (1,243) | (15,886) |
| GP B4 Selling & Shipping | 695 | 558 | 532 | 568 | 566 | 739 | 825 | 791 | 797 | 707 | 664 | 646 | 8,088 |
| Gross Profit % | 32% | 31% | 30% | 31% | 31% | 34% | 36% | 36% | 37% | 36% | 35% | 34% | 33.7% |
| Selling - Royalty, Com | 153 | 124 | 110 | 124 | 124 | 197 | 243 | 243 | 258 | 226 | 206 | 182 | 2,190 |
| Shipping | 85 | 70 | 69 | 71 | 71 | 85 | 90 | 86 | 84 | 77 | 73 | 74 | 935 |
| Profit after selling/shipping | 457 | 364 | 354 | 372 | 370 | 457 | 492 | 462 | 455 | 405 | 385 | 390 | 4,963 |
| General and Adm. Exp. | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 3,390 |
| **Ongoing EBIT** | **175** | **81** | **71** | **90** | **88** | **175** | **209** | **180** | **172** | **122** | **103** | **107** | **1,573** |
| Legal, Consult, Trustee | - | - | 3 | - | - | 3 | - | - | 3 | - | - | 3 | 12 |
| Restructuring/One-time | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Service Est | 30 | 30 | 30 | 30 | 29 | 27 | 27 | 28 | 29 | 28 | 28 | 27 | 342 |
| Earnings Before Taxes | 145 | 51 | 38 | 59 | 59 | 145 | 183 | 152 | 140 | 94 | 75 | 78 | 1,219 |

- Ongoing post-petition sales and EBIT projections remain consistent with Plan A.
- Month-by-month operating commentary can be found in plan A.
- Plan B with the banks calls for a greater debt pay down and therefore has lower interest.

# A5. Plan B 2015 P&L Projections

| Operating P&L In $000s | Fcst Jan | Fcst Feb | Fcst Mar | Fcst April | Fcst May | Fcst June | Fcst July | Fcst Aug | Fcst Sept | Fcst Oct | Fcst Nov | Fcst Dec | Fcst 12 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Fcst | 2,444 | 2,018 | 1,989 | 2,061 | 2,061 | 2,444 | 2,601 | 2,473 | 2,437 | 2,210 | 2,110 | 2,124 | 26,972 |
| Total COGs | (1,662) | (1,390) | (1,391) | (1,422) | (1,424) | (1,613) | (1,672) | (1,582) | (1,540) | (1,414) | (1,363) | (1,398) | (17,872) |
| GP B4 Selling & Shipping | 782 | 628 | 599 | 639 | 637 | 831 | 928 | 890 | 897 | 796 | 747 | 727 | 9,100 |
| Gross Profit % | 32% | 31% | 30% | 31% | 31% | 34% | 36% | 36% | 37% | 36% | 35% | 34% | 33.7% |
| Selling - Royalty, Com | 172 | 140 | 123 | 140 | 140 | 221 | 274 | 274 | 290 | 254 | 231 | 205 | 2,464 |
| Shipping | 95 | 79 | 78 | 80 | 80 | 95 | 101 | 96 | 95 | 86 | 82 | 83 | 1,052 |
| Profit after selling/shipping | 514 | 409 | 398 | 419 | 417 | 514 | 553 | 520 | 512 | 455 | 434 | 439 | 5,583 |
| General and Adm. Exp. | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 3,690 |
| Ongoing EBIT | 207 | 102 | 90 | 111 | 109 | 207 | 246 | 213 | 204 | 148 | 126 | 131 | 1,893 |
| Legal, Consult, Trustee | - | - | 3 | - | - | 3 | - | - | 3 | - | - | 3 | 12 |
| Restructuring/One-time | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Service Est | 27 | 27 | 27 | 28 | 27 | 25 | 25 | 26 | 27 | 25 | 24 | 23 | 311 |
| Earnings Before Taxes | 180 | 75 | 60 | 83 | 82 | 179 | 221 | 186 | 175 | 123 | 102 | 105 | 1,571 |

- Ongoing post-petition sales and EBIT projections remain consistent with Plan A.
- Month-by-month operating commentary can be found in plan A.
- Plan B with the banks calls for a greater debt pay down and therefore has lower interest.

