# ORIGINAL

## United States Bankruptcy Court
## Central District of California

Riverside

Judge Deborah Saltzman, Presiding

Courtroom 304 Calendar

Tuesday, August 2, 2011                                                                                   Hearing Room 304

---

**11:00 am**

**6:11-13071**    Trade Union International Inc. a Califonria corpor                          **Chapter 11**

#1.00    CONT'D Debtor's Disclosure Statement Describing Debtors' Chapter 11 Reorganization Plan

FR. 6/7/11; 7/12/11

*J. Bastian*

Docket #:

*Robert Opera — Proposed counsel for Committee*

*Elizabeth Lossing UST*

*Michael Fletcher for Bank Grp*

*Barry Freeman for ChinaTrst*

**Matter Notes:**

Status C

Stati — *P Can*

Status F — *Conf.*

Set Clai

Set Clai — *2 new mtns to*

Set dea — *be filed*

Last da

Join                              Statement: _____

Date Disclosure Statement can be heard, if timely filed: _____

Disclosure Statement to be filed (36 days): _____

Disclosure Statement Objections filed (14 days): _____

Plan Confirmation Hearing:    *Sept 2  10:20*

---

8/2/2011        9:02:58AM                                    Page 1 of 9

# United States Bankruptcy Court
## Central District of California

Riverside

Judge Deborah Saltzman, Presiding

Courtroom 304 Calendar

| Tuesday, August 2, 2011 | Hearing Room 304 |
|---|---|

**11:00 am**

Cont....    Trade Union International Inc. a Califonria corpor                                    Chapter 11

   Brief in Support filed:                     _____

   Objection filed:                            _____

   Reply filed:                                _____

   Ballot Summary filed:                       _____

Case Dismissed _____ 180 day bar _____ without 180 day bar

Case Converted to Chapter 7:       _____

Chapter 11 Trustee Appointed:      _____

Hearing continued to:              _____

   Brief filed:                    _____

   Opposition filed:               _____

   Reply filed:                    _____

**Judge:**
- NONE LISTED -

**Law Clerk:**
- NONE LISTED -

**Tentative Ruling:**
- NONE LISTED -

### Party Information

Debtor(s):

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Deborah Saltzman, Presiding
### Courtroom 304 Calendar

| Tuesday, August 2, 2011 | | Hearing Room 304 |
|---|---|---|

**11:00 am**

| Cont.... | Trade Union International Inc. a Califonria corpor | Chapter 11 |
|---|---|---|

Debtor(s):

| Trade Union International Inc. a | Represented By |
| | James C Bastian |