James C. Bastian, Jr. - Bar No. 175415
**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Center Drive, Suite 600
Irvine, California 92618
Telephone:   (949) 340-3400
Facsimile:   (949) 340-3000
Email: jbastian@shbllp.com

Insolvency Counsel for the Debtors and
Debtors in Possession, Trade Union International, Inc. and
Duck House, Inc.

**FILED & ENTERED**

**AUG 05 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jeanmari  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br>**TRADE UNION INTERNATIONAL, INC., a California corporation,**<br>Debtor. | Case No. 6:11-bk-13071-DS<br>Chapter 11<br>Jointly Administered With<br>Case No. 6:11-bk-13072-DS |
| In re<br>**DUCK HOUSE, INC.,**<br>**a California corporation,**<br>Debtor. | **ORDER APPROVING DEBTORS' FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING DEBTORS' FIRST AMENDED CHAPTER 11 REORGANIZATION PLAN AND SCHEDULING HEARING ON CONFIRMATION OF THE FIRST AMENDED CHAPTER 11 REORGANIZATION PLAN**<br><br>**Disclosure Statement Hearing:**<br>Date:   August 2, 2011<br>Time:   11:00 A.M.<br>Place:  Courtroom 304<br>            United States Bankruptcy Court<br>            3420 Twelfth Street<br>            Riverside, CA 92501<br><br>**Plan Confirmation Hearing:**<br>Date:   September 2, 2011<br>Time:   10:00 A.M.<br>Place:  Courtroom 304<br>            United States Bankruptcy Court<br>            3420 Twelfth Street<br>            Riverside, CA 92501 |

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

1

Z:\S-T\Trade Union International\Plan and DS\DS Order.doc
4265-000

The hearing on approval of the Disclosure Statement Describing the Debtors' Chapter 11 Reorganization Plan ("Disclosure Statement") (docket number 94) filed by Trade Union International, Inc., a California corporation and Duck House, Inc., a California corporation, the debtors and debtors in possession in the above-captioned jointly administered Chapter 11 bankruptcy cases ("Debtor s") was held on August 2, 2011, before the Honorable Deborah S. Saltzman, United States Bankruptcy Judge.

The Debtor appeared through Shulman Hodges & Bastian LLP by James C. Bastian, Jr. Other appearances were made as reflected in the record.

Having considered the Disclosure Statement, the pleadings filed in support thereof, the statements of counsel on the record, and finding that the Disclosure Statement as amended as described in the Notice of Filing of Redlined Version of the Debtors' First Amended Disclosure Statement Describing Debtors' First Amended Chapter 11 Reorganization (docket number 142) and as amended on the record at the hearing contains adequate information as that term is defined in 11 U.S.C § 1125, and that notice and service were proper, and good cause appearing, it is hereby

**ORDERED:**

1. The Disclosure Statement as amended as described in the Notice of Filing of Redlined Version of the Debtors' First Amended Disclosure Statement Describing Debtors' First Amended Chapter 11 Reorganization and as amended on the record at the hearing ("Disclosure Statement"), is approved and may be distributed to creditors.

2. The Debtor is authorized to solicit votes with respect to its First Amended Chapter11 Reorganization Plan ("Plan").

3. Plan packages including the Plan, the Disclosure Statement and an official ballot, as applicable, shall be mailed to all creditors on or before **August 5, 2011**.

4. Ballots accepting or rejecting the Plan must be returned so that they are actually received by Debtor's counsel via email, facsimile, U.S. Mail or personal delivery on or before 5:00 P.M., Pacific Standard time on **August 19, 2011**. Ballots may be submitted by personal delivery or U.S. Mail to 8105 Irvine Center Drive, Suite 600, Irvine, California 92618, attn:

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

Z:\S-T\Trade Union International\Plan and DS\DS Order.doc
4265-000

2

James C. Bastian, Esq., by faxing the ballot to 949-340-3000, attn: James C. Bastian, Esq., or by emailing the ballot to jbastian@shbllp.com.

5. Any objections to the confirmation of the Plan shall be filed with the Court and served on the Debtor and its counsel on or before **August 19, 2011**.

6. On or before **August 26, 2011**, the Debtor shall file and serve any pleadings and evidence in support of confirmation of the Plan, including a plan confirmation brief, a summary of the votes and a reply to any objection to confirmation of the Plan.

7. The hearing on confirmation of the Plan shall be held on **September 2, 2011 at 10:00 A.M.**, in Courtroom 304 of the above-entitled Court.

# # #

DATED: August 5, 2011

United States Bankruptcy Judge

**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

Z:\S-T\Trade Union International\Plan and DS\DS Order.doc
4265-000

3

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **8105 Irvine Center Drive, Suite 600, Irvine, CA 92618**.

A true and correct copy of the foregoing document described as **ORDER APPROVING DEBTORS' FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING DEBTORS' FIRST AMENDED CHAPTER 11 REORGANIZATION PLAN AND SCHEDULING HEARING ON CONFIRMATION OF THE FIRST AMENDED CHAPTER 11 REORGANIZATION PLAN** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **Not Applicable,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

❑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) - On **Not Applicable**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

❑ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on **August 4, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy - Via Messenger**
**U.S. Bankruptcy Court**
**Hon. Deborah J. Saltzman**
**Bin Outside Courtroom 304**
**3420 Twelfth Street**
**Riverside, CA 92501**

**Interested Party - Via Email**
**Office of the United States Trustee (RS)**
**Elizabeth Lossing, Esq.**
**elizabeth.lossing@usdoj.gov**

**Proposed Attorneys for the Committee – Via Email**
**Robert Opera, Esq.**
**ropera@winthropcouchot.com**

**Attorneys for Cathay Bank - Via Email**
**Michael G. Fletcher, Esq.**
**Frandzel Robins Bloom & Csato LC**
**mfletcher@frandzel.com**

**Attorneys for Cathay Bank - Via Email**
**Gary Owen Caris Esq**
**Mckenna Long & Aldrige LLP**
**gcaris@mckennalong.com**

**Attorneys for China Trust Bank – Via Email**
**Barry Freeman, Esq.**
**Jeffer Mangels Butler & Mitchell LLP**
**bfreeman@jmbm.com**

❑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 4, 2011** | **Lorre Clapp** | **/s/ Lorre Clapp** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                          **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING DEBTORS' FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING DEBTORS' FIRST AMENDED CHAPTER 11 REORGANIZATION PLAN AND SCHEDULING HEARING ON CONFIRMATION OF THE FIRST AMENDED CHAPTER 11 REORGANIZATION PLAN** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 4, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **James C Bastian    jbastian@shbllp.com**
- **Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com**
- **Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com**
- **Allan P Leguay    leguay@pacbell.net**
- **Elizabeth A Lossing    elizabeth.lossing@usdoj.gov**
- **Nicholas A Merkin    nmerkin@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com**
- **Robert Opera    ropera@winthropcouchot.com**
- **Ramesh Singh    claims@recoverycorp.com**
- **James M Sullivan    jsullivan@mosessinger.com, ccaruso@mosessinger.com;dkick@mosessinger.com**
- **United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov**
- **Andrew F Whatnall    awhatnall@daca4.com**

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtors –Via U.S. Mail**
**Trade Union International, Inc.**
**4651 State Street**
**Montclair, CA 91763**

**Duck House, Inc.**
**4651 State Street**
**Montclair, CA 91763**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                               **F 9021-1.1.NOTICE.ENTERED.ORDER**