ROBERT E. OPERA – State Bar No. 101182
ropera@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel for
Official Unsecured Creditors Committee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>TRADE UNION INTERNATIONAL INC., a California corporation,<br><br>Debtor.<br><br>In re:<br><br>DUCK HOUSE, INC., a California corporation,<br><br>Debtor. | Case No. 6:11-bk-13071-DS<br><br>Jointly Administered with<br>Case No. 6:11-bk-13072-DS<br><br>Chapter 11 Proceeding<br><br><br>[No Hearing Set] |

**NOTICE TO CREDITORS AND PARTIES-IN-INTEREST OF FILING OF APPLICATION OF OFFICIAL UNSECURED CREDITORS COMMITTEE FOR AUTHORITY TO EMPLOY CORPORATE RECOVERY SERVICES AS ITS BUSINESS AND FINANCIAL ADVISORS**

**TO CERTAIN CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES-IN-INTEREST:**

**NOTICE IS HEREBY GIVEN** that the Official Unsecured Creditors Committee ("Committee") has filed its Application for Authorization to Employ Corporate Recovery Services as its Business and Financial Advisors in the Debtors' Chapter 11 cases.

A true and complete copy of the Application is served concurrently herewith.

**IF YOU DO NOT OPPOSE THE RELIEF REQUESTED BY THE APPLICATION, YOU NEED TAKE NO FURTHER ACTION. HOWEVER, IF YOU OBJECT TO THE RELIEF REQUESTED BY THE APPLICATION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1, OBJECTIONS MUST BE FILED WITH THE COURT WITHIN FOURTEEN (14) DAYS OF THE DATE OF SERVICE OF THIS NOTICE, PLUS THREE ADDITIONAL DAYS AS SERVICE IS BEING MADE ELECTRONICALLY OR BY MAIL. YOU MUST FILE YOUR OBJECTION AND REQUEST FOR A HEARING WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, LOCATED AT 3420 TWELFTH STREET, RIVERSIDE, CA**

**92501. YOU MUST SERVE A COPY OF YOUR OBJECTION TO THE APPLICATION, AND REQUEST FOR A HEARING, UPON COUNSEL FOR THE COMMITTEE AT THE MAILING ADDRESS INDICATED IN THE UPPER LEFT CORNER OF THIS NOTICE, AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE LOCATED AT, 3685 MAIN STREET, SUITE 300, RIVERSIDE, CA 92501. UPON ANY RECEIPT OF A WRITTEN OBJECTION AND REQUEST FOR A HEARING, THE COMMITTEE'S COUNSEL WILL OBTAIN A HEARING DATE ON THE APPLICATION AND GIVE APPROPRIATE NOTICE THEREOF. ANY FAILURE TO TIMELY FILE AND SERVE AN OBJECTION TO THE APPLICATION MAY RESULT IN ANY SUCH OBJECTION BEING WAIVED.**

DATED: September 22, 2011              **WINTHROP COUCHOT**
                                                                  **PROFESSIONAL CORPORATION**

                                                                  By:  /s/ *Robert E. Opera*
                                                                       Robert E. Opera
                                                               General Insolvency Counsel for
                                                               Official Unsecured Creditors Committee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **APPLICATION OF OFFICIAL UNSECURED CREDITORS COMMITTEE FOR AUTHORITY TO EMPLOY CORPORATE RECOVERY SERVICES AS ITS BUSINESS AND FINANCIAL ADVISORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 22, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 22, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 22, 2011 | Gretchen Crumpacker | /s/ *Gretchen Crumpacker* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

## NEF SERVICE LIST

- James C Bastian    jbastian@shbllp.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Allan P Leguay    leguay@pacbell.net
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Nicholas A Merkin    nmerkin@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- Ramesh Singh    claims@recoverycorp.com
- James M Sullivan    jsullivan@mosessinger.com, ccaruso@mosessinger.com;dkick@mosessinger.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Andrew F Whatnall    awhatnall@daca4.com

## SERVICE VIA FIRST CLASS MAIL
### (Unless NEF indicated)

Trade Union International Inc.
Attn: Corporate Officer
4651 State Street
Montclair, CA 91763

U.S. Trustee's Office
Elizabeth A Lossing, Esq.
3685 Main St Ste 300
Riverside, CA 92501

Trade Union
Special Notice List
Limit Notice entered Feb. 10, 2011
Document No. 165433

Committee Chair
Monterey Lighting Solutions, Inc.
Attn: Clark Longhurst
2148 Pomona Boulevard
Pomona, CA 91768

NEF 05/26/11
Michael G Fletcher
Frandzel Robins Bloom & Csato LC
6500 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90048-4920

NEF 02/04/11
Barry V Freeman
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

NEF 02/25/11
James M Sullivan
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

NEF 02/15/11
Ramesh Singh
Recovery Management Systems Corp
25 S.E.Second Avenue #1120
Miami, FL 33131

NEF 05/11/11
Andrew F. Whatnall
1565 Hotel Circle South #310
San Diego, CA 92108

NEF 05/26/11
Nicholas A. Merkin
Frandzel Robins Bloom & Csato LC
6500 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90048-4920

NEF 08/22/11
Debt Acquisition Company of America V LLC
1565 Hotel Circle South #310
San Diego, CA 92108

NEF 03/07/11
Allan P. Leguay
3501 Jamboree Road #6000
Newport Beach, CA 92660

James C. Bastian, Jr.
8105 Irvine Center Drive #600
Irvine, CA 92618

Crt Man
LJ. Lan, Kam Louie, Tatum LLC
(No addresses listed on Crt Manual List)