James C. Bastian, Jr. - Bar No. 175415
**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    jbastian@shbllp.com

Insolvency Counsel for the Debtors and
Debtors in Possession, Trade Union International, Inc. and
Duck House, Inc.

FILED & ENTERED

NOV 15 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sapronet DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br>**TRADE UNION INTERNATIONAL, INC., a California corporation,**<br>Debtor. | Case No.  6:11-bk-13071-DS<br>Chapter 11<br>Jointly Administered With<br>Case No.  6:11-bk-13072-DS |
| In re<br>**DUCK HOUSE, INC.,**<br>**a California corporation,**<br>Debtor. | **ORDER APPROVING FINAL APPLICATIONS FOR PRE-CONFIRMATION FEES AND REIMBURSEMENT OF EXPENSES BY:**<br>(1)   SHULMAN HODGES & BASTIAN LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION;<br>(2)   J. LAN, CPA, INC., ACCOUNTANTS FOR THE DEBTORS AND DEBTORS IN POSSESSION;<br>(3)   TATUM LLC, REORGANIZATION CONSULTANT FOR THE DEBTORS AND DEBTORS IN POSSESSION;<br>(4)   WINTHROP COUCHOT PC, ATTORNEYS FOR THE COMMITTEE; AND<br>(5)   CORPORATE RECOVERY ASSOCIATES, PROPOSED BUSINESS AND FINANCIAL ADVISORS FOR THE COMMITTEE<br>Date:   November 10, 2011<br>Time:  8:30 A.M.<br>Place:  Courtroom 304<br>        United States Bankruptcy Court<br>        3420 Twelfth Street<br>        Riverside, CA 92501 |

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

1

Z:\S-T\Trade Union International\Fee Docs\Order.doc
4265-000

The Final Applications for Approval of Pre-Confirmation Fees and Reimbursement of Expenses by (1) Shulman Hodges & Bastian LLP, Attorneys for Trade Union International, Inc., a California corporation and Duck House, Inc., a California corporation, the debtors and debtors in possession in the above-captioned jointly administered Chapter 11 bankruptcy cases ("Debtors") (docket number 204), (2) J. Lan, CPA, Inc., Accountants for the Debtors (docket number 207), (3) Tatum LLC, Reorganization Consultant for the Debtors (docket number 206), (4) Winthrop Couchot PC, Attorneys for the Official Committee of Unsecured Creditors ("Committee") (docket number 203), and (5) Corporate Recovery Associates, Proposed Business Financial Advisors for the Committee (docket number 201), came on for hearing on November 10, 2011, before the Honorable Deborah Saltzman, United States Bankruptcy Judge.

The Debtors appeared through Shulman Hodges & Bastian LLP by James C. Bastian, Jr. Other appearances were made as reflected in the record.

Having considered the record before the Court, including

- the objections of the Office of the United States Trustee (docket number 208) and the objections of the Debtors (docket numbers 210 and 212) to the fee application by Corporate Recovery Associates and the reply thereto filed by Corporate Recovery Associates (docket number 217);

- the objections of the Office of the United States Trustee (docket number 209) to the fee application by Tatum LLC and the Amended Declaration of James Hickey (docket number 213) filed in reply to the objections;

- the objections of the Debtors (docket numbers 210 and 212) to the fee application by Winthrop Couchot PC and the reply thereto filed by Winthrop Couchot PC (docket number 222);

no other objections having been filed to the professionals' fee applications, the Court having considered the statements of counsel on the record and the reasonableness of the fees requested by all of the professionals, and good cause appearing, it is hereby,

**SHULMAN HODGES &
BASTIAN LLP**
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

Z:\S-T\Trade Union International\Fee Docs\Order.doc
4265-000

2

**ORDERED** that compensation for professional services rendered and reimbursement of expenses are approved on a final basis and ordered paid by the Debtors bankruptcy estate as follows:

1. <u>Shulman Hodges & Bastian LLP, Attorneys for the Debtors:</u> Fees in the amount of $364,243.00, and reimbursement of expenses in the amount of $33,894.96, for the period of January 31, 2011 to October 20, 2011 are approved on a final basis and ordered paid by the Debtors to the firm. The firm's retainer in the amount of $71,439.13 and postpetition payments received by the firm of $172,162.41, for a total of $243,601.54, shall be used to pay in part the approved fees and expenses, and within ten days of the date of entry of this Order, the Debtors are hereby directed to pay the balance of the allowed amounts to the firm.

2. <u>J. Lan CPA, Inc, Accountant for the Debtors:</u> Fees in the amount of $12,150.50, and reimbursement of expenses in the amount of $.00, for the period of May 4, 2011 to June 30, 2011 are approved on a final basis and ordered paid by the Debtors to the firm. The postpetition payments received by the firm of $12,150.50, shall be used to pay the approved fees and expenses sought in the fee application.

3. <u>Tatum LLC, Reorganization Consultant for the Debtors:</u> Fees in the amount of $117,425, and reimbursement of expenses in the amount of $00, for the period of March 15, 2011 to October 30, 2011 are approved on a final basis and ordered paid by the Debtors to the firm. The firm's retainer in the amount of $5,000 and postpetition payments received by the firm of $104,500, for a total of $109,500, shall be used to pay in part the approved fees and expenses, and within ten days of the date of entry of this Order, the Debtors are hereby directed to pay the balance of the allowed amounts to the firm.

