1  ROBERT E. OPERA – State Bar No. 101182
   RICHARD H. GOLUBOW – State Bar No. 160434
2  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
3  660 Newport Center Drive, Fourth Floor
   Newport Beach, CA 92660
4
   Telephone: (949) 720-4100
5  Facsimile: (949) 720-4111

6  General Insolvency Counsel for the Official
   Unsecured Creditors Committee

FILED & ENTERED

DEC 05 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sapronet DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>TRADE UNION INTERNATIONAL INC., a California corporation,<br><br>Debtor.<br><br>In re:<br><br>DUCK HOUSE, INC., a California corporation,<br><br>Debtor. | Case No. 6:11-bk-13071-DS<br><br>Jointly Administered with<br>Case No. 6:11-bk-13072-DS<br><br>Chapter 11 Proceeding<br><br>**ORDER ON APPLICATION OF OFFICIAL UNSECURED CREDITORS COMMITTEE FOR AUTHORITY TO EMPLOY CORPORATE RECOVERY SERVICES AS ITS BUSINESS AND FINANCIAL ADVISORS**<br><br>DATE: November 10, 2011<br>TIME: 8:30 a.m.<br>PLACE: Courtroom 304<br>United States Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501 |

1  On November 10, 2011 at 8:30 a.m., before the above-entitled Court, a hearing was held on the Application of Official Unsecured Creditors Committee for Authority to Employ Corporate Recovery Services as Its Business and Financial Advisors ("Application") filed by the Official Unsecured Creditors Committee ("Committee").  The Committee was represented at the hearing by Robert E. Opera, Esq. of Winthrop Couchot Professional Corporation, its counsel of record.  The Debtors were represented by James C. Bastian, Esq. of Shulman Hodges & Bastian, their counsel of record.  The Office of the United States Trustee was represented by Michael Bujold.  Corporate Recovery Associates ("CRA") was represented by Richard J. Feferman.  The Court having read and considered the Application, the objections to the Application filed by the Debtor and by the Office of the United States Trustee, and the Committee's reply to such objections, and it appearing to the Court that such objections were resolved by an agreement reached among CRA, the Debtors and the Office of the United States Trustee, as recited onto the record of the proceedings, and the Court having heard and considered the presentations of counsel; and good and sufficient cause appearing, it is hereby

ORDERED as follows:

1. The Application is hereby granted; provided, however, that the Committee is authorized, effective as of July 27, 2011 (and not June 27, 2011 as requested by the Application), to employ CRA as its business and financial advisors in accordance with the terms and conditions set forth in the Application.

2. No further notice or hearing shall be necessary to effectuate the foregoing.

###

DATED: December 5, 2011

United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive #400, Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as **ORDER ON APPLICATION OF OFFICIAL UNSECURED CREDITORS COMMITTEE FOR AUTHORITY TO EMPLOY CORPORATE RECOVERY SERVICES AS ITS BUSINESS AND FINANCIAL ADVISORS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**

On **November 29, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*VIA U.S. MAIL*
*Honorable Deborah J. Saltzman*
*U.S. Bankruptcy Court*
*3420 Twelfth Street #384*
*Riverside, CA 92501*

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 29, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
- James C Bastian    jbastian@shbllp.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 29, 2011 | Jeannie Martinez | /s/ Jeannie Martinez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-3-

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): as **ORDER ON APPLICATION OF OFFICIAL UNSECURED CREDITORS COMMITTEE FOR AUTHORITY TO EMPLOY CORPORATE RECOVERY SERVICES AS ITS BUSINESS AND FINANCIAL ADVISORS** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of November 29, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- James C Bastian    jbastian@shbllp.com
- Michael J Bujold    Michael.J.Bujold@usdoj.gov
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bfreeman@jmbm.com, bfreeman@jmbm.com
- Allan P Leguay    leguay@pacbell.net
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Nicholas A Merkin    nmerkin@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com
- Robert E Opera    ropera@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- Ramesh Singh    claims@recoverycorp.com
- James M Sullivan    jsullivan@mosessinger.com, ccaruso@mosessinger.com;dkick@mosessinger.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Andrew F Whatnall    awhatnall@daca4.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page