1  James C. Bastian, Jr. - Bar No. 175415
   **SHULMAN HODGES & BASTIAN LLP**
2  8105 Irvine Center Drive, Suite 600
   Irvine, California 92618
3  Telephone:    (949) 340-3400
   Facsimile:    (949) 340-3000
4  Email: jbastian@shbllp.com

5

6  Attorneys for the Reorganized Debtors
   Trade Union International, Inc. and Duck House, Inc.,

7

8

9              **UNITED STATES BANKRUPTCY COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

11

| | |
|---|---|
| In re | Case No.  6:11-bk-13071-DS |
| **TRADE UNION INTERNATIONAL, INC., a California corporation,** | Chapter  11 |
| Debtor. | Jointly Administered With Case No.  6:11-bk-13072-DS |
| In re | |
| **DUCK HOUSE, INC., a California corporation,** | **DEBTORS' NOTICE OF MOTION AND MOTION FOR ORDER DISALLOWING CLAIM NO. 6 BY FRIESING INVESTMENTS, INC., dba GULF COAST SALES AND MARKETING; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF WEN PIN CHANG IN SUPPORT THEREOF** |
| Debtor. | |
| | **Hearing** Date:   May 3, 2012 Time:   1:00 P.M. Place:  Courtroom 304      3420 Twelfth Street      Riverside, CA  92501 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

1

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

**Page 1**

1

## TABLE OF CONTENTS

2

**Page**

3

I.      NOTICE ............................................................................................................ 5

II.     MOTION .......................................................................................................... 9

        A.      Case Commencement and Plan Confirmation ........................................... 9

        B.      Objections to the Disputed Claim .............................................................. 9

                1.      The Disputed Claim Should be Denied in its Entirety Due the
                        Goods Not Being Defective and the Goods Being Outside the One
                        Year Manufacturer Guarantee ................................................................. 10

                2.      The Disputed Claim is Not Entitled to a Secured Classification ............. 11

III.    MEMORANDUM OF POINTS AND AUTHORITIES ......................................... 12

        A.      Erroneously Classified Claims Must be Allowed Only as General
                Unsecured Claims ................................................................................... 12

        B.      Claimant Has Not Met its Burden of Proof .............................................. 12

        C.      Absent a Response by Claimant, the Objections Should be Sustained .......... 15

IV.     CONCLUSION ................................................................................................ 16

DECLARATION OF WIN PEN CHANG ..................................................................... 17

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

2

# TABLE OF AUTHORITIES

Page

## CASES

Garner v. Shier (In re Garner),
  246 B.R. 617 (B.A.P. 9th Cir. 2000).......................................................................... 13

Heath v. American Express Travel Related Services Co.,
  331 B.R. 424 (B.A.P. 9th Cir. 2005).......................................................................... 13

In re Allegheny International, Inc.,
  954 F.2d 167 (3rd Cir. 1992) ............................................................................ 14, 16

In re Consolidated Pioneer Mortgage,
  178 B.R. 222, 226 (9th Cir. BAP 1995) ................................................................... 13

In re Global Western Dev. Corp.,
  759 F.2d 724 (9th Cir. 1985) ................................................................................... 14

In re Holm,
  931 F.2d 620, 623 (9th Cir. 1991) ........................................................................... 14

In re Hydorn,
  94 B.R. 608 (Bankr. W.D. Mo. 1988)....................................................................... 14

In re Kahn,
  114 B.R. 40 (Bankr. S.D.N.Y. 1990)........................................................................ 14

In re Lewis,
  80 B.R. 39 (Bankr. E.D. Pa. 1987) .......................................................................... 15

In re Michigan-Wisconsin Transportation Co.,
  161 B.R. 628 (Bankr. W.D. Mich. 1993).................................................................. 14

In re Murguillo,
  176 B.R. 524, 529 (B.A.P. 9th Cir. 1994)................................................................ 13

In re Ousley,
  2 B.R. 278 (S.D. Ohio 1988) ................................................................................... 14

In re Pugh, 157 B.R.
  898, 901 (B.A.P. 9th Cir. 1993)......................................................................... 14, 15

In re Twinton Properties Partnership,
  44 B.R. 420 (Bankr. Tenn. 1984)............................................................................. 14

In re Vernon Sand & Gravel, Inc.,
  93 B.R. 580 (Bankr. N.D. Ohio 1988)...................................................................... 14

Kham & Nates Shoes No. 2, Inc. v. First Bank of Whiting,
  7 B.R. 420, 424 (Bankr. N.D. Ill. 1989) .................................................................. 14

Pepper v. Litton,
  308 U.S. 25, 304, 60 S.Ct. 244 (1939)..................................................................... 14

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

Page 3

1

## STATUTES

2

Bankruptcy Code Section 502(b) ................................................................ 12

3

## RULES

4

Federal Rule of Bankruptcy Procedure 3001 ........................................ 12, 13

5

Federal Rules of Bankruptcy Procedure 3007 ............................................ 12

6

7

## TREATISES

8

Collier on Bankruptcy,
    P. 3001.01 (16th ed. 2011) .......................................... 13, 15, 16

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SHULMAN HODGES &
BASTIAN LLP**
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\59

Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE; AND ALL PARTIES IN INTEREST:**

**I.      NOTICE**

**NOTICE IS HEREBY GIVEN** that on **May 3, 2012 at 1:00P.M.**, in Courtroom 304 of the above entitled Court located at 3420 Twelfth Street, Riverside, California 92501, Trade Union International, Inc., a California corporation ("Trade Union") and Duck House, Inc., a California corporation ("Duck House"), each a reorganized debtor (collectively the "Debtors") will and hereby does bring this Motion for an order disallowing the following alleged claim ("Disputed Claim"):

| Claim No. | Date Filed | Claimant | Alleged Claim Amount | Amount in Dispute | Claim to Be allowed |
|---|---|---|---|---|---|
| 6 (Claims Register for Trade Union) | 3/8/2011 | Friesing Investments, Inc. dba Gulf Coast Sales and Marketing | Secured Claim of $82,831.50 | Secured Classification and entire claim amount | $.00 |

As set forth in the attached Declaration of Wen Pin Chang ("Chang Declaration"), the Debtors have determined that the Disputed Claim, based on an unauthorized credit memo related to the return of alleged defective goods, is improperly asserted against the Estate and should be denied in its entirety.  As set forth in the Chang Declaration, the Disputed Claim relates to goods sold by Duck House to the Claimant that had been returned to Duck House and/or are ready to be returned to Duck House as allegedly being defective.  However,  Duck House has reviewed the goods that were returned and found that:

•      The items that were returned were filthy, had stickers, had been used by the Gulf Coast (such as placed on displays), and were returned with no protection  - which is evidenced by the fact that the items were not returned in their original packaging (missing plastic/bubble wrap and "thrown" into boxes with no carton dividers for protection).  The failure of Gulf Coast to return the items in their  original packaging caused the returned merchandise to be damaged.

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

1        •      In some instances the returned goods were in undamaged condition, there was no

2  basis for the return and Gulf Coast needs to pay for merchandise it purchased.  Duck House does

3  not guarantee sales.

4        •      Some items were more than three years old, which far exceeds the one year return

5  policy of Duck House.  Duck House only provides credit for returns that are in brand new

6  condition and not over one year from date of purchase and are in original packaging such that

7  they can be re-sold.  The Gulf Coast returned items did not meet any of this qualifications.

8        As set forth in the Chang Declaration, the Duck House products that were returned by

9  Gulf Coast are not defective but rather, the product was damaged by Gulf House and/or its

10  consumers, items were improperly returned (in perfect condition for which no credit is

11  available), and/or product was returned that was more than three years old and outside Duck

12  House's return policies.  Duck House is not responsible for Gulf Coast's own store or consumer

13  damage, used products sitting on shelves for over three years, or product that was in perfect

14  condition but was not sold by Gulf Coast.  As such, the Disputed Claim should be denied in its

15  entirety.

16        In addition, the Debtor disputes the secured classification of the Disputed Claim.  The

17  information provided in support of the Disputed Claim does not give rise to a basis for secured

18  treatment.  As set forth herein, as the Debtors books and records do not reflect the Disputed

19  Claim is entitled to secured status, and no documentary evidence is attached to the Disputed

20  Claim to warrant treatment of  the claim as a secured claim, to the extend it is allowed, it should

21  be reclassified as a general unsecured claim.

22        As such, by and through this Motion, the Debtors hereby object to the Disputed Claim on

23  the grounds that it has been improperly asserted against the Estate, and to the extent that the

24  Disputed Claim is allowed, the Debtors seek to reclassify it as a general unsecured claim. The

25  objections set forth in this Motion are subject to the Debtors' rights to bring additional objections

26  to such Disputed Claim on other grounds.

27        **THIS MOTION SEEKS TO ALTER THE RIGHTS OF THE SPECIFIED**

28  **CLAIMANT BY DISALLOWING THEIR ALLEGED CLAIM IN ITS ENTIRETY.**

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

1  The Motion is based on this Notice, the Memorandum of Points and Authorities, the

2  Chang Declaration and exhibits the annexed to the Chang Declaration, the arguments and

3  representations of counsel and any oral or documentary evidence presented at or prior to the time

4  of the hearing, and the record in this case.

5  **IF YOU DO NOT OPPOSE THE MOTION, YOU NEED TAKE NO FURTHER**

6  **ACTION.    HOWEVER, IF YOU DESIRE TO RESPOND TO THE MOTION,**

7  **PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(f), YOU MUST, NOT LATER**

8  **THAN FOURTEEN (14) DAYS PRIOR TO THE HEARING DATE ON THE MOTION,**

9  **FILE WITH THE CLERK OF THE ABOVE-REFERENCED COURT AT THE UNITED**

10  **STATES    BANKRUPTCY    COURT,    3420    TWELFTH    STREET,    RIVERSIDE,**

11  **CALIFORNIA 92501, AND SERVE UPON THE TRUSTEE'S COUNSEL, SHULMAN**

12  **HODGES & BASTIAN LLP, ATTN: JAMES C. BASTIAN, JR., 8105 IRVINE CENTER**

13  **DRIVE, SUITE 600, IRVINE, CA 92618, EITHER: (1) A BRIEF, BUT COMPLETE**

14  **WRITTEN STATEMENT OF ALL REASONS IN RESPONSE THERETO OR IN**

15  **SUPPORT    OR    JOINDER    THEREOF    AND    ANSWERING    MEMORANDUM    OF**

16  **POINTS    AND    AUTHORITIES,    DECLARATIONS    AND    COPIES    OF    ALL**

17  **PHOTOGRAPHS AND DOCUMENTARY EVIDENCE ON WHICH YOU INTEND TO**

18  **RELY; OR (2) A WRITTEN STATEMENT THAT THE MOTION WILL NOT BE**

19  **OPPOSED.**

20  **FAILURE TO FILE AND SERVE A TIMELY AND PROPER RESPONSE MAY**

21  **BE DEEMED TO CONSTITUTE CONSENT TO THE RELIEF REQUESTED BY THE**

22  **MOTION.**

23  ////

24  ////

25  ////

26

27

28

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

7

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

Page 7

**YOU ARE FURTHER NOTIFIED** that should you fail to attend the hearing on the Motion at the time and place set forth above, the Court is authorized to enter your default herein and to grant the relief requested by the Debtors as set forth in the Motion.

Dated: March 20, 2012

**SHULMAN HODGES & BASTIAN, LLP**

/s/ James C. Bastian, Jr.

James C. Bastian, Jr.
Attorneys for Trade Union International, Inc.  and
Duck House, Inc., the Debtors and Debtors in Possession

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

**Page 8**

## II.    MOTION

In support of the Motion, the Debtors respectfully represent as follows:

**A.    Case Commencement and Plan Confirmation**

Trade Union filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code on January 31, 2011 ("Petition Date").  Trade Union is affiliated with Duck House which also filed a Chapter 11 bankruptcy on January 31, 2011, Case No. 6:11-bk-13072-DS.  The cases are being jointly administered pursuant to Court Order entered February 10, 2011 (docket number 22).

Pursuant to Court order entered on September 15, 2011 (docket number 186) the Debtors' Modified First Amended Chapter 11 Reorganization Plan ("Plan") was confirmed.

Under the Plan, the Debtors through their president, Wen Pin Chang, are serving as the Disbursing Agent under the Plan.

**B.    Objections to the Disputed Claim**

On or about March 8, 2011, Friesing Investments, Inc. dba Gulf Coast Sales and Marketing ("Gulf Coast") filed an alleged secured claim against Duck House in the amount of $82,831.50 which is designated as Claim No. 6 on the Court's claims register in the Trade Union case.  A true and correct copy of the Disputed Claim is attached to the Chang Declaration as **Exhibit 6**.  The Disputed Claim was filed in the  Trade Union case but indicates that the alleged amounts owed a liability of Duck House only.

The face of the Disputed Claim indicates the amount owing is based on "defective unsaleable goods returned for net credit".  Among the documents attached to the Disputed Claim are two unauthorized Credit Memos:  The first unauthorized Credit Memo appears to represent goods that have been returned to Duck House as allegedly being defective with a ledger balance of $19,229.67. The second unauthorized Credit Memo appears to represent goods held by Gulf Coast that are waiting to be returned to Duck House as allegedly being defective.

