1   James C. Bastian, Jr. - Bar No. 175415
**SHULMAN HODGES & BASTIAN LLP**
2   8105 Irvine Center Drive, Suite 600
Irvine, California 92618
3   Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
4   Email: jbastian@shbllp.com

5

6   Attorneys for the Reorganized Debtors
Trade Union International, Inc. and Duck House, Inc.

7

8

9

10                    **UNITED STATES BANKRUPTCY COURT**

11           **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

12   In re                                    Case No.  6:11-bk-13071-DS

13   **TRADE UNION INTERNATIONAL,**           Chapter  11
**INC., a California corporation,**

14
Debtor.                                   Jointly Administered With
15                                            Case No.  6:11-bk-13072-DS

16   In re                                    **REORGANIZED DEBTORS' MOTION FOR
FINAL DECREE CLOSING CASE**
17   **DUCK HOUSE, INC.,**                    **PURSUANT TO FEDERAL RULE OF
a California corporation,**                **BANKRUPTCY PROCEDURE 3022;
MEMORANDUM OF POINTS AND**
18   Debtor.                                  **AUTHORITIES AND DECLARATION OF
WEN PIN CHANG IN SUPPORT THEREOF**
19

20                                            [No Hearing Set]

21

22

23          TO   THE   HONORABLE   DEBORAH   J.   SALTZMAN,   UNITED   STATES

BANKRUPTCY JUDGE:

24
I.        **INTRODUCTION**
25
Trade Union International, Inc., a California corporation ("Trade Union") and Duck

26   House, Inc., a California corporation ("Duck House"), each a reorganized debtor (collectively the

27   "Debtors") herein bring this Motion for a final decree closing the bankruptcy case.  As set forth

28

1

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\73
Z:\S-T\Trade Union International\Pld\Final Decree Motion-Trade and Duck.doc

1  below, by June 18, 2012, all motions, contested matters, and adversary proceedings in this case

2  will have been finally resolved.  There will be no remaining acts of administration of the Estate

3  which need to be brought to the Court in the Debtor's bankruptcy case.  Thus, pursuant to

4  Federal Bankruptcy Rule 3022, the Debtors request that the Court enter a final decree closing

5  this case.

6  ## II.  MOTION FOR FINAL DECREE

7  In support of the Motion for final decree closing the bankruptcy case, the Debtors

8  respectfully represent as follows:

9  **A.  Bankruptcy Case Commencement and Plan Confirmation**

10  Trade Union filed a voluntary petition for relief under Chapter 11 of Title 11 of the

11  United States Code on January 31, 2011 ("Petition Date").  Trade Union is affiliated with Duck

12  House which also filed a Chapter 11 bankruptcy on January 31, 2011, Case No. 6:11-bk-13072-

13  DS.  The cases are being jointly administered pursuant to Court Order entered February 10, 2011

14  (docket number 22).

15  Pursuant to Court order entered on September 15, 2011 ("Confirmation Order") (docket

16  number 186) the Debtors' Modified First Amended Chapter 11 Reorganization Plan ("Plan")

17  (docket number 181) was confirmed.

18  **(Unless otherwise defined herein, capitalized terms herein have the meaning as set**

19  **forth in the Plan.)**   The Plan Effective Date was October 31, 2011.

20  The Debtors' Plan is a reorganization plan.  The Debtors' cases are being jointly

21  administered.  The Plan and Disclosure Statement do not represent an attempt by the Debtors to

22  implement a substantive consolidation of the Debtors' assets and liabilities.  The Debtors will

23  make payments under the Plan primarily from continued business operations.  The Plan may also

24  be funded from Net Avoidance Action Proceeds, if any, and any proceeds derived from Post-

25  Confirmation Estate Claims.  Payments to the Bank Group may also be funded from the sale of

26  assets that are not property of the Estates but which such property currently serve as collateral

27  under the Bank Group's Secured Claim.

28  **B.  The Debtors are Current on All Amounts to be Disbursed Under the Plan**

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

2

4265-000\73
Z:\S-T\Trade Union International\Pld\Final Decree Motion-Trade and Duck.doc

The Debtors are current on all Distributions required to be made under the Plan to date:

- The allowed Administrative and Priority Claims have been paid.

- Regular payments to the Bank Group have been made pursuant to the terms of the Bank Group Settlement Agreement, Loan Modification Agreement and Ancillary Loan Modification Documents Related to Settlement Agreement.

- Regular lease payments to Wells Fargo Financial Leasing Manufacturer Services Group, Michelin North America Inc. US Bancorp and Key Equipment Finance have been made as required by the underlying lease documents.

- The Distributions to holders of Allowed General Unsecured Claims under the Plan will commenced in February 2012. Specifically, holders of Allowed General Unsecured Claims are being paid as follows:

  o Holders of Allowed General Unsecured Claims shall receive their pro-rata share of annual payments of $150,000 each, less $7,500 each year to be paid to the Plan Agent (as described below) and less such amounts necessary to pay the Allowed Administrative Claims of the Committee's professionals as may be agreed upon by the Committee (pro-rata based on the amount of their Allowed Claim compared to the sums to be distributed). The annual Distribution shall be payable on or before February 1 of each year following the Effective Date, commencing on February 1, 2012, until such Allowed Claims are paid in full, less the annual $7,500 payment to be made to the Plan Agent. For illustration purposes, if total Allowed Claims in Class 2 are $900,000, and there is no default under the Plan, Class 2 Creditors will receive their pro-rata share of $900,000 over six years less the sum of $45,000 paid to the Plan Agent ($7,500 each year for six years).

  o Interest will accrue in favor of the Allowed General Unsecured Claims at the rate of 3% per annum but such interest shall be waived if there are no uncured Plan defaults or Disclosure Defaults as described below.

**C.    Post-Confirmation Tax Liabilities**

To the extent that post-confirmation tax liabilities are due, they will be paid by Estate.

**D.    Objection to the Claim of Claim No. 6 by Friesing Investments, Inc., dba Gulf Coast Sales and Marketing**

A hearing on the Debtors' objection to the Claim No. 6 by Friesing Investments, Inc., dba Gulf Coast Sales and Marketing ("Gulf Coast") is scheduled for June 18, 2012. The Debtors anticipate that that the claim of Gulf Coast will be resolved at the at the June 18, 2012 hearing.

**E.    The Plan Has Been Substantially Consummated**

The Plan has been duly and substantially consummated in accordance with the terms and provisions of the Plan.

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

3

4265-000\73

Z:\S-T\Trade Union International\Pld\Final Decree Motion-Trade and Duck.doc

1    There are no tasks remaining for the Estate other than (1) regular payments to the Bank

2    Group pursuant to the terms of the Bank Group Settlement Agreement, Loan Modification

3    Agreement and Ancillary Loan Modification Documents Related to Settlement Agreement, (2)

4    regular lease payments to Wells Fargo Financial Leasing Manufacturer Services Group, Michelin

5    North America Inc. US Bancorp and Key Equipment Finance have been made as required by the

6    underlying lease documents, and (3) the regular annual Disbursements to allowed holders of

7    Allowed General Unsecured Claims pursuant to the Plan.

8    Other than the disputed claim of Gulf Coast to be resolved at the June 18, 2012 hearing,

9    there are currently no litigation issues which need to be resolved by the Court in the Debtors'

10   bankruptcy case.

11   **F.      Upon Entry Of The Final Decree, This Case Made Be Closed**

12   Paragraph 19 of the Confirmation Order specifically provides that upon the Debtors

13   making the first Distribution under the Plan, the Debtors shall be entitled to file a motion for

14   entry of a final decree and the proposed final decree closing this bankruptcy case consistent with

15   Federal Rule of Bankruptcy Procedure 3022 and Local Bankruptcy Rule 3020-1(d).

16   The Plan does not require presentment or surrender of a security or the performance of

17   any other act as a condition to participation under the Plan.  Accordingly, upon entry of the final

18   decree, this case may be closed.

19   Other than the disputed claim of Gulf Coast to be resolved at the June 18, 2012 hearing,

20   all motions, contested matters, and all adversary proceedings in this case have been finally

21   resolved.