# A6. Plan B 2016 P&L Projections

| Operating P&L<br>In $000s | Fcst<br>Jan | Fcst<br>Feb | Fcst<br>Mar | Fcst<br>April | Fcst<br>May | Fcst<br>June | Fcst<br>July | Fcst<br>Aug | Fcst<br>Sept | Fcst<br>Oct | Fcst<br>Nov | Fcst<br>Dec | Fcst<br>12 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Fcst | 2,444 | 2,018 | 1,989 | 2,061 | 2,061 | 2,444 | 2,601 | 2,473 | 2,437 | 2,210 | 2,110 | 2,124 | 26,972 |
| Total COGs | (1,662) | (1,390) | (1,391) | (1,422) | (1,424) | (1,613) | (1,672) | (1,582) | (1,540) | (1,414) | (1,363) | (1,398) | (17,872) |
| GP B4 Selling & Shipping | 782 | 628 | 599 | 639 | 637 | 831 | 928 | 890 | 897 | 796 | 747 | 727 | 9,100 |
| Gross Profit % | 32% | 31% | 30% | 31% | 31% | 34% | 36% | 36% | 37% | 36% | 35% | 34% | 33.7% |
| Selling - Royalty, Com | 172 | 140 | 123 | 140 | 140 | 221 | 274 | 274 | 290 | 254 | 231 | 205 | 2,464 |
| Shipping | 95 | 79 | 78 | 80 | 80 | 95 | 101 | 96 | 95 | 86 | 82 | 83 | 1,052 |
| Profit after selling/shipping | 514 | 409 | 398 | 419 | 417 | 514 | 553 | 520 | 512 | 455 | 434 | 439 | 5,583 |
| General and Adm. Exp. | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 3,690 |
| **Ongoing EBIT** | **207** | **102** | **90** | **111** | **109** | **207** | **246** | **213** | **204** | **148** | **126** | **131** | **1,893** |
| Legal, Consult, Trustee | - | - | 3 | - | - | 3 | - | - | 3 | - | - | 3 | 12 |
| Restructuring/One-time | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Service Est | 24 | 19 | 19 | 20 | 20 | 17 | 17 | 18 | 19 | 17 | 16 | 15 | 221 |
| Earnings Before Taxes | 183 | 82 | 68 | 91 | 89 | 187 | 229 | 194 | 183 | 131 | 110 | 113 | 1,660 |

- Ongoing post-petition sales and EBIT projections remain consistent with Plan A.
- Month-by-month operating commentary can be found in plan A.
- Plan B with the banks calls for a greater debt pay down and therefore has lower interest.

# B. Summary of Plan B Debt Restructuring

- Plan B for current bank debt:
  - Negotiated charges, legal and interest increase to estimated $11.8 million
  - The debt will be split into 4 amounts (amounts based on closing May balances)
    - An Asset Based Loan Revolver with an estimated opening balance of $2.9 million ("Revolver")
    - Term A and B of $3 million to be secured by real property
    - Term C of approximately $5.9 million with an estimated $2.2 million pay down at close and other negotiated pay downs, including the China property
  - Cash balances will be swept daily to reduce the Revolver balance, with the exception of a $0.5 million cash reserve balance, which can be used for liquidity and be replenished
  - Interest payment of 5% fixed for 3 year term
  - See detail split-out using May numbers on following sheet B1. Plan B Debt Summary

- Unsecured liabilities
  - Two initial options proposed for the lenders were outlined in Plan A for preliminary unsecured amounts
  - Plan A and Plan B both consistently have $150K per year for 5 years paid out to the unsecured, for a total estimate of $750K