4. <u>Winthrop Couchot PC, Attorneys for the Committee:</u> Fees in the amount of $99,957.50 for the time period of June 27, 2011 to October 12, 2011, plus fees in the amount of $18,000 (includes a reduction of $2,000 from the amounts set forth in the firm's application) for the period of October 13, 2011 to November 7, 2011, plus $2,500 in fees for appearing at the hearing on the firm's fee application, for total fees of $120,457.50, and reimbursement of expenses in the amount of $543.81 for the time period of June 27, 2011 to October 12, 2011, are

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

Z:\S-T\Trade Union International\Fee Docs\Order.doc
4265-000

3

1 approved on a final basis, and within ten days of the date of entry of this Order, the Debtors are
2 hereby directed to pay the allowed amounts to the firm.

3     5. <u>Corporate Recovery Associates, Proposed Business and Financial Advisors to the
4 Committee</u>: Fees in the amount $31,000 (includes a reduction of $9,320 from the amounts set
5 forth in the firm's application) and reimbursement of expenses in the amount of $117.56 for the
6 time period of July 27, 2011 to October 13, 2011 are approved on a final basis, and within ten
7 days of the date of entry of this Order, the Debtors are hereby directed to pay the allowed
8 amounts to the firm.

11 # # #

28 DATED: November 15, 2011

United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

Z:\S-T\Trade Union International\Fee Docs\Order.doc
4265-000

4

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **8105 Irvine Center Drive, Suite 600, Irvine, CA 92618**.

A true and correct copy of the foregoing document described as **ORDER APPROVING FINAL APPLICATIONS FOR PRE-CONFIRMATION FEES AND REIMBURSEMENT OF EXPENSES BY: (1) SHULMAN HODGES & BASTIAN LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION; (2) J. LAN, CPA, INC., ACCOUNTANTS FOR THE DEBTORS AND DEBTORS IN POSSESSION; (3) TATUM LLC, REORGANIZATION CONSULTANT FOR THE DEBTORS AND DEBTORS IN POSSESSION; (4) WINTHROP COUCHOT PC, ATTORNEYS FOR THE COMMITTEE; (5) CORPORATE RECOVERY ASSOCIATES, PROPOSED BUSINESS AND FINANCIAL ADVISORS FOR THE COMMITTEE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **Not Applicable** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) - On **November 14, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Interested Party**
**Office United States Trustee (RS)**
**3685 Main Street Suite 300**
**Riverside, CA 92501**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on **November 14, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy - Via Messenger**
**U.S. Bankruptcy Court**
**Hon. Deborah J. Saltzman**
**Bin Outside Courtroom 304**
**3420 Twelfth Street**
**Riverside, CA 92501**

**Attorneys for the Committee – Via Email**
**Robert Opera, Esq.**
ropera@winthropcouchot.com

**Proposed Financial Advisor the Committee – Via Email**
**Corporate Recovery Associates**
**Richard Feferman, CIRA**
**Senior Managing Director**
**Via email:** richard@crarecovery.com

**Accountant for the Debtors – Via Emaili**
**J. Lan, CPA, Inc.**
**J. Lan CPA**
**Via email:** jlancma.@gmail.com

**Debtors' Reorganization Consultant – Via Email**
**Tatum, LLC**
**James Hickey, Managing Partner**
**Dave Mulder, Partner**
**Via email:** James.Hickey@TatumLLC.com; David.Mulder@tatumllc.com

**Debtors – Via Email**
**Trade Union International, Inc.**
**Duck House, Inc.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **November 14, 2011** | **Lorre Clapp** | **/s/ Lorre Clapp** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                   **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING FINAL APPLICATIONS FOR PRE-CONFIRMATION FEES AND REIMBURSEMENT OF EXPENSES BY: (1) SHULMAN HODGES & BASTIAN LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION; (2) J. LAN, CPA, INC., ACCOUNTANTS FOR THE DEBTORS AND DEBTORS IN POSSESSION; (3) TATUM LLC, REORGANIZATION CONSULTANT FOR THE DEBTORS AND DEBTORS IN POSSESSION; (4) WINTHROP COUCHOT PC, ATTORNEYS FOR THE COMMITTEE; (5) CORPORATE RECOVERY ASSOCIATES, PROPOSED BUSINESS AND FINANCIAL ADVISORS FOR THE COMMITTEE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 14, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **James C Bastian    jbastian@shbllp.com**
- **Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com**
- **Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com**
- **Allan P Leguay    leguay@pacbell.net**
- **Elizabeth A Lossing    elizabeth.lossing@usdoj.gov**
- **Nicholas A Merkin    nmerkin@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com**
- **Robert E Opera    ropera@winthropcouchot.com**
- **Ramesh Singh    claims@recoverycorp.com**
- **James M Sullivan    jsullivan@mosessinger.com, ccaruso@mosessinger.com;dkick@mosessinger.com**
- **United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov**
- **Andrew F Whatnall    awhatnall@daca4.com**

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtors –Via U.S. Mail**
**Trade Union International, Inc.**
**4651 State Street**
**Montclair, CA 91763**

**Duck House, Inc.**
**4651 State Street**
**Montclair, CA 91763**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9021-1.1.NOTICE.ENTERED.ORDER**