////

////

///

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

1.   <u>The Disputed Claim Should be Denied in its Entirety Due the Goods Not Being</u>
<u>Defective and the Goods Being Outside the One Year Manufacturer Guarantee</u>

Gulf Coast is a distributor for Duck House.  Duck House made arrangements with Gulf Coast that all stock adjustment returns should be immediately re-stockable, in original boxes, and all stickers or price tickets were to cleaned off.  This is a common practice and these are general terms with Duck House distributors.  However, Duck House has examined the goods returned by Gulf Coast as allegedly being defective and found the following:

• Gulf Coast returned to Duck House goods that were filthy, had stickers, had been damaged in store displays or consumers of Gulf Coast, or had been damaged in transit during return shipping, and were not damaged as a result of any manufacturing defects.  Gulf Coast failed to return the goods in clean condition and in their original packaging, i.e., the goods appeared to be used as they were missing plastic/bubble wrap and were "thrown" into boxes with no carton dividers for protection.  See the photos of items returned by Gulf Coast attached as **Exhibit A** to the Chang Declaration, evidencing the goods were not returned in clean condition and were not in their original packaging and had been damaged by Gulf Coast and/or its consumers (cracked mugs damaged by being dropped, not manufacture defect).  In addition, **Exhibit B** to the Chang Declaration, sets forth the policy for returned goods, including that the goods are to be returned in clean condition and in their original packaging (the policy is posted on Duck House's website).   By failing to use the original packaging, the goods were damaged on their return shipping to Duck House.  Duck House cannot issue credit memos for products that have been used by Gulf Coast (either as store displays or sold to consumers) and not returned in the original packaging.

• Some of the returned items were in perfect condition.  See **Exhibit C** to the Chang Declaration which is photo of returned mugs in perfect condition.)  There was no basis for the return of the item and  Duck House does not offer guaranteed sales of product.  As such, rather than requesting a credit for returned items, Gulf Coast needs to pay for goods purchased even if Gulf Coast was unable to sell the items to consumers or others.

• Some of the returned items were more than three years old (manufactured in

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

**Page 10**

1    2008) which far exceeds the one year return policy of Duck House.  (See **Exhibit D** to the Chang

2    Declaration which is photo of returned mug described as a "Dallas Maverick" mug which was

3    manufactured in 2008.)  Duck House only provides credit for returns that are in brand new

4    condition and not over one year from date of purchase and are in original packaging such that

5    they can be re-sold (see **Exhibit B** to the Chang Declaration, which sets forth the policy for

6    returned goods.)  The returned items did not meet any of this qualifications.  As stated above,

7    Gulf Coast returned many items with excellent quality but the mugs were not returned in their

8    original packaging (missing plastic/bubble wrap and "thrown" into boxes with no carton dividers

9    for protection).

10    Based on the foregoing, the Duck House products that were returned are not defective but

11    rather, the product was damaged by Gulf House and/or its consumers, items were improperly

12    returned (in perfect condition for which no credit is available), and/or product was returned that

13    was more than three years old and outside Duck House's return policies.  Duck House is not

14    responsible for Gulf Coast's own store or consumer damage, used products sitting on shelves for

15    over three years, or product that was in perfect condition but was not sold by Gulf Coast.  As

16    such, the Disputed Claim should be denied in its entirety.

17    2.        The Disputed Claim is Not Entitled to a Secured Classification

18    The Disputed Claim asserts a secured status but fails to provide any evidence to support

19    that the amount owed represents a secured claim classification under any applicable section of

20    the Bankruptcy Code.    Gulf Coast has provided no evidence that it has filed documentation to

21    perfect a valid security interest in property of the Debtors' Estates.

22    The Disputed Claim of Gulf Coast was not listed in the Debtors' Schedules as holding a

23    claim, secured or unsecured.  Attached as **Exhibit E** to the Chang Declaration is a true and

24    correct copy of Trade Union's Bankruptcy Schedules D, E and F.  Attached as **Exhibit F** to the

25    Chang Declaration is a true and correct copy of Duck House's Bankruptcy Schedules D, E and F.

26    As evidenced by the Bankruptcy Schedules in both cases, and as set forth in the Chang

27    Declaration, the Debtors' books and records do not indicate there is a claim (secured or

28

**SHULMAN HODGES &
BASTIAN LLP**
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

11

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

**Page 11**

1  unsecured) owed to Gulf Coast as of the Petition Date and Duck House does not owe anything to

2  Gulf Coast.

3      The Debtors object to the Disputed Claim on the grounds that it is not entitled to secured

4  status.   The Debtors' Bankruptcy Schedules do not reflect that the Disputed Claim is entitled to

5  secured status.   There is no documentary evidence attached to the Disputed Claim to warrant

6  treatment of the amount owed as a secured claim under any applicable section of the Bankruptcy

7  Code.  Gulf Coast failed to provide evidence that it has filed documentation to perfect a valid

8  security interest in property of the Debtors' bankruptcy estates.   As such, to the extent it is

9  allowed, the Disputed Claim should be reclassified as a general unsecured claim.

10      Accordingly, the Debtors request that if the Disputed Claim is allowed, that the Disputed

11  Claim be reclassified as a nonpriority, general unsecured claim against Duck House.

12  ### III.    MEMORANDUM OF POINTS AND AUTHORITIES

13  **A.    Erroneously Classified Claims Must be Allowed Only as General Unsecured Claims**

14      Pursuant to Bankruptcy Code Sections 502(b) and 507(a) and Rule 3007 of the Federal

15  Rules of Bankruptcy Procedure, the Debtors request that the Court enter an order reclassifying

16  the Disputed Claim as a general unsecured claim because the claim does not meet the

17  requirements for secured status under any applicable section of the Bankruptcy Code.

18      Furthermore, as the Debtor's books and records do not reflect that the Disputed Claim is

19  entitled to secured status, and no documentary evidence is attached to the claim to warrant

20  treatment of the claim as a secured claim under any section of the Bankruptcy Code, it should be

21  reclassified as a general unsecured claim.

22  **B.    Claimant Has Not Met its Burden of Proof**

23  Federal Rule of Bankruptcy Procedure 3001 provides in relevant part as follows:

24  
25      (a)    *Form and Content*.  A proof of claim is a written statement setting forth a creditor's claim.  A proof of claim shall conform substantially to the appropriate Official Form.

26          . . .

27      (c)    *Claim Based on a Writing*.  When a claim, or an interest in property of the Debtor securing the claim, is based on a writing,

28  the original or a duplicate shall be filed with the proof of claim.  If

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

12

**Page 12**

the writing has been lost or destroyed, a statement of the circumstances of the loss or destruction shall be filed with the claim.

(d)    *Evidence of Perfection of Security Interest.* If a security interest in property of the debtor is claimed, the proof of claim shall be accompanied by evidence that the security interest has been perfected.

. . .

(f)    *Evidentiary Effect.* A proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim.

Although a proof of claim is deemed <u>prima</u> <u>facie</u> allowable, if the debtor objects to the claim under Bankruptcy Code section 502 with evidence to rebut the <u>prima</u> <u>facie</u> validity of the claim, the ultimate burden of persuasion is shifted back to the claimant. <u>See</u>, *e.g.*, <u>In re Murguillo</u>, 176 B.R. 524, 529 (B.A.P. 9th Cir. 1994).

A proof of claim executed and filed in accordance with Rule 3001 constitutes <u>prima</u> <u>facie</u> evidence of the validity and amount of the claim.  <u>Garner v. Shier (In re Garner)</u>, 246 B.R. 617 (B.A.P. 9th Cir. 2000), <u>but</u> <u>see</u> <u>Heath v. American Express Travel Related Services Co.</u>, 331 B.R. 424 (B.A.P. 9th Cir. 2005) (failure to file a proof of claim in accordance with Rule 3001(c) does not as a matter of law require the court to disallow the claim, but can raise an evidentiary basis to object to the unsupported aspects of the claim).

Bankruptcy courts throughout the country as well as a leading treatise on bankruptcy law agree that in order for a claim to be afforded the <u>prima</u> <u>facie</u> validity set forth in Rule 3001(f), it must first comply with the rules for properly filing a proof of claim including, but not limited to, the mandates set forth in Rule 3001.  In the case of an individual debtor, sanctions may be imposed for failure to meet the requirements of Rule 30001.  <u>See</u>, <u>In re Consolidated Pioneer Mortgage</u>, 178 B.R. 222, 226 (9th Cir. BAP 1995); <u>Collier on Bankruptcy</u>, P. 3001.01 (16th ed. 2011).

If a claim is entitled to the <u>prima</u> <u>facie</u> validity set forth by Rule 3001(f), a party objecting to a claim must present affirmative evidence to overcome the presumptive validity of a properly filed proof of claim, after which the burden of proof shifts back to the claimant.  <u>In re Holm</u>, 931

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

13

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

Page 13

1    F.2d 620, 623 (9th Cir. 1991);  In re Michigan-Wisconsin Transportation Co., 161 B.R. 628

2    (Bankr. W.D. Mich. 1993).  In re Allegheny International, Inc., 954 F.2d 167 (3rd Cir. 1992),

3    the Third Circuit stated in pertinent part:

> [A] claim that alleges facts sufficient to support a legal liability to the claimant satisfies the claimant's initial objection to go forward. The burden of going forward then shifts to the objector to produce evidence sufficient to negate the prima facie validity of the filed claim . . ..  In practice, the objector must produce evidence which, if believed, would refute at least one of the allegations that is essential to the claims legal sufficiency.  If the objector produces sufficient evidence to negate one or more of the sworn facts in the proof of claim, the burden reverts to the claimant to prove the validity of the claim by a preponderance of the evidence.

Id. at 174-75; see also, In re Global Western Dev. Corp., 759 F.2d 724 (9th Cir. 1985).

The Bankruptcy Appellate Panel for the Ninth Circuit stated in pertinent part:

> If the objector produces evidence sufficient to negate the validity of the claim, the ultimate burden of persuasion remains on the claimant to demonstrate by a preponderance of the evidence that the claim deserves to share in the distribution of the debtor's assets.

In re Pugh, 157 B.R. 898, 901 (B.A.P. 9th Cir. 1993).

The objecting party is not required to disprove the claim.  In re Kahn, 114 B.R. 40 (Bankr. S.D.N.Y. 1990).  The objecting party only has the initial burden of producing facts sufficient to demonstrate that an actual dispute regarding the validity or amount of the claim exists.  In re Hydorn, 94 B.R. 608 (Bankr. W.D. Mo. 1988).  The burden of persuasion is always on the claimant to establish his entitlement to the claim.  In re Holm, supra; In re Vernon Sand & Gravel, Inc., 93 B.R. 580 (Bankr. N.D. Ohio 1988); In re Twinton Properties Partnership, 44 B.R. 420 (Bankr. Tenn. 1984); In re Ousley, 2 B.R. 278 (S.D. Ohio 1988); Kham & Nates Shoes No. 2, Inc. v. First Bank of Whiting, 7 B.R. 420, 424 (Bankr. N.D. Ill. 1989) (claimant bears burden of persuasion by preponderance of evidence); Pepper v. Litton, 308 U.S. 25, 304, 60 S.Ct. 244 (1939) (the bankruptcy court has the power to "shift" the circumstances surrounding any claim to see that injustice or unfairness is not done in an administration of the bankruptcy estate).  The standard of proof that the claimant must satisfy to establish a valid claim against the

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

1  bankrupt estate is a preponderance of the evidence.   In re Pugh, supra; Collier, supra,   P.

2  3001.09.

3      In the present case, the Debtors have raised issues sufficient to controvert the validity of

4  the Disputed Claim.  Specifically, there is no proof or evidence attached to the Disputed Claim to

5  support alleged amount owed and/or the secured classification.   Gulf Coast has provided no

6  evidence that it is legally entitled to assert a claim against Debtors' bankruptcy estates for

7  defective product and has failed to provide evidence that it has filed documentation to perfect a

8  valid security interest in property of the bankruptcy estates.   Thus, Gulf Coast has failed to

9  comply with Rule 3001(d). Gulf Coast must now establish by a preponderance of the evidence

10  that the Disputed Claim should be allowed as a secured claim.  The burden of persuasion is now

11  on Gulf Coast.

12      Based on the foregoing, the Debtors respectfully request that the Disputed Claim be

13  disallowed in its entirety.  To the extent that the Disputed Claim is allowed, the Debtors request

14  that it be reclassified as a nonpriority general unsecured claim.

15  **C.    Absent a Response by Claimant, the Objections Should be Sustained**

16      In In re Lewis, 80 B.R. 39 (Bankr. E.D. Pa. 1987), the court addressed the situation where

17  a claimant fails to respond by stating:

18      [a]n objection to a Proof of Claim is filed and properly served, but
        the claimant fails to answer in writing or to appear at the hearing.
19      In this situation, we believe that the proper result is to strike the
        Proof of Claim.  The filing of the objection calls the prima facie
20      validity of the claim into question, and the claimant, to preserve
        the claim, must express some interest in doing so.  Thus, the
21      objection cancels out the mere filing of a Proof of Claim and the
        failure of the claimant to defend it requires us to sustain the
22      objection without question, just as we are not inclined to question
        the validity of the Proof of Claim as filed if there is not objection
23      to it.

24  (Emphasis added).  Id. at 40-41.

25      Bankruptcy Code Section 502(b) enumerates the grounds for disallowance and  provides

26  for    allowance   by   the   Bankruptcy   Court "except   to  the  extent  that . . .  such claim is

27  unenforceable against the debtor and property of the debtor under any agreement or applicable

28  law for a reason other than because such claim is contingent or unmatured".  In other words, any

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

15

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

Page 15

1  defense the debtor may have to the enforceability to the claim outside bankruptcy is a good

2  defense to the allowance of the claim to the estate.  <u>Collier</u>, <u>supra</u>, P. 502.02.

3      While the burden of persuasion is always on a claimant, the burden of proof for claims is

4  a shifting one: a claim is prima facie valid if it alleges facts sufficient to support a legal liability

5  to the claimant; if the objector then produced evidence to refute at least one of the allegations

6  essential to the claim's legal sufficiency, the burden of going forward shifts back to the claimant

7  to prove the validity of the claim by a preponderance of the evidence.  <u>Allegheny</u>, <u>supra</u>.

8      Thus, absent a response by Claimant, the Debtors' objections to the Disputed Claim

9  should be sustained.