22   There are no remaining acts of administration of the Estate which need to be brought to

23   the Court in the this bankruptcy case.

24   Moreover, keeping the case open serves no purpose but to burden the Debtors and the

25   bankruptcy estates with the unnecessary task of filing [quarterly] status reports and paying fees

26   to the United States Trustee and to burden the Court and the United States Trustee with

27   overseeing a matter that has been fully resolved.

28

**SHULMAN HODGES &
BASTIAN LLP**
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\73
Z:\S-T\Trade Union International\Pld\Final Decree Motion-Trade and Duck.doc

1    Finally, if any dispute arises in the future concerning the Plan, or if someone needs to

2  enlist this Court's jurisdiction to enforce the Confirmation Order, the Plan or other matter related

3  to the bankruptcy case, they are free to file an appropriate action.  Accordingly, no party would

4  be prejudiced by entry of a final closing the case, and there is no legitimate reason to burden the

5  Estate and the Court with keeping it open.

6              **III.    MEMORANDUM OF POINTS AND AUTHORITIES**

7  **A.    Entry of the Final Decree Should Not be Delayed**

8    Federal Rule of Bankruptcy Procedure 3022 provides:

9              After an estate is fully administered in a chapter 11
             reorganization case, the court, on its own motion or on motion of a
10             party in interest, shall enter a final decree closing the case.

11    The Bankruptcy Code and rules do not specify when a case has been fully administered.

12  However, the Advisory Committee Note to the 1991 Amendments sets forth factors leading to

13  the decision as to when a final decree may be entered:

14

15              Entry of a final decree closing a chapter 11 case should not be
             delayed solely because the payments required by the plan have not
16             been completed.   Factors that the court should consider in
             determining whether the estate has been fully administered include
17             (1) whether the order confirming the plan has become final, (2)
             whether deposits required by the plan have been distributed, (3)
18             whether the property proposed by the plan to be transferred has
             been transferred, (4) whether the debtor or the successor of the
19             debtor under the plan has assumed the business or the management
             of the property dealt with by the plan, (5) whether payments under
20             the plan have commended, and (6) whether all motions, contested
             matters, and adversary proceedings have been finally resolved.

21             The court should not keep the case open only because of the
             possibility that the court's jurisdiction may be invoked in the
22             future.  A final decree closing the case after the estate is fully
             administered does not deprive the court of jurisdiction to enforce
23             or interpret its own orders and does not prevent the court from
             reopening the case for cause pursuant to § 350(b) of the Code.  For
24             example, on motion of a party in interest, the court may reopen the
             case to revoke an order of confirmation procured by fraud under §
25             1144 of the Code.  If the plan or confirmation orders provides that
             the case shall remain open until a certain date or event because of
26             the likelihood that the court's jurisdiction may be required for
             specific purposes prior thereto, the case should remain open until
27             that date or event. [Emphasis added.]

28

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\73

Z:\S-T\Trade Union International\Pld\Final Decree Motion-Trade and Duck.doc

<u>Advisory Committee Notes to 1991 Amendments to Federal Rule of Bankruptcy Procedure 3022</u>.

Not all of the factors set forth in the Advisory Committee Note need to be present to establish that a case is fully administered for final decree purposes. <u>Graves v. Rebel Rents, Inc. (In re Rebel Rents, Inc.)</u>, 326 B.R. 791, 804 (Bankr. C.D. Cal. 2005) (citing <u>In re Mold Makers, Inc.</u>, 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990)). Rather, bankruptcy courts have flexibility in determining whether an estate is fully administered by considering the factors set forth in Rule 3022, along with any other relevant factors. <u>See</u> <u>In re Jay Bee Enters., Inc.</u>, 207 B.R. 536, 539 (Bankr. E.D. Ky. 1997). Such determinations are made on a case-by-case basis. <u>Shotkoski v. Fokkena (In re Shotkoski)</u>, 420 B.R. at 483 (8th Cir. BAP 2009).

The administration of the Estate meets all of the factors set forth in the Advisory Committee Notes to the 1991 Amendments to Bankruptcy Rule 3022:

1.      The Confirmation Order has become final;

2.      Funds have been distributed as required by the Plan to date;

3.      All transfers of property required by the Plan have been completed;

4.      The Debtors have continued activities as necessary for consummation of the Plan;

5.      Payments under the Plan have commenced and been completed in accordance with the Plan; and

6.      Other than the disputed claim of Gulf Coast to be resolved at the June 18, 2012 hearing, all motions, contested matters, and all adversary proceedings have been finally resolved. There are no remaining acts of administration of the bankruptcy case other than (1) regular payments to the Bank Group pursuant to the terms of the Bank Group Settlement Agreement, Loan Modification Agreement and Ancillary Loan Modification Documents Related to Settlement Agreement, (2) regular lease payments to Wells Fargo Financial Leasing Manufacturer Services Group, Michelin North America Inc. US Bancorp and Key Equipment Finance have been made as required by the underlying lease documents, and (3) the regular annual Disbursements to allowed holders of Allowed General Unsecured Claims pursuant to the Plan.

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\73
Z:\S-T\Trade Union International\Pld\Final Decree Motion-Trade and Duck.doc

Finally, as the 1991 Advisory Committee to Federal Rule of Bankruptcy Procedure 3022 further observed, if any dispute arises in the future concerning the Plan, or if someone needs to enlist this Court's jurisdiction to enforce the Confirmation Order, the Plan or other matter related to the bankruptcy case, they are free to file an appropriate action.  Accordingly, no party would be prejudiced by entry of a final decree closing the case, and there is no legitimate reason to burden the Debtors, their bankruptcy estates and the Court with keeping it open.

Accordingly, entry of the final decree closing this case should not be delayed.

## IV.    CONCLUSION

**WHEREFORE**, based on the foregoing, pursuant to Federal Bankruptcy Rule 3022, the Debtors respectfully request that the Court enter a final decree closing this case and for such other and further relief as the Court deems just and proper.

Dated:  June 8, 2012                **SHULMAN HODGES & BASTIAN LLP**

/s/ James C. Bastian, Jr.

James C. Bastian, Jr.
Attorneys for Trade Union International, Inc., and
Duck House, Inc., the Reorganized Debtors

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\73

Z:\S-T\Trade Union International\Pld\Final Decree Motion-Trade and Duck.doc

# DECLARATION

## DECLARATION OF WEN PIN CHANG

I, Wen Pin Chang, declare:

1.     I am the President of Trade Union International, Inc., a California corporation ("Trade Union") and Duck House, Inc., a California corporation ("Duck House"), each a reorganized debtor (collectively the "Debtors").  I have personal knowledge of the facts set forth herein and could, if called as a witness, competently testify thereto.  I am also personally familiar with, and am custodian of, the records of the Debtors as they pertain to the financial records set forth herein.  The records of the Debtors are made by agents of the Debtors who report to me and who have a business duty to enter the records of the Debtors accurately and at or near the time of the event which they record.

2.     I make this Declaration in support of the Debtors' Motion For Final Decree Closing Case Pursuant to Federal Rule of Bankruptcy Procedure 3022.

3.     Trade Union filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code on January 31, 2011 ("Petition Date").  Trade Union is affiliated with Duck House which also filed a Chapter 11 bankruptcy on January 31, 2011, Case No. 6:11-bk-13072-DS.  The cases are being jointly administered pursuant to Court Order entered February 10, 2011 (docket number 22).

4.     Pursuant to Court order entered on September 15, 2011 ("Confirmation Order") (docket number 186) the Debtors' Modified First Amended Chapter 11 Reorganization Plan ("Plan") (docket number 181) was confirmed.   **(Unless otherwise defined herein, capitalized terms herein have the meaning as set forth in the Plan.)**     The Plan Effective Date was October 31, 2011.