# B1. Plan B Debt Summary

| Key Collateral Assets | May Actual and after new Debt Structure | | | |
| --- | --- | --- | --- | --- |
| | Actual May B/S | Restr. | Cash | Adj May |
| Cash in Bank | 2,727 | 2,727 | (2,227) | 500 |
| Accounts Receivable (Gross) | 2,706 | 2,710 | - | 2,710 |
| Inventory (excl. O/H & Prov) | 5,395 | 5,395 | - | 5,395 |
| Sub-total Liquid Assets | 10,828 | 10,832 | (2,227) | 8,605 |
| **Debt Structure** | | | | |
| Revolver Balance | - | 2,900 | | 2,900 |
| Term Loan A | - | 1,370 | | 1,370 |
| Term Loan B | - | 1,620 | | 1,620 |
| Term Loan C +/- Estimated Legal/Int Adj | - | 5,952 | 2,227 | 3,725 |
| Plus: Estimated Legal fees, interest adjustments | 324 | | | |
| Initial Total | 11,518 | | | |
| Total Bank Debt | 11,842 | 11,842 | 2,227 | 9,615 |
| **Revolver Availability** | | | | |
| Total ABL Borrowing Base -- Calculated Below | | | | 3,099 |
| Less: Revolver Balance -- Calculated Below | | | | (2,900) |
| Less: Outstanding LCs -- Estimate 2 or 3 days avg | | | | - |
| ABL Excess Availability | | | | 199 |

- Actual May Balance Sheet
  - Cash of $2.7 million
  - Debt of $11.5 million
  - Estimated net legal and charges of added $0.3 million

- Plan B Debt Restructuring:
  - Revolver of $2.9 million
  - Term A of $1.4 million
  - Term B of $1.6 million
  - Term C of $5.9 million

- Cash pay down of $2.2 million to apply to Term C
  - The amount of cash over the $0.5 million reserve

- Minimal opening excess availability on the ABL to be supplemented by the cash reserve, which if used can be replenished

# C1. Plan B 2011 Debt and Revolver Roll-Forward

| | May Actual and after new Debt Structure | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Actual May B/S | Restr. | Cash | Adj May | June | July | Aug | Sept | Oct | Nov | Dec |
| **Key Collateral Assets** | | | | | | | | | | | |
| Cash in Bank | 2,727 | 2,727 | (2,227) | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Accounts Receivable (Gross) | 2,706 | 2,710 | - | 2,710 | 2,783 | 2,726 | 2,499 | 2,736 | 2,378 | 2,221 | 2,394 |
| Inventory (excl. O/H & Prov) | 5,395 | 5,395 | - | 5,395 | 5,241 | 5,168 | 5,314 | 5,380 | 5,398 | 5,406 | 5,407 |
| Sub-total Liquid Assets | 10,828 | 10,832 | (2,227) | 8,605 | 8,524 | 8,394 | 8,313 | 8,616 | 8,276 | 8,127 | 8,301 |
| **Debt Structure** | | | | | | | | | | | |
| Revolver Balance | - | 2,900 | | 2,900 | 2,868 | 2,627 | 2,627 | 2,830 | 2,515 | 2,366 | 2,457 |
| Term Loan A | - | 1,370 | | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 |
| Term Loan B | - | 1,620 | | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 |
| Term Loan C +/- Estimated Legal/Int Adj | - | 3,952 | 2,227 | 3,725 | 3,725 | 3,725 | 3,725 | 3,725 | 3,725 | 3,725 | 3,725 |
| Plus:  Estimated Legal fees, interest adjustments | 324 | | | | | | | | | | |
| Initial Total | 11,518 | | | | | | | | | | |
| **Total Bank Debt** | 11,842 | 11,842 | 2,227 | 9,615 | 9,583 | 9,342 | 9,342 | 9,545 | 9,230 | 9,081 | 9,172 |
| **Revolver Availability** | | | | | | | | | | | |
| Total ABL Borrowing Base | | | | 3,099 | 3,194 | 3,119 | 2,997 | 3,212 | 2,933 | 2,810 | 2,949 |
| Less:  Revolver Balance -- Calculated Below | | | | (2,900) | (2,868) | (2,627) | (2,627) | (2,830) | (2,515) | (2,366) | (2,457) |
| Less:  Outstanding LCs -- Estimate 2 or 3 days avg | | | | - | - | (250) | (250) | (250) | (250) | (250) | (250) |
| ABL Excess Availability | | | | 199 | 326 | 242 | 120 | 132 | 168 | 194 | 242 |