10          **IV.    <u>CONCLUSION</u>**

11      Based on the foregoing, Gulf Coast did not meet its burden of proof because its Disputed

12  Claim is presumptively invalid pursuant to Rule 3001(f) and because the Gulf Coast has

13  provided no evidentiary basis to meet its burden of proof.    Furthermore, the Debtors have

14  provided evidence challenging the Disputed Claim.    Accordingly, the Debtors respectfully

15  request that this Court grant the Motion and enter an order denying the Disputed Claim in its

16  entirety, or to the extent it is allowed reclassifying the Disputed Claim as a general unsecured

17  claim for the reasons set forth herein, without prejudice to the Debtors' right to object to the

18  Disputed Claim on other grounds at a later date, and for such other and further relief as the Court

19  may deem just and proper.

20

21  Dated: March 20, 2012          **SHULMAN HODGES & BASTIAN, LLP**

22                  /s/ James C. Bastian, Jr.

23                  _____
                  James C. Bastian, Jr.
24                  Attorneys for Trade Union International, Inc.  and
                  Duck House, Inc., the Debtors and Debtors in Possession

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

16

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

**Page 16**

# DECLARATION

## DECLARATION OF WIN PEN CHANG

I, Wen Pin Chang, declare as follows:

1.      I am the President of Trade Union International, Inc., a California corporation ("Trade Union"), and Duck House, Inc., a California corporation ("Duck House"), each a debtor and debtor in possession (collectively the "Debtors"), and am one of the persons responsible for the administration of the Debtors.  I have personal knowledge of the facts set forth herein and could, if called as a witness, competently testify thereto.  I am also personally familiar with, and am custodian of, the records of the Debtors as they pertain to the financial records set forth herein.  The records of the Debtors are made by employees or agents of the Debtors who report to me and who have a business duty to enter the records of the Debtors accurately and at or near the time of the event which they record.

2.      I make this Declaration in support of the Debtors' Motion for Order Disallowing Claim No. 6 by Friesing Investments, Inc. dba Gulf Coast Sales and Marketing ("Motion").

3.      Trade Union filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code on January 31, 2011 ("Petition Date").  Trade Union is affiliated with Duck House which also filed a Chapter 11 bankruptcy on January 31, 2011, Case No. 6:11-bk-13072-DS.  The cases are being jointly administered pursuant to Court Order entered February 10, 2011 (docket number 22).

4.      Pursuant to Court order entered on September 15, 2011 (docket number 186) the Debtors' Modified First Amended Chapter 11 Reorganization Plan ("Plan") was confirmed.

5.      Under the Plan, the Debtors as their president, I am serving as the Disbursing Agent under the Plan.

6.      On or about March 8, 2011, Friesing Investments, Inc. dba Gulf Coast Sales and Marketing ("Gulf Coast") filed an alleged secured claim against Duck House in the amount of $82,831.50 which is designated as Claim No. 6 on the Court's claims register in the Trade Union case.  A true and correct copy of the Disputed Claim is attached hereto as **Exhibit 6**.  The Disputed Claim was filed in the  Trade Union case but indicates that the alleged amounts owed is a liability of Duck House only.

17

**SHULMAN HODGES &
BASTIAN LLP**
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

**Page 18**

7.     The face of the Disputed Claim indicates the amount owing is based on "defective unsaleable goods returned for net credit".   Among the documents attached to the Disputed Claim are two unauthorized Credit Memos:  The first unauthorized Credit Memo appears to represent goods that have been returned to Duck as allegedly being defective with a ledger balance of $19,229.67. The second unauthorized Credit Memo appears to represent goods held by Gulf Coast that are waiting to be returned to Duck House as allegedly being defective.

8.     Gulf Coast is a distributor for Duck House.  Duck House made arrangements with Gulf Coast that all stock adjustment returns should be immediately re-stockable, in original boxes, and all stickers or price tickets were to cleaned off.  This is a common practice and these are general terms with Duck House distributors.  However, Duck House has examined the goods returned by Gulf Coast as allegedly being defective and has found the following:

•     Gulf Coast returned to Duck House goods that were filthy, had stickers, had been damaged in store displays or consumers of Gulf Coast, or had been damaged in transit during return shipping, and were not damaged as a result of any manufacturing defects.  Gulf Coast failed to return the goods in clean condition and in their original packaging, i.e., the goods appeared to be used as they were missing plastic/bubble wrap and were "thrown" into boxes with no carton dividers for protection.  See the photos of items returned by Gulf Coast attached hereto as **Exhibit A**, evidencing the goods were not returned in clean condition and were not in their original packaging and had been damaged by Gulf Coast and/or its consumers (cracked mugs damaged by being dropped, not manufacture defect).  In addition, attached hereto as **Exhibit B** is a true and correct copy of Duck House's policy for returned goods, including that the goods are to be returned in clean condition and in their original packaging (the policy is posted on Duck House's website).   By failing to use the original packaging, the goods were damaged on their return shipping to Duck House.  Duck House cannot issue credit memos for products that have been used by Gulf Coast (either as store displays or sold to consumers) and not returned in the original packaging.

•     Some of the returned items were in perfect condition.   Attached hereto as **Exhibit C** are photos of returned mugs in perfect condition.  There was no basis for the return of

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

1   the items and  Duck House does not offer guaranteed sales of product.  As such, rather than

2   requesting a credit for returned items, Gulf Coast needs to pay for goods purchased even if Gulf

3   Coast was unable to sell the items to consumers or others.

4   • Some of the returned items were more than three years old (manufactured in

5   2008) which far exceeds the one year return policy of Duck House.  (Attached hereto as

6   **Exhibit D** is photo of a returned mug described as a "Dallas Maverick" mug which was

7   manufactured in 2008.)  Duck House only provides credit for returns that are in brand new

8   condition and not over one year from date of purchase and are in original packaging such that

9   they can be re-sold (see **Exhibit B** which sets forth the policy for returned goods.)  The returned

10  items did not meet any of this qualifications.  As stated above, Gulf Coast returned many items

11  with excellent quality but the mugs were not returned in their original packaging (missing

12  plastic/bubble wrap and "thrown" into boxes with no carton dividers for protection).

13  9. Based on the foregoing, the Duck House products that were returned are not

14  defective but rather, the product was damaged by Gulf House and/or its consumers, items were

15  improperly returned (in perfect condition for which no credit is available), and/or product was

16  returned that was more than three years old and outside Duck House's return policies.  Duck

17  House is not responsible for Gulf Coast's own store or consumer damage, used products sitting

18  on shelves for over three years, or product that was in perfect condition but was not sold by Gulf

19  Coast.  As such, the Disputed Claim should be denied in its entirety.

20  10. The Disputed Claim asserts a secured status but fails to provide any evidence to

21  support that the amount owed represents a secured claim classification under any applicable

22  section of the Bankruptcy Code.   Gulf Coast has provided no evidence that it has filed

23  documentation to perfect a valid security interest in property of the Debtors' Estates.

24  11. The Disputed Claim of Gulf Coast was not listed in the Debtors' Schedule D as

25  holding a secured claim.  Attached hereto as **Exhibit B** is a true and correct copy of Trade

26  Union's Bankruptcy Schedules D, E and F.  Attached hereto as **Exhibit C** is a true and correct

27  copy of Duck House's Bankruptcy Schedules D, E and F.  After reviewing Duck House's books

28  and records with my staff, I approved the Bankruptcy Schedules and signed them in connection

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\59

Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

1   with the Chapter 11 filings.    As evidenced by the Bankruptcy Schedules in both cases, the

2   Debtors' books and records do not indicate there is a claim owed to Gulf Coast (secured or

3   unsecured) as of the Petition Date.    Moreover, after reviewing the books and records and

4   conferring with my staff, I believe that Duck House does not owe anything to Gulf Coast.

5        12.    The Debtors object to the Disputed Claim on the grounds that it is not entitled to

6   secured status.    The Debtors' Bankruptcy Schedules do not reflect that the Disputed Claim is

7   entitled to secured status.    There is no documentary evidence attached to the Disputed Claim to

8   warrant treatment of the amount owed as a secured claim under any applicable section of the

9   Bankruptcy Code.  Gulf Coast failed to provide evidence that they have filed documentation to

10  perfect a valid security interest in property of the Debtors' bankruptcy estates.  Finally, there is

11  nothing in Debtors' books and records in support of any secured claim status of Gulf Coast.  As

12  such, to the extent that the Disputed Claim is allowed, it should be reclassified as a general

13  unsecured claim.

14       13.    Accordingly, the Debtors request that if the Disputed Claim is allowed, that the

15  Disputed Claim be reclassified as a nonpriority general unsecured claim against Duck House.

16       I declare under penalty of perjury under the laws of the United States of America that the

17  foregoing is true and correct.

18       Executed on March 20, 2012,  at Montclair, California.

19

20

21  Wen Pin Chang

22

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

20

4265-000\59
Z:\S-T\Trade Union International\Claims Objections\Gulf Coast - Objection.doc

# EXHIBIT 6

## Claim of  Gulf Coast

B10 (Official Form 10) (04/10) – Page 1

| UNITED STATES BANKRUPTCY COURT    CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor:    Trade Union International, Inc and Duck House, Inc | Case Number:    6:11-bk-13071-DS |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Friesing Investments, Inc. dba Gulf Coast Sales and Marketing

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

Keith Friesing  Gulf Coast Sales and Marketing
P.O. Box 2767
Addison, TX 75001
    972-702-0838

Telephone number:

**Court Claim Number:** _____
*(If known)*

Filed on:_____

**FILED**

**MAR - 8 2011**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 82,831.50

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Defective unsalable goods returned for net credit
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 7365

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☒ Other
**Describe:**

**Value of Property:** $ 84,914.87  **Annual Interest Rate** 0 %

**Amount of arrearage and other charges as of time case filed included in secured claim,**

if any: $_____  **Basis for perfection:**_____

**Amount of Secured Claim:** $ 82,831.50  **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See Instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 3-3-2011  **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**FOR COURT USE ONLY**

# EXHIBIT 6

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Page 23

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of heath care goods or services limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).** If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## EXHIBIT 6

| Gulf Coast Sales | | | |
|---|---|---|---|
| Duck House Open Items | | | |
| 3/3/2011 | | | |
| | | Duck House | GCSM |
| Invoice | Date | Ledger | Ledger | |
| 94552 | 8/3/2010 | (15.36) | (15.36) | |
| 94982 | 8/12/2010 | (107.52) | (107.52) | |
| 95439 | 8/16/2010 | 201.62 | 201.62 | |
| 94551 | 8/23/2010 | (99.84) | (99.84) | |
| 72610 | 8/23/2010 | (184.80) | (184.80) | |
| 99117 | 11/26/2010 | 1,586.13 | 1,586.13 | |
| 99224 | 12/1/2010 | 134.40 | 127.68 | Variance is additional 5% discount given by Duck House for timely payment |
| 98942 | 11/22/2010 | 112.32 | 106.70 | Variance is additional 5% discount given by Duck House for timely payment |
| 99881 | 12/20/2010 | 134.40 | 127.68 | Variance is additional 5% discount given by Duck House for timely payment |
| 99655 | 12/10/2010 | 246.72 | 234.38 | Variance is additional 5% discount given by Duck House for timely payment |
| 99656 | 12/10/2010 | 112.32 | 106.70 | Variance is additional 5% discount given by Duck House for timely payment |
| CM0011653 | 1/3/2011 | | (19,229.67) | GCS Credit memo for returns - See attached documentation - Duck House authorized return and ordered shipper (Old Dominion) to pick up and paid freight |
| CM0011688 | 2/2/2011 | | (65,685.20) | GCS Credit memo for defective unsalable products awaiting return to Duck House - See attached documentation |
| | | 2,120.39 | (82,831.50) | Credit Balance Owed to Gulf Coast Sales by Duck House |

# EXHIBIT 6

**DUCK HOUSE SPORTS**

| | |
|---|---|
| Date | 02/09/11 |
| Time | 16:40 |

## Customer Statement

### Aged By    Due Date

Aging Date:    02/09/11

Continue

**C07365**    **GULF COAST SALES & MARKETING**

| | | | |
|---|---|---|---|
| Phone #: | 972-702-0838 | Contact Person: | KEITH FRIESING |
| Fax #: | 972-233-9371 | Sales Employee: | DUCK HOUSE, INC. |
| Address: | P.O. BOX 2767 | Credit Limit: | 200,000.00 |
| | ADDISON, TX  75001-2767 | Commitment Limit: | 200,000.00 |

**Prior Period Balance**

| Document | BP Ref. No. | Post. Date | Due Date | Details | Amount | Balance |
|---|---|---|---|---|---|---|
| | | | | A/R Credit Memos - C07365 | ($ 15.36) | ($ 15.36) |
| CN 6163 | 94552 | 08/03/10 | 08/03/10 | A/R Credit Memos - C07365 | ($ 107.52) | ($ 122.88) |
| CN 6191 | 94982 | 08/12/10 | 08/12/10 | A/R Credit Memos - C07365 | $ 201.62 | $ 78.74 |
| IN 95439 | 18347 | 08/16/10 | 08/16/10 | A/R Invoices - C07365 | ($ 99.84) | ($ 21.10) |
| CN 6208 | 94551 | 08/23/10 | 08/23/10 | A/R Credit Memos - C07365 | ($ 184.80) | ($ 205.90) |
| CN 6221 | 72610 | 08/23/10 | 08/23/10 | A/R Credit Memos - C07365 | $ 1,586.13 | $ 1,380.23 |
| IN 99117 | CHARGEBACK | 11/26/10 | 11/26/10 | A/R Invoices - C07365 | $ 112.32 | $ 1,492.55 |
| IN 98942 | D0206051 | 11/22/10 | 01/21/11 | A/R Invoices - C07365 | $ 134.40 | $ 1,626.95 |
| IN 99224 | 700296334 | 12/01/10 | 01/30/11 | A/R Invoices - C07365 | $ 246.72 | $ 1,873.67 |
| IN 99655 | 700296718 | 12/10/10 | 02/08/11 | A/R Invoices - C07365 | $ 112.32 | $ 1,985.99 |
| IN 99656 | 700296879 | 12/10/10 | 02/08/11 | A/R Invoices - C07365 | $ 134.40 | $ 2,120.39 |
| IN 99881 | 700297051 | 12/20/10 | 02/18/11 | A/R Invoices - C07365 | | $ 2,120.39 |
| **Total** | | | | | | |

| | Total | Future Remit | 0 - 30 | 31 - 60 | 61 - 90 | 90+ |
|---|---|---|---|---|---|---|
| **Total** | ($ 31.88) | | | ($ 31.88) | | |
| **Aging (%)** | % 100.00 | | | % 100.00 | | |