5.     The Debtors' Plan is a reorganization plan.  The Debtors' cases are being jointly administered.  The Plan and Disclosure Statement do not represent an attempt by the Debtors to implement a substantive consolidation of the Debtors' assets and liabilities.  The Debtors will make payments under the Plan primarily from continued business operations.  The Plan may also be funded from Net Avoidance Action Proceeds, if any, and any proceeds derived from Post-Confirmation Estate Claims.  Payments to the Bank Group may also be funded from the sale of

8

**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\73

Z:\S-T\Trade Union International\Pld\Final Decree Motion-Trade and Duck.doc

1   assets that are not property of the Estates but which such property currently serve as collateral

2   under the Bank Group's Secured Claim.

3        6.    The Debtors are current on all Distributions required to be made under the Plan to

4   date in that:

5   - The allowed Administrative and Priority Claims have been paid.

6   - Regular payments to the Bank Group have been made pursuant to the terms of the
       Bank Group Settlement Agreement, Loan Modification Agreement and Ancillary
7      Loan Modification Documents Related to Settlement Agreement.

8   - Regular lease payments to Wells Fargo Financial Leasing Manufacturer Services
       Group, Michelin North America Inc. US Bancorp and Key Equipment Finance
9      have been made as required by the underlying lease documents.

10  - The Distributions to holders of Allowed General Unsecured Claims under the
       Plan will commenced in February 2012.  Specifically, holders of Allowed General
11     Unsecured Claims are being paid as follows:

12        o  Holders of Allowed General Unsecured Claims shall receive their pro-rata
             share of annual payments of $150,000 each,  less $7,500 each year to be
13           paid to the Plan Agent (as described below) and less such amounts
             necessary to pay the Allowed Administrative Claims of the Committee's
14           professionals as may be agreed upon by the Committee (pro-rata based on
             the amount of their Allowed Claim compared to the sums to be
15           distributed).   The annual Distribution shall be   payable on or before
             February 1 of each year following the Effective Date, commencing on
16           February 1, 2012, until such Allowed Claims are paid in full, less the
             annual $7,500 payment to be made to the Plan Agent.  For illustration
17           purposes, if total Allowed Claims in Class  2 are $900,000, and there is no
             default under the Plan,  Class 2 Creditors will receive their pro-rata share
18           of $900,000 over six years less the sum of $45,000 paid to the Plan Agent
             ($7,500 each year for six years).

19        o  Interest will accrue in favor of the Allowed General Unsecured Claims at
             the rate of 3% per annum but such interest shall be waived if there are no
20           uncured Plan defaults or Disclosure Defaults as described below.

21       7.    To the extent that post-confirmation tax liabilities are due, they will be paid by

22  Estate.

23       8.    A hearing on the Debtors' objection to the Claim No. 6 by Friesing Investments,

24  Inc., dba Gulf Coast Sales and Marketing ("Gulf Coast") is scheduled for June 18, 2012.  The

25  Debtors anticipate that that the claim of Gulf Coast will be resolved at the at the June 18, 2012

26  hearing.

27

28

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

9

4265-000\73

Z:\S-T\Trade Union International\Pld\Final Decree Motion-Trade and Duck.doc

9.      The Plan has been duly and substantially consummated in accordance with the terms and provisions of the Plan.

10.     There are no tasks remaining for the Estate other than (1) regular payments to the Bank Group pursuant to the terms of the Bank Group Settlement Agreement, Loan Modification Agreement and Ancillary Loan Modification Documents Related to Settlement Agreement, (2) regular lease payments to Wells Fargo Financial Leasing Manufacturer Services Group, Michelin North America Inc. US Bancorp and Key Equipment Finance have been made as required by the underlying lease documents, and (3) the regular annual Disbursements to allowed holders of Allowed General Unsecured Claims pursuant to the Plan.

11.     Other than the disputed claim of Gulf Coast to be resolved at the June 18, 2012 hearing, there are currently no litigation issues which need to be resolved by the Court in the Debtors' bankruptcy case.

12.     Paragraph 19 of the Confirmation Order specifically provides that upon the Debtors making the first Distribution under the Plan, the Debtors shall be entitled to file a motion for entry of a final decree and the proposed final decree closing this bankruptcy case consistent with Federal Rule of Bankruptcy Procedure 3022 and Local Bankruptcy Rule 3020-1(d).

13.     The Plan does not require presentment or surrender of a security or the performance of any other act as a condition to participation under the Plan.  Accordingly, upon entry of the final decree, this case may be closed.

14.     Other than the disputed claim of Gulf Coast to be resolved at the June 18, 2012 hearing, all motions, contested matters, and all adversary proceedings in this case have been finally resolved.

15.     There are no remaining acts of administration of the Estate which need to be brought to the Court in the this bankruptcy case.

16.     Moreover, keeping the case open serves no purpose but to burden the Debtors and the bankruptcy estates with the unnecessary task of filing [quarterly] status reports and paying fees to the United States Trustee and to burden the Court and the United States Trustee with overseeing a matter that has been fully resolved.

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000\73
Z:\S-T\Trade Union International\Pld\Final Decree Motion-Trade and Duck.doc

17.    Finally, if any dispute arises in the future concerning the Plan, or if someone needs to enlist this Court's jurisdiction to enforce the Confirmation Order, the Plan or other matter related to the bankruptcy case, they are free to file an appropriate action. Accordingly, no party would be prejudiced by entry of a final closing the case, and there is no legitimate reason to burden the Estate and the Court with keeping it open.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Montclair, California on June 8, 2012.

_____
Wen Pin Chang

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4265-000/73

Z:\S-T\Trade Union International\Pld\Final Decree Motion-Trade and Duck.doc

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **8105 Irvine Center Drive, Suite 600, Irvine, California 92618**

A true and correct copy of the document entitled (*specify*): **REORGANIZED DEBTORS' MOTION FOR FINAL DECREE CLOSING CASE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3022; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF WEN PIN CHANG IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 8, 2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **James C Bastian    jbastian@shbllp.com**
- **Laura L Buchanan    llb@richardsonbuchanan.com**
- **Michael J Bujold    Michael.J.Bujold@usdoj.gov**
- **Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com**
- **Barry V Freeman    bfreeman@jmbm.com, bfreeman@jmbm.com**
- **Allan P Leguay    leguay@pacbell.net**
- **Nicholas A Merkin    nmerkin@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com**
- **Robert E Opera    ropera@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com**
- **Ramesh Singh    claims@recoverycorp.com**
- **James M Sullivan    jsullivan@mosessinger.com, ccaruso@mosessinger.com;dkick@mosessinger.com**
- **United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov**
- **Andrew F Whatnall    awhatnall@daca4.com**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **June 8, 2012**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **Not Applicable**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 8, 2012 | Lorre Clapp | /s/ Lorre Clapp |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

# U.S. MAIL SERVICE LIST – TRADE UNION

**ATTORNEYS FOR CATHAY BANK**
MICHAEL G FLETCHER ESQ
NICHOLAS A. MERKIN ESQ
FRANDZEL ROBINS BLOOM & CSATO LC
6500 WILSHIRE BLVD
SEVENTEENTH FLOOR
LOS ANGELES, CA 90048-4920

**ATTORNEYS FOR CATHAY BANK**
GARY OWEN CARIS ESQ
MCKENNA LONG & ALDRIGE LLP
300 SOUTH GRAND AVE 14TH FLOOR
LOS ANGELES, CA 90071-3124

**ATTORNEYS FOR CHINATRUST BANK**
BARRY FREEMAN ESQ
JEFFER MANGELS BUTLER & MITCHEL LLP
1900 AVE OF THE STARS 7TH FLOOR
LOS ANGELES, CA 90067

**ATTORNEYS FOR THE COMMITTEE**
ROBERT OPERA ESQ
WINTHROP COUCHOT PC
660 NEWPORT CENTER DRIVE
FOURTH FLOOR
NEWPORT BEACH, CA 92660

**SCHEDULE E, NOTICE PURPOSES**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**SCHEDULE E, NOTICE PURPOSES**
FRANCHISE TAX BOARD
ATTN BANKRUPTCY UNIT
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

**SCHEDULE E, NOTICE PURPOSES**
CALIFORNIA EMPLOYMENT
DEVELOPMENT DEPARTMENT
ATTN BANKRUPTCY UNIT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 94280-0001