*Revolver rolled forward*

| Revolver Roll-Forward | May | June | July | Aug | Sept | Oct | Nov | Dec | 6 Months |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Revolver Beginning Balance | | (2,900) | (2,868) | (2,627) | (2,627) | (2,830) | (2,515) | (2,366) | (2,900) |
| Profit and Loss | | 3 | 50 | (2) | 37 | 11 | 6 | 15 | 120 |
| Depreciation and Amortization | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 |
| Receivables (Incr)/Decr | | (73) | 57 | 227 | (237) | 358 | 157 | (173) | 316 |
| Inventory (Incr)/Decrease | | 154 | 73 | (146) | (66) | (18) | (8) | (1) | (12) |
| Unsecured Payments | | - | - | - | - | - | - | - | - |
| Other, timing, accruals - In initial plan | | (62) | 51 | (89) | 54 | (47) | (15) | 57 | (51) |
| Revolver Ending Balance | | (2,868) | (2,627) | (2,627) | (2,830) | (2,515) | (2,366) | (2,457) | (2,457) |

- Plan A had working capital and profitability moving in and out of cash.
- Plan B has these changes rolling in and out of the Asset Based Revolver, paying down debt daily with weekly borrowings to cover payments

# C2. Plan B 2012 Debt and Revolver Roll-Forward

| Key Collateral Assets | Dec PY | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash in Bank | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Accounts Receivable (Gross) | 2,394 | 2,825 | 3,140 | 3,467 | 3,425 | 3,038 | 2,953 | 3,292 | 3,296 | 3,194 | 3,013 | 2,807 | 2,757 |
| Inventory (excl. O/H & Prov) | 5,407 | 5,200 | 4,900 | 4,750 | 4,650 | 4,800 | 5,250 | 5,050 | 5,000 | 5,200 | 5,300 | 5,375 | 5,325 |
| Sub-total Liquid Assets | 8,301 | 8,525 | 8,540 | 8,717 | 8,575 | 8,338 | 8,703 | 8,842 | 8,796 | 8,894 | 8,813 | 8,682 | 8,582 |
| **Debt Structure** | | | | | | | | | | | | | |
| Revolver Balance | 2,457 | 2,558 | 2,667 | 2,790 | 2,580 | 2,273 | 2,505 | 2,481 | 2,430 | 2,389 | 2,304 | 2,154 | 1,966 |
| Term Loan A | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 |
| Term Loan B | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 |
| Term Loan C +/- Legal/Int Adj | 3,725 | 3,725 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 |
| Plus: Legal fees, interest adjustments | | | | | | | | | | | | | |
| Initial Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Bank Debt | 9,172 | 9,273 | 7,932 | 8,055 | 7,845 | 7,538 | 7,770 | 7,746 | 7,695 | 7,654 | 7,569 | 7,419 | 7,231 |
| **Revolver Availability** | | | | | | | | | | | | | |
| Total ABL Borrowing Base | 2,949 | 3,211 | 3,343 | 3,545 | 3,471 | 3,221 | 3,333 | 3,525 | 3,507 | 3,506 | 3,401 | 3,266 | 3,207 |
| Less: Revolver Balance -- Calcul: | (2,457) | (2,558) | (2,667) | (2,790) | (2,580) | (2,273) | (2,505) | (2,481) | (2,430) | (2,389) | (2,304) | (2,154) | (1,966) |
| Less: Outstanding LCs -- Estimate | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) |
| ABL Excess Availability | 242 | 403 | 426 | 504 | 641 | 698 | 578 | 794 | 827 | 867 | 847 | 862 | 991 |

| Revolver Roll-Forward | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | 12 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revolver Beginning Balance | (2,457) | (2,558) | (2,667) | (2,790) | (2,580) | (2,273) | (2,505) | (2,481) | (2,430) | (2,389) | (2,304) | (2,154) | (2,457) |
| Cash in From China Plant - Est | | 1,450 | | | | | | | | | | | 1,450 |
| Term C Paydown - Est | | (1,450) | | | | | | | | | | | (1,450) |
| Profit and Loss | 62 | (6) | (7) | 7 | 8 | 72 | 102 | 83 | 76 | 41 | 24 | 21 | 483 |
| Depreciation and Amortization | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 120 |
| Receivables (Incr)/Decr | (431) | (315) | (327) | 42 | 388 | 85 | (339) | (4) | 102 | 181 | 206 | 50 | (363) |
| Inventory (Incr)/Decrease | 207 | 300 | 150 | 100 | (150) | (450) | 200 | 50 | (200) | (100) | (75) | 50 | 82 |
| Unsecured Payments | - | (150) | - | - | - | - | - | - | - | - | - | - | (150) |
| Other, timing, accruals | 51 | 51 | 51 | 51 | 51 | 51 | 51 | 51 | 54 | (47) | (15) | 57 | 319 |
| Revolver Ending Balance | (2,558) | (2,667) | (2,790) | (2,580) | (2,273) | (2,505) | (2,481) | (2,430) | (2,389) | (2,304) | (2,154) | (1,966) | (1,966) |