Duck House Contact Person:    Yvette - Phone (800) 354-3655 ext 106

## EXHIBIT 6

## Gulf Coast Sales & Marketing

Attn: Accounts Receivable
P.O. Box 2767
Addison, TX 75001-2767

Phone  (972) 702-0838
Fax    (972) 233-9371
E-Mail  keith@gulfcoastsales.net

# Credit Memo

| ▇▇▇▇ | 0011653 |
| ▇▇▇▇ | Duck Hou |

Duck House, Inc.
P.O. Box 80013
City of Industry, CA 91716-8013

| ▇▇▇▇ | 1/3/2011 |
| ▇▇▇▇ | 1/3/2011 |

Gulf Coast Sales & Marketing
Keith Friesing
14289 Welch Rd.
Farmers Branch, TX 75244

| ▇▇▇▇ | 1 |

LTL Old Dominion 02026005393

Due on receipt

| | | | | Ea | 3.00 | ($171.00) |
|---|---|---|---|---|---|---|
| Reusable Plates 12 Pack | Reusable Plates 12 Pack | Plates 12 Pack 9 1/2 | -57.00 | Ea | 3.00 | ($171.00) |
| Tumbler 20oz | Tumbler 20oz | 20oz Insulated Tumbler Glass | -8.00 | Ea | 3.50 | ($28.00) |
| | | sending 45 but 37 already credited on Inv 97248 | | | | |
| LCM | Crystal Mug | Crystal Mug | -3,413.00 | Ea | 5.85 | ($19,966.05) |
| LFP | Pilsner | Pilsner | -754.00 | Ea | 5.85 | ($4,410.90) |
| Plastic Cups 24 Pack | Plastic Cups 24 Pack | Plastic Cups 24 Pack | -43.00 | Ea | 2.50 | ($107.50) |
| Discount | | Discount | 1.00 | Ea | 5,924.03 | $5,924.03 |
| Freight | | Inbound freight credit | -4,275.00 | | 0.11 | ($470.25) |



($19,229.67)

# EXHIBIT 6

FREIGHT CHARGES ARE PREPAID ON THIS BILL OF LADING UNLESS MARKED COLLECT

**OLD DOMINION FREIGHT LINE, INC**
PHONE: 800-432-6335      WEB: www.odfl.com
**INTERNET STRAIGHT BILL OF LADING**
ORIGINAL - NOT NEGOTIABLE

OLD DOMINION FREIGHT LINE          SHIPPER LABEL

02026005393                        DAL

DRIVERS SIGNATURE ACKNOWLEDGES RECEIPT OF FREIGHT ONLY, UNLESS OTHERWISE AGREED UNDER
SEPARATE CONTRACT. TERMS AND CONDITIONS ARE GOVERNED BY ODFL TARIFFS AND HMF 100 SERIES

FREIGHT CHARGES:  **Collect**      DATE:  **01-03-11**

B/L# _____

PO# _____

| SHIPPER (FROM): | CONSIGNEE (TO): | | |
|---|---|---|---|
| DUCK HOUSE<br>4651 STATE STREET<br>MONTCLAIR CALIF 91763<br>6130 | GULF COAST SALES<br>14289 WELCH RD<br>FARMERS BRANCH TX<br>75244 | **COD** | Amount:<br><br>COD Fee: |

Subject to section 7 of the conditions, if this shipment
is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier shall not make delivery of this
shipment without payment of freight and all other
lawful charges.

BILL THIRD PARTY FREIGHT CHARGES TO:      REMIT TO (COD):

_(Signature of Consignor)_

| Pieces | HM | Description | Type | NMFC No. | Class | Weight (lbs) |
|---|---|---|---|---|---|---|
| 60 | ☐ | pallets of | | | | 5,500 |
| | ☐ | | | | | |
| | ☐ | | | | | |
| | ☐ | | | | | |
| | ☐ | | | | | |
| | ☐ | | | | | |
| | ☐ | | | | | |
| | ☐ | | | | | |
| | ☐ | | | | | |

FREIGHT PROOF FOR CM 0211653

SPECIAL INSTRUCTIONS:

RATE REFERENCE#

HAZARDOUS MATERIALS EMERGENCY CONTACT:

**FREEZABLE - NO**      Total Weight: 0

Total Shipping Units: 0

Carrier liability: Shipments valued at more than $20.00 per pound are of extraordinary
value. Carrier's maximum liability is $20.00 per pound per package subject to $50,000.00
maximum total liability per shipment. The agreed value on household goods, used
(machinery, or personal effects does not exceed ten cents per pound per article, unless
otherwise specified.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in
writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to
be not exceeding
$ _____ per _____

Shipper hereby certifies that he understands that all transportation by ODF shall be subject
to the terms and conditions of the Bill of Lading contract shown in the HMFC 100 series, used
the said terms and conditions are hereby agreed to by the shipper and accepted for himself
and his assigns.

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED,
DESCRIBED, PACKAGED, MARKED, AND LABELED AND ARE IN PROPER CONDITION FOR
TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT
OF TRANSPORTATION AND THE NATIONAL MOTOR FREIGHT CLASSIFICATION AS SHOWN
IN THE NMFC 100 SERIES.

ACCESSORIAL SERVICES REQUESTED
☐ ARN   ☐ CA   ☐ HYD   ☐ ISC   ☐ RDC   ☐ IND   Ins. Amount
☐ OVL   ☐ OV2   ☐ EXD

Note: Items excluded from coverage include used articles, household goods, personal effects,
and other prohibited commodities shown in OD Rules 100, Item 790. Maximum liability shall not
exceed $250,000.00 and shipments must be prepaid. See OD Rules 100, Item 574 for complete
rates on insurance - truck conveyed freight.

SHIPPER

AUTHORIZED SIGNATURE: (Shipper)
**Larry Abbott**

DATE: **1-3-11**    PU RECEIVED: **(SW)**    TRAILER NO: **53082**

CARRIER: **OLD DOMINION FREIGHT LINE, INC.**

**EXHIBIT 6**

2011-01-03 14:40

1/1   A   J/655593/5   <<          07:40 E0-10-1107



Patrick Adams <patrickadamstx@gmail.com>

---

## FW: DH returns
1 message

**Accounting GCS <accounting@gulfcoastsales.net>**
To: Patrick Adams <patrickadamstx@gmail.com>

**Thu, Mar 3, 2011 at 10:58 AM**

Passing on Gus' message from his phone call to me that day.

**From:** Accounting GCS
**Sent:** Thursday, December 30, 2010 3:21 PM
**To:** 'Larry Abbott'
**Cc:** Keith Friesing
**Subject:** DH returns

Gus is sending Old Dominion on Monday – sorry could not get it scheduled for tomorrow (holiday). Needs us to prepare a BOL (he est 5500 lbs on the order) shipped collect. They're closed Fri & Mon so call today if anything else is needed. Thanks.

## Lori Fox

accounting@gulfcoastsales.net

Gulf Coast Sales & Marketing

Phone: 972.702.0838

Fax: 972.233.9371



PO Box 2767
Addison, TX 75001-2767

14289 Welch Rd.

Farmers Branch, TX 75244

---

# EXHIBIT 6

## Gulf Coast Sales & Marketing

Attn:  Accounts Receivable
P.O. Box 2767
Addison, TX 75001-2767

Phone   (972) 702-0838
Fax      (972) 233-9371
E-Mail   keith@gulfcoastsales.net

# Credit Memo

▮▮▮▮▮▮  0011688

▮▮▮▮▮▮  Duck Ho▮

▮▮▮▮▮▮  2/2/2011

▮▮▮▮▮▮  2/2/2011

Duck House, Inc.
4651 State St
Montclair, CA 91763

Gulf Coast Sales & Marketing
Keith Friesing
14289 Welch Rd.
Farmers Branch, TX 75244
US

▮▮▮▮▮▮  1

▮▮▮▮▮▮

Ground                                                                    Due on receipt

| | | | | | |
|---|---|---|---|---|---|
| LCM | Crystal Mug | Crystal Mug | -7,528.00 | Ea | 5.85 | ($44,038.80) |
| LFP | Pilsner | Pilsner | -7,246.00 | Ea | 5.85 | ($42,389.10) |
| Discount | | | | | | $20,742.70 |

IN OUR WARE HOUSE
DEFECTIVE & UNSALABLE
AWAITING RETURN
FOR CREDIT

▮▮▮▮▮▮  ($65,685.20)

# EXHIBIT 6

**Greg Rutledge**

| | |
|---|---|
| **From:** | Jeff Sherman [jeff@duckhouse.com] |
| **Sent:** | Monday, October 05, 2009 12:36 PM |
| **To:** | Keith Friesing |
| **Subject:** | RE: Follow Up |

Keith, no...your cost is $5.85 - 20% = $4.68 - 5% if paid within terms = $4.446 per mug and pilsner.  The 5% prompt pay discount is earned on the $4.68 not the $5.85.  We have been charging back the difference when your accounting department deducts the 5% on the gross amount instead of the net amount.

Thanks,

Jeff

> -----Original Message-----
> **From:** Keith Friesing [mailto:KFriesing@gulfcoastsales.net]
> **Sent:** Monday, October 05, 2009 9:22 AM
> **To:** jeff@duckhouse.com
> **Subject:** Follow Up
>
> Jeff,
>
> Trying to get reconciled, question, my cost is $5.75, less the 20%, & another 5%, net $4.31, correct?

## Keith Friesing

**Gulf Coast Sales & Marketing**

14289 Welch Rd
Farmers Branch, TX 75244
PO Box 2767
Addison, TX 75001
O (972)702-0838
F (972) 233-9371
C (214) 957-9327

*DUCK HOUSE*
*DISCOUNT*
*INFO*

*20%*
*+*
*5% FOR PROMPT PAYMENT*

# EXHIBIT 6

# EXHIBIT A

## Photos of Returned Product
## not in Original Packing, Damaged



#2 LTP 107

Broken Base

Store Damage

Not Acceptable

**EXHIBIT A**



EXHIBIT A



**EXHIBIT A**



EXHIBIT A



**EXHIBIT A**



**EXHIBIT A**



**EXHIBIT A**



**EXHIBIT A**



**EXHIBIT A**



**EXHIBIT A**



**EXHIBIT A**



**EXHIBIT A**

# **EXHIBIT B**

# **Return Policy**



Search [          ]

in  [All Categories ▾]  [Any word ▾]

Home  About Duck House  Contact Us  FAQs  My Account  Shopping Cart  Checkout  Sign In



SHOP Online

MLB

NFL

COLLEGIATE

CRYSTAL FREEZER MUGS - LCM

PILSNERS - LFP

DUCK HOUSE SPORTS
2011 CATALOG

## Frequently Asked Questions

Expand All

### About our website

➕ **Can I sort products by price?**

➕ **How can I view the products on your website?**

➕ **How can I find a particular product or team?**

➕ **How do I enlarge a product image?**

➕ **Can I use your photos on my website?**

### About refunds, exchanges and returns

➕ **What if my order gets lost in shipping?**

➖ **What if my order is damaged?**
We take great pride and care in ensuring that our products are free from manufacturing defects and are packaged properly

# EXHIBIT B



before they are shipped to you. However, we are aware that unforeseen problems may arise once your order leaves our warehouse. Contact us immediately and we will give you a return #. In the event an item is damaged we will provide you (via e-mail) with a UPS return shipping label. Print the UPS label on white paper and attach it to the carton with clear tape. You will need to take the carton to a UPS shipping center or UPS store, or you can place it in any UPS drop box. Damaged items cannot be returned for credit, they only can be exchanged. Once the damaged item is received at our warehouse a replacement item will be shipped to you at our expense. Claims for damaged items must be made within 3 days of receipt of shipment.

**What are your return fees and charges?**

## About your order

**How do I create my account profile?**

**Which payment methods are available on this site?**

**Is it safe to use my credit card over the Internet?**

**How do I place an order?**

**Can I make changes to or cancel my order?**

**Do you accept custom and special orders?**

**Where do you ship to?**

**Will you sell my personal information?**

**How do I create my account profile if I am not within the United States?**

**What is your return policy procedure?**

To determine if your order qualifies for a return, a few simple rules apply. If you need to return an item, please contact our Customer Care Department for assistance. Be sure to provide information about what needs to be returned including the item number, your name and address, your e-mail address, the reason for the return, and your order number. If calling by telephone, please have your invoice handy so we can obtain the information required to process your return. We will provide you with a return merchandise authorization (RMA) number. The RMA number must be clearly and legibly displayed on the outer packaging of your return. PLEASE NOTE: Only our Customer Care Department may authorize returns. All items authorized

# EXHIBIT B

for return must be returned to us in exactly the same manner they were received by you. In other words, all items authorized for return must be returned in their original condition, meaning the package enclosing the item must not be opened, cut, torn, written on or tampered with in any way. No Exceptions! The customer must pay all costs related to return shipping. For your protection, we strongly urge you to ship your return using a traceable carrier such as UPS or FedEx to verify receipt of the return. It is your responsibility to ensure the secure packaging of returned merchandise to prevent any damage during the shipping process. We will not be liable for any costs associated with the damage or loss of any returned merchandise during transit. It's important to include your order's original invoice with your return shipment.