**SCHEDULE E, NOTICE PURPOSES**
STATE BOARD OF EQUALIZATION
ATTN BANKRUPTCY
ENVIRONMENTAL FEES DIVISION PO BOX 942879
SACRAMENTO, CA 94279-6001

**SCHEDULE E, NOTICE PURPOSES**
SAN BERNARDINO COUNTY TREASURER-TAX COLLECTOR
ATTN BANKRUPTCY
172 WEST THIRD STREET
SAN BERNARDINO, CA 92415

**SCHEDULE D, NOTICE PURPOSES**
WELLS FARGO FINANCIAL LEASING
MANUFACTURER SERVICES GROUP
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 7777
SAN FRANCISCO, CA 94120-7777

**SCHEDULE D, NOTICE PURPOSES**
WELLS FARGO BANK NA
ATTN PRESIDENT OR MANAGING AGENT
300 TRI STATE INTL SUITE 400
LINCOLNSHIRE, IL 60069-4417

**SCHEDULE D, NOTICE PURPOSES**
MICHELIN NORTH AMERICA INC
ATTN PRESIDENT OR MANAGING AGENT
1 PARKWAY S
GREENVILLE, SC 29615-5022

**SCHEDULE D, NOTICE PURPOSES**
USBANCORP
ATTN PRESIDENT OR MANAGING AGENT
1310 MADRID ST SUITE 104
MARSHALL, MN 56258-4006

**SCHEDULE D, NOTICE PURPOSES**
KEY EQUIPMENT FINANCE
ATTN PRESIDENT OR MANAGING AGENT
PAYMENT PROCESSING
CLEVELAND, OH 44194-0796

**SCHEDULE D, NOTICE PURPOSES**
KEY EQUIPMENT FINANCE
ATTN PRESIDENT OR MANAGING AGENT
601 OAKMONT LN SUITE 110
WESTMONT, IL 60559-5557

**SCHEDULE D**
CATHAY BANK
ATTN DAVID L PRICE, VICE PRESIDENT
LOAN SYNDICATIONS
777 N BROADWAY
LOS ANGELES, CA 90012

**SCHEDULE D, ADDITIONAL NOTICE**
CATHAY BANK
ATTN GREGORY BADURA
ATTN SANDRA SHA KENYON, FIRST VICE PRESIDENT
9650 FLAIR  DR, 3RD FLOOR
EL MONTE, CA 91731

**SCHEDULE D, NOTICE PURPOSES**
CHINATRUST BANK
ATTN MELVIN O.REDFORD, EXECUTIVE VICE PRESIDENT
22939 HAWTHORNE BLVD
TORRANCE, CA 90505

**SCHEDULE F**
ACCELLOS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 673922
DETROIT, MI 48267-3922

**SCHEDULE F**
ADP, INC.
ATTN PRESIDENT OR MANAGING AGENT
PHOENIX, AZ 85062-8415

**SCHEDULE F**
ADP, INC.
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 0500
CAROL STREAM, IL 60132-0500

**SCHEDULE F**
AFFORDABLE INTERNET SERVICES
ATTN PRESIDENT OR MANAGING AGENT
25655 LOUISA LANE
ROMOLAND, CA 92585

**SCHEDULE F**
AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096-0001

**PROOF OF CLAIM ADDRESS**
AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LP
POB 3001
MALVERN, PA 19355-0701

**SCHEDULE F**
ANDERSON AIR CONDITIONING
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 95000-2330
PHILADELPHIA, PA 19195-2330

**SCHEDULE F**
**PROOF OF CLAIM ADDRESS**
ANDERSON AIR CONDITIONING, LP C/O AMS
ATTN TODD A. BECK, VP AND GENERAL
COUNSEL
13300 MID ATLANTIC BLVD
LAUREL, MD 20708-1432

**SCHEDULE F**
AT&T MOBILITY
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 60017
LOS ANGELES, CA 90060-0017

**SCHEDULE F**
AUTOWARE TECHNOLOGIES, LLC
ATTN PRESIDENT OR MANAGING AGENT
103 AMAR PL.
PANAMA CITY BEACH, FL 32413

**SCHEDULE F/20 LARGEST**
BROTHER MEZA'S PALLETS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 310506
FONTANA, CA 92331

**SCHEDULE F/20 LARGEST**
BULLET TRANSPORTATION SERVICES
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 809066
CHICAGO, IL 60680-9066

**COMMITTEE MEMBER**
BULLET TRANSPORTATION SERVICES
ATTN TERRY HANDELAND
4900 S PENNSYLVANIA AVE
CUDAHY, WI 53110

**SCHEDULE F**
BURRTEC WASTE INDUSTRIES INC.
ATTN PRESIDENT OR MANAGING AGENT
PAYMENT PROCESSING CENTER
BUENA PARK, CA 90622-6520

**SCHEDULE F**
CA STATE DISBURSEMENT UNIT
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 989067
WEST SACRAMENTO, CA 95798-9067

**SCHEDULE F**
CENTURY COPY TECHNOLOGY
ATTN PRESIDENT OR MANAGING AGENT
18301 E. VALLEY BLVD.
CITY OF INDUSTY, CA 91744

**ASSIGNEE OF CLAIM OF CENTURY COPY**
**TECHNOLOGY**
DACA 2010L, LP
ATTN ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

**SCHEDULE F**
CF MANUFACTURING, INC.
ATTN PRESIDENT OR MANAGING AGENT
11867 SHELDON STREET
SUN VALLEY, CA 91352

**SCHEDULE F**
CITY OF MONTCLAIR
ATTN PRESIDENT OR MANAGING AGENT
5111 BENITO ST./P.O. BOX 2308
MONTCLAIR, CA 91763

**SCHEDULE F/20 LARGEST**
CLARK DISTRIBUTION SYSTEMS, INC
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 85095
CHICAGO, IL 60680-0851

**SCHEDULE F**
CON-WAY FREIGHT
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 5160
PORTLAND, OR 97208-5160

**SCHEDULE F/20 LARGEST**
CONTINENTAL AGENCY
ATTN PRESIDENT OR MANAGING AGENT
1400 MONTEFINO AVE. SUITE 200
DIAMOND BAR, CA 91765

**SCHEDULE F**
COVERALL NORTH AMERICA, INC.
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 802825
CHICAGO, IL 60680

**SCHEDULE F**
CREATIVE DOCUMENT SOLUTIONS
ATTN PRESIDENT OR MANAGING AGENT
1629 MARION-WALDO ROAD
MARION, OH 43302

**SCHEDULE F**
CROWN LIFT TRUCKS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 641173
CINCINNATI, OH 45264-1173

**SCHEDULE F**
DMV RENEWAL
ATTN ACCOUNTS RECEIVABLE
P.O. BOX 942897
SACRAMENTO, CA 94297-0897

**SCHEDULE F/20 LARGEST**
DUB PUBLISHING INC.
ATTN PRESIDENT OR MANAGING AGENT
16815 JOHNSON DRIVE
CITY OF INDUSTRY, CA 91745-1819

**SCHEDULE F**
ENVIROKLEEN
ATTN PRESIDENT OR MANAGING AGENT
5420 W. MISSION BLVD
ONTARIO, CA 91762

**SCHEDULE F**
EULER HERMES ACI
ATTN PRESIDENT OR MANAGING AGENT
800 RED BROOK BLVD.
OWINGS MILLS, MD 21117

**PROOF OF CLAIM ADDRESS**
ALTO SYSTEMS, INC. DBA
ALTO FREIGHT MANAGEMENT
C/O EULER HERMES UMA
WILLIAM A. GOHMANN, CORPORATE
AGENT
600 S. 7TH STREET
LOUISVILLE, KY 40203

**PROOF OF CLAIM ADDRESS**
FEDEX FREIGHT INC
ATTN CREDIT MANAGER/BANKRUPTCY
PO BOX 840
HARRISON, AR 72602-0840

**SCHEDULE F**
GLOBE GAS CORPORATION
ATTN PRESIDENT OR MANAGING AGENT
5843 PARAMOUNT BLVD.
LONG BEACH, CA 90805

**SCHEDULE F**
GREENLAND LANDSCAPE & MAINTENANCE,
INC.
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 693
CHINO, CA 91708