- The cash from the China transaction is expected to be paid in and then passed through to pay down Term C by early 2012. While timing is uncertain, it is included in February above

# C3. Plan B 2013 Debt and Revolver Roll-Forward

| Key Collateral Assets | Dec PY | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash in Bank | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Accounts Receivable (Gross) | 2,757 | 3,352 | 3,636 | 4,014 | 3,966 | 3,517 | 3,419 | 3,812 | 3,816 | 3,698 | 3,488 | 3,250 | 3,193 |
| Inventory (excl. O/H & Prov) | 5,325 | 5,100 | 4,900 | 4,800 | 4,700 | 5,000 | 5,300 | 5,400 | 5,200 | 5,300 | 5,600 | 5,800 | 5,980 |
| Sub-total Liquid Assets | 8,582 | 8,952 | 9,036 | 9,314 | 9,166 | 9,017 | 9,219 | 9,712 | 9,516 | 9,498 | 9,588 | 9,550 | 9,673 |
| **Debt Structure** | | | | | | | | | | | | | |
| Revolver Balance | 1,966 | 2,163 | 2,303 | 2,499 | 2,250 | 1,997 | 2,022 | 2,304 | 2,060 | 1,862 | 1,913 | 1,823 | 1,819 |
| Term Loan A | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 |
| Term Loan B | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 |
| Term Loan C +/- Legal/Int A | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 |
| Plus: Legal fees, interest adjustments | | | | | | | | | | | | | |
| Initial Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Bank Debt | 7,231 | 7,428 | 7,568 | 7,764 | 7,515 | 7,262 | 7,287 | 7,569 | 7,325 | 7,127 | 7,178 | 7,088 | 7,084 |
| **Revolver Availability** | | | | | | | | | | | | | |
| Total ABL Borrowing Base | 3,207 | 3,592 | 3,740 | 4,003 | 3,924 | 3,685 | 3,726 | 4,080 | 4,004 | 3,950 | 3,902 | 3,791 | 3,817 |
| Less: Revolver Balance -- | (1,966) | (2,163) | (2,303) | (2,499) | (2,250) | (1,997) | (2,022) | (2,304) | (2,060) | (1,862) | (1,913) | (1,823) | (1,819) |
| Less: Outstanding LCs – Ei | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) |
| ABL Excess Availability | 991 | 1,179 | 1,187 | 1,253 | 1,424 | 1,437 | 1,454 | 1,527 | 1,693 | 1,838 | 1,738 | 1,718 | 1,748 |

| Revolver Roll-Forward | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | 12 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revolver Beginning Balance | (1,966) | (2,163) | (2,303) | (2,499) | (2,250) | (1,997) | (2,022) | (2,304) | (2,060) | (1,862) | (1,913) | (1,823) | (1,966) |
| Profit and Loss | 111 | 33 | 20 | 40 | 42 | 116 | 149 | 126 | 118 | 75 | 58 | 59 | 948 |
| Depreciation and Amortization | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 120 |
| Receivables (Incr)/Decr | (594) | (284) | (379) | 49 | 449 | 98 | (393) | (4) | 118 | 210 | 239 | 57 | (435) |
| Inventory (Incr)/Decrease | 225 | 200 | 100 | 100 | (300) | (300) | (100) | 200 | (100) | (300) | (200) | (180) | (655) |
| Unsecured Payments | - | (150) | - | - | - | - | - | - | - | - | - | - | (150) |
| Other, timing, accruals | 51 | 51 | 51 | 51 | 51 | 51 | 51 | (89) | 54 | (47) | (15) | 57 | 319 |
| Revolver Ending Balance | (2,163) | (2,303) | (2,499) | (2,250) | (1,997) | (2,022) | (2,304) | (2,060) | (1,862) | (1,913) | (1,823) | (1,819) | (1,819) |