    

Website © 2007 - 2011 Duck House All rights reserved.    Terms of use  Privacy Policy

# EXHIBIT B

# EXHIBIT C

# Photos of Returned Product in Perfect Condition

**EXHIBIT C**



**EXHIBIT C**



**EXHIBIT C**



**EXHIBIT C**

# EXHIBIT D

## Photos of Returned Product
## Outside One Year Return Policy

**EXHIBIT D**



**EXHIBIT D**



## PALLET#6

| | |
|---|---|
| LFP206 | 312 |
| LFP416 | 62 |
| LFP128 | 12 |
| LFP118 | 12 |
| LFP16 | 11 |
| LFP102 | 12 |
| LFP115 | 9 |
| LFP432 | 22 |
| LFP476 | 10 |
| LFP122 | 1 |
| LFP121 | 13 |
| LFP107 | 78 |
| LFP114 | 1 |
| LFP11? | 2 |
| LFP110 | 12 |
| LFP108 | 4 |
| LFP520 | 24 |
| LFP211 | 16 |
| LFP213 | 26 |
| LFP226 | 6 |
| LFP430 | 12 |
| LFP417 | 12 |
| LFP426 | 24 |

TOTAL=693
BOXES=30

**EXHIBIT D**

# EXHIBIT E

## Trade Union's Schedules

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.** <br> Debtor. | Case No.: **6:11-bk-13071-DS** <br> (If known) |

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

❑     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> CATHAY BANK <br> ATTN GREGORY BADURA <br> 9650 FLAIR DR <br> 3RD FLOOR <br> EL MONTE, CA 91731 | X | | UCC-1 Filing <br><br> Filing No. 067090643792 on 10/30/2006 <br><br> Filing No. 9714260787 on 5/19/1997 and the latest continuation Filing No. 0771030454 on 2/13/2007 <br><br> The Bank Group consisting of Cathay Bank and China Trust Bank asserts a security interest over all the assets of the Debtor <br><br> Collateral value, including non-assets of the bankruptcy estate $11,5S00,000 | X | X | X | $11,500,000 | |

# EXHIBIT E

**Page 59**

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.** | Case No.:  **6:11-bk-13071-DS** |
| Debtor. | (If known) |

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>CATHAY BANK<br>DAVID L PRICE, VP<br>LOAN SYNDICATIONS<br>777 N BROADWAY<br>LOS ANGELES, CA 90012 | X | | Duplicate/Additional Notice re of Cathay Bank | X | X | X | Duplicate | |
| Last four digits of ACCOUNT NO.<br><br>CHINATRUST BANK<br>MELVIN O.REDFORD,<br>EXE VICE PRESIDENT<br>22939 HAWTHORNE BLVD<br>TORRANCE, CA 90505 | X | | Duplicate/Additional Notice re of Cathay Bank | X | X | X | Duplicate | |
| Last four digits of ACCOUNT NO.<br><br>WELLS FARGO FINANCIAL LEASING MANUFACTURER SERVICES GROUP<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 7777<br>SAN FRANCISCO, CA 94120-7777 | | | Notice Purposes - UCC-1 Filing related to leased forklifts<br><br>Fililng No. 107220526732, on 1/21/2010<br><br>3 - Crown Forklifts Rc5535-35 S/N-S 1a354979, 1a354978, 1a354977; 3 - Douglas 36 Volt Battries 18-125-15  S/N-S 090000815, 090000814, 080019392; 3 - Crown Chargers 390865-336-01  S/N-S 183086508102207, 183086508102222, 183086508081405<br><br>Filing No. 097215401312 on 11/27/2009<br><br>3 - Crown Reach Trucks Rd5725-30 With Batteries And Chargers  S/N-S 1A353697, 1A353696, 1A353740 | | | Notice Purposes | | | |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.**<br>Debtor. | Case No.:  **6:11-bk-13071-DS**<br>(If known) |

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>WELLS FARGO BANK NA ATTN PRESIDENT OR AGENT 300 TRI STATE INTL SUITE 400 LINCOLNSHIRE, IL 60069-4417 | | | Duplicate – Additional Notice | | | | Duplicate | |
| Last four digits of ACCOUNT NO.<br><br>MICHELIN NORTH AMERICA INC ATTN PRESIDENT OR AGENT 1 PARKWAY S GREENVILLE, SC 29615-5022 | | | Notice Purposes - UCC-1 Filing<br><br>Filing No. 107219291143 on 1/27/2010 | | | | Notice Purposes | |
| Last four digits of ACCOUNT NO.<br><br>USBANCORP ATTN PRESIDENT OR AGENT 1310 MADRID ST SUITE 104 MARSHALL, MN 56258-4006 | | | Notice Purposes - UCC-1 Filing<br><br>Filing No. 097214827838 on 11/19/2009<br><br>1 Hunter Balancer, Model #GSP972415 ; 1 Hunter Kit - Hunterpro P, Model #2021541 ; 1 Hunter Tire Changer, Model TC3710EW ; 1 Miscellaneous Shipments<br><br>Filing No. 097193421379 on 4/13/2009<br><br>GSP97245120-2154-1TC3710EN | | | | Notice Purposes | |
| Last four digits of ACCOUNT NO.<br><br>KEY EQUIPMENT FINANCE ATTN PRESIDENT OR AGENT PAYMENT PROCESSING CLEVELAND, OH 44194-0796 | | | Notice Purposes - UCC-1 Filing<br><br>Filing No. 077111569522 on 4/26/2007<br><br>2005 Caterpillar NRR30P Forklift S/N# 2GL07481, 2004 Caterpillar NPV60 Forklift S/N# 2HL11503, | | | | Notice Purposes | |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.** | Case No.: **6:11-bk-13071-DS** |
| Debtor. | (If known) |

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>KEY EQUIPMENT FINANCE ATTN PRESIDENT OR AGENT 3075 HIGHLAND PKWY FL UCC DEPT DOWNERS GROVE, IL 60515-1288 | | | Duplicate – Additional Notice | | | | Duplicate | |
| Last four digits of ACCOUNT NO.<br><br>KEY EQUIPMENT FINANCE ATTN PRESIDENT OR AGENT 3075 HIGHLAND PKWY FL UCC DEPT DOWNERS GROVE, IL 60515-1288 | | | Duplicate – Additional Notice | | | | Duplicate | |
| | | | Total(s) (Used only on last page) ▶ | | | | $11,500,000 | |
| | | | | | | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

# EXHIBIT E

| | |
|---|---|
| In re | Chapter No.: 11 |
| **TRADE UNION INTERNATIONAL, INC.** | Case No.: **6:11-bk-13071-DS** |
| Debtor. | (If known) |

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of al l amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑   **Domestic Support Obligations**: Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**: Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**: Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**: Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**: Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**: Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

* Amount subject to adjustment on April 1, 2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.**<br>Debtor. | Case No.: **6:11-bk-13071-DS**<br><div align="right">(If known)</div> |

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   **Taxes and Certain Other Debts Owed to Governmental Units**: Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**: Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated**: Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on April 1, 2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<div align="center">__2__ Continuation Sheets attached</div>

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.** | Case No.: **6:11-bk-13071-DS** |
| Debtor. | (If known) |

### SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | | Notice Purposes | | | | $.00 | | |
| Last four digits of ACCOUNT NO. FRANCHISE TAX BOARD ATTN BANKRUPTCY UNIT PO BOX 2952 SACRAMENTO, CA 95812-2952 | | | Notice Purposes | | | | $.00 | | |
| Last four digits of ACCOUNT NO. CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT ATTN BANKRUPTCY UNIT BANKRUPTCY GROUP MIC 92E PO BOX 826880 SACRAMENTO, CA 94280-0001 | | | Notice Purposes | | | | $.00 | | |
| Last four digits of ACCOUNT NO. STATE BOARD OF EQUALIZATION ATTN BANKRUPTCY ENVIRONMENTAL FEES DIVISION PO BOX 942879 SACRAMENTO, CA 94279-6001 | | | Notice Purposes | | | | $.00 | | |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.** Debtor. | Case No.: **6:11-bk-13071-DS** (If known) |

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. SAN BERNARDINO COUNTY TREASURER-TAX COLLECTOR ATTN BANKRUPTCY 172 WEST THIRD STREET SAN BERNARDINO, CA 92415 | | | Notice Purposes | | | | $.00 | | |
| Total ▶ (Use only on last page of competed Schedule E.) Report total also on Summary of Schedules.) | | | | | | | $.00 | | |
| Totals ▶ (Use only on last page of competed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data) | | | | | | | | $ | $ |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.**<br>Debtor. | Case No.: **6:11-bk-13071-DS**<br>(If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

❑ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of<br>ACCOUNT NO.<br><br>A-CO TEMPORARY POWER<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 16843<br>NO.HOLLYWOOD, CA 91615-6843 | | | Trade Debt | | | | $ 27.44 |
| Last four digits of<br>ACCOUNT NO.<br><br>ACCELLOS<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 673922<br>DETROIT, MI 48267-3922 | | | Trade Debt | | | | $ 617.50 |
| Last four digits of<br>ACCOUNT NO.<br><br>ADP, INC.<br>ATTN PRESIDENT OR AGENT<br>PHOENIX, AZ 85062-8415 | | | Trade Debt | | | | $ 495.18 |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.** | Case No.:  **6:11-bk-13071-DS** |
| Debtor. | (If known) |

### SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>ADP, INC.<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 0500<br>CAROL STREAM, IL 60132-0500 | | | Trade Debt | | | | $ 124.20 |
| Last four digits of ACCOUNT NO.<br><br>AFFORDABLE INTERNET SERVICES<br>ATTN PRESIDENT OR AGENT<br>25655 LOUISA LANE<br>ROMOLAND, CA 92585 | | | Trade Debt | | | | $ 500.00 |
| Last four digits of ACCOUNT NO.<br><br>AMERICAN EXPRESS<br>BOX 0001<br>LOS ANGELES, CA 90096-0001 | | | Credit Cards<br>Account Nos.<br>XXXX  7009<br>XXXX 7017<br>XXXX 1044<br>XXXX 1051 | | | | $49,593.95 |
| Last four digits of ACCOUNT NO.<br><br>ANDERSON AIR CONDITIONING<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 95000-2330<br>PHILADELPHIA, PA 19195-2330 | | | Trade Debt | | | | $ 265.00 |
| Last four digits of ACCOUNT NO.<br><br>AT&T MOBILITY<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 60017<br>LOS ANGELES, CA 90060-0017 | | | Trade Debt | | | | $ 169.81 |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.**<br>Debtor. | Case No.:  **6:11-bk-13071-DS**<br>(If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>AUTOWARE TECHNOLOGIES, LLC<br>ATTN PRESIDENT OR AGENT<br>103 AMAR PL.<br>PANAMA CITY BEACH, FL 32413 | | | Trade Debt | | | | $1,675.80 |
| Last four digits of ACCOUNT NO.<br><br>BROTHER MEZA'S PALLETS<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 310506<br>FONTANA, CA 92331 | | | Trade Debt | | | | $7,360.00 |
| Last four digits of ACCOUNT NO.<br><br>BULLET TRANSPORTATION SERVICES<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 809066<br>CHICAGO, IL 60680-9066 | | | Trade Debt | | | | $23,686.93 |
| Last four digits of ACCOUNT NO.<br><br>BURRTEC WASTE INDUSTRIES INC.<br>ATTN PRESIDENT OR AGENT<br>PAYMENT PROCESSING CENTER<br>BUENA PARK, CA 90622-6520 | | | Trade Debt | | | | $ 578.10 |
| Last four digits of ACCOUNT NO.<br><br>CA STATE DISBURSEMENT UNIT<br>ATTN PRESIDENT OR AGENT<br>PO BOX 989067<br>WEST SACRAMENTO, CA 95798-9067 | | | Trade Debt | | | | $ 512.88 |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.** Debtor. | Case No.:  **6:11-bk-13071-DS** (If known) |

### SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>CENTURY COPY TECHNOLOGY ATTN PRESIDENT OR AGENT 18301 E. VALLEY BLVD. CITY OF INDUSTY, CA 91744 | | | Trade Debt | | | | $1,306.02 |
| Last four digits of ACCOUNT NO.<br><br>CF MANUFACTURING, INC. ATTN PRESIDENT OR AGENT 11867 SHELDON STREET SUN VALLEY, CA 91352 | | | Trade Debt | | | | $ 80.00 |
| Last four digits of ACCOUNT NO.<br><br>CITY OF MONTCLAIR ATTN PRESIDENT OR AGENT 5111 BENITO ST./P.O. BOX 2308 MONTCLAIR, CA 91763 | | | Trade Debt | | | | $ 35.77 |
| Last four digits of ACCOUNT NO.<br><br>CLARK DISTRIBUTION SYSTEMS, INC ATTN PRESIDENT OR AGENT P.O. BOX 85095 CHICAGO, IL 60680-0851 | | | Trade Debt | | | | $6,025.41 |
| Last four digits of ACCOUNT NO.<br><br>CON-WAY FREIGHT ATTN PRESIDENT OR AGENT P.O. BOX 5160 PORTLAND, OR 97208-5160 | | | Trade Debt | | | | $ 645.34 |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.**<br>Debtor. | Case No.:  **6:11-bk-13071-DS**<br>(If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>CONTINENTAL AGENCY<br>ATTN PRESIDENT OR AGENT<br>1400 MONTEFINO AVE. SUITE 200<br>DIAMOND BAR, CA 91765 | | | Trade Debt | | | | $111,122.52 |
| Last four digits of ACCOUNT NO.<br><br>COVERALL NORTH AMERICA, INC.<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 802825<br>CHICAGO, IL 60680 | | | Trade Debt | | | | $ 160.00 |
| Last four digits of ACCOUNT NO.<br><br>CREATIVE DOCUMENT SOLUTIONS<br>ATTN PRESIDENT OR AGENT<br>1629 MARION-WALDO ROAD<br>MARION, OH 43302 | | | Trade Debt | | | | $ 500.00 |
| Last four digits of ACCOUNT NO.<br><br>CROWN LIFT TRUCKS<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 641173<br>CINCINNATI, OH 45264-1173 | | | Trade Debt | | | | $1,785.00 |
| Last four digits of ACCOUNT NO.<br><br>DMV RENEWAL<br>Attn Accounts Receivable<br>P.O. BOX 942897<br>SACRAMENTO, CA 94297-0897 | | | Trade Debt | | | | $ 344.00 |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.** Debtor. | Case No.:  **6:11-bk-13071-DS** (If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>DUB PUBLISHING INC.<br>ATTN PRESIDENT OR AGENT<br>16815 JOHNSON DRIVE<br>CITY OF INDUSTRY, CA 91745-1819 | | | Trade Debt | | | | $2,625.00 |
| Last four digits of ACCOUNT NO.<br><br>ENVIROKLEEN<br>ATTN PRESIDENT OR AGENT<br>5420 W. MISSION BLVD<br>ONTARIO, CA 91762 | | | Trade Debt | | | | $ 396.54 |
| Last four digits of ACCOUNT NO.<br><br>EULER HERMES ACI<br>ATTN PRESIDENT OR AGENT<br>800 RED BROOK BLVD.<br>OWINGS MILLS, MD 21117 | | | Trade Debt | | | | $ 100.00 |
| Last four digits of ACCOUNT NO.<br><br>GLOBE GAS CORPORATION<br>ATTN PRESIDENT OR AGENT<br>5843 PARAMOUNT BLVD.<br>LONG BEACH, CA 90805 | | | Trade Debt | | | | $  64.81 |
| Last four digits of ACCOUNT NO.<br><br>GREENLAND LANDSCAPE & MAINTENANCE, INC.<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 693<br>CHINO, CA 91708 | | | Trade Debt | | | | $1,140.00 |

# EXHIBIT E

| In re<br><br>**TRADE UNION INTERNATIONAL, INC.**<br>Debtor. | Chapter No.: 11<br><br>Case No.: **6:11-bk-13071-DS**<br>(If known) |
| --- | --- |

### SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Last four digits of ACCOUNT NO.<br><br>HOME DEPOT<br>ATTN BANKRUPTCY UNIT<br>5450 WALNUT AVE.<br>CHINO, CA 91710 | | | Trade Debt | | | | $ 165.35 |
| Last four digits of ACCOUNT NO.<br><br>IMAGE DESIGN INC.<br>ATTN PRESIDENT OR AGENT<br>6141 CLOVER COURT<br>CHINO, CA 91710 | | | Trade Debt | | | | $ 435.00 |
| Last four digits of ACCOUNT NO.<br><br>JOE INTERRANTE<br>185 PROVIDENCE PLANTATION DR.<br>ALPHARETTA, GA 30004 | | | Trade Debt | | | | $7,219.91 |
| Last four digits of ACCOUNT NO.<br><br>JOSEPH C. HIGDON<br>18814 GREENWAY<br>OLATHE, KS 66062 | | | Trade Debt | | | | $5,000.00 |
| Last four digits of ACCOUNT NO.<br><br>KAISER FOUNDATION HEALTH PLAN<br>ATTN PRESIDENT OR AGENT<br>FILE 5915<br>LOS ANGELES, CA 90074-5915 | | | Trade Debt | | | | $7,162.00 |

# EXHIBIT E

| In re<br><br>**TRADE UNION INTERNATIONAL, INC.**<br>Debtor. | Chapter No.: 11<br><br>Case No.:  **6:11-bk-13071-DS**<br>(If known) |
|---|---|

### SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>KDA PRODUCTS INC<br>ATTN PRESIDENT OR AGENT<br>15325 BLACKBURN AVENUE<br>NORWALK, CA 90650 | | | Trade Debt | | | | $5,775.00 |
| Last four digits of ACCOUNT NO.<br><br>KODAI (U.S.A.) INC.<br>ATTN PRESIDENT OR AGENT<br>2440 S. HACIENDA BLVD<br>HACIENDA HEIGHT, CA 91745 | | | Trade Debt | | | | $5,450.00 |
| Last four digits of ACCOUNT NO.<br><br>L.A. MACHINERY MOVING INC<br>ATTN PRESIDENT OR AGENT<br>14901 DON JULIAN RD<br>CITY INDUSTRY, CA 91746 | | | Trade Debt | | | | $ 360.00 |
| Last four digits of ACCOUNT NO.<br><br>LSY TRUCKING<br>ATTN PRESIDENT OR AGENT<br>9420 MAPLE ST.<br>BELLFLOWER, CA 90706 | | | Trade Debt | | | | $4,500.00 |
| Last four digits of ACCOUNT NO.<br><br>MAILFINANCE<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 45840<br>SAN FRANCISCO, CA 94145-0840 | | | Trade Debt | | | | $ 156.57 |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.**<br>Debtor. | Case No.:  **6:11-bk-13071-DS**<br>(If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>MARIA VARGAS<br>1416 VIRGINIA AVENUE<br>ONTARIO, CA 91764 | | | Trade Debt | | | | $ 200.00 |
| Last four digits of ACCOUNT NO.<br><br>MARK BERGER SALES INC.<br>ATTN PRESIDENT OR AGENT<br>1631 ROCK RIVER<br>PLACENTIA, CA 92870 | | | Trade Debt | | | | $17,091.67 |
| Last four digits of ACCOUNT NO.<br><br>MEYERS PUBLISHING<br>ATTN PRESIDENT OR AGENT<br>799 CAMARILLO SPRINGS ROAD<br>CAMARILLO, CA 93012-8111 | | | Trade Debt | | | | $ 680.00 |
| Last four digits of ACCOUNT NO.<br><br>MONTE VISTA WATER DISTRICT<br>ATTN PRESIDENT OR AGENT<br>10575 CENTRAL AVENUE<br>MONTCLAIR, CA 91763 | | | Trade Debt | | | | $ 842.35 |
| Last four digits of ACCOUNT NO.<br><br>MONTEREY LIGHTING SOLUTIONS, INC.<br>ATTN PRESIDENT OR AGENT<br>2148 POMONA BLVD.<br>POMONA, CA 91768 | | | Trade Debt | | | | $7,772.79 |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.**<br>Debtor. | Case No.:  **6:11-bk-13071-DS**<br>(If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>MOUNTAIN VIEW PACKAGING, INC.<br>ATTN PRESIDENT OR AGENT<br>4773 BROOKS STREET UNIT G<br>MONTCLAIR, CA 91763 | | | Trade Debt | | | | $3,567.60 |
| Last four digits of ACCOUNT NO.<br><br>NANTONG TRADE UNION ALUMINIUM<br>ATTN PRESIDENT OR AGENT<br>ALLOY CO. LTD. WEIER ROAD<br>QIDONG CITY, 226200  CHINA | | | Trade Debt | | | | $183,634.15 |
| Last four digits of ACCOUNT NO.<br><br>NEXEN TIRE<br>ATTN PRESIDENT OR AGENT<br>21073 PATHFINDER<br>DIAMOND BAR, CA 91765 | | | Trade Debt | | | | $ 622.12 |
| Last four digits of ACCOUNT NO.<br><br>OLD DOMINION FREIGHT LINE INC<br>ATTN PRESIDENT OR AGENT<br>FILE 030989<br>SAN FRANCISCO, CA 94160 | | | Trade Debt | | | | $ 799.35 |
| Last four digits of ACCOUNT NO.<br><br>ONTRAC<br>ATTN PRESIDENT OR AGENT<br>274 WATTIS WAY<br>S. SAN FRANCISCO, CA 94080 | | | Trade Debt | | | | $1,204.81 |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.**<br>Debtor. | Case No.:  **6:11-bk-13071-DS**<br><div align="right">(If known)</div> |

## SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>PACIFICARE OF CALIFORNIA<br>ATTN PRESIDENT OR AGENT<br>DEPT NO. 1346<br>LOS ANGELES, CA 90088-1346 | | | Trade Debt | | | | $8,195.62 |
| Last four digits of ACCOUNT NO.<br><br>PARTNER'S DELIVERY INC.<br>ATTN PRESIDENT OR AGENT<br>1927 A HARBOR BLVD<br>COSTA MESA, CA 92627 | | | Trade Debt | | | | $ 759.30 |
| Last four digits of ACCOUNT NO.<br><br>PERSONNEL CONCEPTS<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 5750<br>CAROL STREAM, IL 60197-5750 | | | Trade Debt | | | | $ 322.33 |
| Last four digits of ACCOUNT NO.<br><br>PRINCIPAL FINANCIAL GROUP<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 10372<br>DES MOINES, IA 50306-0372 | | | Trade Debt | | | | $2,089.93 |
| Last four digits of ACCOUNT NO.<br><br>QUARTZ LOGISTICS INC.<br>ATTN PRESIDENT OR AGENT<br>731 S. GARFIELD AVE.<br>ALHAMBRA, CA 91801 | | | Trade Debt | | | | $75,590.00 |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.** Debtor. | Case No.: **6:11-bk-13071-DS** (If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. RODOLFO RODRIGUEZ AGUILAR 8430 MISSION BLVD. RIVERSIDE, CA 92509 | | | Trade Debt | | | | $1,307.00 |
| Last four digits of ACCOUNT NO. SHANGHAI BON VOYAGE INTERNATIONAL TRADING CO., LTD. ATTN PRESIDENT OR AGENT 2F, NO.110, YAN'AN RD.(E) SHANGHAI, 200002 CHINA | | | Trade Debt | | | | $215,468.42 |
| Last four digits of ACCOUNT NO. SHERIFF'S COURT SERVICES CENTRAL 157 W. 5TH STREET SAN BERNARDINO, CA 92415 | | | | | | | $ 332.30 |
| Last four digits of ACCOUNT NO. SOUTHERN CALIFORNIA EDISON ATTN BANKRUPTCY UNIT P.O. BOX 300 ROSEMEAD, CA 91772-0001 | | | Utility | | | | $.00 |
| Last four digits of ACCOUNT NO. SPRINT ATTN BANKRUPTCY UNIT P.O. BOX 219100 KANSAS CITY, MO 64121-9100 | | | Trade Debt | | | | $1,178.07 |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.**<br>Debtor. | Case No.:  **6:11-bk-13071-DS**<br><div align="right">(If known)</div> |

## SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>SUMMIT LOGISTICS INT'L<br>ATTN PRESIDENT OR AGENT<br>780 NOGALES STREET, BUILDING D<br>CITY OF INDUSTRY, CA 91748 | | | Trade Debt | | | | $60,573.20 |
| Last four digits of ACCOUNT NO.<br><br>TDW<br>1714 ANDERSON AVE.<br>COMPTON, CA 90220 | | | Trade Debt | | | | $ 624.41 |
| Last four digits of ACCOUNT NO.<br><br>TELEPACIFIC COMMUNICATIONS<br>P.O. BOX 526015<br>SACRAMENTO, CA 95852-6015 | | | Utility | | | | $1,785.82 |
| Last four digits of ACCOUNT NO.<br><br>THE 3 AMIGOS<br>ATTN PRESIDENT OR AGENT<br>15406 E. ARROW HIGHWAY<br>BALDWIN PARK, CA 91706 | | | Trade Debt | | | | $2,393.00 |
| Last four digits of ACCOUNT NO.<br><br>THE CHANG REVOCABLE TRUST<br>C/O MEI LIEN CHANG, TRUSTEE<br>2819 CRYSTAL RIDGE ROAD<br>DIAMOND BAR, CA 91765 | | | Loan | | | | $16,039.34 |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.** Debtor. | Case No.: **6:11-bk-13071-DS** (If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>THE CHANG REVOCABLE TRUST C/O WEN PIN CHANG, TRUSTEE 2819 CRYSTAL RIDGE ROAD DIAMOND BAR, CA 91765 | | | Loan | | | | $23,333.33 |
| Last four digits of ACCOUNT NO.<br><br>THE GAS COMPANY ATTN BANKRUPTCY UNIT P.O. BOX C MONTEREY PARK, CA 91756 | | | Trade Debt | | | | $.00 |
| Last four digits of ACCOUNT NO.<br><br>TIRE RACK WHOLESALE ATTN PRESIDENT OR AGENT 7101 VORDEN PARKWAY SOUTH BEND, IN 46628-8422 | | | Trade Debt | | | | $1,472.23 |
| Last four digits of ACCOUNT NO.<br><br>TRADE UNION INT L (TAIWAN) LTD ATTN PRESIDENT OR AGENT 5F-5, NO.58, SHING SHAN RD. NEI HU DIST. TAIPEI, TAIWAN | | | Trade Debt | | | | $7,428,570.89 |
| Last four digits of ACCOUNT NO.<br><br>TRAVELERS ATTN PRESIDENT OR AGENT CL REMITTANCE CTR HARTFORD, CT 06183-1008 | | | Trade Debt | | | | $17,334.93 |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.**<br>Debtor. | Case No.: **6:11-bk-13071-DS**<br><div align="right">(If known)</div> |

### SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>TRIPLE A POOL SERVICE<br>ATTN PRESIDENT OR AGENT<br>1819 TINTAH DR.<br>DIAMOND BAR, CA 91765 | | | Trade Debt | | | | $ 165.00 |
| Last four digits of ACCOUNT NO.<br><br>ULINE<br>ATTN PRESIDENT OR AGENT<br>ATTN: ACCOUNTS RECEIVABLE<br>WAUKEGAN, IL 60085 | | | Trade Debt | | | | $1,021.59 |
| Last four digits of ACCOUNT NO.<br><br>UNITED SECURITY SYSTEMS INC<br>ATTN PRESIDENT OR AGENT<br>8757 LANYARD COURT, SUITE 100<br>RANCHO CUCAMONGA, CA 91730 | | | Trade Debt | | | | $ 177.00 |
| Last four digits of ACCOUNT NO.<br><br>UPS FREIGHT<br>ATTN PRESIDENT OR AGENT<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280 | | | Trade Debt | | | | $3,056.47 |
| Last four digits of ACCOUNT NO.<br><br>VERIZON CALIFORNIA<br>ATTN PRESIDENT OR AGENT<br>P.O. BOX 30001<br>INGLEWOOD, CA 90313-0001 | | | Trade Debt | | | | $ 215.42 |

# EXHIBIT E

| In re | Chapter No.: 11 |
|---|---|
| **TRADE UNION INTERNATIONAL, INC.**  Debtor. | Case No.: **6:11-bk-13071-DS**  (If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  VIDAL LANDA ATTN PRESIDENT OR AGENT 12581 JANET LANE GARDEN GROVE, CA 92840 | | | Trade Debt | | | | $ 195.00 |
| Last four digits of ACCOUNT NO.  WALNUT VALLEY WATER DISTRICT ATTN PRESIDENT OR AGENT 271 S. BREA CANYON ROAD WALNUT, CA 91788-0508 | | | Trade Debt | | | | $ 93.14 |
| | | | Total (Use only on last page of competed Schedule F.) ▶ (Report total also on Summary of Schedules and if applicable, on Statistical Summary of Certain Liabilities and Related Data | | | | $8,326,869.61 |

# EXHIBIT E

# EXHIBIT F

## Duck House's Schedule

| In re | Chapter No.: 11 |
|---|---|
| **DUCK HOUSE, INC.,**<br>**a California corporation,**<br>                                Debtor. | Case No.:  **6:11-bk-13072-DS**<br><br>                                (If known) |

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>**CATHAY BANK**<br>**ATTN DAVID L PRICE,**<br>**VICE PRESIDENT LOAN**<br>**SYNDICATIONS**<br>**777 N BROADWAY**<br>**LOS ANGELES, CA  90012** | X | | **Duplicate/Additional Notice for Cathay Bank** | X | X | X | **Duplicate** | |
| Last four digits of ACCOUNT NO.<br><br>**CHINATRUST BANK**<br>**ATTN MELVIN O.**<br>**REDFORD, EXECUTIVE**<br>**VICE PRESIDENT**<br>**22939 HAWTHORNE BLVD**<br>**TORRANCE, CA  90505** | X | | **Duplicate/Additional Notice for Cathay Bank** | X | X | X | **Duplicate** | |
| | | | Total(s)<br>(Used only on last page) ▶ | | | | **$11,500,000** | |
| | | | | | | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

# EXHIBIT F

Page 84

| In re | Chapter No.: 11 |
|---|---|
| **DUCK HOUSE, INC.,** <br> **a California corporation,** <br><br> Debtor. | Case No.:  **6:11-bk-13072-DS** <br><br> (If known) |

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of al l amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑   **Domestic Support Obligations**: Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**: Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**: Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**: Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**: Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**: Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

* Amount subject to adjustment on April 1, 2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# EXHIBIT F

| In re | Chapter No.: 11 |
|---|---|
| **DUCK HOUSE, INC.,**<br>**a California corporation,**<br>             Debtor. | Case No.:  **6:11-bk-13072-DS**<br>                           (If known) |

### SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

■  **Taxes and Certain Other Debts Owed to Governmental Units**: Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**: Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**: Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on April 1, 2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<div align="center">

**2**
_____    Continuation Sheets attached

</div>

# EXHIBIT F

| In re | Chapter No.: 11 |
|---|---|
| **DUCK HOUSE, INC.,**<br>**a California corporation,**<br>Debtor. | Case No.:  **6:11-bk-13072-DS**<br>(If known) |

### SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**11 U.S.C. § 507(a)(8)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>FRANCHISE TAX BOARD ATTN BANKRUPTCY UNIT PO BOX 2952 SACRAMENTO, CA  95812-2952 | | | Notice Purposes | | | | $.00 | | |
| Last four digits of ACCOUNT NO.<br><br>INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA  19101-7346 | | | Notice Purposes | | | | $.00 | | |
| Last four digits of ACCOUNT NO.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT ATTN BANKRUPTCY UNIT BANKRUPTCY GROUP MIC 92E PO BOX 826880 SACRAMENTO, CA  94280-0001 | | | Notice Purposes | | | | $.00 | | |

# EXHIBIT F

| In re | Chapter No.: 11 |
|---|---|
| **DUCK HOUSE, INC.,** | Case No.: **6:11-bk-13072-DS** |
| **a California corporation,** | |
| Debtor. | (If known) |

### SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>STATE BOARD OF EQUALIZATION ATTN  BANKRUPTCY PO BOX 942879 SACRAMENTO, CA  94279-6001 | | | Notice Purposes | | | | $.00 | | |
| Last four digits of ACCOUNT NO.<br><br>SAN BERNARDINO COUNTY TREASURER-TAX COLLECTOR ATTN BANKRUPTCY 172 WEST THIRD STREET SAN BERNARDINO, CA  92415 | | | Notice Purposes | | | | $.00 | | |
| Total ▶<br>(Use only on last page of competed Schedule E.)<br>Report total also on Summary of Schedules.) | | | | | | | $.00 | | |
| Totals ▶<br>(Use only on last page of competed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data) | | | | | | | | $.00 | $.00 |

# EXHIBIT F

| In re<br><br>**DUCK HOUSE, INC.,**<br>**a California corporation,**<br><br>Debtor. | Chapter No.: 11<br><br>Case No.: **6:11-bk-13072-DS**<br><br>(If known) |

### SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

❑  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of<br>ACCOUNT NO.<br><br>BULLET TRANSPORTATION SERVICES<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 809066<br>CHICAGO, IL 60680-9066 | | | Trade debt | | | | $15,464.45 |
| Last four digits of<br>ACCOUNT NO.<br><br>CONTINENTAL AGENCY<br>ATTN PRESIDENT OR MANAGING AGENT<br>1400 MONTEFINO AVE. SUITE 200<br>DIAMOND BAR, CA 91765 | | | Trade debt | | | | $12,723.08 |

# EXHIBIT F

| In re<br><br>**DUCK HOUSE, INC.,**<br>**a California corporation,**<br>Debtor. | Chapter No.: 11<br><br>Case No.: **6:11-bk-13072-DS**<br>(If known) |
|---|---|

### SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>CREATIVE DOCUMENT SOLUTIONS<br>ATTN PRESIDENT OR MANAGING AGENT<br>1629 MARION-WALDO ROAD<br>MARION, OH 43302 | | | Trade debt | | | | $ 513.57 |
| Last four digits of ACCOUNT NO.<br><br>LIUZHOU WANTEX TRADING CO., LTD.<br>ATTN PRESIDENT OR MANAGING AGENT<br>NO.3, THE SECOND YANGHE INDUSTRIAL PARK<br>LIUZHOU, GX | | | Trade debt | | | | $ 30.60 |
| Last four digits of ACCOUNT NO.<br><br>NFL PROPERTIES LLC-LICENSING GPO<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 27278<br>NEW YORK, NY 10087-7278 | | | Trade debt | | | | $51,203.36 |
| Last four digits of ACCOUNT NO.<br><br>OSTROM'S & ASSOCIATES<br>ATTN PRESIDENT OR MANAGING AGENT<br>10301 BREN ROAD WEST, SUITE 340<br>MINNETONKA, MN 55343 | | | Trade debt | | | | $ 25.31 |

# EXHIBIT F

**Page 90**

| In re | Chapter No.: 11 |
|---|---|
| **DUCK HOUSE, INC.,** <br> **a California corporation,** <br> Debtor. | Case No.:  **6:11-bk-13072-DS** <br><br> (If known) |

### SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> PARTNER'S DELIVERY, INC. <br> ATTN PRESIDENT OR MANAGING AGENT <br> 1927 A HARBOR BLVD, #151 <br> COSTA MESA, CA 92627 | | | Trade debt | | | | $ 655.00 |
| Last four digits of ACCOUNT NO. <br><br> QUARTZ LOGISTICS INC. <br> ATTN PRESIDENT OR MANAGING AGENT <br> 731 S. GARFIELD AVE <br> ALHAMBRA, CA 91801 | | | Trade debt | | | | $8,186.11 |
| Last four digits of ACCOUNT NO. <br><br> RODOLFO RODRIGUEZ AGUILAR <br> 8430 MISSION BLVD. <br> RIVERSIDE, CA 92509 | | | Trade debt | | | | $1,023.00 |
| Last four digits of ACCOUNT NO. <br><br> SPRINT <br> ATTN PRESIDENT OR MANAGING AGENT <br> P O BOX 219100 <br> KANSAS CITY, MO 64121-9100 | | | Trade debt | | | | $ 218.81 |

# EXHIBIT F

| In re | Chapter No.: 11 |
|---|---|
| **DUCK HOUSE, INC.,**<br>**a California corporation,**<br>Debtor. | Case No.: **6:11-bk-13072-DS**<br>(If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>SUMMIT LOGISTICS INT'L<br>ATTN PRESIDENT OR MANAGING AGENT<br>780 NOGALES STREET, BLDG D<br>CITY OF INDUSTRY, CA 91748 | | | Trade debt | | | | $12,816.80 |
| Last four digits of ACCOUNT NO.<br><br>TRANSWORLD SYSTEMS, INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>ATTN: TSI COMMERCIAL DIVISION<br>CHICAGO, IL 60673-1248 | | | Trade debt | | | | $ 39.13 |
| Last four digits of ACCOUNT NO.<br><br>UPS FREIGHT<br>ATTN PRESIDENT OR MANAGING AGENT<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280 | | | Trade debt | | | | $ 169.09 |
| | | | Total<br>(Use only on last page of competed Schedule F.) ▶<br>(Report total also on Summary of Schedules and if applicable, on Statistical Summary of Certain Liabilities and Related Data | | | | $103,068.31 |

# EXHIBIT F

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Filer's Name: **Shulman Hodges &Bastian LLP** | Atty Name (if applicable): **James C. Bastian, Jr.** |
| Street Address: **8105 Irvine Center Drive Suite 600** | CA Bar No. (if applicable): **Bar No. 175415** |
| **Irvine, California 92618** | Atty Fax No. (if applicable): **949-340-3000** |
| Filer's Telephone No.: **949-340-3400** | |

| | |
|---|---|
| In re:<br><br>**DUCK HOUSE, INC.**<br><br><br>**Debtor.** | Case No.: **Case No.: 6:11-bk-13072-DS**<br><br>Chapter 7 _____ 11 ✓ 13 _____ |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ___✓___    No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A _____ B ✓ C _____ D _____ E _____ F ✓ G _____ H _____ I _____ J _____

Statement of Social Security Number(s) _____    Statement of Financial Affairs _____

Statement of Intention _____    Other _____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **Wen Pin Chang, President** , the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: **March 4, 2011**

/s/ **Wen Pin Chang**
_____
*Debtor Signature*


_____
*Co-Debtor Signature*

| **\*\*FOR COURT USE ONLY\*\*** |
|---|
| |

*\*SEE REVERSE SIDE\*\**
# EXHIBIT F

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar No. FOR COURT USE ONLY

James C. Bastian, Jr. - Bar No. 175415
Shulman Hodges & Bastian LLP
8105 Irvine Center Drive, Suite 600, Irvine, CA 92618
Tel: 949-340-3400; Fax: 949-340-3000

☐ Attorney for: Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: DUCK HOUSE, INC.

CASE NO.: 6:11-bk-13072-DS

CHAPTER: 11

Debtor(s).

ADV. NO.:

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☐ Petition, statement of affairs, schedules or lists     Date Filed: ~~March 4, 2011~~

☒ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____

☐ Other: _____     Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_signature_          March 4, 2011

Signature of Authorized Signatory of Filing Party        Date

Wen Pin Chang

Printed Name of Authorized Signatory of Filing Party

President

Title of Authorized Signatory of Filing Party

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_signature_          March 4, 2011

Signature of Attorney for Filing Party        Date

Shulman Hodges & Bastian LLP: James C. Bastian, Jr.

Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

# EXHIBIT F

The Debtors hereby amend their **SCHEDULE B – PERSONAL PROPERTY, ITEM  NO. 18 (Other Liquidated Debts Owing Debtors)** to **ADD** the following:

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 18. | Other liquidated debts owing debtor including tax refunds. Give particulars. | | Accounts Receivable owed by Debtor's officers and shareholders, Wen Pin Chang and Mei Lien Chang which are described on the Combined Balance Sheet for Trade Union International, Inc., and Duck House Inc., as follows:<br><br>Other Receivable          $244,783 | | **$244,783** |
| | | | **Original Schedule B:** | | **$1,939,052.69** |
| | | | **This Amended Schedule B:** | | **$244,783** |
| | | | **Amended Total for all Schedule B Items»»** | | **$2,183,835.69** |

The Debtors hereby amend their **SCHEDULE F – UNSECURED CREDITORS** to **ADD** the following:

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>A TO Z MARKETING VENTURES, LLC.<br>ATTN ANTHONY ZIENO<br>17 SIVER STREET<br>SIDNEY, NY 13838 | | | Sales commissions | | | | $7,526.57 |
| Last four digits of ACCOUNT NO.<br><br>AL ARRANTS<br>116 COUNTRY OAKS DRIVE<br>BRISTOL, TN 37620 | | | Sales commissions | | | | $ 180.90 |

# EXHIBIT F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>BOB KUNICK ASSOC. INC.<br>ATTN BOB KUNICK<br>12223 LEE HIGHWAY<br>FAIRFAX, VA 22030-6341 | | | Sales commissions | | | | $3,274.81 |
| Last four digits of ACCOUNT NO.<br><br>BOTTOMLINE SALES<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 74506<br>SAN CLEMENTE, CA 92673 | | | Sales commissions | | | | $ 25.20 |
| Last four digits of ACCOUNT NO.<br><br>CALIFORNIA CLUB<br>ATTN DARLENE VOGELS<br>606 BLUE OAK COURT<br>EL DORADO HILLS, CA 95762 | | | Sales commissions | | | | $386.31 |
| Last four digits of ACCOUNT NO.<br><br>DOUG STEWART<br>P.O. BOX 5016<br>ANDERSON, SC 29623 | | | Sales commissions | | | | $3,553.70 |
| Last four digits of ACCOUNT NO.<br><br>E.I.S. GROUP<br>ATTN TIM DEATON<br>614 ROGERS ROAD<br>VILLA HILLS, KY 41017 | | | Sales commissions | | | | $1,054.11 |
| Last four digits of ACCOUNT NO.<br><br>FLORIDA SPORTS NETWORK<br>ATTN PRESIDENT OR MANAGING AGENT<br>221 BLUE JUNIPER BLVD.<br>VENICE, FL 34292 | | | Sales commissions | | | | $6,909.14 |

# EXHIBIT F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>FM TURNER<br>6325 COCHRAN ROAD, UNIT 5<br>SOLON, OH 44139 | | | Sales commissions | | | | $1,082.40 |
| Last four digits of ACCOUNT NO.<br><br>FOGLEMAN BROS., INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>P.O. BOX 457<br>BURLINGTON, NC 27216 | | | Sales commissions | | | | $ 138.23 |
| Last four digits of ACCOUNT NO.<br><br>GARY GENE INGOLDSBY<br>342 REVOLUTION DRIVE<br>ST. PETERS, MO 63376 | | | Sales commissions | | | | $ 112.99 |
| Last four digits of ACCOUNT NO.<br><br>GIFT SOURCE, LLC<br>ATTN LORI J. THOMSEN<br>14040 HAYES STREET<br>OVERLAND PARK, KS 66221 | | | Sales commissions | | | | $ 316.45 |
| Last four digits of ACCOUNT NO.<br><br>HOLLEY SALES<br>ATTN SHANE HOLLEY<br>12205 KIMBERLYN ROAD<br>OKLAHOMA CITY, OK 73162 | | | Sales commissions | | | | $4,636.65 |
| Last four digits of ACCOUNT NO.<br><br>INDIANA UNIVERSITY<br>IU LICENSING & TRADMARKS<br>P.O. BOX 6268<br>INDIANAPOLIS, IN 46206 | | | 4th quarter 2010 licensing royalty | | | | $ 295.58 |

# EXHIBIT F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>JEANNE D. ROSEN AKA JDR SALES<br>422 KINGS HIGHWAY<br>CARNEGIE, PA 15106 | | | Sales commissions | | | | $1,046.97 |
| Last four digits of ACCOUNT NO.<br><br>JERRY ELY SALES<br>5952 ROYAL LANE, SUITE 218A<br>DALLAS, TX 75230-9950 | | | Sales commissions | | | | $ 338.10 |
| Last four digits of ACCOUNT NO.<br><br>JIM & CANDY DAVID<br>P.O. BOX 548<br>ZIONSVILLE, IN 46077-0548 | | | Sales commissions | | | | $ 954.84 |
| Last four digits of ACCOUNT NO.<br><br>JOHN COACH NADELL<br>2521 REDSTART LANE<br>BIRMINGHAM, AL 35226 | | | Sales commissions | | | | $ 719.61 |
| Last four digits of ACCOUNT NO.<br><br>JOSEPH K. CLARK DBA ALL SEASONS MARKETING<br>237 SOUTH CURTIS RD SUITE 100<br>WEST ALLIS, WI 53214-1030 | | | Sales commissions | | | | $3,749.13 |
| Last four digits of ACCOUNT NO.<br><br>K.O. SALES, LLC<br>ATTN SCOTT CONIGLIO<br>7521 NW 131ST<br>OKLAHOMA CITY, OK 73142 | | | Sales commissions | | | | $ 429.45 |

# EXHIBIT F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>L & S SPORTS, INC.<br>ATTN LARRY ZIENTARSKI<br>P.O. BOX 530056<br>LIVONIA, MI 48153 | | | Sales commissions | | | | $1,484.50 |
| Last four digits of ACCOUNT NO.<br><br>L.B. WOOD MARKETING, INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>7121 FISH POND ROAD<br>WACO, TX 76710 | | | Sales commissions | | | | $7,415.14 |
| Last four digits of ACCOUNT NO.<br><br>LICENSING RESOURCE GROUP LLC<br>ATTN BETSY FLAMBOE<br>442 CENTURY LANE, SUITE 100<br>HOLLAND, MI 49423 | | | 4th quarter 2010 licensing royalty | | | | $1,873.71 |
| Last four digits of ACCOUNT NO.<br><br>LOGO AMERICA, LLC<br>ATTN PRESIDENT OR MANAGING AGENT<br>22123 W. 83RD STREET.<br>SHAWNEE, KS 66227 | | | Sales commissions | | | | $3,056.27 |
| Last four digits of ACCOUNT NO.<br><br>LONG SALES GROUP<br>ATTN PRESIDENT OR MANAGING AGENT<br>451 E. 58TH AVENUE #1669<br>DENVER, CO 80216 | | | Sales commissions | | | | $11,720.03 |

# EXHIBIT F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>LOUD & ASSOCIATES, LLC<br>ATTN DAVID LOUD<br>1319 SWAN DRIVE<br>ANNAPOLIS, MD 21409 | | | Sales commissions | | | | $ 945.44 |
| Last four digits of ACCOUNT NO.<br><br>MACKIE & ASSOCIATES<br>ATTN PRESIDENT OR MANAGING AGENT<br>2100 NO. SEPULVEDA BLVD, SUITE 18<br>MANHATTAN BEACH, CA 90266 | | | Sales commissions | | | | $21,892.62 |
| Last four digits of ACCOUNT NO.<br><br>MAJIC TOUCH<br>ATTN PRESIDENT OR MANAGING AGENT<br>230 SPRING STREET STE 1421<br>ATLANTA, GA 30303 | | | Sales commissions | | | | $ 554.61 |
| Last four digits of ACCOUNT NO.<br><br>MARK WILLIAMS AND COMPANY<br>ATTN MARK WILLIAMS<br>4940 BROOKSVIEW CIRCLE<br>NEW ALBANY, OH 43054 | | | Sales commissions | | | | $1,706.10 |
| Last four digits of ACCOUNT NO.<br><br>MARKET PLACE GIFTS INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>3710 COMMERCIAL AVENUE STE 7<br>NORTH BROOK, IL 60062 | | | Sales commissions | | | | $ 364.77 |

# EXHIBIT F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>MORRISON SALES<br>MERRIL H. MORRISON<br>9 MONTROSE LANE<br>MANCHESTER TOWNSHIP, NJ 8759 | | | Sales commissions | | | | $4,358.77 |
| Last four digits of ACCOUNT NO.<br><br>MICHIGAN STATE UNIVERSITY<br>ATTN UNIVERSITY LICENSING PROGRAMS<br>216 MSU UNION<br>MICHIGAN STATE UNIVERSITY<br>EAST LANSING, MI 48824-1029 | | | 4th quarter 2010 licensing royalty | | | | $ 661.86 |
| Last four digits of ACCOUNT NO.<br><br>NANCY ANDERSEN<br>37 PATRIOT WAY<br>PEMBROKE, MA 2359 | | | Sales commissions | | | | $2,069.18 |
| Last four digits of ACCOUNT NO.<br><br>NATIONAL SPORTS ASSOCIATES<br>ATTN PRESIDENT OR MANAGING AGENT<br>9150 KILDARE<br>SKOKIE, IL 60076 | | | Sales commissions | | | | $ 440.89 |
| Last four digits of ACCOUNT NO.<br><br>NORTHWEST REPS, INC.<br>ATTN PRESIDENT OR MANAGING AGENT<br>10 VAN BUREN, SUITE C<br>EUGENE, OR 97402 | | | Sales commissions | | | | $ 45.00 |

# EXHIBIT F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>OHIO STATE UNIVERSITY ATTN UNIVERSITY LICENSING PROGRAM DEPT. 1760 COLUMBUS, OH 43271-1760 | | | 4th quarter 2010 licensing royalty | | | | $3,744.56 |
| Last four digits of ACCOUNT NO.<br><br>P.T.L. SALES ATTN PRESIDENT OR MANAGING AGENT P.O. BOX 6120 STUART, FL 34997 | | | Sales commissions | | | | $2,313.58 |
| Last four digits of ACCOUNT NO.<br><br>PARTY COUNSEL-DAVID TUROCK ATTN DAVID TUROCK 5 THORNBROOK LANE SUFFERN, NY 10901 | | | Sales commissions | | | | $ 424.26 |
| Last four digits of ACCOUNT NO.<br><br>RICK SALESE 535 WOOD VALLEY TRACE ROSWELL, GA 30076 | | | Sales commissions | | | | $ 781.07 |
| Last four digits of ACCOUNT NO.<br><br>RON GRUBBS 112 WONDER VALLEY ROAD BRISTOL, TN 37620 | | | Sales commissions | | | | $ 258.76 |
| Last four digits of ACCOUNT NO.<br><br>SDJ, LLC ATTN PRESIDENT OR MANAGING AGENT 14176 HWY 87 N. EDEN, NC 27288 | | | Sales commissions | | | | $9,280.82 |

# EXHIBIT F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>SOUTH DAKOTA STATE UNIVERSITY OFFICEOF LICENSING PROGRAMS ADMINISTRATION BLDG. 0234 BOX 2201 BROOKINGS, SD 57007-2398 | | | 4th quarter 2010 licensing royalty | | | | $ 2.55 |
| Last four digits of ACCOUNT NO.<br><br>SPLASH ATTN KIM RYON P.O. BOX 247 FACTORYVILLE,, PA 18419 | | | Sales commissions | | | | $ 304.82 |
| Last four digits of ACCOUNT NO.<br><br>SUPERMARKET REPRESENTATIVES ATTN PRESIDENT OR MANAGING AGENT 20 E. SUNRISE HIGHWAY, STE 300 VALLEY STREAM, NY 11581 | | | Sales commissions | | | | $1,086.00 |
| Last four digits of ACCOUNT NO.<br><br>TEAM COLORS SPORTS MARKETING & SALES SCOTT DEROY P.O. BOX 93850 PASADENA, CA 91109 | | | Sales commissions | | | | $ 34.83 |
| Last four digits of ACCOUNT NO.<br><br>TREASURES ATTN DAVE MACMILLAN 7014 59TH ST, CT. W UNIV PLACE, WA 98467 | | | Sales commissions | | | | $4,754.25 |

# EXHIBIT F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>UNIVERSITY OF IOWA<br>TRADEMARK LICENSING PROGRAM<br>210 KHF BLDG. 446<br>IOWA CITY, IA 52242 | | | 4th quarter 2010 licensing royalty | | | | $ 930.52 |
| Last four digits of ACCOUNT NO.<br><br>UNIVERSITY OF OREGON<br>OFFICE OF MARKETING AND BRAND MANAGEMENT<br>720 E 13TH SUITE 303<br>5286 UNIVERSITY OF OREGON<br>EUGENE, OR 97403-5286 | | | 4th quarter 2010 licensing royalty | | | | $ 808.70 |
| | | | Total<br>(Use only on last page of competed Schedule F.)<br>▶<br>(Report total also on Summary of Schedules and if applicable, on Statistical Summary of Certain Liabilities and Related Data | | | | $120,044.75 |
| | | | **Original Schedule F:**<br>**This Amended Schedule F:**<br><br><br>**Amended Total for**<br>**all Schedule F Creditors»»** | | | | **$103,068.31**<br>**$120,044.75**<br>_____<br><br>**$223,113.06** |

# EXHIBIT F

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **8105 Irvine Center Drive, Suite 600, Irvine, CA 92618.**

A true and correct copy of the foregoing document described as **DEBTORS' NOTICE OF MOTION AND MOTION FOR ORDER DISALLOWING CLAIM NO. 6 BY FRIESING INVESTMENTS, INC., dba GULF COAST SALES AND MARKETING; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF WEN PIN CHANG IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 23, 2012,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **James C Bastian jbastian@shbllp.com**
- **Michael J Bujold Michael.J.Bujold@usdoj.gov**
- **Michael G Fletcher mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com**
- **Barry V Freeman bvf@jmbm.com, bvf@jmbm.com**
- **Allan P Leguay leguay@pacbell.net**
- **Nicholas A Merkin nmerkin@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com**
- **Robert E Opera ropera@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com**
- **Ramesh Singh claims@recoverycorp.com**
- **James M Sullivan jsullivan@mosessinger.com, ccaruso@mosessinger.com;dkick@mosessinger.com**
- **United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov**
- **Andrew F Whatnall awhatnall@daca4.com**

❑  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) - On **March 23, 2012,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **Interested Party**<br>**Office of the United States Trustee**<br>**3685 Main Street, Suite 300**<br>**Riverside, CA 92501** | **Proof Of Claim Address**<br>**Friesing Investments, Inc. dba**<br>**Gulf Coast Sales and Marketing**<br>**Attn Keith Freising**<br>**PO Box 2767**<br>**Addison, TX 75001** |

❑  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on **March 23, 2012,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy - Via Messenger**
**U.S. Bankruptcy Court**
**Hon. Deborah J. Saltzman**
**Bin Outside Courtroom 304**
**3420 Twelfth Street**
**Riverside, CA 92501**

❑  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **March 23, 2012** | **Lorre Clapp** | **/s/ Lorre Clapp** |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                 **F 9013-3.1.PROOF.SERVICE**
Page 105