**SCHEDULE F**
IMAGE DESIGN INC.
ATTN PRESIDENT OR MANAGING AGENT
6141 CLOVER COURT
CHINO, CA 91710

**SCHEDULE F/20 LARGEST**
JOE INTERRANTE
185 PROVIDENCE PLANTATION DR.
ALPHARETTA, GA 30004

**SCHEDULE F/20 LARGEST**
JOSEPH C. HIGDON
18814 GREENWAY
OLATHE, KS 66062

**SCHEDULE F/20 LARGEST**
KAISER FOUNDATION HEALTH PLAN
ATTN PRESIDENT OR MANAGING AGENT
FILE 5915
LOS ANGELES, CA 90074-5915

**SCHEDULE F/20 LARGEST**
KDA PRODUCTS INC
ATTN PRESIDENT OR MANAGING AGENT
15325 BLACKBURN AVENUE
NORWALK, CA 90650

**SCHEDULE F/20 LARGEST**
KODAI (U.S.A.) INC.
ATTN PRESIDENT OR MANAGING AGENT
2440 S. HACIENDA BLVD
HACIENDA HEIGHT, CA 91745

**SCHEDULE F**
L.A. MACHINERY MOVING INC
ATTN PRESIDENT OR MANAGING AGENT
14901 DON JULIAN RD
CITY INDUSTRY, CA 91746

**SCHEDULE F/20 LARGEST**
LSY TRUCKING
ATTN PRESIDENT OR MANAGING AGENT
9420 MAPLE ST.
BELLFLOWER, CA 90706

**SCHEDULE F**
MAILFINANCE
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 45840
SAN FRANCISCO, CA 94145-0840

MARIA VARGAS
1416 VIRGINIA AVENUE
ONTARIO, CA 91764

**SCHEDULE F/20 LARGEST**
MARK BERGER SALES INC.
ATTN PRESIDENT OR MANAGING AGENT
1631 ROCK RIVER
PLACENTIA, CA 92870

**SCHEDULE F**
MEYERS PUBLISHING
ATTN PRESIDENT OR MANAGING AGENT
799 CAMARILLO SPRINGS ROAD
CAMARILLO, CA 93012-8111

**SCHEDULE F**
MONTE VISTA WATER DISTRICT
ATTN PRESIDENT OR MANAGING AGENT
10575 CENTRAL AVENUE
MONTCLAIR, CA 91763

**COMMITTEE MEMBER - SCHEDULE F/20
LARGEST**
MONTEREY LIGHTING SOLUTIONS, INC.
ATTN CLARK LONGHURST
2148 POMONA BLVD.
POMONA, CA 91768

**SCHEDULE F/20 LARGEST**
MOUNTAIN VIEW PACKAGING, INC.
ATTN PRESIDENT OR MANAGING AGENT
4773 BROOKS STREET UNIT G
MONTCLAIR, CA 91763

**SCHEDULE F**
NANTONG TRADE UNION ALUMINIUM
ATTN PRESIDENT OR MANAGING AGENT
ALLOY CO. LTD. WEIER ROAD
QIDONG CITY, 226200  CHINA

**SCHEDULE F**
NEXEN TIRE
ATTN PRESIDENT OR MANAGING AGENT
21073 PATHFINDER
DIAMOND BAR, CA 91765

**SCHEDULE F**
OLD DOMINION FREIGHT LINE INC
ATTN PRESIDENT OR MANAGING AGENT
500 OLD DOMINION WAY
THOMASVILLE, NC 27360

**SCHEDULE F**
ONTRAC
ATTN PRESIDENT OR MANAGING AGENT
274 WATTIS WAY
S. SAN FRANCISCO, CA 94080

**SCHEDULE F/20 LARGEST**
PACIFICARE OF CALIFORNIA
ATTN PRESIDENT OR MANAGING AGENT
DEPT NO. 1346
LOS ANGELES, CA 90088-1346

**SCHEDULE F**
PARTNER'S DELIVERY INC.
ATTN PRESIDENT OR MANAGING AGENT
1927 A HARBOR BLVD
COSTA MESA, CA 92627

**SCHEDULE F**
PERSONNEL CONCEPTS
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 5750
CAROL STREAM, IL 60197-5750

**SCHEDULE F**
PRINCIPAL FINANCIAL GROUP
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 10372
DES MOINES, IA 50306-0372

**SCHEDULE F/20 LARGEST**
QUARTZ LOGISTICS INC.
ATTN PRESIDENT OR MANAGING AGENT
731 S. GARFIELD AVE.
ALHAMBRA, CA 91801

**SCHEDULE F**
RODOLFO RODRIGUEZ AGUILAR
8430 MISSION BLVD.
RIVERSIDE, CA 92509

**SCHEDULE F/20 LARGEST**
SHANGHAI BON VOYAGE INTERNATIONAL
TRADING CO., LTD.
ATTN PRESIDENT OR MANAGING AGENT
2F, NO.110, YAN'AN RD.(E)
SHANGHAI, 200002 CHINA

**SCHEDULE F**
SHERIFF'S COURT SERVICES CENTRAL
157 W. 5TH STREET
SAN BERNARDINO, CA 92415

**SCHEDULE F**
SOUTHERN CALIFORNIA EDISON
ATTN BANKRUPTCY UNIT
P.O. BOX 600
ROSEMEAD, CA 91771-0001

**SCHEDULE F**
SOUTHERN CALIFORNIA EDISON
ATTN BANKRUPTCY UNIT
P.O. BOX 300
ROSEMEAD, CA 91772-0001

**SCHEDULE F**
SPRINT
ATTN BANKRUPTCY UNIT
P.O. BOX 219100
KANSAS CITY, MO 64121-9100

**SCHEDULE F/20 LARGEST**
SUMMIT LOGISTICS INT'L
ATTN PRESIDENT OR MANAGING AGENT
780 NOGALES STREET, BUILDING D
CITY OF INDUSTRY, CA 91748

**PROOF OF CLAIM ADDRESS**
SUMMIT LOGISTICS INT'L
ATTN PRESIDENT OR MANAGING AGENT
800 FEDERAL BLVD
CARTERET, NJ 07008

**SCHEDULE F**
TDW
1714 ANDERSON AVE.
COMPTON, CA 90220

**SCHEDULE F**
TELEPACIFIC COMMUNICATIONS
P.O. BOX 526015
SACRAMENTO, CA 95852-6015

**SCHEDULE F**
THE 3 AMIGOS
ATTN PRESIDENT OR MANAGING AGENT
15406 E. ARROW HIGHWAY
BALDWIN PARK, CA 91706

**SCHEDULE F**
THE CHANG REVOCABLE TRUST C/O MEI
LIEN CHANG, TRUSTEE
2819 CRYSTAL RIDGE ROAD
DIAMOND BAR, CA 91765

**SCHEDULE F**
THE CHANG REVOCABLE TRUST C/O
WEN PIN CHANG, TRUSTEE
2819 CRYSTAL RIDGE ROAD
DIAMOND BAR, CA 91765

**SCHEDULE F**
THE GAS COMPANY
ATTN BANKRUPTCY UNIT
P.O. BOX C
MONTEREY PARK, CA 91756

**SCHEDULE F**
TIRE RACK WHOLESALE
ATTN PRESIDENT OR MANAGING AGENT
7101 VORDEN PARKWAY
SOUTH BEND, IN 46628-8422

**SCHEDULE F**
TRADE UNION INT L (TAIWAN) LTD
ATTN PRESIDENT OR MANAGING AGENT
5F-5, NO.58, SHING SHAN RD. NEI HU
DIST.
TAIPEI, TAIWAN