# C4. Plan B 2014 Debt and Revolver Roll-Forward

| Key Collateral Assets | Dec PY | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash in Bank | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Accounts Receivable (Gross) | 3,193 | 3,788 | 3,966 | 4,379 | 4,326 | 3,837 | 3,729 | 4,158 | 4,163 | 4,035 | 3,806 | 3,545 | 3,483 |
| Inventory (excl. O/H & Prov) | 5,980 | 5,800 | 5,400 | 5,200 | 5,100 | 5,200 | 5,500 | 5,600 | 6,000 | 6,100 | 6,200 | 6,300 | 6,475 |
| Sub-total Liquid Assets | 9,673 | 10,088 | 9,866 | 10,079 | 9,926 | 9,537 | 9,729 | 10,258 | 10,663 | 10,635 | 10,506 | 10,345 | 10,458 |
| **Debt Structure** | | | | | | | | | | | | | |
| Revolver Balance | 1,819 | 2,027 | 1,844 | 1,957 | 1,683 | 3,449 | 3,435 | 3,720 | 4,051 | 3,819 | 3,634 | 3,404 | 3,371 |
| Term Loan A | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 |
| Term Loan B | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 |
| Term Loan C +/- Legal/Int A | 2,275 | 2,275 | 2,275 | 2,275 | 2,275 | - | - | - | - | - | - | - | - |
| Plus: Legal fees, interest adjustments | | | | | | | | | | | | | |
| Initial Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Bank Debt | 7,084 | 7,292 | 7,109 | 7,222 | 6,948 | 6,439 | 6,425 | 6,710 | 7,041 | 6,809 | 6,624 | 6,394 | 6,361 |
| **Revolver Availability** | | | | | | | | | | | | | |
| Total ABL Borrowing Base | 3,817 | 4,221 | 4,204 | 4,454 | 4,372 | 4,020 | 4,055 | 4,438 | 4,601 | 4,539 | 4,395 | 4,227 | 4,247 |
| Less: Revolver Balance -- | (1,819) | (2,027) | (1,844) | (1,957) | (1,683) | (3,449) | (3,435) | (3,720) | (4,051) | (3,819) | (3,634) | (3,404) | (3,371) |
| Less: Outstanding LCs -- E | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) |
| ABL Excess Availability | 1,748 | 1,944 | 2,110 | 2,247 | 2,439 | 322 | 370 | 468 | 300 | 469 | 512 | 574 | 626 |

| Revolver Roll-Forward | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | 12 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revolver Beginning Balance | (1,819) | (2,027) | (1,844) | (1,957) | (1,683) | (3,449) | (3,435) | (3,720) | (4,051) | (3,819) | (3,634) | (3,404) | (1,819) |
| Profit and Loss | 145 | 51 | 38 | 59 | 59 | 145 | 183 | 152 | 140 | 94 | 75 | 78 | 1,219 |
| Pay off Term C - New Loan | | | | | (2,275) | | | | | | | | (2,275) |
| Depreciation and Amortization | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 120 |
| Receivables (Incr)/Decr | (595) | (179) | (413) | 53 | 489 | 107 | (429) | (4) | 128 | 229 | 260 | 63 | (290) |
| Inventory (Incr)/Decrease | 180 | 400 | 200 | 100 | (100) | (300) | (100) | (400) | (100) | (100) | (100) | (175) | (495) |
| Unsecured Payments | - | (150) | - | - | - | - | - | - | - | - | - | - | (150) |
| Other, timing, accruals | 51 | 51 | 51 | 51 | 51 | 51 | 51 | (89) | 54 | (47) | (15) | 57 | 319 |
| Revolver Ending Balance | (2,027) | (1,844) | (1,957) | (1,683) | (3,449) | (3,435) | (3,720) | (4,051) | (3,819) | (3,634) | (3,404) | (3,371) | (3,371) |

- The company expects profitability to build excess ABL availability to a point where a new bank agreement and ABL cash completely pay off the Term C.

- While the company expects to refinance earlier, this refinancing is reflected in May of 2014.