**SCHEDULE F/20 LARGEST**
TRAVELERS
ATTN PRESIDENT OR MANAGING AGENT
CL REMITTANCE CTR
HARTFORD, CT 06183-1008

**SCHEDULE F**
TRIPLE A POOL SERVICE
ATTN PRESIDENT OR MANAGING AGENT
1819 TINTAH DR.
DIAMOND BAR, CA 91765

**SCHEDULE F**
ULINE
ATTN PRESIDENT OR MANAGING AGENT
ATTN: ACCOUNTS RECEIVABLE
WAUKEGAN, IL 60085

**SCHEDULE F**
UNITED SECURITY SYSTEMS INC
ATTN PRESIDENT OR MANAGING AGENT
8757 LANYARD COURT, SUITE 100
RANCHO CUCAMONGA, CA 91730

**SCHEDULE F/20 LARGEST**
UPS FREIGHT
ATTN PRESIDENT OR MANAGING AGENT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

**PROOF OF CLAIM ADDRESS**
UNITED PARCEL SERVICE (FREIGHT)
C/O RECEIVABLE MANAGEMENT
SERVICES
PO BOX 4396
TIMONIUM, MD 21094

**PROOF OF CLAIM ADDRESS**
VERIZON
ATTN BANKRUPTCY UNIT
404 BROCK DRIVE
BLOOMINGTON, IL 61701

RETURNED MAIL

**RETURNED 3/2/11, UNDELIVERABLE
SCHEDULE D, NOTICE PURPOSES**
CITICORP LEASING INC
ATTN PRESIDENT OR MANAGING AGENT
450 MAMARONECK AVE
HARRISON, NY 10528-2400

**EMAIL RECEIVED 5/22/2011
REQUESTING TO BE REMOVED FROM
THE SERVICE LIST
ATTORNEYS FOR CATHAY BANK**
PAULINE M STEVENS ESQ
MARC B LEH ESQ
MORRISON & FOERSTER LLP
555 W FIFTH ST
LOS ANGELES, CA 90013-1024

**PROOF OF CLAIM ADDRESS**
UNITED PARCEL SERVICE
C/O RECEIVABLE MANAGEMENT SERVICES
PO BOX 4396
TIMONIUM, MD 21094

**SCHEDULE F**
VIDAL LANDA
ATTN PRESIDENT OR MANAGING AGENT
12581 JANET LANE
GARDEN GROVE, CA 92840

**SEE PROOF OF CLAIM ADDRESS
SCHEDULE F**
OLD DOMINION FREIGHT LINE INC
ATTN PRESIDENT OR MANAGING AGENT
FILE 030989
SAN FRANCISCO, CA 94160

**RETURNED 4/21/2011,SEE NEW ADDRESS
SCHEDULE F**
VERIZON CALIFORNIA
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 9688
MISSION HILLS, CA 91346 9688

**8/15/2011, TELPHONE AND EMAIL
RECEIVED FROM CHERYL BURNS
REQUESTING TO BE REMOVED FROM THE
MAILING LIST AS THEY ARE NOT OWED
ANY MONEY.
SCHEDULE F**
A-CO TEMPORARY POWER
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 16843
NO.HOLLYWOOD, CA 91615-6843

**SCHEDULE F**
VERIZON CALIFORNIA
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 920041
DALLAS, TX 75392-0041

**SCHEDULE F**
WALNUT VALLEY WATER DISTRICT
ATTN PRESIDENT OR MANAGING AGENT
271 S. BREA CANYON ROAD
WALNUT, CA 91788-0508

**RETURNED 2/22/11 AND 3/2/11,
UNDELIVERABLE; SEE PROOF OF CLAIM
ADDDRESS
SCHEDULE F**
VERIZON CALIFORNIA
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 30001
INGLEWOOD, CA 90313-0001

**RETURNED 5/16/2011, 5/31/2011, SEE NEW
ADDRESS
SCHEDULE D, NOTICE PURPOSES**
KEY EQUIPMENT FINANCE
ATTN PRESIDENT OR MANAGING AGENT
3075 HIGHLAND PKWY FL UCC DEPT
DOWNERS GROVE, IL 60515-1288

**RETURNED, UNDELIVERABLE
SCHEDULE F**
HOME DEPOT
ATTN BANKRUPTCY UNIT
5450 WALNUT AVE.
CHINO, CA 91710

## U.S. MAIL SERVICE LIST – DUCK HOUSE

**RFSN - ATTORNEYS FOR CATHAY BANK**
MICHAEL G. FLETCHER, ESQ.
NICHOLAS A. MERKIN, ESQ.
FRANDZEL ROBINS BLOOM & CSATO LC
6500 WILSHIRE BLVD
SEVENTEENTH FLOOR
LOS ANGELES, CA 90048-4920

**ATTORNEYS FOR CATHAY BANK**
GARY OWEN CARIS ESQ
MCKENNA LONG & ALDRIGE LLP
300 SOUTH GRAND AVE 14TH FLOOR
LOS ANGELES, CA 90071-3124

**ATTORNEYS FOR CATHAY BANK**
PAULINE M. STEVENS, ESQ.
MARC B. LEH, ESQ.
MORRISON & FOERSTER LLP
555 W FIFTH ST
LOS ANGELES, CA 90013-1024

**ATTORNEYS FOR CHINATRUST BANK**
BARRY FREEMAN, ESQ.
JEFFER MANGELS BUTLER & MITCHEL
LLP
1900 AVE OF THE STARS 7TH FLOOR
LOS ANGELES, CA 90067

**ATTORNEYS FOR THE COMMITTEE**
ROBERT OPERA, ESQ
WINTHROP COUCHOT PC
660 NEWPORT CENTER DRIVE
FOURTH FLOOR
NEWPORT BEACH, CA 92660

**RFSN**
JAMES D. ARONOWITZ, ASSOCIATE
GENERAL COUNSEL
IMG COLLEGE/THE COLLEGIATE LICENSING
COMPANY
290 INTERSTATE NORTH CIRCLE, SUITE 200
ATLANTA, GA 30339

**RFSN**
NFL PROPERTIES LLC
ATTN MATTHEW MORGADO
280 PARK AVENUE
NEW YORK, NY 10017

**SCHEDULE E. NOTICE PURPOSES**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**SCHEDULE E. NOTICE PURPOSES**
FRANCHISE TAX BOARD
ATTN BANKRUPTCY UNIT
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

**SCHEDULE E. NOTICE PURPOSES**
CALIFORNIA EMPLOYMENT
DEVELOPMENT DEPARTMENT
ATTN BANKRUPTCY UNIT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 94280-0001

**SCHEDULE E. NOTICE PURPOSES**
STATE BOARD OF EQUALIZATION
ATTN BANKRUPTCY
P.O. BOX 942879
SACRAMENTO, CA 94279-6001

**SCHEDULE E. NOTICE PURPOSES**
SAN BERNARDINO COUNTY TREASURER-
TAX COLLECTOR
ATTN BANKRUPTCY
172 WEST THIRD STREET
SAN BERNARDINO, CA 92415

**SCHEDULE D**
CATHAY BANK
ATTN DAVID L PRICE, VICE PRESIDENT
LOAN SYNDICATIONS
777 N BROADWAY
LOS ANGELES, CA 90012

**RFSN - SCHEDULE D, ADDITIONAL NOTICE**
CATHAY BANK
ATTN GREGORY BADURA
ATTN SANDRA SHA KENYON, FIRST VICE
PRESIDENT
9650 FLAIR DR
EL MONTE, CA 91731

**SCHEDULE D, NOTICE PURPOSES**
CHINATRUST BANK
ATTN MELVIN O. REDFORD, EXECUTIVE
VICE PRESIDENT
22939 HAWTHORNE BLVD
TORRANCE, CA 90505

**PROOF OF CLAIM**
FRIESING INVESTMENTS, INC., DBA
GULF COAST SALES AND MARKETING
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 2767
ADDISON, TX 75001

**RFSN - ATTORNEYS FOR WILLIAM S. KAY,
THE LIQUIDATING TRUSTEE FOR BFW
LIQUIDATION LLC (FKA BRUNO'S
SUPERMARKETS LLC)**
JOHN D. ELROD, ESQ.
GREENBERG TRAURIG LLP
ATTORNEYS FOR WILLIAM S. KAY, THE
LIQUIDATING TRUSTEE FOR BFW
LIQUIDATION LLC (FKA BRUNO'S
SUPERMARKETS LLC)
3290 NORTHSIDE PARKWAY SUITE 400
ATLANTA, GA 30327