# C5. Plan B 2015 Debt and Revolver Roll-Forward

| Key Collateral Assets | Dec PY | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash in Bank | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Accounts Receivable (Gross) | 3,483 | 4,059 | 4,462 | 4,927 | 4,867 | 4,316 | 4,196 | 4,678 | 4,683 | 4,539 | 4,281 | 3,989 | 3,918 |
| Inventory (excl. O/H & Prov) | 6,475 | 6,250 | 5,900 | 5,750 | 5,800 | 5,900 | 6,300 | 6,400 | 6,600 | 6,500 | 6,600 | 6,800 | 7,275 |
| Sub-total Liquid Assets | 10,458 | 10,809 | 10,862 | 11,177 | 11,167 | 10,716 | 10,996 | 11,578 | 11,783 | 11,539 | 11,381 | 11,289 | 11,693 |
| **Debt Structure** | | | | | | | | | | | | | |
| Revolver Balance | 3,371 | 3,481 | 3,548 | 3,741 | 3,587 | 2,993 | 3,032 | 3,332 | 3,430 | 2,947 | 2,704 | 2,514 | 2,746 |
| Term Loan A | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 |
| Term Loan B | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 |
| Term Loan C +/- Legal/Int A | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plus: Legal fees, interest adjustments | | | | | | | | | | | | | |
| Initial Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Bank Debt | 6,361 | 6,471 | 6,538 | 6,731 | 6,577 | 5,983 | 6,022 | 6,322 | 6,420 | 5,937 | 5,694 | 5,504 | 5,736 |
| **Revolver Availability** | | | | | | | | | | | | | |
| Total ABL Borrowing Base | 4,247 | 4,618 | 4,801 | 5,112 | 5,085 | 4,684 | 4,748 | 5,173 | 5,257 | 5,102 | 4,936 | 4,782 | 4,916 |
| Less: Revolver Balance -- | (3,371) | (3,481) | (3,548) | (3,741) | (3,587) | (2,993) | (3,032) | (3,332) | (3,430) | (2,947) | (2,704) | (2,514) | (2,746) |
| Less: Outstanding LCs -- E: | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) |
| ABL Excess Availability | 626 | 888 | 1,003 | 1,122 | 1,248 | 1,441 | 1,466 | 1,591 | 1,578 | 1,905 | 1,982 | 2,018 | 1,919 |

| Revolver Roll-Forward | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | 12 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revolver Beginning Balance | (3,371) | (3,481) | (3,548) | (3,741) | (3,587) | (2,993) | (3,032) | (3,332) | (3,430) | (2,947) | (2,704) | (2,514) | (3,371) |
| Profit and Loss | 180 | 75 | 60 | 83 | 82 | 179 | 221 | 186 | 175 | 123 | 102 | 105 | 1,571 |
| Depreciation and Amortization | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 120 |
| Receivables (Incr)/Decr | (576) | (403) | (465) | 60 | 551 | 121 | (482) | (5) | 144 | 258 | 293 | 70 | (435) |
| Inventory (Incr)/Decrease | 225 | 350 | 150 | (50) | (100) | (400) | (100) | (200) | 100 | (100) | (200) | (475) | (800) |
| Unsecured Payments | - | (150) | - | - | - | - | - | - | - | - | - | - | (150) |
| Other, timing, accruals | 51 | 51 | 51 | 51 | 51 | 51 | 51 | (89) | 54 | (47) | (15) | 57 | 319 |
| Revolver Ending Balance | (3,481) | (3,548) | (3,741) | (3,587) | (2,993) | (3,032) | (3,332) | (3,430) | (2,947) | (2,704) | (2,514) | (2,746) | (2,746) |