**PROOF OF CLAIM**
FANZZ
(JAZZ BASKETBALL INVESTORS, INC., DBA
FANZZ)
ATTN ROBERT D.TINGAY,GENERAL
COUNSEL
301 WEST SOUTH TEMPLE
SALT LAKE CITY, UT 84101

**SCHEDULE F/20 LARGEST**
A TO Z MARKETING VENTURES, LLC.
ATTN ANTHONY ZIENO
17 SIVER STREET
SIDNEY, NY 13838

**SCHEDULE F**
BOTTOMLINE SALES
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 74506
SAN CLEMENTE, CA 92673

**CLAIM FILED**
CADY'S HALLMARK SHOP
220 LIBERTY STREET
WARREN, PA 16365

**SCHEDULE F/20 LARGEST**
CREATIVE DOCUMENT SOLUTIONS
ATTN PRESIDENT OR MANAGING AGENT
1629 MARION-WALDO ROAD
MARION, OH 43302

**ASSIGNEE OF SCHEDULE F CLAIM OF E.I.S. GROUP**
DACA 2010L LP
ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH SUITE 310
SAN DIEGO, CA 92108

**SCHEDULE F**
FM TURNER
6325 COCHRAN ROAD, UNIT 5
SOLON, OH 44139

**SCHEDULE F**
GARY GENE INGOLDSBY
342 REVOLUTION DRIVE
ST. PETERS, MO 63376

**SCHEDULE F**
INDIANA UNIVERSITY
IU LICENSING & TRADMARKS
P.O. BOX 6268
INDIANAPOLIS, IN 46206

**SCHEDULE F**
AL ARRANTS
116 COUNTRY OAKS DRIVE
BRISTOL, TN 37620

**SCHEDULE F/20 LARGEST**
BULLET TRANSPORTATION SERVICES
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 809066
CHICAGO, IL 60680-9066

**SCHEDULE F**
CALIFORNIA CLUB
ATTN DARLENE VOGELS
606 BLUE OAK COURT
EL DORADO HILLS, CA 95762

**SCHEDULE F/20 LARGEST**
DOUG STEWART
P.O. BOX 5016
ANDERSON, SC 29623

**PROOF OF CLAIM FILED**
FEDEX NATIONAL LTL
PO BOX 840
HARRISON, AR 72602-0840

**ASSIGNEE OF CLAIM OF FM TURNER**
DEBT ACQUISITION COMPANY OF AMERICA V LLC
ASSGINEE OF CLAIM OF FM  TURNER
ATTN ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH SUITE 310
SAN DIEGO, CA 92108

**SCHEDULE F**
GIFT SOURCE, LLC
ATTN LORI J. THOMSEN
14040 HAYES STREET
OVERLAND PARK, KS 66221

INDIANA UNIVERSITY
IU LICENSING & TRADMARKS
400 EAST SEVENTH STREET
PO BOX 4040
BLOOMINGTON, IN 47402

**SCHEDULE F/20 LARGEST**
BOB KUNICK ASSOC. INC.
ATTN BOB KUNICK
12223 LEE HIGHWAY
FAIRFAX, VA 22030-6341

**COMMITTEE MEMBER - ADDITIONAL NOTICE - PROOF OF CLAIM ADDRESS**
BULLET TRANSPORTATION SERVICES
ATTN TERRY HANDELAND, COLLECTIONS MANAGER
4900 S PENNSYLVANIA AVE
CUDAHY, WI 53110

**SCHEDULE F/20 LARGEST**
CONTINENTAL AGENCY
ATTN PRESIDENT OR MANAGING AGENT
1400 MONTEFINO AVE. SUITE 200
DIAMOND BAR, CA 91765

**SCHEDULE F**
E.I.S. GROUP
ATTN TIM DEATON
614 ROGERS ROAD
VILLA HILLS, KY 41017

**SCHEDULE F/20 LARGEST**
FLORIDA SPORTS NETWORK
ATTN PRESIDENT OR MANAGING AGENT
221 BLUE JUNIPER BLVD.
VENICE, FL 34292

**SCHEDULE F**
FOGLEMAN BROS., INC.
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 457
BURLINGTON, NC 27216

**SCHEDULE F/20 LARGEST**
HOLLEY SALES
ATTN SHANE HOLLEY
12205 KIMBERLYN ROAD
OKLAHOMA CITY, OK 73162

**SCHEDULE F**
JEANNE D. ROSEN AKA JDR SALES
422 KINGS HIGHWAY
CARNEGIE, PA 15106

**SCHEDULE F**
JERRY ELY SALES
5952 ROYAL LANE, SUITE 218A
DALLAS, TX 75230-9950

**SCHEDULE F**
JIM & CANDY DAVID
P.O. BOX 548
ZIONSVILLE, IN 46077-0548

**SCHEDULE F**
JOHN COACH NADELL
2521 REDSTART LANE
BIRMINGHAM, AL 35226

**SCHEDULE F/20 LARGEST**
JOSEPH K. CLARK DBA ALL SEASONS
MARKETING
237 SOUTH CURTIS RD SUITE 100
WEST ALLIS, WI 53214-1030

**SCHEDULE F**
K.O. SALES, LLC
ATTN SCOTT CONIGLIO
7521 NW 131ST
OKLAHOMA CITY, OK 73142

**SCHEDULE F**
L & S SPORTS, INC.
ATTN LARRY ZIENTARSKI
P.O. BOX 530056
LIVONIA, MI 48153

**ASSIGNEE OF SCHEDULE F CLAIM OF L
& S SPORTS, INC.**
DACA 2010L LP
ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH SUITE 310
SAN DIEGO, CA 92108

**SCHEDULE F/20 LARGEST**
L.B. WOOD MARKETING, INC.
ATTN PRESIDENT OR MANAGING AGENT
7121 FISH POND ROAD
WACO, TX 76710

**PROOF OF CLAIM FILED**
LAW OFFICES OF ALLAN P. LEGUAY
ALLAN P. LEGUAY
650 TOWNE CENTER DR, SUITE 1400
COSTA MESA, CA 92626

**SCHEDULE F/20 LARGEST**
LICENSING RESOURCE GROUP LLC
ATTN BETSY FLAMBOE
442 CENTURY LANE, SUITE 100
HOLLAND, MI 49423

**SCHEDULE F/20 LARGEST**
LIUZHOU WANTEX TRADING CO., LTD.
ATTN PRESIDENT OR MANAGING AGENT
NO.3, THE SECOND YANGHE INDUSTRIAL
PARK
LIUZHOU, GX
CHINA

**SCHEDULE F/20 LARGEST**
LOGO AMERICA, LLC
ATTN PRESIDENT OR MANAGING AGENT
22123 W. 83RD STREET.
SHAWNEE, KS 66227

**SCHEDULE F/20 LARGEST**
LONG SALES GROUP
ATTN PRESIDENT OR MANAGING AGENT
451 E. 58TH AVENUE #1669
DENVER, CO 80216

**SCHEDULE F**
LOUD & ASSOCIATES, LLC
ATTN DAVID LOUD
1319 SWAN DRIVE
ANNAPOLIS, MD 21409

**COMMITTEE MEMBER - SCHEDULE F**
MACKIE & ASSOCIATES
ATTN NORM MEIDL
2100 NO. SEPULVEDA BLVD, SUITE 18
MANHATTAN BEACH, CA 90266

**SCHEDULE F**
MAJIC TOUCH
ATTN PRESIDENT OR MANAGING AGENT
230 SPRING STREET STE 1421
ATLANTA, GA 30303

**SCHEDULE G, NOTICE PURPOSES**
MAJOR LEAGUE BASEBALL PROPERTIES
DAVE WEINBERG
245 PARK AVENUE
NEW YORK, NY 10167

**SCHEDULE F/20 LARGEST**
MARK WILLIAMS AND COMPANY
ATTN MARK WILLIAMS
4940 BROOKSVIEW CIRCLE
NEW ALBANY, OH 43054

**SCHEDULE F**
MARKET PLACE GIFTS INC.
ATTN PRESIDENT OR MANAGING AGENT
3710 COMMERCIAL AVENUE STE 7
NORTH BROOK, IL 60062