# C6. Plan B 2016 Debt and Revolver Roll-Forward

| Key Collateral Assets | Dec PY | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash in Bank | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Accounts Receivable (Gross) | 3,918 | 4,059 | 4,462 | 4,927 | 4,867 | 4,316 | 4,196 | 4,678 | 4,683 | 4,539 | 4,281 | 3,989 | 3,918 |
| Inventory (excl. O/H & Prov) | 7,275 | 6,250 | 5,900 | 5,750 | 5,800 | 5,900 | 6,300 | 6,400 | 6,600 | 6,500 | 6,600 | 6,800 | 7,275 |
| Sub-total Liquid Assets | 11,693 | 10,809 | 10,862 | 11,177 | 11,167 | 10,716 | 10,996 | 11,578 | 11,783 | 11,539 | 11,381 | 11,289 | 11,693 |
| **Debt Structure** | | | | | | | | | | | | | |
| Revolver Balance | 2,746 | 1,618 | 1,677 | 1,863 | 1,701 | 1,099 | 1,130 | 1,423 | 1,512 | 1,022 | 770 | 572 | 797 |
| Term Loan A | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 |
| Term Loan B | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 | 1,620 |
| Term Loan C +/- Legal/Int Ai | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plus: Legal fees, interest adjustments | | | | | | | | | | | | | |
| Initial Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Bank Debt | 5,736 | 4,608 | 4,667 | 4,853 | 4,691 | 4,089 | 4,120 | 4,413 | 4,502 | 4,012 | 3,760 | 3,562 | 3,787 |
| **Revolver Availability** | | | | | | | | | | | | | |
| Total ABL Borrowing Base | 4,916 | 4,618 | 4,801 | 5,112 | 5,085 | 4,684 | 4,748 | 5,173 | 5,257 | 5,102 | 4,936 | 4,782 | 4,916 |
| Less: Revolver Balance -- | (2,746) | (1,618) | (1,677) | (1,863) | (1,701) | (1,099) | (1,130) | (1,423) | (1,512) | (1,022) | (770) | (572) | (797) |
| Less: Outstanding LCs – E: | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) |
| ABL Excess Availability | 1,919 | 2,750 | 2,874 | 3,000 | 3,134 | 3,335 | 3,367 | 3,501 | 3,495 | 3,830 | 3,916 | 3,959 | 3,869 |

| Revolver Roll-Forward | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | 12 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revolver Beginning Balance | (2,746) | (1,618) | (1,677) | (1,863) | (1,701) | (1,099) | (1,130) | (1,423) | (1,512) | (1,022) | (770) | (572) | (2,746) |
| Profit and Loss | 183 | 82 | 68 | 91 | 89 | 187 | 229 | 194 | 183 | 131 | 110 | 113 | 1,660 |
| Depreciation and Amortization | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 120 |
| Receivables (Incr)/Decr | (141) | (403) | (465) | 60 | 551 | 121 | (482) | (5) | 144 | 258 | 293 | 70 | - |
| Inventory (Incr)/Decrease | 1,025 | 350 | 150 | (50) | (100) | (400) | (100) | (200) | 100 | (100) | (200) | (475) | - |
| Unsecured Payments | - | (150) | - | - | - | - | - | - | - | - | - | - | (150) |
| Other, timing, accruals | 51 | 51 | 51 | 51 | 51 | 51 | 51 | (89) | 54 | (47) | (15) | 57 | 319 |
| Revolver Ending Balance | (1,618) | (1,677) | (1,863) | (1,701) | (1,099) | (1,130) | (1,423) | (1,512) | (1,022) | (770) | (572) | (797) | (797) |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **8105 Irvine Center Drive, Suite 600, Irvine, CA 92618.**

A true and correct copy of the foregoing document described as **EXHIBIT 1 TO REDLINE VERSION OF DEBTORS' FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING DEBTORS' FIRST AMENDED CHAPTER 11 REORGANIZATION PLAN** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 21, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

James C Bastian    jbastian@shbllp.com
Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
Allan P Leguay    leguay@pacbell.net
Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
Nicholas A Merkin    nmerkin@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com
Ramesh Singh    claims@recoverycorp.com
James M Sullivan    jsullivan@mosessinger.com, ccaruso@mosessinger.com;dkick@mosessinger.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Andrew F Whatnall    awhatnall@daca4.com

❑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served) - On **July 21, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Judge's Copy - Via Overnight Mail**
U.S. Bankruptcy Court
Hon. Deborah J. Saltzman
3420 Twelfth Street, Suite 384
Riverside, CA 92501

**Via Overnight Mail**
Office of the U.S. Trustee
3685 Main Street Suite 300
Riverside, CA 92501

❑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on **July 21, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
**Via Email**
Gary Owen Caris   gcaris@mckennalong.com
Rob Opera   ropera@winthropcouchot.com

❑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 21, 2011 | Patricia A. Britton | /s/ Patricia A. Britton |
|---|---|---|
| Date | Type Name | Signature |