**SCHEDULE F**
MEI LIEN CHANG
2819 CRYSTAL RIDGE ROAD
DIAMOND BAR, CA 91765

**SCHEDULE F/20 LARGEST**
MORRISON SALES
MERRIL H. MORRISON
9 MONTROSE LANE
MANCHESTER TOWNSHIP, NJ 8759

**SCHEDULE F**
MICHIGAN STATE UNIVERSITY
ATTN UNIVERSITY LICENSING
PROGRAMS
216 MSU UNION
MICHIGAN STATE UNIVERSITY
EAST LANSING, MI 48824-1029

**SCHEDULE F/20 LARGEST**
NANCY ANDERSEN
37 PATRIOT WAY
PEMBROKE, MA 2359

**SCHEDULE F**
NATIONAL SPORTS ASSOCIATES
ATTN PRESIDENT OR MANAGING AGENT
9150 KILDARE
SKOKIE, IL 60076

**SCHEDULE G, NOTICE PURPOSES**
NBA PROPERTIES, INC.
ATTN SALVATORE LAROCCA,
EXECUTIVE V.P.
P.O. BOX 10602
NEWARK, NJ 07193

**SCHEDULE F/20 LARGEST**
NFL PROPERTIES LLC-LICENSING GPO
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 27278
NEW YORK, NY 10087-7278

**SCHEDULE F**
NORTHWEST REPS, INC.
ATTN PRESIDENT OR MANAGING AGENT
10 VAN BUREN, SUITE C
EUGENE, OR 97402

**SCHEDULE F/20 LARGEST**
OHIO STATE UNIVERSITY
ATTN UNIVERSITY LICENSING
PROGRAM
DEPT. 1760
COLUMBUS, OH 43271-1760

**ADDITIONAL NOTICE**
OHIO STATE UNIVERSITY
ATTN UNIVERSITY LICENSING PROGRAM
1100 KINNEAR ROAD SUITE 210
COLUMBUS, OH 43212-1152

**SCHEDULE F/20 LARGEST**
P.T.L. SALES
ATTN PRESIDENT OR MANAGING AGENT
P.O. BOX 6120
STUART, FL 34997

**SCHEDULE F/20 LARGEST**
PARTNER'S DELIVERY, INC.
ATTN PRESIDENT OR MANAGING AGENT
1927 A HARBOR BLVD, #151
COSTA MESA, CA 92627

**SCHEDULE F**
PARTY COUNSEL-DAVID TUROCK
ATTN DAVID TUROCK
5 THORNBROOK LANE
SUFFERN, NY 10901

**SCHEDULE F/20 LARGEST**
QUARTZ LOGISTICS INC.
ATTN PRESIDENT OR MANAGING AGENT
731 S. GARFIELD AVE
ALHAMBRA, CA 91801

**SCHEDULE F**
RICK SALESE
535 WOOD VALLEY TRACE
ROSWELL, GA 30076

**SCHEDULE F/20 LARGEST**
RODOLFO RODRIGUEZ AGUILAR
8430 MISSION BLVD.
RIVERSIDE, CA 92509

**SCHEDULE F**
RON GRUBBS
112 WONDER VALLEY ROAD
BRISTOL, TN 37620

**SCHEDULE F/20 LARGEST**
SDJ, LLC
ATTN PRESIDENT OR MANAGING AGENT
14176 HWY 87 N.
EDEN, NC 27288

SOUTH DAKOTA STATE UNIVERSITY
OFFICEOF LICENSING PROGRAMS
ADMINISTRATION BLDG. 0234
BOX 2201
BROOKINGS, SD 57007-2398

**SCHEDULE F**
SPLASH
ATTN KIM RYON
P.O. BOX 247
FACTORYVILLE,, PA 18419

**SCHEDULE F/20 LARGEST**
SPRINT
ATTN PRESIDENT OR MANAGING AGENT
P O BOX 219100
KANSAS CITY, MO 64121-9100

**CLAIM FILED - RELATED TO SPRINT
COMMERCIAL (XXX 8357)**
DILIGENTSIA CAPITAL GROUP LLC
C/O RECOVERY MANAGEMENT SYSTEMS
CORPORATION
RAMESH SINGH
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL 33131-1605

**SCHEDULE F/20 LARGEST**
SUMMIT LOGISTICS INT'L
ATTN PRESIDENT OR MANAGING AGENT
780 NOGALES STREET, BUILDING D
CITY OF INDUSTRY, CA 91748

**SCHEDULE F**
SUPERMARKET REPRESENTATIVES
ATTN PRESIDENT OR MANAGING AGENT
20 E. SUNRISE HIGHWAY, STE 300
VALLEY STREAM, NY 11581

**SCHEDULE F**
TEAM COLORS SPORTS MARKETING &
SALES
SCOTT DEROY
P.O. BOX 93850
PASADENA, CA 91109

THE COLLEGIATE LICENSING CO
DAVE KIRKPATRICK
290 INTERSTATE NORTH, SUITE 200
ATLANTA, GA 30339

**SCHEDULE F**
TRADE UNION INT'L (TAIWAN) LTD
ATTN PRESIDENT OR MANAGING AGENT
5F-F, NO.58, SHING SHAN RD
TAIPEI,

**SCHEDULE F/20 LARGEST**
TREASURES
ATTN DAVE MACMILLAN
7014 59TH ST, CT. W
UNIVERSITY PLACE, WA 98467

**SCHEDULE F**
UNIVERSITY OF IOWA
TRADEMARK LICENSING PROGRAM
210 KHF BLDG. 446
IOWA CITY, IA 52242

**SCHEDULE F**

UNIVERSITY OF OREGON
OFFICE OF MARKETING AND BRAND
MANAGEMENT
720 E 13TH SUITE 303
5286 UNIVERSITY OF OREGON
EUGENE, OR 97403-5286

**SCHEDULE F/20 LARGEST**

UPS FREIGHT
ATTN PRESIDENT OR MANAGING AGENT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

**PROOF OF CLAIM ADDRESS**

UNITED PARCEL SERVICE (FREIGHT)
C/O RECEIVABLE MANAGEMENT SERVICES
PO BOX 4396
TIMONIUM, MD 21094

**PROOF OF CLAIM ADDRESS**

WAL-MART STORES, INC.
C/O CHARLES B. HENDRICKS, ESQ
CAVAZOS HENDRICKS POIROT &
SMITHAM P.C.
FOUNDERS SQUARE
SUITE 570
900 JACKSON STREET
DALLAS, TX 75202-4425

RETURNED MAIL

**2/4/11: PER MARY JANE EVANS AT
MINNEAPOLIS MART - CREDITOR HAS
NOT BEEN AT ADDRESS FOR 3+ YEARS
SCHEDULE F/20 LARGEST**
OSTROM'S & ASSOCIATES
ATTN PRESIDENT OR MANAGING AGENT
10301 BREN ROAD WEST, SUITE 340
MINNETONKA, MN 55343

**2/23/11; NOT DELIVERABLE AS
ADDRESSED; INSUFFICIENT ADDRESS
SCHEDULE F/20 LARGEST**
TRANSWORLD SYSTEMS, INC.
ATTN PRESIDENT OR MANAGING AGENT
ATTN: TSI COMMERCIAL DIVISION
CHICAGO, IL 60673-1248

**SEE PROOF OF CLAIM ADDRESS (CLAIM
NO. 6**
FEDEX NATIONAL LTL
P.O. BOX 95001
LAKELAND, FL 33804-5001

**RETURNED 6/6/2011, UNDELIVERABLE
ADDITIONAL NOTICE**
NBA PROPERTIES, INC.
ATTN SALVATORE LAROCCA, EXECUTIVE
V.P.
645 PARK AVENUE
NEW YORK, NY 10017